IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, EBONY STAMPS, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| - vs- | ) ) | No. 18-cv-156-DRH-DGW |
| BRUCE RAUNER, JOHN BALDWIN, STEVE MEEKS, and MELVIN HINTON, | ) ) ) | |
| Defendants. | ) | |

**MOTION TO STAY DEFENDANT RAUNER'S RESPONSES
TO PLAINTIFFS' DISCOVERY REQUESTS**

The Defendant, BRUCE RAUNER, by and through his attorney, LISA MADIGAN, Attorney General of the State of Illinois, hereby moves to stay his response deadlines to Plaintiffs' Discovery Requests.

In support of this motion, Defendant states:

1. Plaintiffs filed the instant Complaint on January 31, 2018, pursuant to 42 U.S.C. § 1983. (Doc. 1).

2. On March 27, 2018, Defendant Rauner filed a Motion to Dismiss Plaintiffs' Complaint against him for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. 41).

3. On April 18, 2018, Defendants Baldwin, Hinton, and Meeks answered the Plaintiffs' Complaint. (Doc. 50).

4. On May 29, 2018, Plaintiffs provided the undersigned with Plaintiffs' First Set of Interrogatories (Nos. 1-5) To Defendants, as well as Plaintiffs' First Set of Requests for Production (Nos. 1-20) to Defendants.

5. On August 13, 2018, Defendants John Baldwin, Steve Meeks and Melvin Hinton responded to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production.

6. Defendant Rauner's Motion to Dismiss is currently pending before the Court.

7. Given that Defendant Rauner's Motion to Dismiss is currently pending, Defendant Rauner now moves to stay the response deadlines to all discovery sent by Plaintiffs until the motion is resolved.

8. This motion is made in good faith and not for the purposes of undue delay.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests this honorable Court grant his Motion to Stay the response deadlines to Plaintiffs' First Set of Interrogatories, First Set of Requests for Production, and any future discovery propounded on him, until his Motion to Dismiss is resolved.

Respectfully submitted,

BRUCE RAUNER,

Defendant,

| | |
|---|---|
| Kyle A. Rockershousen, #6321396 | LISA MADIGAN, Attorney General |
| Assistant Attorney General | State of Illinois |
| 500 South Second Street | |
| Springfield, Illinois 62701 | Attorney for Defendant, |
| (217) 557-0261 Phone | |
| (217) 524-5091 Fax | By: /s/ Kyle A. Rockershousen |
| Email: krockershousen@atg.state.il.us | Kyle A. Rockershousen |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, EBONY STAMPS, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED,<br><br>Plaintiffs,<br><br>- vs-<br><br>BRUCE RAUNER, JOHN BALDWIN, STEVE MEEKS, and MELVIN HINTON,<br><br>Defendants. | No. 18-cv-156-DRH-DGW |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2018, the foregoing document, **Motion to Stay Defendant Rauner's Discovery Responses to Plaintiffs' Discovery Requests**, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John A. Knight | jknight@aclu.il.org |
| Catherine L. Fitzpatrick | cfitzpatrick@kirkland.com |
| Erica B. Zolner | ezolner@kirkland.com |
| Ghirlandi Guidetti | gguidetti@aclu.il.org |
| Megan M. New | mnew@kirkland.com |
| Scott H. Lerner | scott.lerner@kirkland.com |
| Sydney L. Schneider | Sydney.schneider@kirkland.com |
| Austin B. Stephenson | austin.stephenson@kirkland.com |
| Jordan M. Heinz | jheinz@kirkland.com |
| Sarah Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |

/s/ Kyle A. Rockershousen
Kyle A. Rockershousen, #6321396
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 557-0261 Phone
(217) 524-5091 Fax
Email: krockershousen@atg.state.il.us