UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED,<br><br>        Plaintiffs,<br><br>v.<br><br>ROB JEFFREYS, STEVE MEEKS, and MELVIN HINTON,<br><br>        Defendants. | Civil No. 3:18-cv-00156-NJR-MAB |

**DECLARATION OF JANIAH MONROE IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR LEAVE TO SUPPLEMENT PRELIMINARY INJUNCTION RECORD**

I, Janiah Monroe, hereby state:

1. On Sunday, October 6, 2019, I attempted suicide by cutting my left wrist and the artery in my upper left arm.

2. At the time I made this suicide attempt, I was in isolation in the Logan healthcare unit, where I have contact with staff but no other social contact. I have not had social contact with other prisoners since August.

3. Instead of sending me to the local hospital in Lincoln, Illinois, for treatment of my injuries, Logan staff sent me to a hospital in Springfield for treatment. I was told that this was because of the seriousness of my injuries.

4. I was returned to Logan on October 7, where I was again placed in isolation in the healthcare unit, where I remain today.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

Dated October 22, 2019 /s/ Janiah Monroe

Janiah Monroe

## **CERTIFICATE OF SERVICE**

I certify that on October 22, 2019, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

/s/ *Jordan M. Heinz*
Jordan M. Heinz