IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Page 1 of 3

Saniah Monroe, Marilyn Melendez, Ebony Stamps, Lydia Helena Vision, Sora Kuykendall, and Sasha Reed

Plantiffs,

vs.

John Baldwin, Steve Meeks, and Melvin Hinton,

Defendants

Hon. Chief Judge Rosenstengel

Case # 18-CV-156-NJR-MAB.

Motion for Mischilonous Relief for Class member Roy Cochran S14172, Bella Marie Summers

1) I, Bella Marie Summers AKA Ms. Cochran, am at Dixon Correctional Center & am suffering from Dyphoria symptoms due to Dixon's medical & mental health staff not letting me see a Medical Doctor so I may get back on spironolactone & raise my Estrace back to

Two milligrams daily.

2) I am also feeling anxiety over the fact that Dixon doesn't allow us class member to purchase Training Bras from the Inmate commissary & only provides us with Two Bras from the Inmate clothing per 12 months.

3) This could all be relieved by simply allowing us class members here at Dixon the privelage to purchase Bras from Inmate commissary & allowing us girls to see medical Doctors sooner.

## Reliefe Requested

1) I, Bella Marie Sumers, a class member & Plaintiff, Pray the Honerable Judge to order Dixon correctional center to allow us members here the right to see medical Doctors on a regular basis about our Hormones/medications & the privelage to purchase Training Bras from the Inmate commissary.

2) Order Dixon correctional center to

let me, Bella Marie Summers, to see a Medical Doctor to get my spironolactone re-started & my Estrace from 1 mg AM to 1 mg AM & 1 mg PM.

Respectfully entered,
Bella Marie Summers
*Roy Cochran*
Roy Cochran
S14172
Dixon Corr. Center
2600 N. Brinton Ave.
Dixon, IL.
61021



UNITED STATES DISTRICT COURT
__Southern__ DISTRICT OF ILLINOIS
_____ DIVISION

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading, to the U.S. District Court for __Southern__ District of Illinois for review and filing.

__Roy Cochran__          __S14172__
Name                    ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?      Yes or **No**

   If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?      Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number, mark here: _____

3. Should this document be filed in a pending case?      **Yes** or No

   If yes, please list case number: __18-CV-156-NJR__

   If yes, but you do not know the case number, mark here: _____

4. Please list the total number of pages being transmitted:    __3__

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

   | Name of Document | Number of Pages |
   |---|---|
   | Motion for Mistrials | 3 |
   | | |
   | | |
   | | |

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.