US Dist Court Southern Dist of Illinois

Monroe v Baldwin          Case No. 18cv00156
                          NJR-MAB

## Motion Requesting Court Conduct Investigation

Now Comes, Steven D Lisle JR # R40159 Inmate At The Dixon Correctional Center Address: Dixon Corr Center 2600 N Brinton Ave Dixon IL 61021 In The Above Motion:

1. Plaintiff Steven D Lisle JR # R40159 Is A Class Member In The Above Titled Case.

2. Plaintiff & Classmember Request This Court To Order A Investigation And Send A Court Monitor To Interview Lisle About Her Complaints.

3. Lisle Informs This Court That The Dixon Facility And IDOC Officials Are Discriminating Against Lisle By Refusing To Provide Lisle Treatment for Gender Dysphoria And Medical Treatment For Hormone To Allow Lisle To Fully Transition Her Body Untill A Full Functioning Women.

### Relief

1. Conduct Investigation And Order Court Monitor To Interview Lisle

Certificate of service
On 1-31-2021 E Filed To Clerk
Us Dist Court Southern Dist
of Illinois Lis[...]

US Dist Court Southern Dist of Illinois

Lisle v Tyler                                             No. ___

Motion Informing The Court Not To File The
   Above Complaint On The Courts Docket

Now Comes, Steven D Lisle JR # R40159 In The Above Motion:
1. In The Prior Filing of The Plaintiff's [Motion For Extension of Time]
2. The Plaintiff Informed This Court [Not] To Proceed With The Filing of The [Above] Complaint Untill After "Febuary 6, 2021" IF A Settlement Was Not Reached In The Plaintiff's Southern District Complaint Titled Lisle v Lawrence. No 19cv427
3. On January 29, 2021 A Global Settlement Was Reached In [All] Plaintiff's Federal District Case's
4. The January 29, 2021 Global Settlement Included The Above Titled Case (Lisle v Tyler No. ___) And Any Other Litigation Transpired from 1-29-2021 Dating Back!

Relief
1. Plaintiff Request For This Court Not To [Process] The Above Titled Complaint
2. Plaintiff Request For This Court Not To [Proceed] With Any Litigation In The Above Titled Case.

Certificate of Service
On 1-31-2021 EFiled To Clerk
US Dist Court Southern Dist of
Illinois /s/ _____



# UNITED STATES DISTRICT COURT
## __SOUTHERN__ DISTRICT OF ILLINOIS
### _____ DIVISION

### ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading to the U.S. District Court for _____ District of Illinois for review and filing.

__STEVEN LISLE__     __R40159__
Name                 ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?     Yes or **No**

   If this is a habeas case, please circle the related statute:  28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?     Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number, mark here: _____

3. Should this document be filed in a pending case?     **Yes** or No

   If yes, please list case number:  __18 CV 00156__

   If yes, but you do not know the case number, mark here: _____

4. Please list the total number of pages being transmitted:     __2__

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| MOTION | 2 |
|  |  |
|  |  |

Please note that discovery requests and responses are NOT to be filed, instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.