# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ROB JEFFREYS, STEVE MEEKS, and MELVIN HINTON,<br><br>Defendants. | Case No. 3:18-cv-00156-NJR-MAB |

## DECLARATION OF CHONNA ANDERSON

I, Chonna Anderson, hereby state:

1. I am a 38-year-old woman from Chicago, Illinois, and am currently imprisoned at Centralia Correctional Center.

2. I was assigned a male gender at birth, but have understood my gender is female since I was very young. Around the age of twelve or thirteen, I came out as transgender to my mother. She was very supportive and concerned about my wellbeing. I had been engaging in self-harm because I didn't understand my body and was unhappy with it.

3. Around that time, my mother took me to see a doctor who explained I had "gender identity disorder." My mother did not have healthcare insurance, so I was unable to receive the treatment recommended by the doctor as a prescription. But my mother was able to find medication for me in the community. I think it was Premarin and something else in a white bottle, but I can't remember what it was called. I took these medications as regularly as I could when my mother could find them.

4. I was incarcerated in April 2007. Soon after being admitted to Stateville Correctional Center, I requested to continue the hormones (estrogen) I had been taking pretty consistently for the last four years (except for one lapse of less than six months when I couldn't find my medication). Prison officials at Stateville told me at that time that IDOC did not provide hormone therapy.

5. Learning that I could not receive my hormones in prison was devastating to me. I thought my life was over with, and seriously considered doing harm to myself because of it. I was put on suicide watch for about eight days (this was two or three days after my admission to Stateville). When I was taken off suicide watch, I asked again for hormones and was told there was nothing IDOC could do for me. I remember being very emotional, crying, and feeling completely hopeless. I was put on suicide watch again for about 15 days. After that, I gave up on asking for hormones, but I couldn't stop thinking about how I did not feel like myself and struggled to function.

6. In June 2011, I was diagnosed with non-Hodgkin's lymphoma and treated with chemotherapy from July 2011 to December 2011, when I was told I was in remission. I discovered my cancer had returned in February 2013, received six treatments of radiation from June to October 2013, and have been living cancer-free since then.

7. Around 2014, while I was housed at Western Correctional Center, I heard that other transgender prisoners were receiving hormone therapy. I got really excited thinking that I would be able to start taking hormones again and could be the woman I have always known I am.

8. I was getting PET scans about every six months at that time to monitor my cancer remission. I asked the doctor at Western CC (I think his name was Dr. Shaw) who was overseeing

my medical care about starting hormones again. He told me I could not receive hormone therapy because it would put me at higher risk of the cancer returning.

9. The doctors I was seeing outside of IDOC – I think it was oncologist Dr. Greco in Swansea, Illinois with St. Elizabeth's hospital and Dr. Ali at the cancer center in Quincy, Illinois – told me they did not think hormones would have an effect on the cancer. When I raised this with the doctor at Western, every six months when I returned from my PET scans, he would give me the runaround and told me I had to go through mental health for hormone therapy. The mental health person told me I needed approval from my doctor and a committee. I was told I was on the docket for the committee starting in early or mid-2015 but nothing ever came of it. I don't know if the committee ever reviewed my request for hormone therapy.

10. I felt like IDOC would never give me hormones. My excitement turned back into depression and I was put on suicide watch again. I felt like there was no use trying.

11. I requested hormone therapy again in 2018 while at Pinckneyville Correctional Center and was told that my request needed to be reviewed by a committee. I have been waiting for a response ever since then.

12. I do not know if IDOC ever formally diagnosed with gender dysphoria. I am still not receiving hormones and no one from IDOC has provided me any information about why.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

Dated: 1-20-21

Chonna Anderson

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>ROB JEFFREYS, MELVIN HINTON, and STEVE MEEKS,<br><br>    Defendants. | Case No. 3:18-cv-00156-NJR |

**NOTICE OF FILING**

Plaintiffs, as previously promised (*see* Dkt. 262-11 p. 4, n.1), hereby file the Declaration of Chonna Anderson in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment with her executed signature page. The Anderson Declaration, dated January 11, 2021, was previously submitted with her authorized e-signature in conjunction with Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, originally filed on January 15, 2021 (and subsequently re-filed with redactions on February 25, 2021 as Dkt. 262).

Dated:  April 28, 2021                                        Respectfully submitted,

By: /s/ John A. Knight

Brent P. Ray
KING & SPALDING LLP
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
*bray@kslaw.com*

Abby L. Parsons
KING & SPAULDING LLP
1100 Louisiana Street, Suite 4000

John A. Knight
Camille E. Bennett
Ghirlandi Guidetti
Carolyn M. Wald
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*jknight@ACLU-il.org*
*cbennett@ACLU-il.org*

1

Houston, TX 77002
Telephone: (713) 751-3294
*aparsons@kslaw.com*

Thomas E. Kennedy III
Sarah Jane Hunt
KENNEDY HUNT P.C.
906 Olive Street, Ste. 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

*gguidetti@ACLU-il.org*
*cwald@aclu-il.org*

Catherine L. Fitzpatrick
Amelia H. Bailey
Sam G. Rose
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*catherine.fitzpatrick@kirkland.com*
*amelia.bailey@kirkland.com*
*sam.rose@kirkland.com*

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I certify that on April 28, 2021, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

/s/ John A. Knight
John A. Knight

3