IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals, <br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ROB JEFFREYS, STEVE MEEKS, and MELVIN HINTON,<br><br>　　　　　Defendants. | Case No. 3:18-cv-00156-NJR-MAB |

## DECLARATION OF SORA KUYKENDALL

I, Sora Kuykendall, hereby state:

1. I am a 28-year old woman. I am a named Plaintiff in the above-captioned matter.

2. On Monday, January 4, 2021, I met with my assigned mental health counselor.

3. During our meeting, my mental health counselor told me she thought I needed to be placed on "crisis watch" because I was having suicidal thoughts.

4. I told my mental health counselor that I did not want to be placed on "crisis watch" because it would serve only to further deteriorate my mental health state.

5. Nonetheless, I was placed on "crisis watch" on January 4, 2021 despite my repeated statements that this would be extremely detrimental to me. I remained there until January 10, 2021.

6. The room I was placed in during my time on "crisis watch" had stains across the walls that I believed were from feces. I attempted to clean the stains, but I was unable to remove them completely.

1

7.     During my time on "crisis watch," I was entirely denied access to my hormones, despite my repeated requests to correctional staff to retrieve them from my cell. I was likewise denied access to an electric razor, meaning I was unable to shave my legs for six days.

8.     I was also denied access to soap for the first forty-eight hours, and I was not provided any eating utensils at any point during my time on "crisis watch." Because of this—as well as the state of my cell, my fear of contamination, and the COVID-19 pandemic—I did not eat anything for almost two days.

9.     Even prior to being placed on "crisis watch," my mental and physical health were suffering greatly from my untreated gender dysphoria. I struggled with constant thoughts of self-harm and suicide.

10.    My time on "crisis watch" greatly exacerbated my gender dysphoria, including my mental anguish, depression, anxiety, and suicidal ideation. I am more depressed now than I was prior to being placed on "crisis watch," and I could not feel more strongly that I should never be placed on "crisis watch" again.

11.    Going without my hormones for almost six days was an excruciating experience that made me feel out of control, anxious, and hopeless. These feelings were made worse by the deplorable conditions of my cell while on "crisis watch," as well as IDOC's denial of the most basic items, such as soap, an electric razor, and my life-saving prescribed medication, hormone therapy.

12.    My ongoing and constant-state of distress was made much worse after my treatment while on "crisis watch." It has strengthened my belief that those who are supposedly here to help me do not have my best interests at heart.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

Dated: 1/15/2021                              /s/ Sora Kuykendall[1]
                                              Sora Kuykendall

                                              *Sora Kuykendall* (signature)

---

[1]     Plaintiffs' counsel spoke with Ms. Kuykendall on January 15, 2021 by telephone. During this conversation Ms. Kuykendall authorized Plaintiffs' counsel to file this declaration on her behalf. Plaintiffs' counsel will supplement this declaration with a signed copy from Ms. Kuykendall once it is returned to them by U.S. Mail from Ms. Kuykendall.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>ROB JEFFREYS, MELVIN HINTON, and STEVE MEEKS,<br><br>    Defendants. | Case No. 3:18-cv-00156-NJR |

## NOTICE OF FILING

Plaintiffs, as previously promised (*see* Dkt. 262-15 p. 4, n.1), hereby file the Declaration of Sora Kuykendall in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment with her executed signature page. The Kuykendall Declaration, dated January 15, 2021, was previously submitted with her authorized e-signature in conjunction with Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, originally filed on January 15, 2021 (and subsequently re-filed with redactions on February 25, 2021 as Dkt. 262).

Dated: April 28, 2021

Respectfully submitted,

By: /s/ John A. Knight

| | |
|---|---|
| Brent P. Ray<br>KING & SPALDING LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>Telephone: (312) 995-6333<br>Facsimile: (312) 995-6330<br>*bray@kslaw.com*<br><br>Abby L. Parsons<br>KING & SPAULDING LLP<br>1100 Louisiana Street, Suite 4000 | John A. Knight<br>Camille E. Bennett<br>Ghirlandi Guidetti<br>Carolyn M. Wald<br>ROGER BALDWIN FOUNDATION OF ACLU, INC.<br>150 North Michigan Avenue, Suite 600<br>Chicago, IL 60601<br>Telephone: (312) 201-9740<br>Facsimile: (312) 288-5225<br>*jknight@ACLU-il.org*<br>*cbennett@ACLU-il.org* |

1

Houston, TX 77002  
Telephone: (713) 751-3294  
*aparsons@kslaw.com*

Thomas E. Kennedy III  
Sarah Jane Hunt  
KENNEDY HUNT P.C.  
906 Olive Street, Ste. 200  
Saint Louis, MO 63101  
Telephone: (314) 872-9041  
*tkennedy@KennedyHuntLaw.com*  
*sarahjane@KennedyHuntLaw.com*

*gguidetti@ACLU-il.org*  
*cwald@aclu-il.org*

Catherine L. Fitzpatrick  
Amelia H. Bailey  
Sam G. Rose  
KIRKLAND & ELLIS LLP  
300 North LaSalle Street  
Chicago, IL 60654  
Telephone: (312) 862-2000  
Facsimile: (312) 862-2200  
*catherine.fitzpatrick@kirkland.com*  
*amelia.bailey@kirkland.com*  
*sam.rose@kirkland.com*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on April 28, 2021, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

/s/ John A. Knight
John A. Knight

3