# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANIAH MONROE, MARILYN
MELENDEZ, LYDIA HELÉNA VISION,
SORA KUYKENDALL, and SASHA REED,
individually and on behalf of a class of
similarly situated individuals,

        Plaintiffs,

    v.

ROB JEFFREYS, MELVIN HINTON,
and STEVE MEEKS,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:18-cv-00156-NJR

## PLAINTIFFS' TRIAL EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Plaintiffs provide the following list of exhibits that Plaintiffs may seek to introduce as evidence at trial.

Plaintiffs reserve the right to supplement, amend, or modify their exhibit list prior to or during trial, including in light of any information produced by Defendants on or after July 1, 2021 or identified by Defendants as part of their pretrial filings or otherwise. Plaintiffs further reserve the right to use or rely on at trial any exhibit identified by Defendants as part of its trial exhibits. Plaintiffs further reserve the right to use material not identified on this exhibit list solely for the purposes of cross-examination or impeachment. Plaintiffs' inclusion or exclusion of any document on its trial exhibit list does not in any way indicate Plaintiffs' position regarding authenticity or admissibility of the document against Plaintiffs and Plaintiffs specifically reserve, and do not waive, their right to object to the admission against Plaintiffs of any documents identified herein. Any description of a document on this exhibit list is provided for convenience only and shall not be used as an admission or otherwise as evidence regarding the document.

Demonstratives are not included on this exhibit list; Plaintiffs reserve the right to create and use any demonstratives for presentation at trial.

Plaintiffs preserve all confidentiality designations of all exhibits.

Subject to, and without waiving the foregoing rights and objections, Plaintiffs state that their list of exhibits for trial is attached hereto as Exhibit A.

July 2, 2021

By: /s/ Abby L. Parsons
John A. Knight
Camille E. Bennett
Ghirlandi Guidetti
Carolyn M. Wald
ROGER BALDWIN FOUNDATION
OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
jknight@ACLU-il.org
cbennett@ACLU-il.org
gguidetti@ACLU-il.org
cwald@ACLU-il.org

Catherine L. Fitzpatrick
Amelia H. Bailey
Sam G. Rose
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
catherine.fitzpatrick@kirkland.com
amelia.bailey@kirkland.com
sam.rose@kirkland.com

Brent P. Ray
KING & SPALDING LLP
110 N. Upper Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
bray@kslaw.com

Abby L. Parsons
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3294
*aparsons@kslaw.com*

Thomas E. Kennedy III
Sarah Jane Hunt
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 2, 2021, I electronically filed the foregoing document and any

exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish

service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: _____*/s/ Abby L. Parsons*_____
                Abby L. Parsons

WORKAMER\99994\197012\38873917.v1-7/2/21