**Illinois Department of Corrections**
Transgender Population Totals By Facility
January 28, 2020

Defendants' Exhibit 2

|  | Confirmed | Pending | Receiving Hormones |
|---|---|---|---|
| Dixon | 16 | 1 | 11 |
| East Moline | 1 | 0 | 1 |
| Hill | 7 | 0 | 3 |
| Sheridan | 1 | 0 | 1 |
| Stateville | 4 | 0 | 3 |
| Stateville NRC | 0 | 3 | 1 |
| Danville | 4 | 0 | 3 |
| Decatur | 1 | 0 | 0 |
| Graham | 2 | 0 | 0 |
| Illinois River | 1 | 1 | 1 |
| Jacksonville | 0 | 0 | 0 |
| Lincoln | 2 | 0 | 1 |
| Logan | 9 | 0 | 5 |
| Pontiac | 21 | 5 | 10 |
| Taylorville | 0 | 1 | 0 |
| Western Illinois | 4 | 5 | 3 |
| Big Muddy | 8 | 0 | 5 |
| Centralia | 3 | 0 | 1 |
| Lawrence | 8 | 1 | 5 |
| Menard | 2 | 2 | 2 |
| Pinckneyville | 7 | 16 | 7 |
| Robinson | 2 | 1 | 2 |
| Shawnee | 7 | 2 | 6 |
| Southwestern IL | 0 | 0 | 0 |
| Vandalia | 0 | 0 | 0 |
| Vienna | 1 | 0 | 1 |
| Murphysboro | 0 | 0 | 0 |
| Kewanee | 0 | 0 | 0 |

| Total: | 111 | 38 | 72 |
|--------|-----|----|----|

**Dixon Correctional Center**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments | MSR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ██████ | ██ | 9/11/1981 | Black | Confirmed | Refusing | 8/22/2019 | Dixon | No | GP | | 8/23/2046 |
| ██████ | 5 | 3/2/1978 | Caucasian | Confirmed | Yes | Prior to incarceration | Dixon | No | GP | | 11/25/2026 |
| ███████████ | | ########### | Black | Confirmed | Yes | approved 9/22/18 | Dixon | Yes | GP | arrived 4/24/19 | 6/24/2022 |
| ██████ | | 9/16/1989 | Black | Confirmed | Yes | approved 2/4/19 | Dixon | No | GP | | 5/21/2020 |
| ██████ | | 4/4/1981 | Black | Confirmed | No | NA | Dixon | No | STC | | 12/18/2020 |
| ██████ | | 8/13/1955 | Hispanic | Confirmed | Yes | Prior to incarceration | Dixon | No | STC | arrived 7/31/2019 | 4/29/2020 |
| ██████ | | ############ | Black | Confirmed | Yes | 3/6/2018 | Dixon | No | GP | | 7/6/2020 |
| ██████ | | 5/16/1985 | Black | Confirmed | Yes | 1/23/2019 | Dixon | No | GP | | 5/29/2020 |
| ██████ | | 3/7/1983 | Black | Confirmed | Yes | | Dixon | No | GP | arrived 8/28/19 | 3/13/2020 |
| ██████ | 8 | 2/25/1968 | Black | Confirmed | Yes | approved 9/18/18 | Dixon | No | STC | | 10/23/2035 |
| ██████ | | 9/4/1986 | Caucasian | Confirmed | Yes | Unknown | Dixon | No | DXP | arrived 6/12/19 | 8/16/2024 |
| ██████ | | 7/8/1975 | Black | Confirmed | Yes | approved  6/4/19 | Dixon | No | STC | | 3/24/2021 |
| ██████ | | 4/16/1994 | Black | Confirmed | No | NA | Dixon | Yes | STC | | 3/23/2020 |
| ██████ | | 1/14/1996 | Black | Confirmed | No | NA | Dixon | No | STC | | 7/7/2020 |
| ██████ | | 2/5/1997 | Blck | Confirmed | No | NA | Dixon | No | GP | | 2/22/2023 |
| ██████ | | 10/6/1966 | Caucasian | Unconfirmed | No | NA | Dixon | No | DXP | | Life |
| ██████ | | 8/7/1983 | Caucasian | Confirmed | Yes | approved 8/7/18 | Dixon | No | DXP | | 2/14/2020 |

Monroe et al. v. Rauner, et al. (18-156) Document No.:   317285

**East Moline Correctional Center**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| ████████ | | 2/21/1992 | Black | Confirmed | Yes | 1/28/2015 | East Moline | No | General Population | None |

**Hill CC**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1/22/1969 | White | Confirmed | Yes | 10/31/2018 | Hill | None | General Population | None |
| | | 10/16/1960 | White | Confirmed | No | N/A | Hill | None | General Population | None |
| | | 12/2/1986 | White | Confirmed | No | N/A | Hill | None | General Population | None |
| | | 12/28/1985 | African America | Confirmed | No | N/A | Hill | None | General Population | None |
| | ############# | Confirmed | No | N/A | Hill | None | General Population | None |
| | | ############# | African America | Confirmed | Yes | 2013 Prior to IDOC | Hill | None | General Population | None |
| | | 6/5/1969 | Hispanic | Confirmed | Yes | 8/27/2018 | Hill | None | General Population | None |

Monroe et al. v. Rauner, et al. (18-156) Document No.:   317287

**Sheridan CC**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormone | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| ▆▆▆ | ▆▆ | 2/7/1975 | white | confirmed | yes | 10/20/2018 | Sheridan CC | No | General Population | vulnerable/single cell |

Monroe et al. v. Rauner, et al. (18-156) Document No.:    317288

**Stateville Correctional Center**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormone | Parent Facility/Status | Restrictive Housing | Housing A | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
 |  | 7/9/1967 | African American | Approved | yes | 12/25/2018 | Stateville | No | MS 0127 | Protective Custody |
| | | ############ | Caucasian | Approved | no | d/c as of 5/7/19 | Stateville | Yes | MS 0138 | Infirmary due to stroke |
| | | ############ | Caucasian | Approved | yes | 12/25/2019 | Stateville | No | MS 0129 | Protective Custody |
| | | ############ | Caucasian | Approved | yes | 5/8/2019 | Stateville | No | X LE 04 | Protective Custody |

Monroe et al. v. Rauner, et al. (18-156) Document No.:     317289

**Danville Correctional Center**
Transgender Population
January 28, 2020



| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | ########## | Caucasian | | confirmed | yes | 6/20/2019 | Danville Correctional Center | N | General Population | none |
| | ########## | African American | | confirmed | no | n/a | Danville Correctional Center | N | General Population | none |
| | 4/8/1993 | African American | | confirmed | yes | Feb-19 | Danville Correctional Center | N | General Population | none |
| | ########## | African American | | confirmed | yes | May-19 | Danville Correctional Center | N | General Population | none |

Monroe et al. v. Rauner, et al. (18-156) Document No.:     317290

**Stateville NRC**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | ############ | black | pending | yes | 1/16/2020 | Stateville NRC/pending tran | yes | administrative detention | |
| | | 8/3/1988 | black | pending | N/A | N/A | Stateville NRC/MSR violato | yes | administrative detention | |
| | | ############ | hispanic | pending | N/A | N/A | Stateville NRC/MSR violato | yes | administrative detention | |



Monroe et al. v. Rauner, et al. (18-156) Document No.:    317291

**Decatur Correctional Facility**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ██████ | ████ | ####<br>####<br>#### | black | confirmed | no | N/A | Decatur Correctional Center | No | General Population | none |

Monroe et al. v. Rauner, et al. (18-156) Document No.:    317292

**Graham Correctional Center**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
|  | ▬▬▬ | ############# | White | Confirmed | No | | Graham | No | General Population | |
| | | ############# | Black | Confirmed | No | | Graham | No | General Population | |

Monroe et al. v. Rauner, et al. (18-156) Document No.:    317293

**ILLINOIS RIVER CORRECTIONAL CENTER**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Ball, Xavier | B87475 | ############ | African Ameri | unconfirmed | no | n/a | Illinois River | No | General Population | Not confirmed by Psychiatry |
| ██████████ | ██████ | ############ | African Ameri | confirmed | yes | | Illinois River | Yes | R6 - Max Seg | Transferred in from Pontiac CC on 11/29/19 |

**Jacksonville Correctional Center**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|

**Lincoln Correctional Center**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
|  | | 4/11/1981 | black | confirmed | yes | 1/27/2016 | Lincoln CC | No | General Population | none |
| | | ############ | black | confirmed | no | | Lincoln CC | No | General Population | referred to Endocrinologist to begin hormones |

Monroe et al. v. Rauner, et al. (18-156) Document No.:    317296

**LOGAN CORRECTIONAL CENTER**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | # | African-American | confirmed | yes | N/A | Logan | No | General Population | Psychiatrically stable |
| | ############ | | African-American | confirmed | yes | pt. 2017 (in Cook Co. Jail) | Logan | No | Restricted Housing | Psychiatrically stable |
| | | /12/199 | Caucasian | confirmed | no | N/A | Logan | No | General Population | Psychiatrically stable |
| | ############ | | African-American | confirmed | no | N/A | Logan | No | General Population | Too uncooperative w/ tx for hormones |
| | ############ | | African-American | confirmed | yes | April, 2019 | Logan | Yes | Restricted Housing | Psychiatrically stable |
| | ############ | | African-American | confirmed | yes | prior to transfer to Logan | Stateville | Yes | Restricted Housing | Psychiatrically stable |
| | ############ | | African-American | confirmed | yes | Nov., 2018 | Logan | Yes | Restricted Housing | Psychiatrically stable |
| | ############ | | Hispanic | confirmed | no | N/A | Logan | No | General Population | Denied for hormones - hyperlipidemia |
| S | ############ | | Caucasian | confirmed | no | N/A | Dwight | No | General Population | Not yet approved for hormones |

Monroe et al. v. Rauner, et al. (18-156) Document No.:    317297

**PONTIAC CORRECTIONAL CENTER**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| █ | | 9/11/1981 | Black | Confirmed | Yes | 11/5/2016 | Pontiac | No | EPC | |
| | | 10/30/1978 | Black | Confirmed | No | N/A | Pontiac | No | SPC | |
| | | 5/25/1988 | Black | Confirmed | No | N/A | Pontiac | Yes | SPC | |
| | | 5/11/1994 | Hispanic | Confirmed | Yes | 2/3/2017 | Pontiac | No | SPC | |
| | | 6/30/1993 | Black | Confirmed | Yes | 6/17/2016 | Pontiac | No | W Seg | |
| | | 4/29/1961 | Black | confirmed | Yes | 4/28/2018 | Pontiac | No | SPC | |
| | ########### | Black | Confirmed | yes | 4/20/2018 | Pontiac | No | SPC | |
| | ########### | Black | Confirmed | Yes | 5/2/2019 | Pontiac | No | SPC | |
| | ########### | Black | Confirmed | No | N/A | Pontiac | Yes | RTU-MTC seg | |
| | ########### | Black | Confirmed | Yes | 9/22/2017 | Pontiac | No | EPC | |
| | 3/7/1987 | Black | Confirmed | Yes | 12/16/2018 | Pontiac | No | W Seg | |
| | ########### | Black | Confirmed | No | N/A | Pontiac | No | EPC | |
| | 1/1/1989 | Black | Confirmed | No | N/A | Pontiac | No | W Seg | |
| | ########### | White | Confirmed | Yes | | Pontiac | Yes | RTU-MTC seg | |
| | ########### | Black | Confirmed | No | N/A | Pontiac | Yes | SPC | |
| | ########### | White | Confirmed | No | N/A | Pontiac | No | EPC | |
| | 6/6/1989 | Black | Confirmed | Yes | 5/13/2018 | Pontiac | No | SPC | |
| | ########### | White | Confirmed | No | N/A | Pontiac | Yes | West Seg | |
| | ########### | Black | Confirmed | No | N/A | Pontiac | Yes | RTU-MTC seg | |
| | 9/8/1990 | White | Confirmed | No | N/A | Pontiac | No | SPC | |
| | ########### | Black | Pending | No | N/A | Pontiac | Yes | West Seg | |
| | ########### | Black | Pending | No | N/A | Pontiac | Yes | RTU-MTC seg | |
| | ########### | Black | Pending | No | N/A | Pontiac | Yes | RTU-BMU seg | |
| | ########### | Black | Pending | No | N/A | Pontiac | No | SPC | |
| | 1/8/1993 | Black | Pending | No | N/A | Pontiac | No | SPC | |
| | ########### | White | Confirmed | No | N/A | Pontiac | No | W Seg | |

**Taylorville**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| ███████ | ████ | ####<br>####<br>#### | white | pending | no | N/A | Taylorville | No | General Population | case will be presented to a committee |

Monroe et al. v. Rauner, et al. (18-156) Document No.:    317299

**Western Illinois Correctional Center**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| ██████████ | ██████ | ############# | black | confirmed | yes | 12/19/2018 | Western | No | General Population | |
| ██████████ | ██████ | ############# | black | confirmed | yes | 7/11/2019 | Western | No | General Population | 0 |
| ██████████ | ██████ | ############# | black | pending | no | n/a | Western | Yes | General Population | |
| ██████████ | ██████ | ############# | white | confirmed | yes | >2yrs;  IDOC 4/26/19 | Western | No | General Population | |
| ██████████ | ██████ | ############# | black | pending | no | n/a | Western | No | General Population | |
| ██████████ | ██████ | ############# | white | pending | no | n/a | Western | No | General Population | |
| ██████████ | ██████ | ############# | black | pending | no | n/a | Western | No | General Population | |
| ██████████ | ██████ | ############# | black | confirmed | no | n/a | Western | Yes | General Population | |
| ██████████ | ██████ | 4/3/1974 | white | pending | no | n/a | Western | No | General Population | |

Monroe et al. v. Rauner, et al. (18-156) Document No.:     317300

**BIG MUDDY RIVER CORRECTIONAL CENTER (BMRCC)**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| ▬▬▬▬▬ | ▬▬ | ############ | African American | Confirmed | No - stopped by Dr. Larson due to medical issues | 8/29/2014 | BMRCC | No | General Population | None |
| | | 9/2/1981 | African American | Confirmed | Yes | 5/30/2018 | BMRCC | No | General Population | None |
| ▬▬▬▬ | ▬▬ | ############ | Caucasion | Confirmed | Yes | 5/2/2019 | BMRCC | Yes | SDP / Restrictive Housing | None |
| ▬▬▬▬ | ▬▬ | ############ | Caucasion | Confirmed | Yes | 9/21/2018 | BMRCC | No | General Population | Has requested transfer to female facility and reassignment surgery. Committee reviewed on 01/27/20 and  would like Sexual Assualt Recidivism evaluation done given crime. |
| ▬▬▬▬ | ▬▬ | 8/7/1976 | Caucasion | Confirmed | No | N/A | BMRCC | No | General Population | None |
| | | ############ | Caucasion | Confirmed | Yes | 9/20/2018 | BMRCC | No | General Population | None |
| ▬▬▬▬ | ▬▬ | ############ | Caucasion | Confirmed | Yes | 6/12/2018 | BMRCC | No | General Population | Recent transfer in; paperwork has been completed to present /update committee. |
| ▬▬▬ | ▬▬ | 3/2/1993 | Caucasion | Confirmed | No | Scheduled with Medical Doctor | BMRCC | No | General Population | Disclosed GID to MHP on 01/25/20; has seen psychiatrist and has GID dx; has been scheduled with medical; paperwork begun to present to committee |

**Centralia Correctional Center**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormone | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| ██████ | ███ | 7/15/1979 | Hispanic | Confirmed | Yes | 11/12/2018 | Centralia Correctional Center | No | General Population | None |
| ██████ | ███ | ############# | Black | Confirmed | No | N/A | Centralia Correctional Center | No | General Population | None |
| ██████ | ███ | 6/8/1982 | Black | Confirmed | No | N/A | Centralia Correctional Center | No | General Population | None |

Monroe et al. v. Rauner, et al. (18-156) Document No.:    317302

**Lawrence CC**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| ████ | ███ | ############ | AA | Confirmation GD | N | N/A | LAW | N | GP | New request for TG : presented to committee on 7/10/18 approved fro TG services. |
| ████ | ███ | ############ | Caucasian | Confirmed/GD | Y | 8/11/2014 | LAW | N | GP | Medical file shows "lifelong approval."  Transferred to LAW 5/24/2018 |
| ████ | ███ | ############ | AA | Confirmed GD | Y | 11/27/2018 | LAW | N | GP | |
| ████ | ███ | ############ | AA | Confirmed/GD | Y | 4/15/2019 | LAW | N | GP | presented 7/2/19 approved to continue hormones and injections if needed. |
| ████ | ███ | ############ | AA | Confirmed GD | N | N/A | LAW | N | GP | was presented 7/2/19 approved for services |
| ████ | ███ | ############ | Caucasian | Confirmed GD | Y | 7/11/2019 | LAW | N | GP | was presented 7/2/19 approved for services and hormones. |
| ████ | ███ | ############ | Caucasian | Confirmed  GD | Y | 9/6/2019 | LAW | N | GP | |
| ████ | ███ | ############ | AA | Confirmed GD | N | approved 12/3/19 | LAW | N | GP | |
| 8 | ███ | ############ | AA | pending | N | N/A | LAW | N | GP | |

**Menard Correctional Center**
Transgender Population
January 28, 2020



| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ############ | White | confirmed | yes | 3/2/2016 | Menard | Yes | Seg | none |
| | | ############ | Black | not confirmed | no | NA | Menard | Yes | PC | not approved for hormones |
| | | ############ | Black | confirmed | yes | 4/10/2017 | Menard | Yes | Seg | interested in hormone injections |
| Fulton, Cory | M29082 | ############ | Black | not confirmed | no | NA | Menard | Yes | PC | interested in hormones, plan to present offender at next meeting |

Monroe et al. v. Rauner, et al. (18-156) Document No.:     317304

**Pinckneyville Correctional Center**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 7/9/1993 | White | Pending | No | N/A | Pinckneyville | No | 1D-77 | shower permit |
| | | 8/18/1969 | AA | Pending | No | N/A | Pinckneyville | No | 1A-68 | |
| | | 3/19/1992 | AA | Pending | No | N/A | Pinckneyville | No | 1C-65 | |
| | | ############ | AA | Pending | No | N/A | Pinckneyville | No | 5B-73 | |
| | | 4/3/1974 | White | Pending | No | N/A | Pinckneyville | No | 1D-51 | |
| | | 4/28/1998 | AA | Pending | No | N/A | Pinckneyville | No | 5D-64 | shower permit |
| | | 4/25/1992 | AA | Pending | No | N/A | Pinckneyville | No | 1C-73 | |
| | | 10/4/1988 | White | Pending | No | N/A | Pinckneyville | No | 5D-35 | shower permit needed |
| | | 4/27/1994 | White | Confirmed | Yes | 7/21/2019 | Pinckneyville | No | 5D-77 | shower permit |
| | | 7/17/1987 | AA | Confirmed | Yes | 2/10/2019 | Pinckneyville | Yes | 5C-77 | shower permit, bra permit |
| | | 2/1/1988 | White | Pending | No | N/A | Pinckneyville | Yes | 5C-71 | |
| | | 4/16/1983 | AA | Pending | No | N/A | Pinckneyville | No | 5D-22 | |
| | | 1/15/1995 | AA | Pending | No | N/A | Pinckneyville | No | 5D-19 | |
| | | 4/5/1984 | AA | Pending | No | N/A | Pinckneyville | No | 1A-20 | |
| | | 7/12/1999 | AA | Confirmed | Yes | 11/9/2018 | Pinckneyville | No | 1A-62 | shower permit, bra permit |
| | | 9/27/1991 | White | Confirmed | Yes | 1/29/2018 | Pinckneyville | No | 5B-64 | shower permit, bra permit |
| | | 7/11/1994 | Hispa | Confirmed | Yes | 6/1/2018 | Pinckneyville | No | 5D-21 | shower permit, bra permit |
| | | 4/26/1997 | White | Pending | No | N/A | Pinckneyville | Yes | 5C-78 | |
| | | 6/19/1989 | AA | Confirmed | Yes | 11/16/2018 | Pinckneyville | No | 5D-74 | shower permit, bra permit |
| | | 3/4/1982 | AA | Pending | No | N/A | Pinckneyville | No | 4C-12 | |
| | | 3/31/1997 | AA | Confirmed | Yes | 5/2/2019 | Pinckneyville | No | 2B-70 | shower permit, bra permit |
| | | 5/23/1999 | AA | Pending | No | N/A | Pinckneyville | No | 4B-61 | |
| | | ############ | AA | Pending | No | | Pinckneyville | No | 4A-63 | |

Monroe et al. v. Rauner, et al. (18-156) Document No.:     317305

**Robinson**
Transgender Population
January 28, 2020

| Offender Name | DOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| ▬▬ | ▬▬ | ######### | White | Pending | No | N/A | Robinson | No | General Population | Submitted to Committee 12-12-17 - recommended continued assessment and f1s with MHP to help educate and assess coping skills - Pt still considering HRT - was going to request HRT in Apr 2019 but Pt still does not feel ready at this time. |
| ▬▬ | ▬▬ | ######### | AA | Confirmed | Yes | 7/27/2018 | Robinson | No | General Population | Approved for Hormones by Committee on 7-23-18, submitted to committee for transfer update for ROB on 9-18-18, cont. hormone therapy, MD appt on 8-3-18, Psych team Aug 2018 |
| ▬▬ | ▬▬ | ######### | AA | Confirmed | Yes | 10/10/2018 | Robinson | No | General Population | Initial presentation to Transgender Committee 3-5-18. HRT initiated 10-10-18. Transfer to ROB2-27-19. MHE, Initial Psych Appt, MD Appt completed. Presented to Transgender Committee on 8-6-19 for transfer update. Additional committee update on 1-7-2020in due to Pt declining offer to shower individually in HCU and choosing to shower in housing unit. Approved by Warden and Committee. |

**Shanwee Correctional Center**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 9/30/1970 | Black | Confirmed | Yes | 9/16/2016 | Shawnee/ In Custody | N/A | General Population | |
| | | 5/11/1993 | Black | Confirmed | Yes | 2/20/2019 | Shawnee/ In Custody | N/A | General Population | |
| | | 2/18/1967 | Black | Confirmed | Yes | 7/1/2019 | Shawnee/ In Custody | Yes | Restricted Housing | tickets for 215, 304, 313 |
| | | 4/5/1996 | Black | Confirmed | Yes | 7/1/2019 | Shawnee/ In Custody | N/A | General Population | |
| | | 10/12/1987 | Black | Confirmed | No | n/a | Shawnee/ In Custody | N/A | General Population | |
| | | 7/1/1969 | Black | Confirmed | Yes | 12/19/2019 | Shawnee/ In Custody | N/A | General Population | scheduled to start hormones 12/19/19 |
| | | 4/5/1987 | Black | Confirmed | Yes | 11/16/2019 | Shawnee/ In Custody | N/A | General Population | transferred to SHA on 12/3/19 on hormones |
| | | 1/5/1990 | black | pending | no | n/a | Shawnee/ In Custody | N/A | General Population | |
| | | 1/25/1979 | Black | pending | No | n/a | Shawnee/ In Custody | N/A | General Population | |

**Southwestern Illinois Correctional Center**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| None | | | | | | | | | | |

**Vandalia**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|

**Vienna Correctional Center**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing A Additional Comments |
|---|---|---|---|---|---|---|---|---|---|
| ███████ | ███ | ############# | AA | Confirmed | Yes | 10/6/2019 | Vienna | No | general population |

Monroe et al. v. Rauner, et al. (18-156) Document No.:    317310

**Murphysboro Life Skills Re-Entry Center**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

**Kewanee Life Skills Re-Entry Center**
Transgender Population
January 28, 2020

| Offender Name | IDOC # | Date of Birth | Race | Confirmation Status | Receiving Hormones | Date Started Hormones | Parent Facility/Status | Restrictive Housing | Housing Assignment | Additional Comments |
|---|---|---|---|---|---|---|---|---|---|---|

Monroe et al. v. Rauner, et al. (18-156) Document No.:    317312











