# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br> Defendants. | Case No. 3:18-cv-00156-NJR |

## PLAINTIFFS' NOTICE OF INTENT TO REQUEST REDACTION

Pursuant to Plaintiffs' request to the Court on August 2, 2021, and with agreement by Defendants, Plaintiffs hereby provide notice that they intend to submit Redaction Requests to the Court Reporter within 21 days from the filing of the transcript with the Clerk of Court to redact chosen or dead names of class members not listed in the case caption in the trial transcripts and admitted exhibits.

The proceedings occurred from August 2, 2021 through August 5, 2021 and were reported by Court Reporter Stephanie Rennegarbe, Court Reporter/Transcriber Hannah Jagler, and Court Reporter/Transcriber Karen E. Waugh, respectively. The undersigned understands that the Redaction Requests shall be submitted directly to the Court Reporter/Transcriber for each respective transcript for which redactions are requested.

Dated: August 11, 2021                Respectfully submitted by:

/s/ *Abby L. Parsons*
John A. Knight
Camille E. Bennett
Ghirlandi Guidetti
Carolyn M. Wald
Joshua Blecher-Cohen
ROGER BALDWIN FOUNDATION
OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*jknight@ACLU-il.org*
*cbennett@ACLU-il.org*
*gguidetti@ACLU-il.org*
*cwald@ACLU-il.org*
*jblecher-cohen@ACLU-il.org*

Catherine L. Fitzpatrick
Amelia H. Bailey
Sam G. Rose
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*catherine.fitzpatrick@kirkland.com*
*amelia.bailey@kirkland.com*
*sam.rose@kirkland.com*

Brent P. Ray
KING & SPALDING LLP
110 N. Upper Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
*bray@kslaw.com*

Abby L. Parsons
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3294
*aparsons@kslaw.com*

Thomas E. Kennedy III
Sarah Jane Hunt
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 11, 2021, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: /s/ *Abby L. Parsons*
Abby L. Parsons

3