IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> STEVE MEEKS, MELVIN HINTON, and ROB JEFFREYS, <br><br> Defendants. | Case No. 3:18-CV-00156-NJR |

## CORRECTION to PRELIMINARY INJUNCTION

**ROSENSTENGEL, Chief Judge:**

The Court has been advised of a typographical error in Paragraph 2 of the Preliminary Injunction issued August 9, 2021 (Doc. 332). Specifically, the correct testosterone level set forth by the Endocrine Society Hormone Guidelines for transgender females is for testosterone of less than <u>50</u> nanograms/deciliter, not 15 nanograms/deciliter as erroneously stated in the Preliminary Injunction.

Accordingly, Paragraph 2 of the Preliminary Injunction (Doc. 332) is corrected as follows:

2. Each member of the Plaintiff class who is currently receiving hormone therapy shall, within **14 days** of the date of this Order [August 9, 2021], be given blood tests to assess hormone levels, as well as potassium, creatinine, and prolactin levels (for transgender females) and hemoglobin/hematocrit

levels (for transgender males). Thereafter, if the hormone levels are not within the appropriate range set forth by the Endocrine Society Hormone Guidelines (for transgender females, testosterone of less than <u>50</u> nanograms/deciliter and estradiol between 100-200 picograms/milliliter; for transgender males, testosterone levels between 400-600 nanograms/deciliter), Defendants shall ensure that the individual's hormone medication is titrated following receipt of the bloodwork results and bloodwork repeated at least every **3 months** until the levels are within an appropriate range.

All other portions of the Preliminary Injunction (Doc. 332) remain in force, as does the previous Preliminary Injunction (Doc. 212).

**IT IS SO ORDERED.**

DATED:   August 18, 2021

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**