IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br> Plaintiffs, <br><br> - vs- <br><br> ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br> Defendants. | No. 18-156-NJR |

**DEFENDANTS' 60-DAY STATUS REPORT**

The Defendants, ROB JEFFREYS, STEVEN BOWMAN, and MELVIN HINTON, sued in their official capacities as officials of IDOC, by and through their Attorney, Kwame Raoul, Attorney General for the State of Illinois, provide the following 60-day status report in accordance with this Court's memorandum and order entered August 9, 2021. [Doc. 331, p. 13].

In its memorandum and order, the Court directed Defendants to file a report on the status of each Plaintiff class member's (1) hormone levels; (2) requests for transfer; and (3) requests for surgery. [Doc. 331, p. 13]. Although Defendants were directed to file the information under seal, Defendants have been providing additional documentation directly to Plaintiffs' counsel. In the event this Court wishes to review all of the underlying documents, Defendants will file them with the Court as well.

<u>Hormone levels</u>

This Court ordered that Plaintiffs Kuykendall and Reed be given lab tests to check prolactin levels. [Doc. 331, p. 10, ¶ 1]. Those labs were taken within 7 days of the Court's order and were within normal ranges. The results have already been provided to Plaintiffs' counsel.

1

This Court ordered that each Plaintiff class member receiving hormone therapy at the time be given blood tests to assess hormone levels. [*Id.*, p. 10-11, ¶ 2]. Each Plaintiff class member was offered baseline bloodwork to assess labs. Although a few class members refused, the remainder had baseline bloodwork drawn. Documentation of this is being provided to Plaintiffs' counsel.

Further, the Court ordered that any Plaintiff class member who had requested hormone therapy to the date of order start hormone therapy within 14 days after the baseline lab testing. This has been completed; again, with the exception that those who refused were not provided hormone therapy.

Transfer requests

This Court ordered that each Plaintiff class member who had requested transfer to a facility matching his or her expressed gender be evaluated in chronological order within 120 days. [Doc. 331, p. 11, ¶ 7]. These evaluations are still in progress. Transfer evaluations requested in the past were given priority. The evaluations still pending are more recent requests.

As of the date of filing this notice, the TAC has reviewed 16 class members who requested transfer. In total, there are five transgender females presently housed at Logan Correctional Center. Three more transgender females have been approved pending transfer to Logan CC in mid-October 2021. Two additional transgender females have been interviewed and will proceed to the TAC for an official determination. Two more are to be interviewed in coming weeks for probable transfer. Approximately 12 class members are pending transfer determinations in the October TAC meeting. Thirty-nine other class members have been approved to enter the PRISM program when finalized.[1]

---

[1] As this Court is aware, the PRISM project is a special population program. The 120-day deadline to finalize the program has not yet passed. [*See* Doc. 331, p. 13, citing to Doc. 326, pp. 640, 648-49, 651].

Surgery requests

This Court ordered that Plaintiff class members whose hormone levels are within the appropriate range and who have requested evaluation for gender affirming surgery be evaluated in chronological order by request within 120 days of this order. IDOC has been working back through prior requests, and 26 individuals have been discussed in three meetings as to gender affirming surgery. Ten more individuals have been approved to move forward. After IDOC completes review of prisoners with older requests, they will begin to review newer requests.

                                      Respectfully submitted,

                                      ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,

                                      Defendants,

| | |
|---|---|
| Lisa A. Cook, #6298233<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, Illinois  62701<br>(217) 785-4555 Phone<br>(217) 524-5091 Fax<br>Email: lisa.cook@ilag.gov | KWAME RAOUL, Attorney General<br>State of Illinois<br><br>Attorney for Defendants,<br><br>By:  s/Lisa A. Cook<br>       Lisa A. Cook |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, EBONY STAMPS, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED,<br><br>Plaintiffs,<br><br>- vs-<br><br>JOHN BALDWIN, MELVIN HINTON, and STEVE MEEKS,<br><br>Defendants. | No. 18-156-NJR |

### CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, the foregoing document, **Defendants' 60-Day Status Report**, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John A. Knight | jknight@aclu.il.org |
| Catherine L. Fitzpatrick | cfitzpatrick@kirkland.com |
| Erica B. Zolner | ezolner@kirkland.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Austin B. Stephenson | austin.stephenson@kirkland.com |
| Carolyn M. Wald | cwald@aclu-il.org |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| Abby Parsons | aparsons@kslaw.com |

And all other counsel of record.

s/ Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov
