IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE,<br>MARILYN MELENDEZ,<br>LYDIA HELÉNA VISION,<br>SORA KUYKENDALL, and<br>SASHA REED, individually and on<br>behalf of a class of similarly situated<br>individuals,<br><br>      Plaintiffs,<br><br>v.<br><br>STEVE MEEKS,<br>MELVIN HINTON, and<br>ROB JEFFREYS,<br><br>      Defendants. | Case No. 3:18-CV-00156-NJR |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

The Court acknowledges Defendants' 60-Day Status Report (Doc. 355) filed as directed on October 8, 2021. (*See* Doc. 331). Pursuant to the blood testing and evaluations ordered by the Court in the Preliminary Injunction of August 9, 20201 (Docs. 331, 332), Defendants were ordered to:

> provide the Court and Plaintiffs' counsel with a report on the status of each Plaintiff class member's (1) hormone levels; (2) status of any request for transfer; and (3) status of any request for surgery within **60 days** of the date of this Order. This report shall be filed under seal.

(Doc. 331, p. 13)

Defendants represent that underlying documentation in support of their status report has been provided to Plaintiffs' counsel. This documentation should also be filed

under seal with the Court.

**IT IS ORDERED** that Defendants shall file with the Court, under seal, the documentation of the status of each Plaintiff class member's hormone levels, request for transfer, if any, and request for surgery, if any. The sealed status report shall be itemized to include the name of each class member and the person's status as to each aspect of the report. This status report shall be filed on or before **October 20, 2021.**

Plaintiffs shall file any response they may have to Defendants' status report on or before **October 27, 2021.**

**IT IS SO ORDERED.**

DATED:   October 13, 2021

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**