**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, | ) | |
| LYDIA HELENA VISION, | ) | |
| SORA KUYKENDALL, and SASHA REED, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| - vs- | ) | No. 18-156-NJR |
| | ) | |
| ROB JEFFREYS, MELVIN HINTON, | ) | |
| and STEVEN BOWMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE CONCERNING SEALED FILING**

The Defendants, ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities only as IDOC Officials), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, provide the following public notice concerning the sealed document filed at Doc. 357:

1. On October 8, 2021, Defendants filed a 60-day status report. [Doc. 331]. On October 13, 2021, the Court directed Defendants to file documentation as to the status of each class member's hormone levels, requests for transfer, and request for surgery (if any). [Doc. 356]. The Court also directed that an itemized report be filed as to each class member. [*Id.*].

2. In accordance with that October 13 order, Defendants have filed under seal an itemized list containing each Plaintiff's status as to hormones, transfer request, and surgical requests. [Doc. 357]. Defendants also included 1,695 records regarding IDOC's efforts, class member lab results, and committee notes and decisions.

3.   These documents have been filed under seal in accordance with the Court's orders and

with the goal of protecting sensitive information concerning the Plaintiff class members.

Respectfully submitted,

ROB JEFFREYS, MELVIN HINTON, and
STEVEN BOWMAN,

Defendants,

Lisa A. Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 782-9014 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov

KWAME RAOUL, Attorney General
State of Illinois

Attorney for Defendants,

By:   s/Lisa A. Cook
Lisa A. Cook

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, | ) | |
| EBONY STAMPS, LYDIA HELENA VISION, | ) | |
| SORA KUYKENDALL, and SASHA REED, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| - vs- | ) | No. 18-156-NJR |
| | ) | |
| JOHN BALDWIN, MELVIN HINTON, | ) | |
| and STEVE MEEKS, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 20, 2021, the foregoing document, **Defendants' Notice Concerning Sealed Filing**, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John A. Knight | jknight@aclu.il.org |
| Catherine L. Fitzpatrick | cfitzpatrick@kirkland.com |
| Erica B. Zolner | ezolner@kirkland.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Austin B. Stephenson | austin.stephenson@kirkland.com |
| Carolyn M. Wald | cwald@aclu-il.org |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| Abby Parsons | aparsons@kslaw.com |

And all other counsel of record.

s/ Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov
