IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN MEEKS,<br><br>    Defendants. | Case No. 18-156-NJR |

## PLAINTIFFS' NOTICE CONCERNING SEALED FILING

Plaintiffs Janiah Monroe, Marilyn Melendez, Lydia Heléna Vision, Sora Kuykendall, and Sasha Reed, individually and on behalf of a class of similarly situated individuals, by their undersigned attorneys, provide the following public notice concerning the documents filed under seal on October 27, 2021 at Docket No. 359:

  1. In this Court's August 9, 2021 Memorandum and Order, and its October 13, 2021 Order, the Court ordered Defendants to file, under seal, a status report regarding the status of each Plaintiff class member's (1) hormone levels; (2) request for transfer; and (3) request for surgery. *See* Dkt. 331 at 13; Dkt. 356 at 1-2.

  2. On October 13, 2021, this Court directed Plaintiffs to file any response they may have to Defendants' sealed status report on or before October 27, 2021. Dkt. 356 at 1.

  3. On October 20, 2021, Defendants filed, under seal, a status report and exhibits relating to the status of Plaintiffs' hormone therapy, transfer requests, and surgical requests. *See* Dkt. 357.

4. Pursuant to this Court's October 20, 2021 Order, Plaintiffs have filed, under seal, their Response to Defendants' Status Report and Sealed Filing. *See* Dkt. 359. Plaintiffs' response addresses the same sensitive and confidential information regarding the status of individual class members that this Court directed Defendants to file under seal. As such, Plaintiffs have filed their Response and supporting exhibits under seal to comply with this Court's Orders, and to protect sensitive and confidential information relating to the status of individual Plaintiff class members.

Dated: October 27, 2021

Respectfully submitted,

/s/ *Amelia H. Bailey*
John A. Knight
Camille E. Bennett
Carolyn M. Wald
Joshua D. Blecher-Cohen
ROGER BALDWIN FOUNDATION OF ACLU. INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*jknight@ACLU-il.org*
*cbennett@ACLU-il.org*
*cwald@ACLU-il.org*
*jblechercohen@ACLU-il.org*

Amelia H. Bailey
Sam G. Rose
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*sam.rose@kirkland.com*

        Brent P. Ray
        KING & SPALDING LLP
        110 N. Wacker Drive, Suite 3800
        Chicago, IL 60606
        Telephone: (312) 995-6333
        Facsimile: (312) 995-6330
        *bray@kslaw.com*

        Abby L. Parsons
        KING & SPALDING LLP
        1100 Louisiana Street, Suite 4100
        Houston, TX 77002
        Telephone: (713) 751-3294
        Facsimile: (713) 751-3200
        *aparsons@kslaw.com*

        Thomas E. Kennedy III
        Sarah Jane Hunt
        KENNEDY HUNT P.C.
        906 Olive Street, Suite 200
        Saint Louis, MO 63101
        Telephone: (314) 872-9041
        *tkennedy@KennedyHuntLaw.com*
        *sarahjane@KennedyHuntLaw.com*

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that on October 27, 2021, I electronically filed the foregoing document and any attachments with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

                                        */s/ Amelia H. Bailey*
                                        Amelia H. Bailey