IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, EBONY STAMPS, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRUCE RAUNER, JOHN BALDWIN, STEVE MEEKS, and MELVIN HINTON, <br><br> *Defendants*. | Case No. 3:18-cv-00156-DRH-DGW |

## NOTICE OF WITHDRAWAL

COMES NOW Megan M. New of Kirkland & Ellis LLP and hereby withdraws her appearance as counsel for Plaintiffs Janiah Monroe, Marilyn Melendez, Ebony Stamps, Lydia Heléna Vision, Sora Kuykendall, and Sasha Reed. All other counsel from Kirkland & Ellis LLP will remain as counsel of record for the above-referenced Plaintiffs.

Dated:  November 2, 2021

Respectfully submitted,

By: /s/ *Megan M. New*
John A. Knight
Camille E. Bennett
Carolyn M. Wald
ROGER BALDWIN FOUNDATION OF ACLU, INC.
180 North Michigan Avenue, Suite 2300
Chicago, Illinois 60601
Telephone: (312) 201-9740
Facsimile: (312) 201-9760
jknight@ACLU-il.org
cbennett@ACLU-il.org
gguidetti@ACLU-il.org
cwald@ACLU-il.org

Amelia H. Bailey
Sam G. Rose
Megan M. New
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*sam.rose@kirkland.com*
*megan.new@kirkland.com*

Brent P. Ray
KING & SPALDING LLP
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
bray@kslaw.com

Abby L. Parsons
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3294
Facsimile: (713) 751-3200
aparsons@kslaw.com

Thomas E. Kennedy III
Sarah Jane Hunt
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
tkennedy@KennedyHuntLaw.com
sarahjane@KennedyHuntLaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I certify that on November 2, 2021, I electronically filed the foregoing document and any attachments with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

/s/ *Megan M. New*
Megan M. New