IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>         Plaintiffs,<br><br>    v.<br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,<br><br>         Defendants. | Case No. 3:18-cv-00156-NJR |

**PLAINTIFFS' PROPOSED AMENDMENTS TO MONITOR DUTIES**

On December 13, 2021, this Court gave notice of its intent to appoint a Special Master/Monitor ("Monitor") to:

> oversee Defendants' compliance with the Court's Preliminary Injunctions (Docs. 212, 332, 336), implementation of the Illinois Department of Corrections' April 2021 revised Administrative Directives regarding transgender prisoners, and to assess and advise the Court and the parties whether further revisions of Illinois Department of Corrections ("IDOC") policies and Administrative Directives are necessary in order to remedy the unconstitutional treatment of transgender prisoners in IDOC facilities.

ECF No. 370 at 1.

The Court further provided that the parties shall submit any proposed modifications to the duties of the Monitor set forth in the Order on of before January 3, 2022. *Id.* at 15-16. Plaintiffs now submit four such proposed modifications.

*First*, the Court's Order provides that the Monitor will "will review IDOC's records relating to Plaintiff class members' requests for transfer" to gender-aligned facilities and "regarding Defendants' continued implementation of the PRISM program." *Id.* at 10, 11. Plaintiffs

propose that the Monitor's duties include advising the Court whether Defendants' implementation of transfers to gender-aligned facilities and its development of the PRISM program (which involves, for example, transfer of transgender women to another IDOC male facility) are successfully achieving the purposes of social transition treatment for gender dysphoria. *See* ECF No. 212 at 2; ECF No. 331 at 2, 13. Such analysis might include, for example, determining whether the treatment of transgender women at the Logan Correctional Center involves such a high degree of separation from cisgender women as to fall short of a meaningful transfer to a women's facility. Relatedly, the Monitor's reporting and facilitation duties, ECF No. 370 at 13-14, should expressly include the assessment of the policies and procedures, whether written or unwritten, related to the transfer and placement of transgender prisoners at gender-aligned facilities and to the implementation of the PRISM program.

*Second*, in order to discharge the duties assigned by this Court, Plaintiffs propose that the Monitor be empowered, with notice to the parties, to consult with or contract with an additional expert or experts and to seek compensation for any anticipated costs associated with the work of such additional expert or experts to be paid at the same hourly rate as the Monitor as set forth in the Order. Defendants appear to agree with this proposal. *See* ECF No. 375 at Section III.

*Third*, Plaintiffs propose that the Monitor be permitted, with reasonable notice, to visit IDOC facilities (as necessary) and request that counsel make prisoners, IDOC staff, or other relevant parties available for interviews in the presence of counsel.

*Finally*, Plaintiffs propose that the Monitor be permitted to request, with notice to the parties, further modifications in their responsibilities, if they conclude during the course of their appointment that such modifications are necessary to be able to carry out their assigned duties.

Dated: January 3, 2022    Respectfully submitted by:

    /s/ John A. Knight
    John A. Knight
    Camille E. Bennett
    Joshua Blecher-Cohen
    ROGER BALDWIN FOUNDATION
    OF ACLU, INC.
    150 North Michigan Avenue, Suite 600
    Chicago, IL 60601
    Telephone: (312) 201-9740
    Facsimile: (312) 288-5225
    *jknight@ACLU-il.org*
    *cbennett@ACLU-il.org*
    *jblechercohen@ACLU-il.org*

    Amelia H. Bailey
    Sam G. Rose
    KIRKLAND & ELLIS LLP
    300 North LaSalle Street
    Chicago, IL 60654
    Telephone: (312) 862-2000
    Facsimile: (312) 862-2200
    *amelia.bailey@kirkland.com*
    *sam.rose@kirkland.com*

    Brent P. Ray
    KING & SPALDING LLP
    110 N. Wacker Drive, Suite 3800
    Chicago, IL 60606
    Telephone: (312) 995-6333
    Facsimile: (312) 995-6330
    *bray@kslaw.com*

    Abby L. Parsons
    KING & SPALDING LLP
    1100 Louisiana Street, Suite 4100
    Houston, TX 77002
    Telephone: (713) 751-3294
    *aparsons@kslaw.com*

Thomas E. Kennedy III
Sarah Jane Hunt
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on January 3, 2022, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: */s/* John A. Knight