# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br> Plaintiffs, <br><br> - vs- <br><br> ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br> Defendants. | No. 18-156-NJR |

## DEFENDANTS' SUBMISSION CONCERNING PROPOSED COURT MONITOR

The Defendants, ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities only), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, submit the following proposed name with respect to this Court's selection of a monitor:

**Defendants propose Kelly Ducheny, Psy.D., as a potential Court monitor. Dr. Ducheny works for Howard Brown Health in Chicago, Illinois. A copy of her CV has been tendered to Plaintiffs' counsel and will be sent via e-mail to this Court, copying counsel for Plaintiffs.**

                                                      Respectfully submitted,

                                                      ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,

                                                      Defendants,

| | |
|---|---|
| Lisa A. Cook, #6298233 <br> Assistant Attorney General <br> 500 South Second Street <br> Springfield, Illinois  62701 <br> (217) 782-9014 Phone <br> (217) 524-5091 Fax <br> Email: lisa.cook@ilag.gov | KWAME RAOUL, Attorney General <br> State of Illinois <br><br> Attorney for Defendants, <br><br> By:  s/Lisa A. Cook <br>       Lisa A. Cook |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, EBONY STAMPS, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED,<br><br>   Plaintiffs,<br><br> - vs-<br><br>JOHN BALDWIN, MELVIN HINTON, and STEVE MEEKS,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 18-156-NJR-MAB<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2022, the foregoing document, **Defendants' Submission Concerning Proposed Court Monitor**, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John A. Knight | jknight@aclu.il.org |
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| And all other counsel of record | |

               s/ Lisa A. Cook
               Lisa A. Cook, #6298233
               Assistant Attorney General
               Office of the Attorney General
               500 South Second Street
               Springfield, Illinois 62701
               (217) 782-9014 Phone
               (217) 524-5091 Fax
               Email: lisa.cook@ilag.gov