IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,<br><br>Defendants. | Case No. 3:18-cv-00156-NJR |

## PLAINTIFFS' PROPOSED MONITOR CANDIDATES

On December 13, 2021, this Court gave notice of its intent to appoint a Special Master/Monitor ("Monitor") to:

> oversee Defendants' compliance with the Court's Preliminary Injunctions (Docs. 212, 332, 336), implementation of the Illinois Department of Corrections' April 2021 revised Administrative Directives regarding transgender prisoners, and to assess and advise the Court and the parties whether further revisions of Illinois Department of Corrections ("IDOC") policies and Administrative Directives are necessary in order to remedy the unconstitutional treatment of transgender prisoners in IDOC facilities.

ECF No. 370 at 1.

The Court further provided that the parties shall submit the names of proposed candidates for appointment as Monitor. *Id.* at 15. Plaintiffs now submit the names of four Monitor candidates, listed in alphabetical order.

**Dr. Soo Chun** is a psychiatrist who worked for over seven years for the California Department of Corrections and Rehabilitation at two facilities (September 2007 to December 2012, July 2016 to

December 2018). Dr. Chun has also worked as a psychiatrist and medical director for the San Francisco Department of Public Health, where her duties included treating patients under the WPATH Standards of Care and conducting gender-affirming surgery evaluations, and has treated patients at mental-health congregate-care facilities under legal conservatorships.

**Dr. R. Nicholas Gorton** is an emergency medicine physician in Davis, California. He has had significant responsibility for his hospital's quality assurance program at Sutter Davis Hospital. He has extensive clinical experience treating and consulting regarding the adequacy of treatment of transgender patients for gender dysphoria, including patients who are in various forms of state custody. He has also conducted trainings and helped develop policies for other providers concerning transgender healthcare through his work for Project HEALTH. In addition to his medical and clinical experience treating patients with gender dysphoria, Dr. Gorton has conducted extensive review of transgender prisoners' medical records in his capacity as an expert consultant.

**julie graham, M.S.** is a psychotherapist, consultant, and trainer who has many years of experience in providing and overseeing the delivery of transgender health care. Their correctional work has included training correctional facility medical providers in San Francisco, Oregon, and Washington. For the last year and a half, they have served as a consultant to both the Washington Department of Corrections and Disability Rights Washington in a structured negotiation that aims to improve the care and treatment of transgender prisoners statewide. In that role, they have been responsible for assessing numerous formal correctional policies and unwritten practices regarding the delivery of transgender medical and mental healthcare, including those related to housing and

access to commissary items. The goal of the work has been to assist the parties' efforts to reach an agreement regarding a new model for delivering necessary medical care.

**Dr. Amanda L. Harris** is a family medical physician who worked from October 2015 to February 2020 as a physician, site medical director, and assistant chief of medicine in NYC Health and Hospitals' Correctional Health Services program, which runs healthcare in the New York City jail system. In that role, her duties included providing front-line transgender healthcare to individuals with gender dysphoria and implementing PREA compliance and trainings. As Assistant Chief of Medicine, Dr. Harris drafted a new system-wide policy on transgender healthcare affecting New York City's transgender detainees and trained providers within that jail system to deliver gender-affirming care, including hormone therapy.

Dated: January 7, 2022                    Respectfully submitted by:

/s/ Abby L. Parsons
John A. Knight
Camille E. Bennett
Joshua Blecher-Cohen
ROGER BALDWIN FOUNDATION
OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*jknight@ACLU-il.org*
*cbennett@ACLU-il.org*
*jblechercohen@ACLU-il.org*

Amelia H. Bailey
Sam G. Rose
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*sam.rose@kirkland.com*

Brent P. Ray
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
*bray@kslaw.com*

Abby L. Parsons
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3294
*aparsons@kslaw.com*

Thomas E. Kennedy III
Sarah Jane Hunt
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on January 7, 2022, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: */s/ Abby L. Parsons*