IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| - vs- | ) ) | No. 18-156-NJR |
| ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE CONCERNING PLAINTIFFS' MONITOR SUBMISSIONS**

The Defendants, ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities only), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, provide the following notice concerning Plaintiffs' monitor submissions [Doc. 378]:

1. This Court granted the parties leave to strike names of the opposing parties' monitor submissions as long as two names remain on each list after removal. [*See* Doc. 374].

2. Accordingly, Defendants will strike Dr. R. Nicholas Gorton and Dr. Soo Chun from Plaintiffs' list.

3. This notice will be Defendants' submission to the Court and to Plaintiffs' counsel.

Respectfully submitted,

ROB JEFFREYS, MELVIN HINTON, and
STEVEN BOWMAN,
    Defendants,
KWAME RAOUL, Attorney General
State of Illinois

Lisa A. Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 782-9014 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov

    Attorney for Defendants,

By:  s/Lisa A. Cook
    Lisa A. Cook

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, EBONY STAMPS, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| - vs- | ) ) | No. 18-156-NJR-MAB |
| JOHN BALDWIN, MELVIN HINTON, and STEVE MEEKS, | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, the foregoing document, **Defendants' Notice Concerning Plaintiffs' Monitor Submissions**, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John A. Knight | jknight@aclu.il.org |
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| And all other counsel of record | |

s/ Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 782-9014 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov