In the United States District Court for The Southern District of Illinois

SCANNED at FCC and E-Mailed 2/18/22 (date) by QU (initials) 13 (# of pages)

| | |
|---|---|
| Jeremy Lowrey<br>Class member<br>Plaintiff<br><br>V.<br>Steve MEEKS, MELVIN HINTON, and Rob Jeffreys | Nancy J. ROSENSTENGEL<br>Cheif U.S. District Judge<br><br>Case No. 3:18-CV-00156NJR |

## Motion To Enforce order / PRELIMINARY INJUNCTION

Now comes the Plaintiff (Pro-se) seeking this honorable Court grant her Motion to enforce order with attachments Ex. A – D. Plaintiff is a transgender woman who goes by the name Natalie Darling and a class member of this suit.

1. See. Ex A Plaintiff was seeing Endocrinologist Dr. Brian Layden once monthly to safely provide Plaintiff with estrogen due to plaintiff's history of DVT blood clots. Plaintiff's last visit with Dr. Layden was Ex. A she was suppose to be rescheduled to see Dr. Layden in 4 weeks never happen. Last Appointment with Dr. Layden was 9-23-21

2. Plaintiff was transfered to Pontiac Correctional on 9-24-21 Plaintiff has seen the medical Director who claimed to put plaintiff in to see Dr. Layden Appointment never happen.

2

3. Last time Plaintiff had her ProLactin Level checked it was high see Ex. B not been re checked.

4. Plaintiff has been requesting Laser hair removal on her face neck and breasts as well a transfer to Logan C.C. and bottom surgery since August, 2021. Yet still has not been approved or presented for these.

Plaintiff asks this honorable judge to enforce her preliminary Injunction from 8-9-2021 Ex.C order defendants to

1. check Plaintiff Prolactin level within 7 days if its elevated give Plaintiff a MRI
2. order Plaintiff restart seeing her endocriologist Dr. Brian Layden to safely Montior her estrogen due to her history of dvT blood clots
3. Submit Plaintiff for hair removal on her face neck and breasts
4. Submit Plaintiff for Top surgery and bottom Surgery gender affirming Surgery

3 ~~5~~

5. Order Defendants to submit Plaintiff for a transfer to Logan C.C...

Plaintiff has written a grievance exhausted her remedies see EX. D and gotten nowhere.

WHEREFORE THE FOREGOING THIS PLAINTIFF PROSE ASKS THIS HONORABLE COURT TO GRANT THIS MOTION TO ENFORCE ORDER.

Respectfully submitted

J. Lowrey   2-13-22
(Natalie Darling)

, Jeremy S (MRN 081269625) DOB: 12/02/1986

Last visit

Encounter Date: 09/23/2021

Ex. A

# Lowrey, Jeremy S  M12002

MRN: 081269625

**Telemedicine** 9/23/2021
UCC NutritionWellness
Endocrinology

Provider: Brian Layden, MD, PhD (Endocrinology)
Primary diagnosis: Transgender

Anger 11.29.21

## Progress Notes

Brian Layden, MD, PhD (Physician) • Endocrinology

Before the initiation of today's documented service, the patient or patient guardian verbally consented to virtual/remote treatment. The topics discussed are listed in the assessment & plan in this note.

IDOC consult-followup

34 y/o F (M to F, transgender), prefers Natalie

"Pt states always felt female.
In her teenage years, she wore makeup. She would go to drag shows. She started ordering hormones, from UK, 18 yrs - 2yrs coumadin, she has a dvt in left leg. She was taking estadriol 4mg and smoking 2 packs/tobacco.
Currently, pt is on testosterone blocker - spironlactone - 100 bid, no estrogen due to concerns of DVT. She also has a desire for surgery (only breast)."

On coumadin and estrogen po,
Was placed in special lockup for some unclear reasons
Very stressful, tried to committ suicide
Psych wants her now at mental facility.
Still has erections, which is major concern today

Received first eligard shot-3.5 weeks ago

Asa-81
Zrytec 10 daily
Synthroid 125 daily
Risperdal 1.5
Buspar
Omeprazole 20 daily
Zoloft 200 daily
Estradiol 2mg bid
Coumadin 13 mg

ROS negative as below.

ROS-unchanged
No f.c
No sob



by Rosa Isela Lujen, MA at 11/24/21 12:27 PM

Page 1 of 3

No cp
No rashes
No mood changes
No diar./constip.

PMH/PSH
DVT (while on estrogen-oral and using tobacco)

FH- No DVT

SH-heavy tob use, not currently

INR between 2 and 3 now
Chem -NML on 1/2021
PE and VS-deferred

Labs reviewed-estrogen still low 56, now 20

Labs from 9/2021
Prl 37.8
Test 8,
Estardiol 51

Impression/Plan
Natalie is a 34 y/o M-F transgender, currently being treated with spirnolactone and estrogen and coumadin, report shows superficial venous thrombosis-prreviously, now resolved.
  Estrogen oral now, patch failed

Plan

Superficial venous thrombosis: would like to have appt with Dr. John Quigley at UIC (hematologist), but have had challenges arranging

Estrogen tx: cont coumadin , higher patch did not reach goal. An even higher dose patch not available when reviewed with pharmacy.
--Discussed with pharmacist, Boswell, extension 151, 814-629-1397,   Pt fully aware of risk of oral estrogen, but wants to proceed with oral.
--Not at goal. INCREASE to 3mg bid of estradiol

 --Discontinue spiron, conteligard 7.5 mg monthly subQ, clinical pharmacist agreed, discussed SE with patient, she understands fully

Reconstructive transgender surgery:  Gender confirming surgery (working on guidelines at IDOC), While last time pt desires  surgery as follows : Vaginoplasty, orchiectomy, breast reconstruction), today_SHE reports top surgery and laser treatment first (but she is aware IDOC not doing these now). She has concerns leaving male prison following bottom surgery.

Aaron Pardieck QMHP Aaron.Pardieck@Illinois.gov
Melissa Schenkel   Mental Health Authority   Melissa.Schenkel@Illinois.gov

Cosmetic: Laser hair removal-hair (they may be doing in IDOC ), will wait for now

Thyroid issue. Stable on recent check

Labs before next appt (prolactin-which was acutely elevated-possible from new psych med, a;lso need repeat estradiol, and testosterone)

Will need to ensure continuation of care if goes to psych facility.

RTC arranged in 4 weeks.   Follow up never happened

## Additional Documentation
Encounter Info: Billing Info, History, Allergies

## Communications
📄 Letter sent to Casey Hodgeman

## Orders Placed
None

## Medication Changes
As of 9/23/2021  3:33 PM

None

## Medication List at End of Visit
As of 9/23/2021  3:33 PM

None

## Visit Diagnoses
Primary: Transgender F64.0

# UI Health

University of Illinois Hospital & Health Sciences System
Reference Laboratory
840 South Wood Street Room 170 (M/C 750)
Chicago, IL 60612
Ph: 312.355.5800

Laboratory Director: Frederick G. Behm, MD

Hill Correctional Center
600 S Linwood Rd
PO Box 1327
Galesburg Illinois 61402

| PATIENT NAME | DOB | MRN | SEX | REQUISITION NO. |
|---|---|---|---|---|
| Lowrey, Jeremy S | 12/2/1986 | 081269625 | male | RQ597333 |

| PHYSICIAN | OUTSIDE MRN | | | PRINTED DATE |
|---|---|---|---|---|
| KRAMER, KASEY | A221-M12002 | | | 9/22/2021 2:01 AM |

| Component | Value | Ref. Range |
|---|---|---|

-Scr is serum creatinine in mg/dL
age > 17 years

References:
1. Levey AS, Coresh J, Greene T, et al. Using standardized serum creatinine values in the modification of diet in renal disease study equation for estimating glomerular filtration rate. Ann Intern Med. 2006;145(4):247-254.
2. Levey AS, Coresh J, Greene T, et al. Expressing the Modification of Diet in Renal Disease Study equation for estimating glomerular filtration rate with standardized serum creatinine values. Clin Chem. Apr 2007;53(4):766-772.

Specimen Type: Blood Specimen Source: Blood, Venous Specimen: 21H-261CH0546. Ordered by Unspecified. Authorized by Kasey Kramer. Collected: 9/17/2021 1145 Received: 9/18/2021 0517. Verified: 9/18/2021 0609. Resulted by UI HEALTH PATHOLOGY LABORATORY.

### Estradiol (Final result)

| Component | Value | Ref. Range |
|---|---|---|
| ESTRADIOL | 51 | 15 - 31 PG/ML |

Sensitive Estradiol is not intended to monitor the effects of patients receiving estradiol supplements. The magnitude of a falsely increased or decreased Sensitive Estradiol test result depends upon the concentration of Estrogen, Estrogen-3-sulfate and Estradiol that are present in the sample.

Specimen Type: Blood Specimen Source: Blood, Venous Specimen: 21H-261CH0546. Ordered by Unspecified. Authorized by Kasey Kramer. Collected: 9/17/2021 1145 Received: 9/18/2021 0517. Verified: 9/18/2021 0645. Resulted by UI HEALTH PATHOLOGY LABORATORY.

### Prolactin (Final result)

| Component | Value | Ref. Range |
|---|---|---|
| PROLACTIN | 37.8 (H) | 2.6 - 13.1 NG/ML |

Specimen Type: Blood Specimen Source: Blood, Venous Specimen: 21H-261CH0546. Ordered by Unspecified. Authorized by Kasey Kramer. Collected: 9/17/2021 1145 Received: 9/18/2021 0517. Verified: 9/18/2021 0622. Resulted by UI HEALTH PATHOLOGY LABORATORY.

### Testosterone (Final result)

| Component | Value | Ref. Range |
|---|---|---|
| Testosterone, Adult Male | 8 (L) | 300-1080 ng/dL |

Total testosterone values may not reflect optimal concentrations in all individuals. Free or bioavailable testosterone measurements may provide supportive information.
REFERENCE INTERVAL: Testosterone, Adult Male

Access complete set of age- and/or gender-specific reference intervals for this test in the ARUP Laboratory Test Directory (aruplab.com).
Performed By: ARUP Laboratories
500 Chipeta Way
Salt Lake City, UT 84108
Laboratory Director: Tracy I. George, MD

Specimen Type: Blood Specimen Source: Blood, Venous Specimen: 21A-261RA0015. Ordered by Unspecified. Authorized by Kasey Kramer. Collected: 9/17/2021 1145 Received: 9/18/2021 0517. Verified: 9/21/2021 2223. Resulted by ARUP.

Patient: Lowrey, Jeremy S      MRN: 081269625      RQ597333      Page: 2 of 3

Case 3:18-cv-00156-NJR Document 392 Filed 02/18/22 Page 8 of 16 Page ID #11645
Case 3:18-cv-00156-NJR Document 332 Filed 08/09/21 Page 1 of 4 Page ID #7682

Ex. C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANIAH MONROE,
MARILYN MELENDEZ,
LYDIA HELÉNA VISION,
SORA KUYKENDALL, and
SASHA REED, individually and on
behalf of a class of similarly situated
individuals,

Plaintiffs,

v.

Case No. 3:18-CV-00156-NJR

STEVE MEEKS,
MELVIN HINTON, and
ROB JEFFREYS,

Defendants.

## PRELIMINARY INJUNCTION

**ROSENSTENGEL, Chief Judge:**

Pursuant to Rule 65(d)(1)(C) of the Federal Rules of Civil Procedure and *MillerCoors LLC v. Anheuser-Busch Companies, LLC*, 940 F.3d 922 (7th Cir. 2019), the Court issues the following preliminary injunctive relief. This relief is in addition to the previous preliminary injunction at Doc. 212, which **CONTINUES** in force.

The Court **ORDERS** the following additional relief:

1. Plaintiffs Sora Kuykendall and Sasha Reed shall, within **7 days** of the date of this Order, be given lab tests to check their prolactin levels. If those levels are still elevated, they shall be given an MRI test within **5 days** of receipt of the prolactin results.

2. Each member of the Plaintiff class who is currently receiving hormone therapy shall, within **14 days** of the date of this Order, be given blood tests to assess hormone levels, as well as potassium, creatinine, and prolactin

Case 3:18-cv-00156-NJR   Document 392   Filed 02/18/22   Page 9 of 16   Page ID #11646
Case 3:18-cv-00156-NJR   Document 332   Filed 08/09/21   Page 2 of 4   Page ID #7683

Ex. B

levels (for transgender females) and hemoglobin/hematocrit levels (for transgender males). Thereafter, if the hormone levels are not within the appropriate range set forth by the Endocrine Society Hormone Guidelines (for transgender females, testosterone of less than 15 nanograms/deciliter and estradiol between 100-200 picograms/milliliter; for transgender males, testosterone levels between 400-600 nanograms/deciliter), Defendants shall ensure that the individual's hormone medication is titrated following receipt of the bloodwork results and bloodwork repeated at least every **3 months** until the levels are within an appropriate range.

3. Any Plaintiff class member who has requested hormone therapy to date shall, within **21 days** of the date of this Order, get baseline bloodwork done and hormone therapy started within **14 days** thereafter, with follow-up bloodwork at least every **3 months** until the levels are within an appropriate range.

4. Each Plaintiff class member receiving hormone therapy shall get bloodwork done at least once a year to assess hormone levels, as well as potassium, creatinine, and prolactin levels (for transgender females) and hemoglobin/hematocrit levels (for transgender males) and shall be treated as medically indicated by the results. No Plaintiff class member shall be prescribed conjugated estrogen.

5. Any Plaintiff class member whose hormone levels are within the appropriate range, and who has requested evaluation for gender affirming surgery, shall be evaluated for such surgery within **120 days** of the date of this Order with inmates being evaluated in *chronological* order of the date of the inmate's original request for surgery. Each class member so evaluated shall be provided a prompt written notification of the decision and, if surgery is denied, the written notification shall include an explanation of the reasons for denial and a timeframe to request another evaluation thereafter.

6. Plaintiff class members shall be allowed to choose the gender of the correctional officer who will conduct a search of their person, and the search **SHALL BE** conducted by a correctional officer of the gender requested.

7. Each Plaintiff class member who has requested transfer to a facility matching his or her expressed gender (female facility for transgender women, male facility for transgender men) shall be evaluated for transfer within **120 days** of the date of this Order, with inmates being evaluated in *chronological* order of the date of the inmate's original request for transfer. Each class member so evaluated and denied transfer shall be promptly

Ex C

provided with a written explanation of each reason for the denial and allowed to request another evaluation for transfer within **180 days** thereafter.

8. Each Plaintiff class member shall immediately be provided with access to gender affirming items in the commissary and shall immediately be provided with a list of available gender affirming items. Defendants shall immediately ensure all approved gender affirming items are available at the commissary at each class member's institution. Defendants shall, within **30 days** of the date of this Order, provide the Court with a list of all commissary items available at each facility.

9. Defendants shall immediately ensure that medical care and mental health treatment of Plaintiff class members shall be conducted only by medical staff and mental health professionals who have taken WPATH training and are committed to continuing education on issues of transgender health. Similarly, medical providers and mental health professionals who hold personal or religious beliefs that prohibit their treatment of inmates with gender dysphoria shall have no contact with any member of the class from this date forward.

10. Defendants shall immediately ensure that transgender inmates are allowed access to a private shower.

Again, the Court acknowledges Defendants have made some progress toward compliance with the Court's orders for preliminary injunctive relief (Docs. 186, 187, amended at Doc. 212), and recognizes that the COVID-19 pandemic has caused some of the delays in accomplishing compliance. This progress must continue. To that end, the Court further **ORDERS** Defendants to finalize the following "in progress" projects **within 120 days** of this Order.

1. Finalize the contract with Wexford to provide hair removal services to Plaintiff class members;

2. Finalize the contract with Dr. Schechter to provide gender affirming surgery to Plaintiff class members who are approved to receive such surgery;

3. Finalize and implement the CQI (Continuing Quality Improvement) program for transgender care;

4. Finalize IDOC's written surgical standards for transgender care;

5. Finalize and implement the PRISM project (the special population program) (discussed in Doc. 326, pp. 640, 648-49, 651)

6. Finalize and implement additional and ongoing training for *all* correctional staff on transgender issues and awareness, including the harm caused by misgendering and harassment;

7. Finalize and implement training for inmates and staff at Logan Correctional Center regarding incoming/transferred transgender inmates;

8. Finalize and implement IDOC's transgender identification policy.

IT IS SO ORDERED.

DATED: August 9, 2021

NANCY J. ROSENSTENGEL
Chief U.S. District Judge

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**RESPONSE TO OFFENDER'S GRIEVANCE**

### Grievance Officer's Report

Date Received: 11/09/2021    Date of Review: 11/24/2021    Grievance # (optional): 094921
Offender: Lowrey, Jeremy    ID#: M12002

**Nature of Grievance:**
Medical (Treatment)- DENIED MEDICAL TREATMENT SINCE 9/24/21 (TRANSGENDER MEDICATIONS, BLOOD DRAWS, AND SEEING DR.)

**Facts Reviewed:**
Patient grieves medical treatment by facility HCU. Individual transferred into Pontiac Correctional Center on 9/24/21. Individual claims he was scheduled on 10/1/21 for hair removal and bottom surgeries through Hill Correctional Center, and transfer to Logan Correctional Center. Individual further grieves he has not seen Medical Director Dr. Tilden, has not had an appointment through telemed to see his endocrinologist, and has not had lab work done.

Counselor's Response: Contacted Health Care Administrator, Davis, who states at Lowry has been placed on medical list to be seen by Dr. Tilden on 11/5/21.

The grievance dated 10/13/21 was read and the applicable medical record was reviewed by this Grievance Officer. Per Medical Records Staff Assistant K. Kissiar, nowhere in Individual's chart does it indicate a surgery scheduled for bottom or hair removal surgeries at Hill C.C. Individual was seen by Dr. Tilden on 10/26/21 for gender dysphoria (transgender). Individual had his blood drawn on 10/28/21. Individual last saw his endocrinologist on 9/23/21 and is scheduled to see him again on 11/29/21.

If you are in need of medical attention, nurses are available 7 days a week. Contact the gallery officer to obtain a Medical Request Form and fill it out accordingly then submit it. Once HCU has received your slip you will be seen at sick call and evaluated and treated or referred to MD/NP sick call.

**Recommendation:**
Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be considered MIXED ACTION. MOOT at this juncture based on Individual having seen Dr. Tilden, receiving his blood work request, and an upcoming endocrinologist appointment. Any other judgment upon the issue that when returned for cause would have no practical effect upon the existing controversy. DENIED based on no record of scheduled surgeries.

H. Zingre
Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 12-22-21    ☑ I concur    ☐ I do not concur    ☐ Remand

Action Taken:

John Burke    12-22-21
Chief Administrative Officer's Signature    Date

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Requesting formal MBoard hearing

Offender's Signature    M12002    12/26/21
                        ID#      Date

Distribution: Master File; Offender    Page 1    DOC 0047 (Rev. 3/2019)
Printed on Recycled Paper

Ex. D

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Lowrey, Jeremy

Date: 1/20/22

ID#: M12002

Facility: Pontiac

This is in response to your grievance received on 1/7/22. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 10/13/21   Grievance Number: 094921   Griev Loc: PON

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☑ Commissary / Trust Fund   Transgender items available since arrival 9/24/21
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☑ Other   Transgender medical treatment/updates since arrival 9/24/21

Based on a review of all available information, this office has determined your grievance to be:

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

☑ Other: While items may not always be in stock, a review of your Commissary purchases, does reflect the purchase of transgender items. Claims that a surgery was scheduled, prior to your transfer to Pontiac, was not substantiated. Between 10/1/21 and 1/20/22, you've been scheduled 24 times for either lab work, HCU treatment/visit or to be seen by Mental Health Staff.

FOR THE BOARD: _Sherry Benton_
Sherry Benton
Administrative Review Board

CONCURRED: _Rob Jeffreys_
Rob Jeffreys
Director

CC: Warden, Pontiac Correctional Center
Lowrey, Jeremy, ID# M12002

Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

In The United States District Court for The Southern District of Illionis

Jeremy Lowrey
  class member
  Plaintiff

V.

Steve Meeks, Melvin Hinton and Rob Jeffreys

Nancy J. Rosenstengel
Cheif U.S. District Judge
Case No. 3:18-cv-00156 NJR

SCANNED at PCC and E-Mailed
2/18/22 (date) by [initials] (initials)
2 (# of pages)

Declaration In Support of Motion To Enforce order/ Preliminary Injuction

Jeremy Lowrey (Natalie Darling) declares under pentaly of perjury:

1. I am the plaintiff and a class member. I made this affidavit in support of my motion to Enforce order/ Preliminary injunction.

2. I was seeing Dr. Brian Layden once a month to safely provide me with horomones due to my history of DVT blood clots the last time I saw Dr. Layden was 9-23-21.

3. I was Transfered to Pontiac correctional on 9-24-21 Saw Dr. Tilden who claimed to put me in for Dr. Layden the appointment never happened.

4. I wrote a grievance see Ex. D seeking hair removal, top Surgery, bottom Surgery and transfer to Logan C.C. and to see Dr. Layden nothing happened.

5. last time my Prolactin level was checked it was high they haven't Rechecked it
6. I've written several requests to Mental health at Pontiac Seeking hair removal on my face neck and breast top and bottom Surgery and a transfer to Logan to no avail.

2-13-22
Jeremy Lowrey #M12002
P.O. Box 99
Pontiac, IL, 61764



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: Jeremy Lowrey

ID Number: M12002

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or **No**

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: _____

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Motion To Enforce order/Preliminary Injuction with Ex's A-D | 11 Total w/Exhibits |
| Declaration in support Motion to Enforce order/Preliminary | 2 pages |
|  |  |
|  |  |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.