IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br> Plaintiffs, <br><br> - vs- <br><br> ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 18-156-NJR ) ) ) ) ) ) |

**DEFENDANTS' STATUS REPORT IN RESPONSE TO
FEBRUARY 7, 2022, PRELIMINARY INJUNCTION**

The Defendants, ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities only as IDOC Officials), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, provide the following in response to the Court's third preliminary injunction, entered February 7, 2022 [Doc. 384][1]:

**Update as to Blood Work for Class Members Receiving Hormone Therapy [Doc. 384, p. 6, IV.1]**

This Court ordered Defendants to provide an update on whether class members receiving hormone therapy have had blood work done in recent months and whether any doses were titrated or follow-up tests or treatment ordered.

All labs were ordered to be collected by the end of February 2022. Blood work labs have been drawn on all class members receiving hormone therapy; however, not all lab results have

---

[1] Defendants were ordered to provide an update to the Court at 14- and 30-day intervals. [Doc. 384]. This report contains some of the updates ordered in 14 days, as the 14th day fell on a legal holiday (Washington's Birthday) and automatically continued until the end of the next business day. Fed. R. Civ. P. 6(a)(1)(C) & (a)(6). Defendants have separately moved for a brief extension to provide updates as to the showers and commissary aspects.

been provided. The update of the results as of February 17, 2022, will be filed under seal and titled: "IDOC Hormone Update 02.17.22."

Another spreadsheet titled "Abnormal Labs" shows the patient-class members who have abnormal labs, mostly elevated prolactin levels. These patients are being actively monitored at IDOC and those with very elevated prolactin levels have or are having imaging completed. These patients have been referred to the UIC Endocrinology clinic so they may be followed.

A list of the patients seen by the UIC Endocrinology clinic thus far are in a table titled "UIC Endocrinology Clinic List." The table also contains a brief narrative as to what aspects of their transgender care that is under management of the UIC Endocrinology clinic.

All of the items referenced above will be filed under seal.

**Update as to Baseline Blood Work for Class Members Seeking Hormone Therapy [Doc. 384, pp. 6-7, IV.2]**

The baseline lab results for class members seeking hormone therapy are provided with all class member results in the sealed document "IDOC Hormone Update 02.17.22."

Respectfully submitted,

ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,

Defendants,

| | |
|---|---|
| Lisa A. Cook, #6298233<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, Illinois   62701<br>(217) 785-4555 Phone<br>(217) 524-5091 Fax<br>Email: lisa.cook@ilag.gov | KWAME RAOUL, Attorney General<br>State of Illinois<br><br>Attorney for Defendants,<br><br>By:   s/Lisa A. Cook<br>        Lisa A. Cook |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br>  Plaintiffs, <br><br> - vs- <br><br> ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br>  Defendants. | ) ) ) ) ) ) ) )  No. 18-156-NJR ) ) ) ) ) ) |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 22, 2022, the foregoing document, *Defendants' Status Report In Response To February 7, 2022, Preliminary Injunction*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| And all other counsel of record | |

                                                                  s/ Lisa A. Cook
                                                                  Lisa A. Cook, #6298233
                                                                  Assistant Attorney General
                                                                  Office of the Attorney General
                                                                  500 South Second Street
                                                                  Springfield, Illinois   62701
                                                                  (217) 785-4555 Phone
                                                                  (217) 524-5091 Fax
                                                                  Email: lisa.cook@ilag.gov