IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JANIAH MONROE**, *et al.*,

      **Plaintiffs,**

v.

**STEVE MEEKS**, *et al.*,

      **Defendants.**

Case No. 3:18-CV-00156-NJR

### Affidavit of Amanda Harris

I, Amanda Harris, file this Affidavit in accordance with the Order of April 5, 2022, appointing me as Co-Monitor in this case. (Doc. 418). I hereby state:

1.     I have examined the grounds for disqualification set forth in 28 U.S.C. § 455 and declare that no grounds exist that would disqualify me from serving as an impartial monitor in this matter.

2.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON THIS DATE:** ___4-3-2022___

_____

**AMANDA HARRIS, MD, MPH**
185 Ocean Avenue, 1A
Brooklyn, NY 11225