# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| **JANIAH MONROE, et al.,** *Plaintiffs* <br><br> v. <br><br> **STEVE MEEKS, et al.,** *Defendant(s)* | Case Number: 18-cv-00156-NJR |

## ORDER GRANTING PACER EXEMPTION

**ROSENSTENGEL, Chief Judge:**

On April 5, 2022, the Court appointed Amanda Harris, MD, MPH, as a Special Master/Monitor (Docs. 370, 418) to assess and advise the Court and the parties on Defendants' compliance with certain requirements set forth in the Court's Preliminary Injunctions. (Docs. 212, 332, 336, 384). Review of documents filed in this case is necessary for Dr. Harris to carry out her court-appointed duties.

The Court finds that an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts is warranted for Dr. Harris. As an appointed Special Master/Monitor in this class action prisoner civil rights case, she falls within the class of users listed in the fee schedule as being eligible for a fee exemption. The Court is satisfied that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Amanda Harris, MD, MPH, is exempted from the payment of fees for access

via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of this action only. Dr. Harris shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Additionally, the following limitations apply:

1. this fee exemption applies only to and is valid only for the purpose stated above;

2. this fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

3. by accepting this exemption, Dr. Harris agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Dr. Harris is prohibited from transferring any data obtained as a result of receiving this exemption, except that she may transfer data to counsel for the parties and to the Court as necessary to carry out her monitoring duties;

5. this exemption is valid only until this action is terminated.

This exemption may be revoked at the discretion of the Court at any time.

Dr. Harris must register for a separate pro bono account with PACER at https://pacer.uscourts.gov. After registering, the PACER Service Center will issue further written instructions to activate the account. If needed, Dr. Harris may contact the PACER Service Representative at 800-676-6856 for assistance.

The Clerk of Court is **DIRECTED** to email a copy of this Order to the PACER Service Center.

**IT IS SO ORDERED**.

Dated: April 12, 2022

*Nancy J. Rosenstengel*
_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**