IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANIAH MONROE, et al.,

    Plaintiffs,

v.

STEVE MEEKS, et al.,

    Defendants.

Case No. 3:18-CV-00156-NJR

## Affidavit of julie graham

I, julie graham, file this Affidavit in accordance with the Order of May 10, 2022, appointing me as Co-Monitor in this case. (Doc. xxx). I hereby state:

1. I have examined the grounds for disqualification set forth in 28 U.S.C. § 455 and declare that no grounds exist that would disqualify me from serving as an impartial monitor in this matter.

2. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON THIS DATE:** May 11, 2022

_____
JULIE GRAHAM, MFT
2282 Union St.
San Francisco, CA 94123