

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

### ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: Jeremy Lourey (Natalie Darling)     ID Number: M12002

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?     (Yes) or No

    If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or (No)

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?     Yes or (No)

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:  12

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Motion To Enforce order/Injunction Exis A-E | 12 |
| Affidavit | 1 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.

In The United States District Court
For The Southern District of Illinois

Jeremy Lourey
  Class member

v.

Steve Meeks, Melvin Hinton
and Rob Jeffreys
  Defendants

Case NO# 3:18cv00156 NJR

NANCY J ROSENSTENGEL
Cheif U.S. District Judge

## Motion To Enforce order / Injunction

Now comes Plaintiff-class member Jeremy Lourey who prefers Natalie Darling a Transgender woman incarcerated at Pontiac Correctional center. Seeking Pro Se Motion To Enforce.

1. On 6-1-22 Natalie Darling went on a medical writ to UIC hospital in chicago prior to leaving pontiac prison I had to be stripped search. I'm a transgendered woman with 41DDD breasts I asked for a female Staff member to perform my strip search back of my ID says Search=F still a male Lt. and 2 male officers lead me into a room give me a direct order to strip naked. I tryed to report a sexual harassment noone come to see me.

2. I was present for Logan C.C. To transgender Committee on 3-15-22 told I was excellent canditate see Ex.A go 90 Days Stability I have and I haven't had

2

2. no Disciplinary infractions just completed anger Management program (see Ex. B) 12 weeks I still haven't been represented for a transfer to logan.

3. Plaintiff was seeing her endocrologist Dr. Brian Layden every 30 Days (see Ex.C) to safely montior her hormones prior to her transfer to Pontiac Correctional on 9-24-21. She still hasn't seen him & she has a history of blood clots. Now with no Explanition pontiac Nurse Practioner Vinson has put Natalie Darling back on Spironolactone 100 MG x twice daily (Ex. C) She gets a eliguard shot once monthly to "shut off" her testarone see Ex. D her endocrologist took her off Spironolactone 8.2021 and on 7.5 MG eliguard Injection Due to Spironolactone not getting her testorone low enough. Now I'm taking both.

4. I've been requesting Bottom, Top surgery, hair removal on my face, neck breasts

3

4. facial femininization surgery
Since 10-13-21 I still haven't been evaluated or presented for bottom surgery, Top surgery hair removal or facial feminization surgery. (See Ex. E

Natalie Darling is seeking this honorable court grant this Motion To Enforce order Defendants

1. Comply and has/allow Natalie Darling female office strip search don't force her to be stripped by male staff.
2. Have Her restaffed Presented for Logan C.C.
3. Have Her see Her Endocrologist Dr. Brian Layden to get her hormones Safely checked and monitored
4. Evaulated Presented Approved for Bottom Surgery, Top Breast lift Hair Removal facial feminization Surgery.

Her Mental is Deteroitating at Pontiac by not getting treated for gender dysphoria

WHEREFORE I ASK THIS COURT GRANT THIS MOTION TO ENFORCE

4

SO IDOC COMPLYS I ATTEST EVERYTHING IN THIS MOTION IS HEREIN TRUE AND CORRECT TO THE BEST OF MY ABILITIES.

RESPECTFULLY SUBMITTED
Jeremy Lowrey (Natalie Darling) Pro-se
6.20.22

Jeremy Lowrey #M12002 (Pro-se)
PO Box 99
Pontiac, IL,
61764

March 16, 2022

Ms. Lowrey – (M12002)

I staffed you yesterday 3/15/22 with the regional Transgender committee regarding your transfer. I spoke highly of you graduating the BMU program in February and made them aware of your safety concerns as well as your protective custody status.

They are happy with your progress regarding hormone levels and believe that you are an excellent candidate for Logan. They did want to see you doing well for a couple more months outside of the BMU level of care because Logan does not offer that level of care.

They would like to see you continue to progress and then restaff you in 3 months. I know this is going to be disappointing, but please do see the positive that it is not a no, just they want to see more time pass. Please be patient and hang in there. You will be restaffed in 3 months and then recommended for the next step, which is an interview if all things have gone well.

I have passed this information on to Dr. Lee as well.

Please take care of yourself.

*[signature]* LCMFT
Ms. Jahn, MHP

# Certificate of Completion

HAS BEEN AWARDED TO

## Jeremy Lowrey

PONTIAC CORRECTIONAL CENTER
ANGER MANAGEMENT PROGRAM

12 WEEKS

Jacqueline Lane SW II    5/17/22
SOCIAL WORKER II

Lowrey, Jeremy B (MRN 081269625) DOB: 12/02/1986

Encounter Date: 09/23/2021

Ex. C

# Lowrey, Jeremy S   M12002

MRN: 081269625

**Telemedicine** 9/23/2021
UCC NutritionWellness
Endocrinology

Provider: Brian Layden, MD, PhD (Endocrinology)
Primary diagnosis: Transgender

*[signature]* 11.29.21

## Progress Notes

Brian Layden, MD, PhD (Physician) • Endocrinology

Before the initiation of today's documented service, the patient or patient guardian verbally consented to virtual/remote treatment. The topics discussed are listed in the assessment & plan in this note.

IDOC consult-followup

34 y/o F (M to F, transgender), prefers Natalie

"Pt states always felt female.
In her teenage years, she wore makeup. She would go to drag shows. She started ordering hormones, from UK, 18 yrs - 2yrs coumadin, she has a dvt in left leg. She was taking estadiol 4mg and smoking 2 packs/tobacco.
Currently, pt is on testosterone blocker - spironlactone - 100 bid, no estrogen due to concerns of DVT. She also has a desire for surgery (only breast)."

On coumadin and estrogen po,
Was placed in special lockup for some unclear reasons
Very stressful, tried to committ suicide
Psych wants her now at mental facility.
Still has erections, which is major concern today

Received first eligard shot-3.5 weeks ago

Asa-81
Zrytec 10 daily
Synthroid 125 daily
Risperdal 1.5
Buspar
Omeprazole 20 daily
Zoloft 200 daily
Estradiol 2mg bid
Coumadin 13 mg

ROS negative as below.

ROS-unchanged
No f.c
No sob

by Rosa Isela Lujen, MA at 11/24/21 12:27 PM

Page 1 of 3

Lowrey, Jeremy S (MRN 081269625) DOB: 12/02/1986

Encounter Date: 09/23/2021

Aaron Pardieck QMHP  Aaron.Pardieck@Illinois.gov
Melissa Schenkel   Mental Health Authority   Melissa.Schenkel@Illinois.gov

Cosmetic: Laser hair removal-hair (they may be doing in IDOC), will wait for now

Thyroid issue. Stable on recent check

Labs before next appt (prolactin-which was acutely elevated-possible from new psych med, a;lso need repeat estradiol, and testosterone)

Will need to ensure continuation of care if goes to psych facility.

RTC arranged in 4 weeks.  *Follow up never happened*

## Additional Documentation
Encounter Info: Billing Info, History, Allergies

## Communications
Letter sent to Casey Hodgeman

## Orders Placed
None

## Medication Changes
As of 9/23/2021  3:33 PM

None

## Medication List at End of Visit
As of 9/23/2021  3:33 PM

None

## Visit Diagnoses
Primary: Transgender F64.0

No cp
No rashes
No mood changes
No diar./constip.

PMH/PSH
DVT (while on estrogen-oral and using tobacco)

FH- No DVT

SH-heavy tob use, not currently

INR between 2 and 3 now
Chem -NML on 1/2021
PE and VS-deferred

Labs reviewed-estrogen still low 56, now 20

Labs from 9/2021
Prl 37.8
Test 8,
Estardiol 51

Impression/Plan
Natalie is a 34 y/o M-F transgender, currently being treated with spirnolactone and estrogen and coumadin, report shows superficial venous thrombosis-prreviously, now resolved.
Estrogen oral now, patch failed

Plan

Superficial venous thrombosis: would like to have appt with Dr. John Quigley at UIC (hematologist), but have had challenges arranging

Estrogen tx: cont coumadin, higher patch did not reach goal. An even higher dose patch not available when reviewed with pharmacy.
--Discussed with pharmacist, Boswell, extension 151, 814-629-1397, Pt fully aware of risk of oral estrogen, but wants to proceed with oral.
--Not at goal. INCREASE to 3mg bid of estradiol

--Discontinue spiron, conteligard 7.5 mg monthly subQ, clinical pharmacist agreed, discussed SE with patient, she understands fully

Reconstructive transgender surgery: Gender confirming surgery (working on guidelines at IDOC), While last time pt desires surgery as follows : Vaginoplasty, orchiectomy, breast reconstruction), today SHE reports top surgery and laser treatment first (but she is aware IDOC not doing these now). She has concerns leaving male prison following bottom surgery.

(Ex. D)

**BOSWELL PHARMACY SERVICES, LLC** DEA# BB5631543
131 Schoolhouse Road, Jamestown, PA 15547 • 1-888-688-3258

Rx# 57400911-0   6/2/2022   11/29/22   VINSON-KINSELLA,
S505   LOWREY, JEREMY   M12002
TAKE 1 TABLET(S) BY MOUTH   *REFILL AFTER 06/22/2022
TWICE A DAY

60 TAB Total Qty   5 REFILLS

60 TAB - Each
SPIRONOLACTONE 100MG TAB
Generic for: ALDACTONE   16729022716 ACCT
1 of 1   ACQ JMM P/F PONT   PONTIAC CORR C

CAUTION: Federal law prohibits the transfer of this drug to any person other than the patient for whom it was prescribed.

Ex. E

Pontiac Correctional Center

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st t/stroc: NOV 0 1 2021
2nd t/stroc: NOV 1 2021

Housing Unit: ___  Bed #: 252

Date: 10-13-21
Offender (please print): Jeremy Lowrey
ID#: M12002
Race (optional): ___

Present Facility: Pontiac
Facility where grievance issue occurred: Pontiac

**Nature of grievance:**
- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct (N/A 93)
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): no treatment for my gender Dysphoria
- [ ] Disciplinary Report

Date of report: ___   Facility where issued: ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I'm transgender I was transfered to Pontiac South Mental on 9-24-21. I've been on haromones over a year. Yet I still dont have a "Transgender permit" from Pontiac, to buy female Commissary Items. I was also scheduled by Hill C.C. Mental health to be presented Oct. 1st, 2021 for Hair removal, Bottom Surgery and a Transfer to Logan. Yet Pontiac Refused to present me to the Transgender [x] Continued on reverse

**Relief Requested:**
To see Dr. Tilden, to have my cumadin (blood thinner) level checked immediately to avoid a fatal complication. To be given a copy of my transgender permit — to be placed on the list to buy female canteen items. To be presented to the Transgender Committee for hair removal face, neck and body, Top and Bottom Surgery, Transfer to Logan. cont on po

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
[ ] Check if this is NOT an emergency grievance.

Offender's Signature: Jeremy Lowrey
ID#: M12002
Date: 10-13-21

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 11-3-21   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Contacted Health Care Administrator, Davis, who states that Lowrey has been placed on medical call to be seen by Dr. Tilden on 11-5-21.

Print Counselor's Name: K. Webster, c/o
Sign Counselor's Name: ___
Date: 11-4-21

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 10/28/21

Is this determined to be of an emergency nature:
[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

OCT 27 2021   OCT 29 2021

Chief Administrative Officer's Signature: John Burke
Date: 10/28/21

Distribution: Master File, Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

Assigned Grievance @Institution: Pontiac Correctional Center    Housing Unit _____  Bed # _____

1st Lvl rec _____    **ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**    2nd Lvl rec _____

committee on Oct. 1st, even though I was already scheduled in the computer to be presented. I also have not seen the Medical Director Dr. Tilden to go over monitoring my hormone levels and to set up my next appointment with my Endocrinologist Dr. Brian Layden via telemed who I've been seeing once monthly via telemed to safely provide me with hormones. I've had no labwork since I got to Pontiac. This is not only putting me at risk for a possibly fatal complication its also causing me depression, anxiety and distress. I take Cumadin blood thinner so I don't get another DVT blood clot. I am ordered to have weekly blood draws to check my Cumadin level yet I've had no labwork since being at Pontiac C.C. since 9-24-21.

004921
004921
094921

Relief Requested: (continued)
female facial feminization surgery, female body contouring (form of Liposuction, Tummy Tuck) and to continue to see Dr. Brian Layden once monthly my endocrinologist I've been seeing every month for the past 11 months.

Distribution: Master File; Offender    Page 2 of 2    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

### Grievance Officer's Report

Date Received: 11/09/2021 | Date of Review: 11/24/2021 | Grievance # (optional): 094921
Offender: Lowrey, Jeremy | | ID#: M12002

**Nature of Grievance:**

Medical (Treatment)- DENIED MEDICAL TREATMENT SINCE 9/24/21 (TRANSGENDER MEDICATIONS, BLOOD DRAWS, AND SEEING DR.)

**Facts Reviewed:**

Patient grieves medical treatment by facility HCU. Individual transferred into Pontiac Correctional Center on 9/24/21. Individual claims he was scheduled on 10/1/21 for hair removal and bottom surgeries through Hill Correctional Center, and transfer to Logan Correctional Center. Individual further grieves he has not seen Medical Director Dr. Tilden, has not had an appointment through telemed to see his endocrinologist, and has not had lab work done.

Counselor's Response: Contacted Health Care Administrator, Davis, who states at Lowry has been placed on medical list to be seen by Dr. Tilden on 11/5/21.

The grievance dated 10/13/21 was read and the applicable medical record was reviewed by this Grievance Officer. Per Medical Records Staff Assistant K. Kissiar, nowhere in Individual's chart does it indicate a surgery scheduled for bottom or hair removal surgeries at Hill C.C. Individual was seen by Dr. Tilden on 10/26/21 for gender dysphoria (transgender). Individual had his blood drawn on 10/28/21. Individual last saw his endocrinologist on 9/23/21 and is scheduled to see him again on 11/29/21.

If you are in need of medical attention, nurses are available 7 days a week. Contact the gallery officer to obtain a Medical Request Form and fill it out accordingly then submit it. Once HCU has received your slip you will be seen at sick call and evaluated and treated or referred to MD/NP sick call.

**Recommendation:**

Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the offender's grievance be considered MIXED ACTION. MOOT at this juncture based on Individual having seen Dr. Tilden, receiving his blood work request, and an upcoming endocrinologist appointment. Any other judgment upon the issue that when returned for cause would have no practical effect upon the existing controversy. DENIED based on no record of scheduled surgeries.

H. Zingre

Print Grievance Officer's Name / Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 12-22-21 ☑ I concur ☐ I do not concur ☐ Remand

Action Taken:

Chief Administrative Officer's Signature: John Burke / 12-22-21

### Offender's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Requesting formal hearing

M12002  12/26/21

Offender's Signature / ID# / Date

Distribution: Master File; Offender

Page 1

DOC 0047 (Rev. 2/2019)
Printed on Recycled Paper

STATE OF ILLINOIS   )
                    )
COUNTY OF           )

## AFFIDAVIT

I, Jeremy Lowrey (Natalie Darling) do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

Everything stated in this motion is facts. True and occured.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 28 day of June, 2022

_____
Affiant