# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil No. 3:18-cv-00156-NJR |

## PLAINTIFFS' SUBMISSION OF PREVIOUSLY FILED DECLARATIONS WITH SIGNATURE PAGES

Plaintiffs hereby submit the following declarations of class members (under seal) with handwritten signatures, which were previously filed with class members' verbal consent (*see* Dkt. nos. 405-410; 417), pursuant to the Court's Memorandum Opinion and Order (Dkt. 390):

| Ex. | Declarant | Previously Filed Dkt. | Facts Addressed |
|---|---|---|---|
| A | Ms. Marilyn Melendez | 406 (under seal) | Cross-gender strip-searches, isolation at Logan, hormone therapy, disturbing interaction with staff, commissary, private showers |
| B | Ms. Sora Kuykendall | 407 (under seal) | Isolation at Logan, commissary, private showers |
| C | Ms. Maria Johnston | 408 (under seal) | Private showers |
| D | Ms. Skyler Cornille | 409 (under seal) | PRISM, hormone therapy, cross-gender strip-searches, commissary, private showers |
| E | Mr. Alex King | 410 (under seal) | Trading surgery for housing for transgender men, cross-gender strip searches, commissary |
| F | Ms. Olivia Akindele | 417 (under seal) | Cross-gender strip searches, disturbing interaction with staff, delay of transfer to Centralia (PRISM) |

1

Dated: August 2, 2022

Respectfully submitted by:

*/s/* Camille E. Bennett

**Camille E. Bennett**
**Joshua D. Blecher-Cohen**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*cbennett@aclu-il.org*
*jblechercohen@aclu-il.org*

**Amelia H. Bailey**
**Sam G. Rose**
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*sam.rose@kirkland.com*

*Attorneys for Plaintiffs*

**Brent P. Ray**
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
*bray@kslaw.com*

**Abby L. Parsons**
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3294
*aparsons@kslaw.com*

**Thomas E. Kennedy III**
**Sarah Jane Hunt**
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 2, 2022, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: */s/* Camille E. Bennett