**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:18-cv-00156-NJR |
| v. | ) ) ) | |
| ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, | ) ) ) | |
| Defendants. | | |

## <u>MOTION TO WITHDRAW APPEARANCE</u>

COMES NOW Joshua D. Blecher-Cohen of the Roger Baldwin Foundation of ACLU, Inc. and hereby moves for leave to withdraw his appearance as counsel for Plaintiffs Janiah Monroe, Marilyn Melendez, Lydia Heléna Vision, Sora Kuykendall, and Sasha Reed, individually and on behalf of a class of similarly situated individuals. All other counsel from the Roger Baldwin Foundation of ACLU, Inc., King & Spalding LLP, Kirkland & Ellis LLP, and Kennedy Hunt P.C. will remain as counsel of record for the above-referenced Plaintiff.

1

Dated: August 12, 2022

Respectfully submitted by:

*/s/* Joshua D. Blecher-Cohen

**Brent P. Ray**
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
*bray@kslaw.com*

**Abby L. Parsons**
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3294
*aparsons@kslaw.com*

**Thomas E. Kennedy III**
**Sarah Jane Hunt**
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

**Joshua D. Blecher-Cohen**
**Camille E. Bennett**
**Michelle T. García**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*jblechercohen@aclu-il.org*
*cbennett@aclu-il.org*
*mgarcia@aclu-il.org*

**Amelia H. Bailey**
**Sam G. Rose**
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*sam.rose@kirkland.com*

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 12, 2022, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.


Dated: August 12, 2022                    /s/ Joshua D. Blecher-Cohen
                                          Joshua D. Blecher-Cohen