# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Don Lippert, et al.
                Plaintiff,

v.                                  Case No.: 1:10−cv−04603
                                          Honorable Jorge L. Alonso

Partha Ghosh, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 5, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held. Plaintiffs' motion for contempt [1556] is granted in part. For the reasons stated in open court, the Court finds defendants in contempt for their failure to complete an implementation plan as required by the Consent Decree and their failure to comply with this Court's orders respecting an implementation plan. Plaintiffs shall meet and confer with defendants regarding fees and costs expended in bringing their contempt motion [1556]. By 8/26/22, the Monitor shall provide defendants with a redlined version of defendants' December 30, 2021 version of the implementation plan, explaining in Microsoft Word's comment bubbles the reasons why changes are necessary to "ensure that Defendants fulfill the requirements of the Decree" (Consent Decree Section IV.A.1, ECF No. 1238), and making accompanying edits to the language of the December 30, 2021 draft. If defendants still believe that the provisions of their draft suffice to ensure that they will fulfill the requirements of the Consent Decree, then they shall so explain by replying to each of the Monitor's comments within the same redline document by 9/9/22, and they will submit the document to the Court's proposed order email inbox (Proposed_Order_Alonso@ilnd.uscourts.gov). Defendants shall also file a copy of the redlined document on the docket according to the format plaintiffs used in filing Exhibits 1 and 2 to their Motion for Contempt (ECF No. 1556−1 at 1−54). The Court may set further deadlines and court dates as appropriate after reviewing the parties' submission. Plaintiffs' motion for leave to file the Monitor's report publicly [1570] is denied. Defendants' request [see 1572] to file a response to the Monitor's report is denied. Movants' motion to withdraw appearance [1553] is granted. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.