IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| - vs- | )  No. 18-156-NJR |
| ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, | )<br>)<br>)<br>) |
| Defendants. | ) |

**<u>DEFENDANTS' RESPONSE TO THE INITIAL REPORT<br>OF CO-MONITOR DR. AMANDA HARRIS</u>**

The Defendants, ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, sued in their official capacities as administrators of IDOC, provide the following brief response to sections of the Initial Report submitted by Dr. Harris. [Doc. 439].

This response is intended to add context to certain portions of the initial findings in order for everyone involved to understand how findings may fit in with what IDOC is doing and what steps are currently underway.

**Information Pertaining to Section 3: Treatment for Gender Dysphoria – Hormone Therapy**

Dr. Harris found IDOC partially compliant with the provision of hormone therapy. While IDOC acknowledges that hormone levels are not within the ideal range for all class members in the system, the WPATH Transgender Health training for all medical providers as well as expert endocrinology consultation services have been helpful to providing the baseline care. It is important to understand that the lab values do not reflect the duration of therapy, do not consider recent medication changes, and do not consider patient refusals.

Even so, in an effort to centralize oversight and to better manage hormone levels and therapy for class member-patients, IDOC has undertaken several steps:

- IDOC does not have electronic medical records throughout its system, but has gained access to Epic Care Link for Office of Health Services Leadership, so they will soon be able to evaluate all labs without requiring labs to be emailed, which is labor intensive and challenging.

- IDOC is working on getting a way to add Medication Administration Records (MARs) to a TEAMS site so that all healthcare administrators can upload the last 4 months of MARs on a quarterly basis.

- THAWC Chair and other designees will meet with each facility and review abnormal labs and create a plan for the patient.

- UIC Transgender Health has agreed to take on more patients beyond just complicated patients. The Office of Health Services will communicate this at an upcoming quarterly meeting on Thursday, September 8, 2022.

- IDOC will move away from prescribing hormonal therapy medications Keep on Person rather than Watch Take for any patients whose labs are not within normal levels.

**Information Pertaining to Section 4: Treatment for Gender Dysphoria – Gender Affirming Surgery**

As for the surgery component, Dr. Harris found IDOC partially compliant. [Doc. 439, p. 11]. Dr. Harris noted a discrepancy warranting further investigation in that several class members have been approved for surgery, but no completed surgeries had been reported. Dr. Harris also noted class member complaints regarding hair removal services. Defendants wish to respond to each of those concerns.

**A. Delays for gender-affirming surgery**

There have been delays in the provision of gender-affirming surgery. As Dr. Harris notes, multiple class members have been approved for gender-affirming surgery. IDOC has continued to work towards providing access to gender affirming surgeries for the population.

Dr. Loren Schechter, the surgeon collaborating with IDOC to perform gender affirming services and the sole WPATH Certified surgical provider in the State of Illinois, recently moved

his practice to Rush University Medical Center. Rush has not historically worked with the IDOC population and certain logistical questions from the Rush administration regarding payment and security protocols were presented to the Department. IDOC met with the Rush administration on August 12, 2022, to discuss contractual and financial issues related to the services. It is the understanding of the Department that these issues were resolved to the satisfaction of the Rush administration. There is another meeting with Rush today, September 2, 2022, at 12:00 p.m. to answer their questions related to security protocols. IDOC has worked diligently on these issues and intends to schedule surgeries as soon as practical.

### B. Hair removal services

Hair removal services are being provided to all class members who have been approved for surgery. The services are provided in a rotating fashion starting with one patient, going through the whole group, and then beginning again with the first patient. The electrologist has been seeing all patients at Logan Correctional Center twice weekly and reports that the sessions are well tolerated.

Most of the patients have nearly completed the process:

- One patient is approximately 90% clear
- Two patients are approximately 70% clear
- The remaining patients are between 30% - 60% clear

The electrologist has been guided by Dr. Schechter as to what is needed for appropriate hair removal. The patients are also being provided an informational service before initiating the process. Although there have been occasions that patients were not seen for hair removal, these were either for security reasons (such as a security-related lockdown); medical reasons, such as an acute patient illness or isolation related to Covid; or the patient refused the appointment. After

the patients at Logan Correctional Center have completed the process, the patients at Centralia Correctional Center will be next in line.

**Information Pertaining to Section 5: Transfers and PRISM Project**

Dr. Harris made this finding as to Section 5: "NON-COMPLIANT/UNABLE TO ASSESS." [Doc. 439, p. 12]. The section includes a discussion of reports that class members are coerced to cancel surgery requests "in order to be released from isolation in D-Wing."

First, Defendants wish to explain the layout and structure of Logan Correctional Center. The prison is one of two facilities that primarily house female inmates. Exhibit 1, Declaration of Long, ¶ 4. Every security level is represented at Logan CC, and transgender prisoners are spread throughout the facility not just "warehoused" in a particular location. Ex. 1, ¶¶ 4-5, 14-15. Placement on D Wing is due to a particular security status or other security-related consideration. Ex. 1, ¶ 16. Surgery requests are not taken into consideration for placement on D Wing. Ex. 1, ¶ 16. Regardless, D Wing is not an isolation wing. Nor are individuals placed on D Wing for disciplinary purposes—the individuals placed for disciplinary purposes are put in C Wing—instead, D Wing is a general population unit, which is afforded hours of out-of-cell time each day as well as access to programming. Ex. 1, ¶¶ 11-12, 17.

**Conclusion**

IDOC has reviewed the conclusions and next steps included in Dr. Harris's report. [Doc. 439, p. 16]. IDOC appreciates the recognition that it has put in effort to create new policies and procedures and will continue to experiment with ways to track these efforts. IDOC remains committed to providing a safe, humane, and respectful environment for all class members. Any additional recommendations are welcome, and IDOC will continue to work with the Monitors appointed in this action in order to improve the care provided to the class members.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, |
|  | Defendants, |
| Lisa A. Cook, #6298233<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, Illinois   62701<br>(217) 785-4555 Phone<br>(217) 524-5091 Fax<br>Email: lisa.cook@ilag.gov | KWAME RAOUL, Attorney General<br>State of Illinois<br><br>Attorney for Defendants,<br><br>By:  s/Lisa A. Cook<br>         Lisa A. Cook |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, ) ) ) ) | |
| Plaintiffs, ) ) | |
| - vs- ) ) | No. 18-156-NJR |
| ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, ) ) ) ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2022, the foregoing document, *Defendants' Response to the Initial Report of Co-Monitor Dr. Amanda Harris*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Abby L. Parsons — aparsons@kslaw.com
Sarah Jane Hunt — sarahjane@tkennedylaw.com
Thomas E. Kennedy, III — tkennedy@tkennedylaw.com
Brent P. Ray — bray@kslaw.com
Samantha G. Rose — sam.rose@kirkland.com
Amelia Bailey — abailey@kirkland.com
Camille Bennett — cbennett@aclu-il.org
And all other counsel of record

s/ Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov