Defendants' Exhibit 1

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | Monroe v. Jeffreys, 18-0156-NJR |
| | ) | |
| COUNTY OF LOGAN | ) | |

## DECLARATION OF MICHAEL LONG

I, Michael Long, MA, LCPC, declare under penalty of perjury that the following information is true to the best of my information, knowledge, and belief:

1. I am currently employed by the Illinois Department of Corrections ("IDOC") as an Assistant Warden of Programs of the Reception and Classification and Behavioral Health Unit of Logan Correctional Center ("Logan"). I have held this position since June 16, 2022. Prior to that date, I was a Clinical Director at McFarland Mental Health from May 2, 2022 to June 15, 2022. I was also the Mental Health Unit Director at Logan from February 24, 2022 to April 27, 2022.

2. Part of my job duties include overseeing the general operation and security of Logan with particular emphasis on the Reception and Classification and Behavioral Health Unit at Logan.

3. I am competent to testify as to the matters contained herein and make this Declaration based upon my personal knowledge, professional experience, expertise, and review of relevant IDOC records, including records maintained in the ordinary course of business.

4. Logan is a multi-security correctional facility within the Illinois Department of Corrections. It currently has a population of 1,071 individuals in custody. Because it is one

of two facilities that primarily house female inmates,[1] this means that each security level is represented at Logan.

    5. Logan serves a multifaceted population consisting of reception and classification (i.e., receiving new inmates from county jails), general population, restrictive housing, protective custody, and mental health units.

    6. Logan has nine general population housing locations, two residential treatment locations, and one building that is being used for multiple different housing situations.

    7. The housing unit used for multiple different housing situations is Housing Unit 15.

    8. Housing Unit 15 has four (4) wings - A wing, B wing, C wing and D wing.

    9. Housing Unit 15 A wing is used house individuals when they first arrive at Logan.

    10. Housing Unit 15 B wing is used to house those Individuals stepping down from A wing, those in protective custody, and those who are part of the Impact Program.

    11. Housing Unit C wing is used to house individuals who have been alleged to have committed a disciplinary infraction and those who have been found guilty of certain disciplinary infractions.

    12. Housing Unit D wing is used to house individuals in general population who are mainly designated as a maximum security or a Level E security risk individual.

---

[1] The other prison is Decatur Correctional Center.

13. Logan currently houses nine individuals who identify as a transgender woman and twenty-three individuals who identify as a transgender man for a total transgender population of thirty-two individuals.

14. At Logan, transgender individuals are currently housed within ten separate housing units.

15. Of the thirty-two transgender individuals currently housed at Logan, only six of these individuals are housed in Housing Unit 15 D wing.

16. The housing determinations are made on a case-by-case basis and take into account security classification as well as other security-related concerns. Surgery requests are not taken into consideration for D Wing placement.

17. Housing Unit 15 D Wing is a general population housing unit and individuals placed there are afforded several hours of out-of-cell time. Currently, they are given three and one-half hours a day of out-of-cell time. They are also entitled to participate in programming as any other general population individual.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of September, 2022.

_____
Michael Long, MA, LCPC