IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| - vs- | ) ) | No. 18-156-NJR |
| ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, | ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANTS' RESPONSE TO THE INITIAL REPORT OF CO-MONITOR julie graham

The Defendants, ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, sued in their official capacities as administrators of IDOC, provide the following brief response to sections of the Initial Report submitted by julie graham. [Doc. 444]:

In the report provided by co-Monitor julie graham, it was clear that julie understood the complexity of many of the areas under julie's purview. The report found overall that there was partial compliance and that IDOC had been making a "good faith effort towards compliance." [Doc. 444, p. 4]. Many of the concerns noted already had a plan for correction. Yet, there are some areas that warrant follow-up in light of julie's findings and the status of this case overall. These areas concern: (1) training; (2) information for individuals in custody; and (3) commissary.

**Training**

julie's report notes that julie could not verify that the ordered sensitivity training had, in fact, been followed through by all staff. [Doc. 444, p. 12]. IDOC has been following up to ensure that all employees, contractors, and vendors complete this training. Although there are a few facilities

that do not have the training numbers fully entered into the IDOC training system, the reporting system shows over 80% of the registered individuals have completed the sensitivity training (11,439 out of 13,936). Some staff members have been on leaves of absence or are registered but not working for different reasons and so they have not yet completed the training. Further, the sign-in sheets for annual training show a higher compliance rate than on the central system report. All of this information has been communicated to Monitor julie graham. All staff will continue to receive the sensitivity training as part of annual cycle training.

The report is critical of the training presented by QueerWorks and recommends that The Moss Group be hired to continue training staff. [Doc. 444, p. 16]. But selecting a vendor in this manner is not necessarily allowed due to State procurement rules. IDOC followed the Illinois Procurement Code in awarding the contract to QueerWorks for the training it finalized. However, IDOC is exploring available options and has asked The Moss Group for a system-wide needs assessment as recommended by julie graham. The Moss Group has expressed some interest and IDOC has a meeting scheduled with The Moss Group for October 4, 2022.

As for notes of staff confusion, frustration, and lack of clarity, IDOC has taken julie's recommendations seriously and is creating an FAQ handout for staff in order to explain the answers to frequently asked questions. [*See* Doc. 444, p. 32]. It provides information as to terminology, written guidance, and a reminder that staff put any personal feelings regarding transgender status aside and treat everyone with respect, even if they do not fully accept or understand the situation. This draft was completed and sent to julie just recently for julie's review and input.

**Information for Individuals in Custody**

The co-Monitor report recommends that prisoners be given a handout to explain what they are entitled to and how to get what they need. [Doc. 444, p. 32]. IDOC agrees that providing

materials for new and current prisoners to explain services and patients' rights will be helpful. IDOC also believes this information may be communicated through the television alerts.

As for the recommendation that a transgender navigator be hired, this is something that IDOC may consider; however, this is a complicated matter. To find an individual qualified to provide beneficial assistance, it may need to be a person with medical knowledge. Hiring anyone brings us back to IDOC's original response to Plaintiffs' proposal that IDOC hire medical and mental health leads for transgender care. [*See* Doc. 346, p. 10]. Creating any new position requires a set description of job duties and qualifications, what type of position is desired, and then entails several bureaucratic approvals. Everything must be set out ahead of time and clarified. This process may take months. [*Id.*]. Even if a new position were to be considered, IDOC must know precisely what is required before it may begin any process.

**Commissary**

The issue of commissary was one of the areas julie graham was most critical. [Doc. 444, pp. 19-24]. Although supply chain problems impacted IDOC's ability to obtain several of the items, there were other complicating factors. Even so, IDOC continues to reach out to vendors already under contract in an effort to expand the selection of makeup and hygiene items offered in IDOC facilities. IDOC was recently informed that vendors Wolkernhorst and Keefe may be able to source additional makeup items for IDOC prisoners. If the items are provided as anticipated, IDOC will be able to offer several additional shades of foundation, BB cream, concealers, brow and eyeliners, lipstick, eyeshadow, and mascara. As an example, there would be eleven shades of one brand of foundation (CG+Olay SimplyAgeless Foundation) available. And, additional types of foundation or lighter foundation creams would be available in a selection of shades.

IDOC maintains a desire to move to a gender-neutral commissary so that no individual prisoner is singled out for different treatment. IDOC regulations already afford all prisoners—

including those in C Grade, the lowest grade status—to purchase personal hygiene items monthly from the commissary. IDOC will research whether gender affirming items may be treated as hygiene items and what steps must be taken to clarify its policies so that prisoners may obtain the gender affirming items they need in a way that is consistent with its rules and is objectively fair for all prisoners.

## Conclusion

IDOC will continue to work internally, with vendors, and with the co-Monitors to comply with this Court's orders and to improve the care and treatment of class members in its custody. Although IDOC has not yet achieved full compliance, it will continue to work towards that goal.

Defendants note that Plaintiffs responded to julie graham's report and seek to "propose possible solutions for improvement." [Doc. 447, p. 7]. Plaintiffs requested multiple times that a monitor be appointed; however, now that there are two monitors working with IDOC, Plaintiffs wish to bypass the monitors' roles and insert their own ideas back into the process. At this juncture, IDOC should be given the opportunity to work with the monitors appointed by this Court and continue working on solutions in this manner.

Respectfully submitted,

ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,

Defendants,

Lisa A. Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov

KWAME RAOUL, Attorney General
State of Illinois

Attorney for Defendants,

By:  s/Lisa A. Cook
    Lisa A. Cook

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, ) <br> LYDIA HELENA VISION, ) <br> SORA KUYKENDALL, and SASHA REED, ) <br> ) <br> Plaintiffs, ) <br> ) <br> - vs- ) <br> ) <br> ROB JEFFREYS, MELVIN HINTON, ) <br> and STEVEN BOWMAN, ) <br> ) <br> Defendants. ) | No. 18-156-NJR |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2022, the foregoing document, **DEFENDANTS' RESPONSE TO THE INITIAL REPORT OF CO-MONITOR julie graham**, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| And all other counsel of record | |

s/ Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov