IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, *et al.*, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>STEVE MEEKS, MELVIN HINTON, and ROB JEFFREYS,<br><br>　　　　Defendants. | Case No. 3:18-CV-00156-NJR |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

　　This matter is before the Court pursuant to 18 U.S.C. § 3626(f)(5) for the initial six-month review of the appointment of first Co-Monitor Amanda L. Harris, M.D. (Doc. 418). Harris was charged with monitoring Defendants' compliance with the court-ordered injunctive relief regarding hormone therapy, regular blood work and appropriate titration of doses and/or additional testing/treatment; gender affirming surgery evaluation, scheduling, and pre- and post-operative care (including monitoring the CQI[1] program and IDOC medical providers' compliance with WPATH[2] training and continuing education); and transfers of class members to achieve medically necessary social transition. (Doc. 370, pp. 7-11; Doc. 384). This has involved review of voluminous medical records for 195 class members, extensive communication with medical and

---

[1] Continuing Quality Improvement.
[2] World Professional Association for Transgender Health.

Page **1** of **2**

mental health staff employed by the Illinois Department of Corrections, as well as outside providers, and review of records on transfer requests and outcomes. (Doc. 439, pp. 1-2, 12).

Since her appointment on April 5, 2022, Dr. Harris submitted her initial report to the Court and parties regarding the above matters (Doc. 439), and the parties have filed their responses (Docs. 445, 446). Dr. Harris reports that in the areas of hormone therapy and gender affirming surgery, Defendants are only partially compliant with the Court's directives, although progress has been made. In the area of transfers of class members to the PRISM program and to Logan Correctional Center, she reports Defendants are not in compliance but notes she was unable to fully assess some matters relating to transfer procedures and requirements.

Based on the above, the Court concludes that the appointment of Dr. Harris as first Co-Monitor shall continue. This matter is still in the remedial phase. Dr. Harris's expertise is still needed to advise and assist the Court in monitoring Defendants' compliance with the Court's directives in this case, as well as to advise the parties on policies and procedures that will achieve compliance with constitutional standards of care and conditions of confinement. This appointment will be reviewed again in another six months.

IT IS SO ORDERED.

DATED: October 18, 2022

*Nancy J. Rosenstengel*
_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**