IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED,  Plaintiffs,  - vs-  ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,  Defendants. | No. 18-156-NJR |

**DEFENDANTS' RESPONSE TO CO-MONITOR UPDATED REPORT**

The Defendants, ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), provide the following in response to the "Minor Update" by co-Monitor julie graham [Doc. 450], which has been construed as a report of noncompliance [Doc. 451]:

In a supplemental two-page report, co-Monitor julie graham followed up on some of the items addressed in the prior co-Monitor report. [Doc. 450]. Specifically, julie graham discussed showers at two IDOC facilities (Western Illinois Correctional Center and Illinois River Correctional Center); issues with commissary at the same two prisons; that the scanners were not yet in operation; training; the "tool kit" previously discussed; ID badges; and concerns raised by staff. [Doc. 450]. This Court construed the report as one of noncompliance and gave the parties the opportunity to respond. [Doc. 451].

IDOC has looked into the concerns involving the identified issues. Some of these were previously addressed, and IDOC will not rehash all of its prior responses, but will update and address the main points in turn:

### A. Showers

Officials at Western Illinois Correctional Center and Illinois River Correctional Center were consulted regarding the showers available for transgender prisoners. The policy at Western Illinois CC is that the transgender individual meets with the Health Care Unit Administrator and a Mental Health Professional to choose what showering situation is most comfortable for the transgender individual. The individual may choose to shower in the housing unit when inmate movement is concluded or may choose to go to the health care unit. If raining or snowing, the individual may shower in the housing unit after movement is ceased.

At Illinois River CC, the showers have curtains and there is no way to see into the showers from above. While there is an open vestibule outside of the shower, the vestibule has a toilet with half-wall, and the shower curtain may be set aside for privacy outside of the shower.

At the time of julie graham's inquiries, there were only two transgender individuals at Illinois River CC. Each transgender individual received a memorandum allowing for showers at certain times and explicitly stating that **no one** would be permitted out of their cells while a transgender individual was showering and that all individuals in custody would have to be locked up prior to the shower.

Staff are willing to change the shower accommodations as individuals raise concerns. What may seem private and reasonable to one prisoner may not be seen in the same light as another prisoner. Staff and prisoners must be flexible as things continue to shift.

### B. Searches

The final Adani scanner purchased by IDOC was installed by the vendor at Logan Correctional Center on August 11, 2022. On that date, the vendor provided a training for staff identified by the Warden and Operations. The training concentrated on the safe and proper use of

the equipment. Following the training, a central committee was created to draft a written body scanner policy for IDOC employees.

The committee met on September 6, 2022, to discuss and outline a draft administrative directive. The administrative directive is now complete, approved by IDOC legal, and awaiting the Director's final review and signature. The administrative directive could not be drafted prior to installation and training from the vendor on the safe and proper use of the equipment or receipt of the body scanner's operations manual supplied by the vendor. Further, a policy was necessary to create uniformity of operation, set expectations of staff, and ensure compliance with state and federal regulations.

### C. Commissary

Supplying the commissaries with all of the items requested has been a challenge. A universal commissary was put into place on October 4, 2022. The intent was to make it easier for any individual in custody to obtain items of their preference, rather than identifying or outing themselves as transgender in order to obtain gender-affirming items. However, IDOC has encountered issues sourcing each of the items it seeks. For instance, because of issues receiving sports bras, IDOC Industries (staffed by inmate workers) has experimented with making its own sports bras in addition to the socks, shirts, and underwear that Industries has already taken on. The goal is to have greater supply and making access easier and cheaper for the prison population.

To further its goals with respect to commissary, IDOC has assigned an IDOC project manager to monitor the commissary stock of gender-affirming items. The project manager will be tasked with investigating the stock at each facility and, if necessary, checking availability with the vendors to order additional items. This is a new assignment and may require more change as

the project manager begins her role; however, IDOC continues to try new ways to provide gender-affirming items to class members as new problems arise.

### D. Training

IDOC already provided information relative to the training and why not all employees may have finished the training, i.e., leaves of absence, disciplinary suspensions, etc. [Doc. 448]. Defendants wish to provide some additional information. The initial training by The Moss Group, which julie graham alluded to, was a test run. The Moss Group created an initial draft of a training for the Logan staff and piloted it with a select group of Logan employees for feedback and revisions. Four sessions were delivered on September 6 and 7, 2022, at Logan with a maximum of 20 staff members in each session—totaling approximately 80 trained staff members. Classes were interactive and intentionally designed to accommodate a mix of staff across departments. Evaluations from the sessions resulted in over 95% of participants agreeing or strongly agreeing that the material was relevant, informative, and well-organized.

The training is now nearly complete, with The Moss Group in the process of finalizing an updated statement of work, which will provide for additional staff training sessions. These will include sessions to provide training to IDOC trainers for future delivery of the class. In addition, a pending statement of work will include proposals for a review of existing curriculum, staff surveys, and development of training for the offenders. The proposal is in the process of being finalized and should be presented to IDOC shortly.

### E. ID Badges

The updated report discusses some of the conflicting feelings surrounding the use of a marker on the ID Badges. As an initial point, there have been delays in syncing the ID Badges with Offender 360, IDOC's prisoner database. The Collective Bargaining Unit for the Bureau of

Identification (B of I) employees filed a grievance regarding their employees entering the transgender identifiers into Offender 360. The B of I employees grieved that it was outside of their job scope to require them to enter the transgender identifiers into Offender 360, even though this was directed pursuant to the AD 04.03.104. The grievance was resolved in favor of the employees and IDOC was required to change who would put the information on Offender 360. B of I employees are only create the ID Badges.

The Monitor also discussed concerns related to the ID markers as outing transgender inmates. The identification as transgender on the ID Badge is completely optional and with consent of the individual in custody. (See DOC 655, attached) However, the identification of the search accommodation is mandatory if the inmate desires a search by an employee who matches their gender identity.

Some additional explanatory background will be helpful on this point. IDOC currently lacks the authority to mandate/order current female security staff to conduct unclothed searches of transgender females or current male security staff to conduct unclothed searches of transgender males. As part of their rights under the applicable collective bargaining agreements and the Illinois Public Labor Relations Act, security employees served IDOC with a demand for impact bargaining and a demand to maintain the status quo pending the completion of bargaining pertaining to the search accommodation. As a result, and until resolved, IDOC is reliant on volunteers or wardens assisting the administration in completion of unclothed searches of transgender prisoners. This limitation will not apply to correctional officers hired since January 2022. The newer hires were employed under the condition that they search based upon an inmate's gender preference.

Even so, IDOC has entered into Memoranda of Understanding with employee bargaining units

that explicitly require transgender individuals in custody possess identification that (1) indicates a transgender designation and (2) desired gender for the performance of a search. The identification is required to be presented for an unclothed search, so that the employee conducting the search is protected from disciplinary action if not presented with the proper notification. For these reasons, and because IDOC does not have another way to convey this information, the information must be on the prisoner ID Badges.

                                            Respectfully submitted,

                                            ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,

                                                      Defendants,

| | |
|---|---|
| Lisa A. Cook, #6298233<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, Illinois  62701<br>(217) 785-4555 Phone<br>(217) 524-5091 Fax<br>Email: lisa.cook@ilag.gov | KWAME RAOUL, Attorney General<br>State of Illinois<br><br>Attorney for Defendants,<br><br>By:  s/Lisa A. Cook<br>      Lisa A. Cook |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br>Plaintiffs, <br><br>- vs- <br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 18-156-NJR |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2022, the foregoing document, *Defendants' Response to Co-Monitor Updated Report*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| And all other counsel of record | |

s/ Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov

ILLINOIS DEPARTMENT OF CORRECTIONS
## Gender Identification Change: Mental Health Authority to B of I

_____
Facility

Individual in Custody Name: _____ ID#: _____ Date: _____

Dear B of I:

The above-named individual in custody has been evaluated by the Mental Health Team and found to meet criteria for gender status to be changed. We respectfully request the following:

| | | |
|---|---|---|
| Gender modifier on O360: please add: | ☐ Gender Identity – M | ☐ Gender Identity – F |
| Search preference for gender of officer identified on ID:<br>**\*If no preference will default to search by an officer of the same gender of facility. \*** | ☐ Search – M | ☐ Search – F    ☐ No Preference\* |
| MHA has e-mailed BA to add Commissary Comment to FACTS to allow TG commissary | ☐ Yes | ☐ No |

<u>Sincerely,</u>

_____       _____
Mental Health Professional Name (Printed)              Mental Health Professional Signature

Gender status to be added to individual in custody ID:   ☐ Gender Identity – M   ☐ Gender Identity – F

☐ Individual declines gender identification on ID

I agree with the above evaluation and approve the necessary changes:   ☐ Yes   ☐ No

_____       _____
individual in Custody Name (Printed)                     Individual in Custody Signature

Distribution:   Chief of Psychiatry, Co-chair of TAC           *Printed on Recycled Paper*           DOC 0655 (Eff. 10/2021)
                Warden, B of I File