IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, *et al.*, individually and on behalf of a class of similarly situated individuals,<br><br>      Plaintiffs,<br><br>v.<br><br>STEVE MEEKS, MELVIN HINTON, and ROB JEFFREYS,<br><br>      Defendants. | Case No. 3:18-CV-00156-NJR |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

      This matter is before the Court pursuant to 18 U.S.C. § 3626(f)(5) for the initial six-month review of the appointment of second Co-Monitor julie graham, MFT. (Doc. 423). Ms. graham was charged with monitoring Defendants' compliance with the Court-ordered injunctive relief regarding gender-affirming prison commissary items, elimination of cross-gender body searches, implementation of an effective transgender identification policy, and training of correctional staff on transgender issues and awareness. (Doc. 370, pp. 11-13; Doc. 384, pp. 3-5, 8-12). Ms. graham's investigation and monitoring has involved extensive communication with IDOC officials, phone interviews with 48 individuals identified as class members at nine of the 19 prisons where class members are confined, and review of policies and procedures regarding the matters under her oversight. (Docs. 444, 450).

Since her appointment on May 10, 2022, ms. graham submitted her initial report to the Court and parties regarding the above matters, noting progress in some areas, partial compliance by Defendants, and recommendations (Doc. 444); the parties responded (Docs. 447, 448). On October 20, 2022, ms. graham submitted an additional report indicating noncompliance with the ordered injunctive relief regarding private showers, searches, commissary, and staff training (Doc. 450); Defendants responded (Doc. 454), and Plaintiffs filed a motion for contempt (Doc. 455). A status hearing is scheduled for December 15, 2022, at which the Court will hear from both Co-Monitors as well as from the parties. (Doc. 453).

Based on the above, the Court concludes that the appointment of ms. graham as second Co-Monitor shall continue. This matter is still in the remedial phase. Ms. graham's expertise is still needed to advise and assist the Court in monitoring Defendants' compliance with the Court's directives in this case, as well as to advise the parties on policies and procedures that will achieve compliance with constitutional standards of care and conditions of confinement. This appointment will be reviewed again in another six months.

**IT IS SO ORDERED.**

DATED:  November 28, 2022

*[signature]*

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**