JANIAH MONROE, et al v. STEVE MEEKS
Case No. 3:18-CV-00156-NJR
United States District Court for the Southern District of Illinois
Minor Update by the second co-monitor pursuant to the 14 day mandate
Submitted by: julie graham, MS (Second Co-Monitor)
November 30, 2022

Details from the reinterview of incarcerated people at Logan and Pontiac, exchanges with Chief Hammers and Warden Case.

**Staff Issues**
Some incarcerated people report the staff are worse, implying that there is a backlash following training and other changes. Other incarcerated people report that staff behavior varies by the individual staff person— that some are professional and respectful and others are not. Incarcerated people raise the concern that the staff are not well trained.

There were three disturbing reports of incidents at Pontiac.

An incarcerated individual reported that a minor issue developed into a situation where a corrections officer informed her that she was a guy and not a female. In turn the individual said she was going to file a PREA report on the officer, and the officer gave her a ticket in response where she intentionally referred to her as "he/his." Further, the officer reportedly responded by saying "write me up all you want you faggy queer, no one cares about you or PREA, you transgenders think you are special, this is male prison." The incarcerated person reports that another officer came by and threatened her, twisted her wrists and slammed her against the bars. She reports she had a panic attack and asked for mental health support and that this was mismanaged and she ended up self harming. The incarcerated person reports that a nurse documented the bruising on her wrists. She is currently on suicide watch.

I also spoke with a woman who, upon informing an officer she was to be searched by a female officer, reported that officer pulled her pants down to her ankles after telling her she was in a female prison. She also reports she is on the autism spectrum and has PTSD that was triggered from that incident.

Warden Nurse is following up on each of these incidents and they were also reported to Chief Hammers.

Another inmate reported being propositioned and sexually harassed by corrections officers. She didn't file grievances because she feels they go unresponded to or the result will be negative for her.

### Showers
The showers at Logan on D wing were previously fixed and then they broke again. They have again been repaired. Warden Case points to the aging facility as the cause of the repeated problems with the showers in D wing.
One of the transgender women felt unsafe as she was encouraged to shower at the same time as other women and it made her worry about her own safety.  Warden Case was to follow up to improve access.  One of the trans men was feeling harassed in the showers by women and Warden Case arranged for mental health to follow up to determine the best solution for the individual—rather than to simply move him which might feel like punishment.

Showers are again a mixed experience at Pontiac with some incarcerated people reporting they are fine and others reporting they are not. The shower curtains and doors do not work for tall women and they also report that there is no privacy where they are to dry off.

### Searches
An inmate reported she had to change her search preference in order to work. Previously, they performed unclothed searches on people returning from work and she'd have to wait hours for a female officer so she gave up and changed her search preference as not to have to wait for hours. (At this time Pontiac has changed that policy related to work, but she's already changed her preference)

An incarcerated person at Pontiac reports that she had her pants pulled down by a corrections officer in response to requesting to be searched by a female staff member as noted above.

### Scanner
The scanner policy is complete. A technological glitch was identified at Logan as they trained staff and have the vendor repairing it. The scanners are not yet in use at Pontiac.

### Commissary
Incarcerated people at Logan continue to experience difficulty with commissary. This is true for food items as well as anything transgender people specifically need. However, some incarcerated people reported an improvement temporarily. There is more selection in deodorants and lotions. Sizes of underwear are still an issue that comes and goes.

As the gender neutral commissary is instituted, problems are arising. At Logan, while there are boxers included for trans men, cisgender women are purchasing them so they are not available for trans men when needed. Many cisgender women prefer them as well. That shouldn't be a problem if the facility determines how to purchase enough boxers. As they bring in thermal underwear for winter, they are bringing in underwear that has a fly and this creates dysphoria for some women with gender dysphoria.

For most transgender women, gender neutral items, do not assist with gender dysphoria. Transgender women work very hard to have their external bodies reflect their internal reality. Transgender women in several facilities, including Pontiac, have raised the issue of being able to wear more feminine clothing.

At Pontiac, commissary improved in that panties and underwear were available. However, incarcerated people continue to complain about the costs-that lip gloss went from 3.00 a tube to 10.00 per tube.

**IDOC Change in commissary**
In response to a variety of problems with commissary across the IDOC, they appointed a project manager, Brittney Schroeder, to centralize the items the commissary must carry for transgender women. This should address some of vendor related issues. The project manager will be tasked with investigating the stock at each facility and, if necessary, checking availability with the vendors to order additional items. This also addresses barriers that developed for facilities that had two or three transgender women and could not keep everything in stock, following their own purchasing protocols. For instance, an individual needing foundation for olive skin at a facility that only had foundation for white or black women.

The goal is that requests would come to that central storehouse and more easily be filled. There would be very brief timeline between a request for an item and the turn around to receive those items. Hopefully, this same mechanism will apply to the clothing rooms as well.

**Clothing Room**
At Pontiac, one individual tried to buy a bra and was told she needed a permit. She was given the wrong type of permit and still couldn't access needed apparel. She was then told she had to wait until after getting a medical appointment, etc. She gave up and purchased a bra from commissary. Another person was told at Logan they did not carry boxers in the clothing room and to purchase them from commissary. People should be

able to get bras, panties or boxers in exactly the same way they get other clothing and necessary items.

Chief Hammers reports that there were facilities that did not have items in their clothing room and they were instructed to place orders the week of the 1st.

### Training
No training update at this time.

## Miscellaneous

### Staff issues have disproportionate impact on transgender people
When corrections staff behave in unprofessional or biased ways, the impact on the incarcerated people is extreme. People have trauma histories or mental health or developmental issues that are triggered. When medical staff refer to patients as "it," this exacerbates dysphoria. The woman who is on suicide watch now reports she hadn't had an infraction since 8/21 and now will lose all the good credit she has built towards transfer and potentially lose her job as well. Transferring for most transgender women is about safety and about decreasing gender dysphoria.

In this example, a person who felt harassed over her gender identity, stood up for her self but stating she would use the legal mechanisms in place for her to appropriate grieve means that potentially her gender dysphoria will be exacerbated. The same issue occurred for the woman whose pants were pulled down. She asked that her rights be respected and an officer sexually harassed her, triggering her mental health symptoms.

This is a dilemma—experience discrimination related to your gender, exercise your rights and then be punished in ways that exacerbate your gender dysphoria or other mental health issues and decrease chances of safety. The message is never exercise your rights and put up with misgendering and harassment which is what some women do.

### Isolation and loneliness
Several incarcerated people from a variety of institutions believe that they cannot be housed even on the same wing to discourage them from having friendships. "They keep us separate so we can't talk to each other." They "transfer us so there is only one of us in each" unit.

Transgender men get cell mates but transgender women do not at Logan apparently. One woman discussed not being able to get a job or get into the PAWS program because she was transgender. A staff told her that transgender people couldn't be in the PAWS

program and another that where she was housed limited her from participating in programming. Many people want cell mates that are safe so they do not experience the crushing loneliness. The desperation that many of the women I speak with experience related to isolation is profoundly heart-breaking.

### Grievances
Generally this feels useless or hopeless to people.
One incarcerated person is told that she needs to go to segregation to be safe rather than addressing the issues that come up with the cisgender women. For instance, she overheard two cisgender women speaking about one of them lying about the trans woman touching her and when she raised this issue she was told she could go to seg for her safety. She could not file a PREA and that they could not do anything about the other woman since it was an overheard conversation.

### Housing on Dwing at Logan continues to feel like punishment housing with different rules than other units.
They report in other units the women get to be out all day and this is not true for D wing. Transgender women believe that new transgender women are placed solely on Dwing. According to some transgender women, the staff confirm that all trans women are there and it is a disciplinary wing. Further, cisgender women know that to get off of Dwing, they simply need to make an allegation against a transgender woman and they can get a keep separate order and the cisgender women is relocated.

### Continuing issues about lack of information or misinformation.
Incarcerated people continue to report that they don't know how to transfer or access needed items. One woman reported a staff member stating there is a new facility that will open for transgender people so they are not doing any transfers.

Chief Hammers reports they are updating the orientation information so that transgender people are aware of their legal rights.

### Issues that feel like discouragement
There are problems that can feel to transgender people like the IDOC is discouraging them from identifying and living as transgender.
When people feel they have to change search markers in order to work or for other reasons, or over and over cannot access needed supplies from commissary. When lip gloss triples in cost this also feel like IDOC is discouraging women from using makeup.

**Razors, electric shavers, magic shave, and permanent hair removal**

Transgender women remove body hair to manage distress related to gender dysphoria. While we could say it's fair that transgender women have the same access to razors that non transgender people do, the importance of hair removal is quite different. This is an issue of treating gender dysphoria, not for cosmetic or comfort reasons.

1) When a woman is in crisis housing or segregation, she still needs to remove body hair. The crisis doesn't make gender dysphoria disappear or lessen. In truth, the gender dysphoria will likely be synergistic with whatever MH issues with which she is struggling.

2) Most transgender women need razors or shavers to use daily and sometimes twice daily on their faces, if they have dark hair.

3) Many transgender women also shave their chests, breasts, legs, etc. Their razors must do much more work than what most men do which is shave every other day or so.

_julie graham_                             November 30, 2022