Defendants' Exhibit 2

**Cook, Lisa**

---

| | |
|---|---|
| **From:** | Conway, Lamenta <Lamenta.Conway@Illinois.gov> |
| **Sent:** | Wednesday, October 26, 2022 2:33 PM |
| **To:** | Higgerson, Christopher; Cook, Lisa |
| **Subject:** | [EXTERNAL] Fw: Post- Op Care at JITC |

---

**From:** Conway, Lamenta
**Sent:** Wednesday, October 26, 2022 2:32 PM
**To:** Loren Schechter <Loren_Schechter@rush.edu>; Kolenchery, Mercy <Mercy.Kolenchery@illinois.gov>; Kai Yohman <Kai_Yohman@rush.edu>; 'Lauren Hartog' <Lauren_Hartog@rush.edu>
**Cc:** Henze, Marlene <Marlene.Henze@illinois.gov>; Bowman, Steven <Steven.Bowman@Illinois.gov>; Jepsen, Tina <Tina.Jepsen@illinois.gov>; Griffin, Susan <Susan.Griffin@illinois.gov>; Puga, William <William.Puga@illinois.gov>; Reister, Shane <Shane.Reister@illinois.gov>; Erica Anderson <drericaanderson@gmail.com>; Fanning, Robert L. <Robert.Fanning@illinois.gov>; Kolenchery, Mercy <Mercy.Kolenchery@illinois.gov>; Lawshea, Kelley <Kelley.Lawshea@illinois.gov>; Larry, Catherine A. <Catherine.Larry@illinois.gov>; Lawshea, Kelley <Kelley.Lawshea@illinois.gov>; Williams, Alyssa <Alyssa.Williams@illinois.gov>
**Subject:** Post- Op Care at JITC

Greetings All,

I am excited that we will soon be able to have our first gender affirming surgeries completed at IDOC. This could occur as early as Mid-December if security staffing, healthcare training and surgery schedule would allow but I anticipate it may not realistically occur until January. There are many "next steps" but one key step will be getting the nursing staff trained on the post-op care. We thank Dr. Schechter and the Rush Affirm team for agreeing to get our JITC Healthcare team trained on the post-op care needs for vaginoplasty patients as well as orchiectomy and top surgery patients that may also require a brief stay at JITC.

I have spoken to Dr. Schechter who has offered a two part training. We would do the first training virtually and the second day of training for nursing staff will be a half-full day training at Rush at their AFFIRM unit. We can possibly schedule the on site training at Rush in two parts should we not be able to accommodate all IDOC nursing at one time due to scheduling conflicts.

I am asking JITC leadership and healthcare teams to look at the schedule below and please offer your best dates for both virtual and in person training

- Virtual (Webex) (possible dates include Wednesdays at Noon) November 2nd  16th  30th December 7th  14th  and 21st
- In Person at Rush (possible dates include ALL DAY on Wednesdays or Fridays) November 9th  16th 18th  30th December  1st  7th  9th 14th  16th 21st January 4th

- 

Please let me know your thoughts and what scheduling may be best for both Rush and IDOC/JITC.  Thanks much!


LaMenta S. Conway, MD, MPH
Deputy Chief of Health Services
J.R. Thompson Center
100 W. Randolph
Chicago, IL. 60602
Lamenta.conway@illinois.gov
(312) 261-0702


State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.