Defendants' Exhibit 3

# Cook, Lisa

| | |
|---|---|
| **From:** | Conway, Lamenta <Lamenta.Conway@Illinois.gov> |
| **Sent:** | Wednesday, October 26, 2022 1:58 PM |
| **To:** | Cook, Lisa; Higgerson, Christopher |
| **Subject:** | [EXTERNAL] Fw: Gender Affirming Surgery Care at RUSH and Post Operative Care for Patients at JITC |

**From:** Conway, Lamenta
**Sent:** Wednesday, October 26, 2022 1:53 PM
**To:** Williams, Alyssa <Alyssa.Williams@illinois.gov>; Fanning, Robert L. <Robert.Fanning@illinois.gov>
**Cc:** Puga, William <William.Puga@illinois.gov>; Reister, Shane <Shane.Reister@illinois.gov>; Bowman, Steven <Steven.Bowman@Illinois.gov>; Erica Anderson <drericaanderson@gmail.com>; Chappell, Mike <Mike.Chappell@illinois.gov>; Larry, Catherine A. <Catherine.Larry@illinois.gov>; Hinton, Melvin <Melvin.Hinton@illinois.gov>; Lawshea, Kelley <Kelley.Lawshea@illinois.gov>; Jepsen, Tina <Tina.Jepsen@illinois.gov>; Griffin, Susan <Susan.Griffin@illinois.gov>; Hammers, Justin L. <Justin.Hammers@illinois.gov>; Cook, Lisa <Lisa.Cook@ilag.gov>; Higgerson, Christopher <C.Higgerson@ilag.gov>
**Subject:** Gender Affirming Surgery Care at RUSH and Post Operative Care for Patients at JITC

Greetings Assistant Director Williams,

Thank you for reaching out on yesterday regarding **Gender Affirming Surgeries** with IDOC patients. As you know, there is considerable urgency to getting the surgeries underway to treat our patients with significant gender dysphoria and to comply with the Monroe lawsuit that is expecting that we fully implement our stated pathway to gender affirming surgery. This email will provide some additional context and will update you as to where we are in the process.

We are also hoping to schedule a meeting with you and those on the thread, at your earliest convenience, so that we can continue to map out the more operational logistics of our Surgery and Post-Op Plans that will require collaboration between operations, mental health and medical teams particularly as it relates to JITC as the proposed location for post-op care for several of our patients.

As I shared on yesterday, the **Transgender Health and Wellness Committee (THAWC)** has approved 19 persons (two that have since left custody/MSR) for gender affirming surgeries to be completed at Rush University's AFFIRM unit by Dr. Loren Schechter, an internationally known and respected Gender Affirming Surgeon. The THAWC is a multidisciplinary committee that includes Mental Health and Medical Leadership at IDOC, who reviews requests presented to the committee on a monthly basis. The committee has the additional expertise of consultants from the field of Endocrinology, Gender Affirming Surgery and Mental Health. Two of our consultants are members of the internationally known and respected **World Professional Association for Transgender Health (WPATH)** and our gender affirming surgery consultant, Dr. Schechter, co-wrote the chapter on Gender Affirming Surgery in the WPATH 8th Edition of the Standards of Care (SOC). As of this writing, we are scheduling in person consultations at Rush for our patients who have been approved for gender affirming surgery and all requirements have been met for referral to Gender Affirming Surgeon. The individuals that will be scheduled for consultation within the coming week have completed

- Mental Health Letter of Support (Psychiatrist)
- Mental Health Letter of Support (Psychologist/ Social Worker)
- Pre-operative Evaluation/ Medical Letter of Support (MD/DO Physician)
- Signed Pathway to Informed Consent Class taught by Gender Affirming Surgeon detailing all aspects of the surgery and recovering and post op expectations

- Electrolysis (near completed/underway for vaginoplasty patients only)

**The following surgeries are available for our Individuals in Custody**

Trans Women
- Vaginoplasty (will require a 7-10 days inpatient hospital stay at Rush and at least 4 weeks+ time in Chicago for post-op appointments and care)
- Orchiectomy (will likely involve an overnight inpatient stay. Patient will be able to return to the parent facility but must be able to return to Rush for post-op care within 1-2 weeks of surgery)

Trans Men
- Top Surgery/Mastectomy (will likely involve an overnight inpatient stay. Patient will be able to return to the parent facility but must be able to return to Rush for post-op care within 1-2 weeks of surgery)

While we are exploring a community based post-op SNF as a back-up, JITC is our preferred site for our post-op vaginoplasty patients that must stay in the Chicagoland area post-op for at least 4+ weeks following vaginoplasty. It may also be reasonable to house those with shorter post-op recovery needs (i.e. top surgery and orchiectomy) at JITC so that they may complete their post-op appointments within 3-7 day prior to returning to their parent facilities (Logan or Centralia) to avoid long distance transportation. Regarding using JITC for post op care, I have confirmed that the following resources are currently in place at JITC:

- State Nurses
- Wexford Medical Director
- Mental Health Staff
- Medical Beds (4)

**I would like to discuss with you and the leadership team the following:**

- We anticipate that Dr. Schechter and the Rush AFFIRM team will be ready to perform surgery on several of our patients somewhere on/after December 15th 2022. From an operational perspective, will we be able to provide security staffing at JITC for up to 4 post-op surgical patients beginning December 15th or after?
- Who will writ the patient to Rush for surgery and will staff the the inpatient stay which will be 7-10 days at least? Stateville, JTC or JITC Security Team?
- We will also need an emergency/urgent care plan should we need to transport a post-op patient back to Rush for any post-op complications, the security transport team will be available

I am also planning a meeting with the onsite team at JITC along with Mental health and Medical healthcare Leadership to create a smooth care plan for those cared for at JITC. We are planning training sessions with Healthcare led by Dr. Schechter and the Rush team that will include virtual training as well as training onsite at Rush. I will work directly with the Mental Health and Medical Healthcare teams to plan these sessions but welcome any feedback.

LaMenta S. Conway, MD, MPH
Deputy Chief of Health Services
J.R. Thompson Center

100 W. Randolph
Chicago, IL. 60602
Lamenta.conway@illinois.gov
(312) 261-0702

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.