Defendants' Exhibit 5

STATE OF ILLINOIS                    *Monroe v. Jeffreys, et al.,*
                                     Case no. 18-156-NJR (USDC-SDIL)

## DECLARATION OF DR. WILLIAM PUGA

I, Dr. William Puga, do hereby declare and state, under penalty of perjury, that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify would state as follows:

1. I was involved in the process of a Continuing Quality Improvement audit instrument to review the care and treatment provided to transgender patients in IDOC custody. We began using the audit instrument in December 2021, beginning with information from electronic medical records received from Logan Correctional Center.

2. The initial implementation revealed that some modifications were necessary to more accurately reflect the facility's practices and to make it more user friendly. The implementation was planned on a quarterly basis

3. I was able to review the files for approximately 10 patients but, unfortunately, the data was subsequently lost.

4. In Spring 2022 we went to Pontiac Correctional Center for a site visit and to review transgender patient charts.

5. The data necessary for the CQI instrument was difficult to compile from the charts, were only contained in paper files, and the tool questions were revamped in order to account for the difficulty.

6. We also gave feedback to regional administrators to ensure that the treatment plans contained the gender dysphoria interventions.

7. In July 2022, charts from Dixon Correctional Center were reviewed and entered into the CQI instrument. Again, it was determined that the instrument required changes and that documentation of the treatment planning at the facility level was deficient.

8. The instrument was changed subsequent to that visit, with the changes occurring in July 2022 to review patients housed at the Joliet Treatment Center.

9. We continue to work with compliance administrators to develop better processes to track and monitor the care provided to transgender patients. We have begun working with a Medical Compliance Administrator, Mental Health Compliance Administrator, and the Mental Health Quality Improvement Coordinator to continue developing better processes.

**FURTHER AFFIANT SAYETH NOT.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 5, 2022.

DATED: 12.5.22

Dr. William Puga