Defendants' Exhibit 10

MEMORANDUM OF UNDERSTANDING

ILLINOIS DEPARTMENT OF CORRECTIONS
STATE OF ILLINOIS
AND
LABORERS LOCAL UNION #773

In response to the preliminary injunction (Case No. 3:18-CV-00156-NJR) concerning transgender individuals in custody and personal search conduct and procedure as required by law, the parties agree to the following:

1. Unless otherwise stated in this agreement, ordered by a Court, or required by State or Federal law, AFSCME bargaining unit employees and Laborers Local Union #773 Shift Supervisor bargaining unit employees shall not be required to notify, disclose, or announce either publicly or privately their preferred or assigned gender. The employer shall not disclose any knowledge of any AFSCME or Laborers Local Union #773 bargaining unit employee's preferred or assigned gender except as required under Federal and State law requirements.

2. When the need arises to perform an unclothed search of an individual in custody designated as transgender, the employer shall implement a policy specifically outlining how to perform the search. The employer shall make the policy readily available for all employees to read and understand. The employer shall provide training, on an annual basis, for all employees to ascertain understanding and compliance of the policy.

3. Individuals with transgender designations shall possess some form of identification that indicates such designation along with the department and individual's desired gender for the performance of a search. The individual in custody shall present that identification to correctional staff when the event arises for an unclothed search. It shall be the responsibility of the employer or the individual in custody to ensure proper notification is presented to staff prior to the search and failure to provide proper notification shall in no way lead to discipline of employees in the event a search is conducted and the employee who conducts the search is not of the desired gender.

4. Unclothed searches for individuals in custody designated as transgender performed by AFSCME bargaining unit employees or Laborers Local Union #773 Shift Supervisor bargaining unit employees shall initially be offered on a voluntary basis. The employer shall notify all employees of the opportunity to volunteer for the assignment of searching transgender individuals. Employees who wish to volunteer shall be afforded the opportunity to do so. Employees who wish to volunteer shall notify the warden in writing and state whether they volunteer to search transgender females, transgender males, or non-binary individuals. The employee will be required to identify their gender to prevent cross-gender searches. Employees shall be allowed to volunteer on a region wide basis. The regional volunteer list shall be kept by the Deputy Director of that region and updated copies shall be provided to AFSCME and Laborers Local Union #773's IDOC's liaison. The Warden shall then place the employee on the voluntary roster to perform unclothed searches for transgender and non-binary individuals. The Warden of the facility shall keep and maintain these rosters and provide them to facility management staff for administrative

purposes only. The employer shall not distribute these lists to the incarcerated population or front-line staff. Employees may, at any time, request removal from the voluntary list and such removal shall occur immediately upon notice.

5. When determining who should perform the search of a transgender individual in custody, the employer shall offer the assignment from the facility voluntary list of employees currently on shift and give due consideration to equalization while also utilizing the employee's continuous service date. The employer shall offer the work to employees with the most time in service until the facility voluntary list is exhausted. Even while on the facility voluntary list, employees may decline to perform the search when asked to do so. If no employee is available or accepts the offer to perform the search, the employer, may seek other employees outside AFSCME bargaining unit employees and Laborers Local Union #773 Shift Supervisor and Superintendent bargaining unit employees to perform the search. Once the facility voluntary list is exhausted, the employer shall solicit volunteers from the regional list of volunteer employees, assuming there are not exigent circumstances. Volunteers from nearby facilities who are working will be offered first. If all employees have been offered the work and no one accepts the work, then the least senior Correctional Sergeant on shift shall be mandated to complete the work. If that employee refuses, then the remaining Correctional Sergeants on shift shall be mandated based in order of continuous service date. That process shall continue through the rank of Lieutenants and then the rank of Shift Supervisors. If all employees refuse, then the Assistant Warden or Warden shall complete the work.

6. Employees shall only be mandated to perform the search once every 45 days. Any employee who is mandated to perform this work shall be allowed to utilize up to two days of their own benefit time with proper medical documentation.

7. An employee shall be referred for discipline after their first refusal of a mandate. Refusals of mandates shall be subject to the following corrective and progressive disciplinary action:

| Occurrence | Refusal of Mandate |
|---|---|
| 1st | Counseling |
| 2nd | Oral reprimand |
| 3rd | Written reprimand |
| 4th | 2nd Written reprimand |
| 5th | 1 day suspension (paper) |
| 6th | 3-day suspension (paper) |
| 7th | 5-day suspension (paper) |
| 8th | 7-day suspension (paper) |
| 9th | 10-day suspension (paper) |
| 10th | 15-day suspension (paper) |
| 11th | 20-day suspension (5 day actual/15 day paper) |
| 12th | Discharge |

2

Discipline will be considered timely and progressive based upon a rolling 12-month period. If the last disciplinary action is more than 12 months old, the progression will start over.

8. All provisions of this agreement shall apply to any AFSCME employee temporarily assigned to a position outside an AFSCME bargaining unit (e.g., shift commander, barber, etc.).

9. The Employer agrees that all administrative functions involved with the above defined transgender inmate search procedures (i.e., solicitation of volunteers, mandates to employees to perform searches, and all associated record keeping functions) shall be exclusively performed by the Assistant Warden or positions/classifications above the Assistant Warden.

10. Nothing in this agreement waives the rights or privileges afforded to any employee who does or does not volunteer to perform searches of individuals in custody designated as transgender. No employee who volunteers shall be subject to detailing or mandatory overtime for the purposes of searching transgender individuals in custody.

11. Where such practices currently exist, the employer shall ensure the safety of all staff involved in the job performances outlined in this agreement. If no practices exist where such job performances must occur, management shall meet with the local union leadership to establish best practices to ensure the safety of all staff.

_[signature]_
STATE OF ILLINOIS

11/15/22
DATE

_[signature]_
LABORERS LOCAL UNION #773

10/24/2022
DATE

3