UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>v.<br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,<br><br>        Defendants. | Civil No. 3:18-cv-00156-NJR |

**PLAINTIFFS' SUBMISSION OF EVIDENCE**

Plaintiffs hereby submit the following declarations of class members (under seal) to substantiate the concerns raised by Plaintiffs in their Motion for Finding of Contempt (Dkt. 455). As with past filings of class member declarations, Plaintiffs will file the hand-signed signature pages once they are received from the declarants. Plaintiffs anticipate filing additional class member declarations before the hearing set for December 15.

| Ex. | Declarant | Facts Addressed |
|---|---|---|
| A | Ms. Bobbie Nefertiti Jackson | IDOC delay in transferring her to Logan from Centralia; rape; and lack of medical care. |
| B | Ms. Christina Ashley Thorn | Male correctional officer searching her and no gender-affirming items at Commissary (Joliet Treatment Center). |
| C | Ms. Rylie Frazier | Out-of-range hormone levels not properly addressed; transfer requests to women's facility denied or ignored; denied access to hair removal items like razors and other gender-affirming items. |
| D | Ms. Kaycee (Unique) Cole | Inability to obtain gender-affirming items; misgendering and harassment by IDOC staff; untreated out-of-range hormone levels. |
| E | Ms. Tannahill | Inability to obtain hormone treatment or use name (Big Muddy River). |

1

| F | Ms. Tonya Star Jones | Inability to obtain gender-affirming items (functional shaver, makeup); physician who had not heard of case; isolation and transfer requests ignored (Danville). |
|---|---|---|
| G | Ms. Carla Furrell | Delay in hormone therapy; no gender-affirming clothing and items; IDOC ignoring and denying requests for gender-affirming surgery and transfers to Logan; no private showers; and male correctional officer repeatedly searching her (Pontiac). |

Dated: December 7, 2022

**Brent P. Ray**
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
*bray@kslaw.com*

**Abby L. Parsons**
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3294
*aparsons@kslaw.com*

**Thomas E. Kennedy III**
**Sarah Jane Hunt**
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

Respectfully submitted by:

*/s/* Camille E. Bennett

**Camille E. Bennett**
**Michelle T. García**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*cbennett@aclu-il.org*
*mgarcia@aclu-il.org*

**Amelia H. Bailey**
**Sam G. Rose**
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*sam.rose@kirkland.com*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on December 7, 2022, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: */s/* Camille E. Bennett