# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,<br><br>    Defendants. | Civil No. 3:18-cv-00156-NJR |

## PLAINTIFFS' SECOND SUBMISSION OF EVIDENCE

Plaintiffs hereby submit the following additional declarations of class members (under seal) to substantiate the concerns raised by Plaintiffs in their Motion for Finding of Contempt (Dkt. 455). As with past filings of class member declarations, Plaintiffs will file the hand-signed signature pages once they are received from the declarants.

| Ex. | Declarant | Facts Addressed |
|---|---|---|
| H | Ms. Rochelle Rose Davis | Delay in addressing/denial of requests for surgery and transfer to Logan; inability to obtain gender-affirming items through medical; staff harassment (Centralia). |
| I | Ms. Wilder | Unsafe housing (Danville, Pinckneyville); abusive language, comments, and "outing" by staff (Danville, Pinckneyville); inability to have surgery or transfer requests addressed; inability to obtain bra. |
| J | Ms. Natalie Darling | Sexual assault at male prison; transfer request to Logan denied or ignored; surgical request denied or ignored; hormone levels; male correctional officers searching her, and misgendering and mistreatment by correctional officers (Pontiac). |

Dated: December 13, 2022

**Brent P. Ray**
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
*bray@kslaw.com*

**Abby L. Parsons**
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3294
*aparsons@kslaw.com*

**Thomas E. Kennedy III**
**Sarah Jane Hunt**
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

Respectfully submitted by:

*/s/* Camille E. Bennett

**Camille E. Bennett**
**Michelle T. García**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*cbennett@aclu-il.org*
*mgarcia@aclu-il.org*

**Amelia H. Bailey**
**Sam G. Rose**
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*sam.rose@kirkland.com*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on December 13, 2022, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: */s/* Camille E. Bennett