# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,<br><br>Defendants. | Civil No. 3:18-cv-00156-NJR |

## **PLAINTIFFS' PROPOSED SCHEDULING ORDER**

On November 14, 2022, Plaintiffs moved for a finding of contempt against Defendants for failing to act with "reasonable diligence" to comply with the Court's preliminary injunction Orders, some of which have been pending for three years. Dkt. 455. Nearly all of the Court's imposed deadlines have lapsed without IDOC coming close to full compliance.

Plaintiffs hereby submit the following short deadlines to force Defendants into substantial compliance with at least the most troubling of the Orders of the Court.

| Topic | Order for Compliance | Compliance Date |
|---|---|---|
| Hormone therapy[1] | Baseline blood work for any class member not in range | January 6, 2023 |
| | Adjust dosages and schedule meeting with endocrinologist for each class member not in range | January 31, 2023 |
| | Baseline blood work for any class member requesting hormone therapy | January 6, 2023 |
| | Begin hormone therapy for class members newly tested | January 31, 2023 |
| | File monthly updates regarding blood levels of all class members to the Court under seal | Beginning February 2023 |
| Surgery | File (under seal) list of providers Defendants contacted that provide gender-affirming surgery and report date of earliest availability for each such provider | January 13, 2023 |
| | Confirm Joliet Treatment Center for post-surgical care and recovery | January 13, 2023 |
| | Schedule consultation with surgical provider for each member of the class approved for surgery | February 8, 2023 |
| | Determine whether any class member that has requested surgery but has not yet been approved or denied the decision with written bases for such decision | February 8, 2023 |
| | Determine whether any class member that has requested electrolysis but has not yet been approved or denied the decision with written bases for such decision | January 13, 2023 |
| | Identify additional post-operative care locations | February 8, 2023 |
| CQI | Certify to the Court in a filing that Defendants have a working compliance tool; or hired a third-party vendor to create one and that party created a working compliance tool | February 1, 2023 |
| | Provide audit tool and sample audit to Plaintiffs' counsel and Dr. Harris for review and comment | February 8, 2023 |
| Transfers | Re-present/consider each of the 52 recent denials of transfer requests by class member and provide written bases for each such class member and file summary of outcome to the Court | February 1, 2023 |
| Isolation at Logan | Place each class member housed at Logan in D-Wing into a general population unit at Logan with out time and other privileges equivalent to those of general population units housing only cisgender women absent a showing that there is a specific | January 13, 2023 |

---

[1] Plaintiffs recommend seeking ongoing input and approval of all compliance with bloodwork and hormone therapy deadlines from Monitor Dr. Harris.

2

| Topic | Order for Compliance | Compliance Date |
|---|---|---|
|  | security reason for not doing so, and file such reasoning in a sealed filing to the Court |  |
| Commissary | Defendants to file a list of items to be in included in a gender-affirming kit for all class members as standard-issued medical care | January 13, 2023 |
|  | Plaintiffs' counsel to file response to such list of gender-affirming items | January 31, 2023 |
|  | Defendants to procure and distribute gender-affirming kit to all class members and issue such kit to any new offender in IDOC custody as a matter of course | February 15, 2023 |
|  | Any request to replenish such items for class members must be honored as medical care | Ongoing |
| Showers | File a certification letter from each IDOC facility that houses at least one class member that such facility provides a private shower for each class member | January 6, 2023 |
|  | If the certification above is not completed, transfer all such class members to a facility where compliance was certified | January 31, 2023 |
|  | Plaintiffs' counsel will file a notification to the Court or noncompliance, at which time, Defendants will transfer all such class members to a facility where compliance was certified | Ongoing |
| Searches | File a certification letter from each IDOC facility that houses at least one class member that such facility will conduct timely searches only by a person of the same gender as the class member or using a body scanner | January 6, 2023 |
|  | If the certification above is not completed, transfer all such class members to a facility where compliance was certified | January 31, 2023 |
|  | Plaintiffs' counsel will file a notification to the Court upon three violations of search criteria to the Court, upon which time, Defendants will transfer all such class members to a facility where compliance was certified | Ongoing |
| Training | Defendants will file a copy of the Moss Group presentation(s) that were given to any staff member of Defendants, including information about such trainings including the date and each person who attended and whether there was any test for understanding | January 6, 2023 |
|  | Defendants will host a training of all incarcerated persons at Logan to be created by the Moss Group | February 1, 2023 |

3

| Topic | Order for Compliance | Compliance Date |
|---|---|---|
| | and approved by Monitor julie graham and Defendants will file a certification of completion to the Court | |
| | Defendants will provide and require additional training for all medical and mental health providers who provide services to the class members in consultation with and as approved by the Monitors, and will file a certificate of completion to the Court | February 1, 2023 |
| Additional Reporting Obligations | Defendants will provide copies of all class member grievances concerning staff conduct relating to the issues in this case to Monitor julie graham, and will also provide to graham and file a copy of any investigation or disciplinary actions taken against a staff member for violations of AD 03.02.108 (Standards of Conduct) relating to the issues in this case, under seal, within two weeks of such action | Ongoing |
| | Access to IDOC Databases for medical care and accommodations to Plaintiffs' counsel | January 6, 2023 |
| | Monthly meeting with counsel for both parties and the Expert Monitors | Monthly |
| | Production requirement for all documents sent from Defendants to the Expert Monitors | Ongoing |

Dated: December 14, 2022

Respectfully submitted by:

/s/ *Camille E. Bennett*

| | |
|---|---|
| **Amelia H. Bailey** <br> **Sam G. Rose** <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle Street <br> Chicago, IL 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> *amelia.bailey@kirkland.com* <br> *sam.rose@kirkland.com* | **Camille E. Bennett** <br> **Michelle T. García** <br> ROGER BALDWIN FOUNDATION <br> OF ACLU, INC. <br> 150 North Michigan Avenue, Suite 600 <br> Chicago, IL 60601 <br> Telephone: (312) 201-9740 <br> Facsimile: (312) 288-5225 <br> *cbennett@aclu-il.org* <br> *mgarcia@aclu-il.org* |
| **Brent P. Ray** <br> KING & SPALDING LLP <br> 110 N. Wacker Drive, Suite 3800 <br> Chicago, IL 60606 <br> Telephone: (312) 995-6333 <br> Facsimile: (312) 995-6330 <br> *bray@kslaw.com* | **Abby L. Parsons** <br> KING & SPALDING LLP <br> 1100 Louisiana Street, Suite 4100 <br> Houston, TX 77002 <br> Telephone: (713) 751-3294 <br> *aparsons@kslaw.com* |
| **Thomas E. Kennedy III** <br> **Sarah Jane Hunt** <br> KENNEDY HUNT P.C. <br> 906 Olive Street, Suite 200 <br> Saint Louis, MO 63101 <br> Telephone: (314) 872-9041 <br> *tkennedy@KennedyHuntLaw.com* <br> *sarahjane@KennedyHuntLaw.com* | |

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on December 14, 2022, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: */s/ Camille E. Bennett*