# Exhibit 4

I. **GENDER AFFIRMING HORMONE THERAPY TREATMENT POLICY**[1]

    A. **Purpose:**

        1. To ensure that IDOC's prescription, provision, and monitoring of gender affirming hormone therapy treatment are effective, safe, and in accordance with the Endocrine Society Guidelines and WPATH Standards of Care.[2]

    B. **Definitions**

        1. <u>Appropriate[3] Gender Affirming Hormone Prescriptions</u>: Hormone therapy treatment recommended by the Endocrine Society Guidelines[4] and WPATH Standards of Care,[5] specifically,

            i. For transgender females:

                a. Estradiol, 2-6 mg/day; and

                b. Spironolactone, 100-300 mg/day.[6]

            ii. For transgender males:

                a. Testosterone injections 50-100 IM/SQ [Intramuscular/Subcutaneous] weekly or 100-200 IM every 2 weeks; or

---

[1] Harris Report, Dkt. 439 at 7 ("[B]ased on the laboratory results reported and summarized above, it appears that very few trans women are achieving physiologic levels of estradiol despite reportedly being given hormone therapy. This finding is consistent with reports of interruption in medication administration or inadequate titration.")

[2] Testimony of V. Tangpricha, Trial Tr. at 382:21-383:8; Testimony of E. Anderson, Trial Tr. at 910:9-13, 923:5-8. Harris Report, Dkt. 439 at 6 ("[T]here are accepted standards for safety, monitoring, and proper titration of hormones and androgen blockers, as noted in previous commentary from this Court.")

[3] It is important to note that hormone levels are essential to monitor for safety and efficacy as doses of hormones may vary from each individual. Even if hormone levels are within the universally accepted ranges, further dose titration of the hormone dose within the accepted therapeutic range may be required depending on the individual. *See, e.g.,* WPATH Standards of Care 8, Appendix C, Table 4: Hormone Regimens in Transgender and Gender Diverse Adults (2022).

[4] Testimony of V. Tangpricha, Trial Tr. at 383:9-384:5.

[5] WPATH Standards of Care, Version 8, Appendix C, Table 4: Hormone Regimens in Transgender and Gender Diverse Adults (October 2022).

[6] *Id.*

       b.      Testosterone undecanoate 1000 mg every 12 weeks.

2. Relative Contraindications (these conditions require treatment concurrently with the Gender Affirming Hormone Therapy):

    i.      Blood clots;

    ii.     Hormone sensitive breast cancer;

    iii.    Ovarian cancer;

    iv.    Hormone sensitive uterine or endometrial cancer;

    v.     Brain tumor;

    vi.    Prolactin-producing pituitary tumor; and

    vii.   Prostate cancer.[7]

3. <u>Endocrine Society Guidelines</u>: Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline (September 2017).[8]

4. <u>WPATH Standards of Care</u>: Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, Appendix C, Table 4: Hormone regimens in transgender and gender diverse adults, and Table 5: Hormone monitoring of transgender and gender diverse people receiving gender-affirming hormone therapy (Adapted from the Endocrine Society Guidelines) (October 2022).

5. <u>Endocrinology Consultant</u>: a WPATH and board-certified endocrinologist with over five years of experience prescribing and monitoring gender affirming hormone therapy treatment for transgender patients.

6. <u>Guideline Ranges</u>: the ranges of blood concentration levels of estrogen and/or testosterone recommended by the Endocrine Society Guidelines[9] and WPATH Standards of Care,[10] specifically

---

[7] Testimony of V. Tangpricha, Trial Tr. at at 391:3-16.

[8] *Id.* at 382:21-383:8.

[9] *Id.* at 384:6-19, 387:22-388:1.

[10] WPATH Standards of Care, Version 8, Appendix C, Table 5: Hormone monitoring of transgender and gender diverse people receiving gender-affirming hormone therapy (Adapted from the Endocrine Society Guidelines) (October 2022).

2

      i.      For transgender females:

            a.      Estradiol between 100 and 200 pg/mL

            b.      Testosterone less than 50 ng/dL

      ii.      For transgender males:

            a.      Testosterone between 400 and 700 ng/dL.

7. **IDOC Medical Provider(s)**: All medical providers treating any offender in IDOC custody, regardless of whether they are directly employed by IDOC or Wexford.

8. **Necessary Metabolic Parameters**: Metabolic parameters that must be monitored to ensure hormone therapy is safe, as outlined by the Endocrine Society Guidelines,[11] specifically:

      i.      For transgender females:

           a.      Creatinine;

           b.      Potassium; and

           c.      Prolactin.[12]

      ii.      For transgender males:

           a.      Hemoglobin; and

           b.      Hematocrit.

9. **Titrate or Titration**: To adjust or the adjustment of the prescribed dose of hormone therapy to bring blood concentrations of hormones within the Guideline Ranges.[13]

### C. Provision of Gender Affirming Hormone Therapy by IDOC Medical Providers

1. If an offender arrives to the facility having already started on gender affirming hormones, regardless of whether the hormones

---

[11] Testimony of V. Tangpricha, Trial Tr. at 384:20-385:14.

[12] Harris Report, Dkt. 439 at 9 ("[A]ll parties are agreed that prolactin level monitoring and the follow-up of elevated levels requires a more circumscribed and evidence-based approach that is consistent with community standards of care.")

[13] Testimony of V. Tangpricha, Trial Tr. at 389:10-23.

3

        were prescribed by a medical doctor or obtained through some other means, IDOC Medical Providers will continue prescription of the hormone treatment unless there are any Contraindications as defined in Section (A)(2).[14]

2. If an offender who is confirmed as transgender, intersex or gender incongruent is not on gender affirming hormone therapy but requests it, IDOC Medical Providers shall provide that offender with gender affirming hormone therapy treatment throughout their incarceration, unless and until they develop any Contraindications as defined in Section (A)(2).

3. All offenders receiving gender affirming hormone therapy treatment shall continue to receive gender affirming hormones at all times, including but limited to if or when the offender is disciplined, placed in segregation, placed in solitary confinement, or placed on crisis watch, unless and until they develop any Contraindications as defined in Section (A)(2).[15]

4. If an offender has any Contraindications included in Section (A)(2) prior to beginning gender affirming hormone therapy, or if an offender already taking cross-gender hormone therapy develops any Contraindications included in Section(A)(2), the offender shall be referred to the Endocrinology Consultant, according to Section (E)(4).

5. If, after completing the requirements included in Section (E)(4), the Endocrinology Consultant determines that an offender should not start or must be temporarily taken off of hormones to treat any Contraindications included in Section (A)(2), IDOC Medical Providers will treat the Contraindication first, and then begin or recommence the offender's hormone therapy treatment.[16]

6. No IDOC Medical Provider shall deny, delay, or discontinue gender affirming hormone therapy in an offender's hormone therapy on the basis of any medical or mental health condition not listed as a Contraindication in Section (A)(2).[17]

---

[14] *Id.* at 397:6-25.

[15] *Id.* at 397:6-25, 412:25-413:12.

[16] *Id.* at 391:3-21, 392:11-17.

[17] *Id.* at 391:22-392:6, 392:18-393:6, 420:9-11.

       7.       No IDOC Medical Provider shall prescribe any offender conjugated estrogen.[18]

  **D.**     **Monitoring of Blood Concentrations of Hormones and Necessary Titration**[19]

       1.       Any bloodwork performed for an offender receiving gender affirming hormone therapy must be reviewed and appropriately responded to by an IDOC Medical Provider.[20]

       2.       Prior to beginning hormone therapy for any offender, the offender's bloodwork shall be performed and measured for baseline hormone levels and the Necessary Metabolic Parameters.[21]

       3.       An offender receiving hormone therapy shall have bloodwork performed to monitor hormone levels and the Necessary Metabolic Parameters every 3 months until the offender's hormone levels are within the Guideline Ranges.[22]

       4.       Following each instance of bloodwork performed for an offender receiving gender affirming hormone therapy that shows hormone levels outside of the Guideline Ranges, IDOC Medical Provider will Titrate the offender's hormone dosage with the intent of bringing that offender's hormone levels within the Guideline Ranges.[23]

       5.       If an offender's hormone therapy doses have been Titrated up to the maximum dosages within the Appropriate Gender Affirming Hormone Prescriptions, and the offender's hormone levels are not within the Guideline Ranges, IDOC Medical Providers will refer the offender to the Endocrinology Consultant per Section (E)(4).

---

[18] *Id.* at 398:21-399:12.

[19] Harris Report, Dkt. 439 at 9-19 ("Thus far, although staff have completed training in the treatment and care of individuals with gender dysphoria, there is no clear evidence that a standardized medication protocol exists; hormone adjustments appear to largely fall under the purview of the Endocrinology specialists who are, in fact, more successful in obtaining desired levels of hormones.")

[20] Testimony of V. Tangpricha, Trial Tr. at 406:11-22.

[21] *Id.* at 390:5-14.

[22] *Id.; see also* Harris Report, Dkt. 439 at 6 ("The Court laid out, consistent with Endocrine Society Hormone Guidelines, monitoring intervals of 3 months for hormone naïve or recently titrated medication, and 1 year for those who are stable and at goal on their dose.")

[23] Testimony of V. Tangpricha, Trial Tr. at 389:10-18.

6. Once an offender receiving gender affirming hormone therapy treatment has bloodwork performed that shows hormone levels within the Guideline Ranges, that offender shall have bloodwork performed to measure hormone levels and the Necessary Metabolic Parameters 1-2 times per year.[24]

7. If the most recent bloodwork performed for an offender receiving gender affirming therapy shows hormone levels within the Guideline Ranges, but the offender continues to experience significant and distressing symptoms of gender dysphoria, the treating IDOC Medical Provider will either Titrate the offender's hormone dosages, as long as the dose remains within the Appropriate Gender Affirming Hormone Prescriptions, or refer the offender to the Endocrinology Consultant per Section (E)(4).[25]

8. If any offender receiving or requesting to receive gender affirming hormone therapy has bloodwork performed that shows unexplained abnormal levels of any of the Necessary Metabolic Parameters, including but not limited to elevated prolactin levels, that offender shall be referred to the Endocrinology Consultant per Section (E)(4) and shall continue or begin to receive gender affirming hormone therapy treatment unless and until the Endocrinology Consultant determines otherwise.[26]

E. **Endocrinology Consultant**[27]

1. IDOC will immediately retain an Endocrinology Consultant for the purpose of (1) treating certain offenders receiving or requesting to receive gender affirming hormone therapy;[28] and (2) monitoring and overseeing the prescription, provision, and monitoring of gender affirming hormone therapy performed by IDOC Medical Providers.[29]

---

[24] *Id.* at 390:5-14.

[25] *Id.* at 403:10-20.
[26] *Id.* at 393:17-395:20.

[27] Harris Report, Dkt.439 at 10 (finding that when Endocronology specialists have been used in IDOC, they have been "more successful in obtaining desired levels of hormones."); *id.* ("Testosterone suppression has been achieved in 38% of all trans women, but in more than twice as many (75%) of those who have been seen by an Endocrinologist.")

[28] Dkt. 331, 8/9/21 Memorandum and Order at 8; Testimony of V. Tangpricha, Trial Tr. at 448:12-23.

[29] Testimony of E. Anderson, Trial Tr. at 949:3-6; Testimony of V. Tangpricha, Trial Tr. at 417:25-418:11, 419:11-420:8, 447:2-448:11.

2. The Endocrinology Consultant shall have the following authority and rights pertaining to any offender diagnosed with gender dysphoria:

    i. Review any existing medical records;

    ii. Meet and/or speak with any offender;

    iii. Prescribe hormone therapy treatment;

    iv. Discontinue the administration of hormone therapy treatment;

    v. Order bloodwork to be performed;

    vi. Order other diagnostic testing to be performed, including but not limited to MRIs; and

    vii. Deem IDOC Medical Providers unqualified to prescribe, administer, or monitor hormone therapy.

3. The Endocrinology Consultant will fulfill the following the duties:

    i. Treating Specialist for offenders receiving or requesting to receive gender affirming hormone therapy treatment; and

    ii. Monitoring Specialist for the prescription, provision, administration, and monitoring of gender affirming hormone therapy treatment by IDOC Medical Providers.

4. **Treating Specialist.** The Endocrinology Consultant and IDOC Medical Providers shall abide by the following requirements:

    i. If an IDOC Medical Provider determines that an offender's request for gender affirming hormone therapy treatment should be denied, the IDOC Medical Provider must refer the offender to the Endocrinology Consultant within 15 days of the offender's request for confirmation from the Endocrinology Consultant.

    ii. If the Endocrinology Consultant determines that an offender referred to them by an IDOC Medical Provider should begin gender affirming hormone therapy treatment, the offender will be prescribed and administered hormone therapy treatment within 15 days of the Endocrinology Consultant's decision, regardless of any previous decision made by IDOC Medical Providers.

7

    iii.    If an IDOC Medical Provider determines that an offender's gender affirming therapy should be discontinued, the IDOC Medical Provider must refer the offender to the Endocrinology Consultant within 7 days, and shall not discontinue the offender's hormone therapy treatment until receiving written confirmation from the Endocrinology Consultant that the hormone therapy should be discontinued.

    iv.    If the Endocrinology Consultant receives a referral from an IDOC Medical Provider requesting to discontinue gender affirming hormone therapy for an offender, the Endocrinology Consultant shall consider that request and provide a written decision to the IDOC Medical Provider within 7 days of receiving it.

    v.    IDOC Medical Providers shall not discontinue an offender's gender affirming hormone therapy unless and until the Endocrinology Consultant approves such a decision in writing.[30]

    vi.    IDOC Medical Providers must refer to the Endocrinology Consultant any offender receiving gender affirming hormone therapy whose most recent bloodwork shows abnormal levels unexplained of any of the Necessary Metabolic Parameters, including but not limited to elevated prolactin levels.

    vii.    IDOC Medical Providers must refer to the Endocrinology Consultant any offender receiving gender affirming hormone therapy at the maximum dosage included in the Appropriate Gender Affirming Hormone Therapy Prescription, but whose most recent bloodwork shows hormone levels outside of the Guideline Ranges.

    viii.    If the Endocrinology Consultant determines that an offender receiving gender affirming hormone therapy treatment requires certain alternative prescriptions not included in the Appropriate Hormone Therapy Prescription, including but not limited to estradiol injections, gel and

---

[30] Harris Report, Dkt. 439 at 7 ("[B]ased on the laboratory results reported and summarized above, it appears that very few trans women are achieving physiologic levels of estradiol despite reportedly being given hormone therapy. This finding is consistent with reports of interruption in medication administration or inadequate titration.)

8

        patches, IDOC Medical Providers will prescribe and administer those prescriptions within 30 days.[31]

    ix.    If the Endocrinology Consultant determines that additional bloodwork or diagnostic testing is required before making a decision regarding an offender's gender affirming hormone therapy, IDOC Medical Providers must ensure such testing occurs within the timeframe specified by the Endocrinology Consultant or within 30 days of the order by the Endocrinology Consultant, whichever timeframe is shorter.

    x.    IDOC Medical Providers shall refer any offender receiving or requesting to receive gender affirming hormone therapy treatment to the Endocrinology Consultant they deem to be outside the scope of their qualifications.

5. **Monitoring Specialist.** The Endocrinology Consultant and IDOC Medical Providers shall abide by the following requirements:

    i.    Every four months, IDOC will provide the Endocrinology Consultant bloodwork lab reports and prescription records for all offenders receiving gender affirming hormone therapy for his or her review.[32]

    ii.    The Endocrinology Consultant shall review the bloodwork lab reports and prescription records for all offenders receiving gender affirming hormone therapy within 60 days of receiving the records from IDOC.

    iii.    Within 75 days of receiving the bloodwork lab results and prescription records for all offenders receiving gender affirming hormone therapy, the Endocrinology Consultant shall report to IDOC and the Independent Monitor on the following:

        a.    Number of offenders receiving gender affirming hormone therapy;

        b.    Number of offenders receiving gender affirming hormone therapy who's latest bloodwork results show hormone levels within the Guideline Ranges;

---

[31] Testimony of V. Tangpricha, Trial Tr. at 383:9-17, 386:7-387:2.

[32] *Id.* at 401:16-23.

9

    c.    Number of offenders receiving gender affirming hormone therapy who's latest bloodwork results show hormone levels outside of the Guideline Ranges;

    d.    Instances of IDOC Medical Providers failing to appropriately Titrate hormone dosages following bloodwork results showing hormone levels outside of the Guideline Ranges;

    e.    Instances of IDOC Medical Providers failing to order bloodwork testing for the Necessary Metabolic Parameters.

    f.    Offenders who's latest bloodwork results show abnormal and/or concerning levels for the Necessary Metabolic Parameters;

    g.    Instances of IDOC Medical Providers failing to appropriately respond to bloodwork results showing abnormal and/or concerning levels for the Necessary Metabolic Parameters; and

    h.    The names of any IDOC Medical Providers who the Endocrinology Consultant deems unqualified to prescribe, provide, administer, or monitor gender affirming hormone therapy.

iv.    The Endocrinology Consultant shall order any of the following he or she deems necessary in response to his or her review of the bloodwork lab results and prescription records, which IDOC Medical Providers shall complete within 30 days:

    a.    Additional bloodwork;

    b.    Diagnostic testing, including but not limited to MRIs;

    c.    Titration of hormone dosages;

    d.    Discontinuance of hormone therapy; and

    e.    The prohibition of any IDOC Medical Providers from further treating any offenders with gender affirming hormone therapy.