IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br> Plaintiffs, <br><br> - vs- <br><br> ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 18-156-NJR ) ) ) ) ) ) |

**DEFENDANTS' RESPONSE TO CO-MONITOR SECOND UPDATED REPORT**

The Defendants, ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), provide the following in response to the second "Minor Update" by co-Monitor julie graham [Doc. 460], which has been construed as a report of noncompliance [Doc. 461]:

This second report by julie graham details complaints verbalized to julie graham from prisoners at Pontiac Correctional Center and Logan Correctional Center and also provides some additional information and miscellaneous perceptions from julie graham. Some of the information provided in the report has already changed in the past two weeks, and some of it has been investigated further. The updates that may be provided follow.

### A. Body Scanners

As reported previously, body scanners were installed at five IDOC facilities: Pontiac CC, Stateville CC, Logan CC, Centralia CC, and Menard CC. In total, these facilities house approximately 60% of the class members. All of the scanners are now operational and a statewide policy in place, even though not all facilities have had the need to use it yet. The scanner has been used at Centralia CC and Menard CC.

Although Stateville Correctional Center does not consistently house many of the transgender prisoners, it is both a receiving facility where new prisoners enter and it is a facility that houses prisoners for court writs to nearby courts and medical appointments in the Chicago area.

### B. Complaints of staff harassment from Pontiac

The recent report from julie graham summarizes some class members' complaints about abuse by correctional officers. According to IDOC, julie graham forwarded information regarding two incidents and provided the complainants' names and inmate numbers on November 21, 2022. Pontiac CC's Warden, Mindi Nurse, forwarded the complaints to the Internal Affairs Unit Supervisor to look into the allegations. Approximately one week later, the Internal Affairs Unit Supervisor responded with a summary of the findings. Both incidents were reviewed by administrators at the facility, and neither complaint was found to meet the standards for a PREA allegation. There was certainly more to each story than the complaints forwarded along once staff were allowed to respond to the allegations.

### C. Frustration as to receiving information

IDOC is working to put together a brochure to go with the intake packets for all transgender prisoners. The goal is to ensure that transgender prisoners are aware of available

accommodations, understand the roles of the pertinent committees, and know more about their rights, including providing a preference for searches and to obtain commissary items.

### D. Grievances

The report also discusses a feeling that the grievance process is "useless or hopeless" to the class members. However, the only way for administrators to find out about allegations of mistreatment or abuse is for a prisoner to make a complaint. This can be accomplished through the grievance process, which may be appealed to the centralized Office of Inmate Issues if not resolved at the facility level, or alternatively through a PREA report. Each facility has a dedicated and confidential PREA hotline, as well as additional methods to make a complaint under PREA. Correctional staff cannot prohibit a prisoner from making a PREA complaint and there are methods in place, including an agreement with the John Howard Association, to receive complaints if the prisoner is uncomfortable making the complaint at the prisoner's facility.

### E. Razors/hair removal

The report also discusses complaints from class members regarding an inability to remove hair in certain situations, like if the prisoner is on a crisis watch. Yet, while a transgender prisoner may feel distress by not being able to remove hair for a period of time, access to razors and other hair removal tools are limited if a prisoner is in crisis. This is for safety and to prevent any self-harm, not to cause added distress. If a prisoner is placed on crisis watch (regardless of whether the prisoner is transgender), a mental health or medical provider assesses the patient and determines what is safe for that patient to have in the cell. Often, this will lead to the removal of nearly all property in order to remove any harmful or dangerous objects. This is a professional determination made on an individual, case-by-case basis. Although there may be some distress associated with the hair growth, there are times when safety should be able to trump such distress. The complaints

regarding lack of access to hair removal cannot be considered in a vacuum.

                                                    Respectfully submitted,

                                                    ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,

                                                         Defendants,

| | |
|---|---|
| Lisa A. Cook, #6298233<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, Illinois  62701<br>(217) 785-4555 Phone<br>(217) 524-5091 Fax<br>Email: lisa.cook@ilag.gov | KWAME RAOUL, Attorney General<br>State of Illinois<br><br>    Attorney for Defendants,<br><br>By:  s/Lisa A. Cook<br>      Lisa A. Cook |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br> Plaintiffs, <br><br> - vs- <br><br> ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 18-156-NJR ) ) ) ) ) ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2022, the foregoing document, ***Defendants' Response to Co-Monitor Second Updated Report***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |

And all other counsel of record

s/ Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov