IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANIAH MONROE,
MARILYN MELENDEZ,
LYDIA HELÉNA VISION,
SORA KUYKENDALL, and
SASHA REED, individually and on
behalf of a class of similarly situated
individuals,

        Plaintiffs,

v.                            Case No. 3:18-CV-00156-NJR

STEVE MEEKS,
MELVIN HINTON, and
ROB JEFFREYS,

        Defendants.

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

A Status Conference was held on December 15, 2022, via videoconference, attended by Co-Monitors Dr. Amanda Harris and julie graham, and counsel for the parties. The Court took under advisement the Plaintiffs' Motion for Finding of Contempt (Doc. 455), and another hearing will be set by separate order to take place in January 2023 as the Court's schedule permits.

In preparation for that hearing, the parties and Co-Monitors are **ORDERED** to do the following:

1. Defendants shall submit written responses on or before **December 29, 2022**, to Plaintiffs' Recommendations for Modifications to Preliminary Injunctions (Doc. 485) and to the individual Declarations by class members (Sealed Docs. 468-474; 479-481; and 484). To the extent Defendants' responses contain individuals'

names, private health information, or other confidential information such as the person's transgender status, those responses shall be filed under seal.

2. By **January 3, 2023**, Co-Monitor Harris shall submit to the Court and to the parties an updated report on the status of class members' hormone therapy relevant to the ordered injunctive relief set forth in Doc. 384 (See also Docs. 370, 418). This includes the administration of class members' initial and ongoing hormone treatment, follow-up blood work at regular intervals, titration of dosages, and follow-up testing/treatment indicated by safety labs.

3. By **January 6, 2023**, the parties shall meet and confer with the goal of reaching agreement on a proposed schedule to achieve compliance with the Court's orders for injunctive relief (See Plaintiffs' Proposed Scheduling Order (Doc. 485-1)).

4. By **January 9, 2023**, the parties shall submit to the Court their joint proposed schedule, noting any areas of disagreement for the Court to take up.

5. Also by **January 9, 2023**, Defendants shall update the Court, counsel, and the Co-Monitors as to:

   A.   The status of surgical consultations and scheduling of actual surgeries for the five individuals identified in Defendants' Sealed Doc. 463,

   B.   Whether the body scanners are in use at the five facilities where they are installed,

   C.   Whether female staff members have been identified and are available on-site to conduct body searches of trans women who request to be searched by a female, at the prisons where trans women are housed that do not have body scanners,

   D.   When IDOC's FAQ handouts for staff on issues regarding transgender prisoners will be finalized and made available to staff, and

   E.   When and in what form "FAQ" or "tool kit" information will be made available to transgender and nonbinary prisoners to inform them about their access to hormones, surgery, PRISM, gender affirming items.

6. Defendants shall facilitate Dr. Harris's access to communicate directly with medical/mental health providers regarding treatment of class members, including providing Dr. Harris with contact information for Wexford Health Sources, Inc.'s legal counsel. The parties are reminded that pursuant to the Court's Order appointing Dr. Harris as Co-Monitor, Defendants shall permit the Co-Monitor to access correctional facilities and speak to staff and inmates, upon at least 48 hours' prior notice to Defendants' counsel, in connection with her monitoring responsibilities. (Doc. 418, p. 3; see also Doc. 423, p. 4, for julie graham). To clarify, Dr. Harris shall be permitted to communicate with providers in connection with

her duties to monitor all matters relating to class members' hormone therapy and gender affirming surgery, in addition to the items specified on Doc. 418, p. 3.

7.  The parties shall confer and attempt to identify, in consultation with Co-Monitor Harris, other potential surgical providers who may be able to provide less complicated surgeries for class members, such as breast reduction and orchiectomy.

8.  The parties and Co-Monitors shall plan and implement regularly scheduled meetings to share information and work toward revisions of Defendants' policies and Administrative Directives to remedy the unconstitutional conditions of confinement identified by the Court in the Orders for injunctive relief, and shall inform the Court of the schedule. The parties are reminded that in the Orders appointing each Co-Monitor, their duties include "facilitating the parties' development of remedial plans, including possible further revisions to IDOC's Administrative Directives governing transgender prisoners." (Doc. 418, pp. 5-6; Doc. 423, p. 5) Each Co-Monitor (separately or in coordination with the other Co-Monitor) may arrange conferences with counsel for the parties and with IDOC staff as appropriate. *Id.*

**IT IS SO ORDERED.**

**DATED:   December 16, 2022**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**