# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, EBONY STAMPS, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| - vs- | )  No. 18-156-NJR<br>) |
| ROB JEFFREYS, MELVIN HINTON, and STEVE MEEKS, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Now Comes Kwame Raoul, Attorney General of the State of Illinois, by R. Brandon Shultz, Assistant Attorney General, State of Illinois, and hereby enters his appearance as counsel on behalf of the Defendants, ROB JEFFREYS, MELVIN HINTON, and STEVE MEEKS in the above cause.

Respectfully submitted,

ROB JEFFREYS, MELVIN HINTON, and STEVE MEEKS,

Defendants,

R. Brandon Shultz, #6331528
Assistant Attorney General
Metro East Office
201 West Pointe Drive, Suite 7
Belleville, IL 62226
Telephone: (618) 236-8781
Facsimile: (618) 236-8620
Email: robert.shultz@ilag.gov

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendants,

By   s/ R. Brandon Shultz
         R. Brandon Shultz #6331528

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, EBONY STAMPS, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED,<br><br>        Plaintiffs,<br><br>    - vs-<br><br>JOHN BALDWIN, MELVIN HINTON, and STEVE MEEKS,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 18-156-NJR<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2022, the foregoing document, **Notice of Appearance**, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Catherine L. Fitzpatrick | cfitzpatrick@kirkland.com |
| Julia Zasso | Julia.zasso@kirkland.com |
| Lena Colin | lcolin@kslaw.com |
| Matthew John Smart | matthew.smart@kirkland.com |
| Michelle Teresa Garcia | mgarcia@aclu-il.org |
| Scott Lerner | scott.lerner@kirkland.com |
| Megan M. New | mnew@kirkland.com |
| Thomas J. Leahy | Thomas.leahy@kirkland.com |
| Timothy C. Pickert | tim.pickert@kirkland.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |

| | |
|---|---|
| Samantha G. Rose | sam.rose@kirkland.com |
| Cameron N. Custard | Cameron.custard@kirkland.com |
| Jonathan D. Fish | jfish@willkie.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| Abby L. Parsons | aparsons@kslaw.com |
| Alexis Picard | apicard@aclu-il.org |
| Anne J. Hudson | anne.hudson@kirkland.com |
| Ashton Dubey | ashton.dubey@kirkland.com |
| Amanda Leigh Harris, M.D. | drharris@urbanfamilydoctor.com |
| Julie Graham MFT | 2282union@gmail.com |

By   s/ R. Brandon Shultz
      R. Brandon Shultz #6331528
      Assistant Attorney General
      Metro East Office
      201 West Pointe Drive, Suite 7
      Belleville, IL 62226
      Telephone:  (618) 236-8781
      Facsimile:  (618) 236-8620
      Email: robert.shultz@ilag.gov