*JANIAH MONROE, et. al. v. STEVE MEEKS, et. al.*

*Case No. 3:18-CV-00156-NJR*

*United States District Court for the Southern District of Illinois*

Second report of the first Co-Monitor

January 3, 2023

Submitted by: Amanda L. Harris, MD, MPH (First Co-Monitor)

**Section 1: Introduction**

This report is respectfully submitted to the Court and the involved parties as a follow-up to the initial report of August 3, 2022.

The greatest challenge I noted in the initial report was the difficulty in compiling and organizing the relevant data in a meaningful way. Information pertinent to the case was scattered across different spreadsheets and documents that had to be cross-referenced and re-compiled by the First Co-Monitor. IDOC has now made good progress toward developing an internal "Transgender Quality Improvement Audit Instrument," essentially a tracking tool that records the class members in each facility and tracks compliance in the areas of Mental Health, Medical Care, Surgery, Operations, and Training/Supervision. This is a fundamental change that should help IDOC to better understand the gaps in care and the continued needs of the class members. This audit instrument has been rolled out to the facilities (training was reportedly started on December 8, 2022), with assurances by IDOC that the data tracked will be shared with the

Monitors on a quarterly basis. The first report is promised at the end of January, 2023. Preliminary review of the structure of the audit instrument is promising; it will, however, require continued vigilance by the Co-Monitors to ensure that the information that feeds the audit instrument is accurate and reflects the lived experience of the class members.

The information provided below was gleaned from a collection of updated spreadsheets and internal tracking documents provided by IDOC as well as progress notes from the UIC Endocrinology department. It was combined with information compiled in the first report to generate an update on the status of various issues of interest to the class and the Court.

**Section 2: Update on the Class Population**

At the time of the first report, 195 individuals were identified as potential class members, with 175 still in custody at that time. The total number of individuals identified has grown to 238, with between 167 (per IDOC) and 177 (by my count) currently in custody. The discrepancy is likely either from recent releases/paroles or from individuals erroneously identified (gay or lesbian but without gender dysphoria) who were since removed from the list but not accounted for. IDOC has been provided with a list of those in question for clarification; additionally, I have asked that all adds/drops be accounted for in the future at each quarterly reporting. Many of the newly added individuals did not have a gender identity reported yet and are still undergoing evaluation. For the purpose of this report, I will limit my comments to those individuals who have an identified gender (including non-binary).

If we exclude those whose gender identity is undefined, the percentage of individuals in the categories of transwomen, transmen, and non-binary have remained stable

since the first report, now with 80% (105) identifying as transwomen, 17% (22) as transmen, and 2% (3) as non-binary. This total is now 130 people; the remaining 47 have no defined gender identity in the most current record I have (presented in a new format); it is likely that most of that information is available elsewhere, or it was not included on the report because all individuals included are transgender. Rather than assume this is the case, I will request that IDOC always include gender identity on its reports. IDOC has been focusing on tracking hormone treatment and all individuals who are receiving hormones do have a gender identity listed. Clarification of the undefined individuals should be available with the first scheduled quarterly reporting.

**Section 3: Treatment for Gender Dysphoria – Hormone Therapy**

Transgender individuals now have the option to request injectable or oral hormones for treatment of gender dysphoria. This new, patient-centered approach helps patients to navigate some of the barriers inherent in the security environment; some patients voice distrust of injections and opt for oral medication while others find daily access to medication by mouth burdensome and inconsistent, so they opt for a weekly injection. Similarly, monthly injections of androgen blockers have been increasingly prescribed by the Endocrinology specialists. This diversity of options for treatment is a good reflection of community standards of care and benefits patients. As gender-affirming hormones become more commonplace in the facilities and medical staff more comfortable with their use, the culture should start to shift toward normalizing treatment for gender dysphoria as a part of routine healthcare. These developments are a promising start to that process.

IDOC has noted that 123 of 167 (73.7%) class members are now receiving gender-affirming hormones. This represents an increase of 8.6% from the previous report of 65.1%. I was able to independently verify, based on laboratory data and medication records, 111 of the 123 reported.  For the remaining 12, I did not have enough information. Again, the expectation is that these discrepancies will be resolved at the quarterly report in late January, but I have no reason at this time to suspect this discrepancy is anything but a logistical problem with obtaining corroborating records.

### Trans Women

There are currently 92 trans women receiving hormones (87.6%); this is up from 80.2% in August of 2022.   Many of these women are being managed by the Endocrinology clinic through telehealth appointments. In the first 6 months of 2022, the clinic logged 59 appointments for 45 different individuals. In the second 6 months of 2022, the clinic logged 75 appointments for 54 different individuals. This reflects an overall increase in utilization of the clinic and greater patient access. The clinic provides clear documentation and adjustment of medication dosages to reflect the goals of the patients. A review of all the endocrinology notes from this year reveals that individuals are generally working steadily toward their goals, are pleased with the changes in their bodies and are trending toward the targeted hormone levels or have already achieved them. There were only a few outliers who were not being actively managed on gender-affirming hormones either due to other medical conditions, psychiatric instability, or by choice.

Of the 40 transwomen who had labs drawn after August, 2022 and were seen at the Endocrinology clinic, 27 had testosterone suppressed to the desired level (68%). This compares favorably with the previous suppression rate of just 37%. Forty five percent (compared to 19%)

are achieving a physiologic goal of estrogen and nearly all of those are at goal on both levels. The trend is clearly favorable for those individuals managed by the Endocrine clinic. Lab data from the facilities could not be correlated with medication adjustments at this time due to the lack of clinical notes. This information has been promised at the quarterly reporting. The IDOC has a newly written transgender care policy which sets clear prescribing guidelines for medical staff and lab targets for hormone goals. Based on this and the provided medication lists, there is evidence that even those who do not access the Endocrine clinic are receiving hormones, and no evidence that they are not also achieving their goals. Once the quarterly report is available, a fact-based evaluation of the effectiveness of the policy and the medical management in the facilities can be made.

*Trans Men*

Trans men continue to make up a much smaller population, with only 22 individuals now identified. All but 2 are receiving testosterone by injection at a recommended dose. Medication records provided show a significant increase in access to hormones, nearly double what was reported previously.

*A note on prolactin levels*

Mildly elevated prolactin levels among transwomen continue to be common and are being evaluated appropriately under the guidance of the Endocrinology specialists, without over-testing or excessive use of imaging. Patients who are noted to have very high levels or have other signs and symptoms are being referred for MRI.

*Timely Titration of Medications*

A comparison of medication lists with recent endocrinology notes revealed no discrepancy in the recommended dose of medications compared with the ordered dose. It appears that facilities are responding to the consultant orders and updating patient medication orders with a good deal of fidelity. This is based only on the review of the notes provided by the Endocrinology clinic, as no facility notes were made available. A process will need to be put in place to similarly track physician response to laboratory findings and discussions with patients who are managed at the facility level.

**Section 4: Treatment for Gender Dysphoria – Gender Affirming Surgery**

IDOC has made very slow progress in providing surgery to patients. A total of 18 people have been approved to move to the next phase of the long process; two were listed as paroled. Five were offered consultations, but the surgeon was only able to accommodate three. IDOC has developed a plan for aftercare and movement of individuals pre- and post-operatively; as yet, no surgery has been completed and it is unclear if the logistics will need further revision.

There still appears to be quite a few barriers to obtaining access to surgery that are beyond the control of the individual. While access to effective hormone treatment may be improving, a transparent and more efficient timeline for obtaining surgery needs to be laid out. The excessively long wait time appears to be the biggest source of frustration, as it delays transition, sometimes dangerously so, as when an individual has such severe gender dysphoria as to resort to self-mutilation.

**Section 5: Transfers**

Transfer requests continue to be considered, but are very rarely approved. Security concerns, behavioral issues, and inadequately managed hormone levels are commonly cited as the reasons for denial. The Catch-22 here is worth noting. Many transwomen cite personal safety concerns as the reason for not pursuing their transition when housed in male facilities. To be adherent to hormone therapy opens them up to assault, so they may limit hormone therapy to protect themselves; yet to physically and socially transition requires a safe space to do so, one they may not find in a male facility. Transfer requests denied on the basis of hormone non-adherence are unjust in this context.

The PRISM project continues to offer a promising transitional space for a vulnerable population.  Individuals continue to be unclear about the programming offered but are generally happy about the relative safety afforded by it. IDOC staff cite significant issues with hiring qualified candidates and providing adequate staffing, particularly when locations are remotely located. There is some concern that it is used as an alternative option when an individual is pursuing transfer to a women's prison.

**Section 6: Conclusion**

Regarding access to and management of gender-affirming hormone therapy, IDOC has made good progress. The development of new policies for transgender inmates and the commitment to performing regular internal audits of their progress are good faith efforts to correct past neglect. It will not be enough, however, to just "check all the boxes" and produce results that look good on paper if the individuals involved continue to feel unsafe or experience

discrimination that is embedded in the culture or in the structure of the environments they

inhabit. As IDOC develops these policies and plans for way to accommodate this diverse

population, they may wish to also listen to the individuals themselves at each step so that they

may better understand how the actions they take may affect those they intend to help in

unexpected ways, whether good or bad. These individuals are a rich resource and can be tapped

to help build the safe space that they desire and need.