IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br>  Plaintiffs, <br><br>  - vs- <br><br> ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br>  Defendants. | No. 18-156-NJR |

**DEFENDANTS' UPDATE PURSUANT TO DECEMBER 16, 2022, ORDER**

The Defendants, ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, provide the following update to this Court to the items included in the Court's December 16, 2022, order [Doc. 494, p. 2]:

**A. The status of surgical consultations and scheduling of actual surgeries for the five individuals identified in Defendants' Sealed Doc. 463;**

Three of the five individuals identified in Defendants' Sealed Doc. 463 completed their surgical consultations on December 16, 2022. Those three individuals are scheduled for surgeries beginning January 17, 2023. The respective surgery appointments are January 17, February 17, and February 27, 2023.

The remaining two identified individuals will be scheduled for surgical consultations in coming weeks, as well as other class members who have been approved for surgery.

**B. Whether the body scanners are in use at the five facilities where they are installed;**

Each of the five facilities has reported that their body scanners function and are being utilized.

**C. Whether female staff members have been identified and are available on-site to conduct body searches of trans women who request to be searched by a female, at the prisons where trans women are housed that do not have body scanners;**

The facility volunteer lists, as provided in the memoranda of understanding entered into with various collective bargaining units, have not yet been completed. They should be completed in approximately one week. In the meantime, IDOC will continue to use the same procedure as before to accommodate searches of transgender women who request to be searched by female staff members.

**D. When IDOC's FAQ handouts for staff on issues regarding transgender prisoners will be finalized and made available to staff; and**

IDOC issued its Transgender FAQ, after consultation with co-Monitor julie graham, on November 15, 2022. It was emailed to several different IDOC groups with the direction to share with staff. It is also saved on the IDOC intranet and is to be added to annual and pre-service training.

**E. When and in what form "FAQ" or "tool kit" information will be made available to transgender and nonbinary prisoners to inform them about their access to hormones, surgery, PRISM, gender affirming items.**

A pamphlet for individuals in custody titled "Transgender Tool Kit" was finalized on January 4, 2023, and to be printed and distributed to prisoners already identified as transgender along

with anyone new to the transgender case load. Prior to its completion and distribution, a draft was given to PRISM participants for feedback on its usefulness.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, |
|  | Defendants, |
| Lisa A. Cook, #6298233<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, Illinois   62701<br>(217) 785-4555 Phone<br>(217) 524-5091 Fax<br>Email: lisa.cook@ilag.gov | KWAME RAOUL, Attorney General<br>State of Illinois<br><br>Attorney for Defendants,<br><br>By:  s/Lisa A. Cook<br>         Lisa A. Cook |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br>Plaintiffs, <br><br>- vs- <br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 18-156-NJR |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 9, 2023, the foregoing document, *Defendants' Update Pursuant to December 16, 2022, Order*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| And all other counsel of record | |

                                                  s/ Lisa A. Cook
                                                  Lisa A. Cook, #6298233
                                                  Assistant Attorney General
                                                  Office of the Attorney General
                                                  500 South Second Street
                                                  Springfield, Illinois   62701
                                                  (217) 785-4555 Phone
                                                  (217) 524-5091 Fax
                                                  Email: lisa.cook@ilag.gov