IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | Civil No. 3:18-cv-00156-NJR |
| v. | ) ) ) | |
| ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, | ) ) ) | |
| Defendants. | ) ) | |

**JOINT PROPOSED SCHEDULE PURSUANT TO DKT. 494**

Pursuant to the Court's December 16, 2022 Order (Dkt. 494 at ¶ 4), the parties submit the attached schedule as Exhibit 1 indicating areas of agreement and disagreement for Defendants to comply with the Court's orders for injunctive relief. As directed, Exhibit 1 is based upon Plaintiffs' Proposed Scheduling Order submitted December 14, 2022 (Dkt. 485-1).

On January 4, 2023, counsel for the parties met and conferred about Exhibit 1. As Defendants did not file a counterproposal to Plaintiffs' Recommendations as to Preliminary Injunctions, it was difficult to discuss many of the parties' substantive disagreements. *See* Dkt. 499. The parties continue to disagree about the scope and impact of *Rasho v. Jeffreys*, 22 F.4th 703 (7th Cir. 2022) and *Westefer v. Neal*, 682 F. 3d 670 (7th Cir. 2012) on the relief proposed by Plaintiffs.[1] The parties agreed, however, to work together with the Court-appointed Monitors

---

[1] Defendants' Response (Dkt. 499) invoked these decisions as reasons why certain changes proposed by Plaintiffs need not be made. Plaintiffs noted *inter alia* that, unlike the orders discussed in *Rasho*, the Court's original remedial order here is over three years old; *Rasho* explicitly states that the situation presented there was "[not] a case in which prison officials

regarding (1) proposed modifications to IDOC's Administrative Directive for transgender care and hormone policy (*see* Dkt. 485-2-5) and (2) certain issues and proposed dates in the scheduling order (*see* Exh. 1). The parties also agreed to adjust the dates in Plaintiffs' original Proposed Scheduling Order to account for the passage of time.

Dated: January 9, 2023

Respectfully submitted by:

/s/ Camille E. Bennett

| | |
|---|---|
| **Amelia H. Bailey** | **Camille E. Bennett** |
| **Sam G. Rose** | **Michelle T. García** |
| **Julia Zasso** | **Alexis Picard** |
| **Ashton Dubey** | ROGER BALDWIN FOUNDATION |
| KIRKLAND & ELLIS LLP | OF ACLU, INC. |
| 300 North LaSalle Street | 150 North Michigan Avenue, Suite 600 |
| Chicago, IL 60654 | Chicago, IL 60601 |
| Telephone: (312) 862-2000 | Telephone: (312) 201-9740 |
| Facsimile: (312) 862-2200 | Facsimile: (312) 288-5225 |
| *amelia.bailey@kirkland.com* | *cbennett@aclu-il.org* |
| *sam.rose@kirkland.com* | *mgarcia@aclu-il.org* |
| *julia.zasso@kirkland.com* | |
| *ashton.dubey@kirkland.com* | |
| | |
| **Brent P. Ray** | **Abby L. Parsons** |
| KING & SPALDING LLP | KING & SPALDING LLP |
| 110 N. Wacker Drive, Suite 3800 | 1100 Louisiana Street, Suite 4100 |
| Chicago, IL 60606 | Houston, TX 77002 |
| Telephone: (312) 995-6333 | Telephone: (713) 751-3294 |
| Facsimile: (312) 995-6330 | *aparsons@kslaw.com* |
| *bray@kslaw.com* | |
| | |
| **Thomas E. Kennedy III** | |
| **Sarah Jane Hunt** | |
| KENNEDY HUNT P.C. | |
| 906 Olive Street, Suite 200 | |
| Saint Louis, MO 63101 | |
| Telephone: (314) 872-9041 | |
| *tkennedy@KennedyHuntLaw.com* | |
| *sarahjane@KennedyHuntLaw.com* | |

*Attorneys for Plaintiffs*

---

persisted in taking steps they knew were insufficient to prevent the harm." 22 F.4th at 711 (citing *Petties v. Carter*, 836 F.3d 722, 730-31 (7th Cir. 2016)).

2

/s/ Lisa A. Cook (with consent)
**Lisa A. Cook**
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
Telephone: (217) 785-4555
*lisa.cook@ilag.gov*

**R. Brandon Shultz**
Assistant Attorney General
Metro East Office
201 West Pointe Drive, Suite 7
Belleville, IL 62226
Telephone: (618) 236-8781
*robert.shultz@ilag.gov*

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 9, 2023, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: */s/ Camille E. Bennett*