UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,<br><br>    Defendants. | Civil No. 3:18-cv-00156-NJR |

### (REDACTED) PLAINTIFFS' SUBMISSION OF PREVIOUSLY FILED DECLARATIONS WITH SIGNATURE PAGES

Plaintiffs hereby submit the following declarations of class members (under seal) with handwritten signatures, which were previously filed with class members' verbal consent in three submissions (*see* Dkt. nos. 467, 478 and 483) to substantiate the concerns raised by Plaintiffs in their Motion for Finding of Contempt (Dkt. 455). The only hand-signed declaration Plaintiffs have not yet received is Tonya Star Jones' (under seal Dkt. 473 in Plaintiffs' first submission (Dkt. 467)), which they will file when received, but still listed below for reference.

Below is a table of the declarants, their IDOC numbers, previously-filed declaration docket numbers, and facts addressed.

| Ex. | Declarant | IDOC # | Previously Filed Dkt. | Facts Addressed |
|---|---|---|---|---|
| A | Ms. Bobbie Nefertiti Jackson | ■■■ | 468 (under seal) | IDOC delay in transferring her to Logan from Centralia; rape; and lack of medical care. |
| B | Ms. Christina Ashley Thorn | ■■■ | 469 (under seal) | Male correctional officer searching her and no gender-affirming items at Commissary (Joliet Treatment Center). |

1

| Ex. | Declarant | IDOC # | Previously Filed Dkt. | Facts Addressed |
|---|---|---|---|---|
| C | Ms. Rylie Frazier | | 470 (under seal) | Out-of-range hormone levels not properly addressed; transfer requests to women's facility denied or ignored; denied access to hair removal items like razors and other gender-affirming items. |
| D | Ms. Kaycee (Unique) Cole | | 471 (under seal) | Inability to obtain gender-affirming items; misgendering and harassment by IDOC staff; untreated out-of-range hormone levels. |
| E | Ms. Tannahill | | 472 (under seal) | Inability to obtain hormone treatment or use name (Big Muddy River). |
| F | Ms. Tonya Star Jones | | 473 (under seal) | Inability to obtain gender-affirming items (functional shaver, makeup); physician who had not heard of case; isolation and transfer requests ignored (Danville). |
| G | Ms. Carla Furrell | | 474 (under seal) | Delay in hormone therapy; no gender-affirming clothing and items; IDOC ignoring and denying requests for gender-affirming surgery and transfers to Logan; no private showers; and male correctional officer repeatedly searching her (Pontiac). |
| H | Ms. Rochelle Rose Davis | | 479 (under seal) | Delay in addressing/denial of requests for surgery and transfer to Logan; inability to obtain gender-affirming items through medical; staff harassment (Centralia). |
| I | Ms. Wilder | | 480 (under seal) | Unsafe housing (Danville, Pinckneyville); abusive language, comments, and "outing" by staff (Danville, Pinckneyville); inability to have surgery or transfer requests addressed; inability to obtain bra. |
| J | Ms. Natalie Darling | | 481 (under seal) | Sexual assault at male prison; transfer request to Logan denied or ignored; surgical request denied or ignored; hormone levels; male correctional officers searching her, and misgendering and mistreatment by correctional officers (Pontiac). |

| Ex. | Declarant | IDOC # | Previously Filed Dkt. | Facts Addressed |
|---|---|---|---|---|
| K | Ms. Zoe Kravitz | ■ | 484 (under seal) | Isolation in male facility; PREA concerns ignored; no private showers; misgendering and mistreatment by correctional officers; male officers searching her; and no gender-affirming items in commissary (Sheridan). |

Dated: January 13, 2023

Respectfully submitted by:

*/s/* Camille E. Bennett

**Brent P. Ray**
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
*bray@kslaw.com*

**Abby L. Parsons**
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3294
*aparsons@kslaw.com*

**Thomas E. Kennedy III**
**Sarah Jane Hunt**
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

**Camille E. Bennett**
**Michelle T. García**
**Alexis Picard**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*cbennett@aclu-il.org*
*mgarcia@aclu-il.org*
*apicard@aclu-il.org*

**Amelia H. Bailey**
**Sam G. Rose**
**Julia Zasso**
**Ashton Dubey**
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*sam.rose@kirkland.com*
*julia.zasso@kirkland.com*
*ashton.dubey@kirkland.com*

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

    I certify that on January 13, 2023, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

                By: */s/* Camille E. Bennett