UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals, )))))) | |
| Plaintiffs, ) | Civil No. 3:18-cv-00156-NJR |
| ) | |
| v. ) | |
| ) | |
| ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, ))) | |
| ) | |
| Defendants. | |

**PLAINTIFFS' SUBMISSION OF PREVIOUSLY FILED
DECLARATION WITH SIGNATURE PAGE**

Plaintiffs hereby submit the declaration of class member Tonya Star Jones (under seal) with handwritten signature, which was previously filed with her verbal consent (*see* Dkt. 467 and 473) to substantiate the concerns raised by Plaintiffs in their Motion for Finding of Contempt (Dkt. 455).

As referenced in Plaintiffs' submission of previously filed declarations with signature pages last week (Dkt. 507 and 508 (under seal), Exhibit F), Ms. Jones' declaration was not received until this week, and is filed herewith under seal.

1

Dated: January 18, 2023

**Brent P. Ray**
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
*bray@kslaw.com*

**Abby L. Parsons**
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3294
*aparsons@kslaw.com*

**Thomas E. Kennedy III**
**Sarah Jane Hunt**
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

Respectfully submitted by:

*/s/* Camille E. Bennett
**Camille E. Bennett**
**Michelle T. García**
**Alexis Picard**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*cbennett@aclu-il.org*
*mgarcia@aclu-il.org*
*apicard@aclu-il.org*

**Amelia H. Bailey**
**Sam G. Rose**
**Julia Zasso**
**Ashton Dubey**
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*sam.rose@kirkland.com*
*julia.zasso@kirkland.com*
*ashton.dubey@kirkland.com*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on January 18, 2023, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: */s/* Camille E. Bennett