IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, EBONY STAMPS, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED,<br><br>    Plaintiffs,<br><br>- vs -<br><br>ROB JEFFREYS, MELVIN HINTON, and STEVE MEEKS,<br><br>    Defendants. | No. 18-156-NJR |

## NOTICE OF APPEARANCE

Now Come Kwame Raoul, Attorney General of the State of Illinois, by Kyrstin Beasley, Assistant Attorney General, State of Illinois, and hereby enters her appearance as counsel on behalf of the Defendants, ROB JEFFREYS, MELVIN HINTON and STEVE MEEKS, in the above cause.

        Respectfully submitted,

        ROB JEFFREYS, MELVIN HINTON and STEVE MEEKS,

            Defendants,

        KWAME RAOUL, Attorney General,
        State of Illinois,

            Attorney for Defendants,

By:   *s/ Kyrstin B. Beasley*
        Kyrstin B. Beasley #6323618
        Assistant Attorney General
        201 West Pointe Drive, Suite 7
        Belleville, Illinois 62226
        (618) 236-8788 Phone
        (618) 236-8620 Fax
        E-mail: <u>Kyrstin.beasley@ilag.gov</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, EBONY STAMPS, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED,<br><br>Plaintiffs,<br><br>- vs -<br><br>ROB JEFFREYS, MELVIN HINTON, and STEVE MEEKS,<br><br>Defendants. | No. 18-156-NJR |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I presented the foregoing Defendants' *Notice of Appearance* to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Amanda Leigh Harris, MD | drharris@urbanfamilydoctor.com |
| Julie Graham, MFT | 2282union@gmail.com |
| Camille Bennett | cbennett@aclu-il.org |
| Abby L. Parsons | aparsons@kslaw.com |
| Alexis Picard | apicard@aclu-il.org |
| Amelia H. Bailey | amelia.bailey@kirkland.com |
| Anne J. Hudson | anne.hudson@kirkland.com |
| Ashton Dubey | ashton.dubey@kirkland.com |
| Brent P. Ray | bray@kslaw.com |
| Cameron N. Custard | Cameron.custard@kirkland.com |
| Catherine L. Fitzpatrick | cfitzpatrick@kirkland.com |
| Jonathan Dylan Fish | jfish@willkie.com |
| Julia Zasso | Julia.zasso@kirkland.com |
| Lena Colin | lcolin@kslaw.com |
| Matthew John Smart | matthew.smart@kirkland.com |
| Michelle Teresa Garcia | mgarcia@aclu-il.org |
| Samantha G. Rose | sam.rose@kirkland.com |
| Sarah Jane Hunt | sarahjane@kennedyhuntlaw.com |
| Scott H. Lerner | scott.lerner@kirkland.com |
| Thomas E. Kennedy, III | tkennedy@kennedyhuntlaw.com |
| Thomas J. Leahy | thomas.leahy@kirkland.com |
| Timothy C. Pickert | tim.pickert@kirkland.com |

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

None

                                            Respectfully Submitted,

                        By:   *s/ Kyrstin B. Beasley*
                                Kyrstin B. Beasley #6323618
                                Assistant Attorney General
                                201 West Pointe Drive, Suite 7
                                Belleville, Illinois 62226
                                (618) 236-8788 Phone
                                (618) 236-8620 Fax
                                E-mail: Kyrstin.beasley@ilag.gov