# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Janiah Monroe, et al. <br> *Plaintiff(s)* <br> v. <br> Rob Jeffreys, et al. <br> *Defendant(s)* | ) <br> ) <br> ) Case Number: 3:18-cv-00156-NJR <br> ) <br> ) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for   Plaintiffs.

DATED: 2/6/2023

/s/ Malita V. Picasso
Signature

Malita V. Picasso
Name

125 Broad Street, 18th Floor
New York, NY 10004
Address

212-549-2500
Phone Number

_____
Fax Number

mpicasso@aclu.org
E-Mail Address

Rev.  2/11

## CERTIFICATE OF SERVICE

I certify that on February 6, 2023, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: /s/ Malita V. Picasso