IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, ) <br> LYDIA HELENA VISION, ) <br> SORA KUYKENDALL, and SASHA REED, ) <br> ) <br> Plaintiffs, ) <br> ) <br> - vs- ) <br> ) <br> ROB JEFFREYS, MELVIN HINTON, ) <br> and STEVEN BOWMAN, ) <br> ) <br> Defendants. ) | No. 18-156-NJR |

## DEFENDANTS' FEBRUARY 8, 2023, RESPONSE TO MEMORANDUM AND ORDER ENTERED JANUARY 24, 2023 [DOC. 522]

The Defendants, ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, provide the following response to this Court's Memorandum and Order entered on January 24, 2023 [Doc. 522].

### Items to Be Addressed

By Defendants' motion for extension of time and this Court's January 24, 2023, order, the following items are due today, February 8:

1. Designation of IDOC employees as responsible points of contact between the Co-Monitors and counsel, with regard to the areas of concerns set forth in the preliminary injunctions;

2. Update and file under seal the chart showing transfer requests by class members, and provide copies of associated documentation for denials to Plaintiffs' counsel and the co-Monitors;

3. Provide documentation to the Co-Monitors, Plaintiffs' counsel, and file under seal an explanation of why each class member housed at Logan Correctional Center on the D-Wing is placed there;

4. Report the status of the training program being developed by The Moss Group for all incarcerated persons at Logan (to be approved by Co-Monitor julie graham) and the date by which such training will be completed.

### Additional Time Needed for Paragraph 3 Above

Unfortunately, the undersigned will require additional time to comply with paragraph 3. The undersigned has drafted and discussed a declaration with the Placement Officer who does the housing assignments; however, there were some changes required that were unable to be completed before the Placement Officer left for the day at 3:00 p.m. There are updates, including information that two of the eight class members who were on the D-Wing list filed last week have been moved off of D-Wing. In order to give the declarant sufficient time to review the declaration and its accuracy, the undersigned will separately request additional time to complete that task and provide the declaration with supporting documentation.

### Responses to Paragraphs 1, 2, and 4

Defendants can respond to the remainder of the paragraphs above.

1. Here are the designated IDOC point-people for the areas set forth by the Court in its injunction orders:

    a) Dr. William Puga will be the point-person for CQI, transfers, and the ID Policy;

    b) Chief of Operations Justin Hammers will be the point-person concerning showers, searches, and training;

    c) Dr. Lamenta Conway is the point-person for hormone therapy and surgery;

    d) Dr. Shane Reister is the point-person for conditions in the PRISM program; and

    e) Logan Correctional Center Assistant Warden Michael Long will be the point-person for conditions in Logan Correctional Center.

2. The updated transfer request chart is being filed under seal simultaneously with this response. (Corresponding to Bates-numbered documents 406121-406151). Updated TAC

documents and other materials regarding the underlying decisions have been provided to Plaintiffs' counsel and the co-Monitors today.

3. [This one needs additional time. See above].

4. An update to the inmate training was touched on in the parties' discussion with the co-Monitors yesterday, February 7, 2023. At that time, the undersigned had been informed that a new contract with The Moss Group had been signed. Today, the undersigned received a copy of the fully executed contract (finalized today) and updated Plaintiffs' counsel and the co-Monitors by email.

The undersigned produced a copy of the contract to Plaintiffs' counsel and the co-Monitors. In addition, the undersigned provided some estimates of completion that were provided by The Moss Group today. The Moss Group must develop the inmate training it will use, in addition to obtaining julie graham's input and beginning training sessions, this is estimated to take approximately 6 months.

Respectfully submitted,

ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,

Defendants,

Lisa A. Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov

KWAME RAOUL, Attorney General
State of Illinois

Attorney for Defendants,

By:  s/Lisa A. Cook
       Lisa A. Cook

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

JANIAH MONROE, MARILYN MELENDEZ, )
LYDIA HELENA VISION, )
SORA KUYKENDALL, and SASHA REED, )
)
      Plaintiffs, )
)
- vs- ) No. 18-156-NJR
)
ROB JEFFREYS, MELVIN HINTON, )
and STEVEN BOWMAN, )
)
      Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, the foregoing document, *DEFENDANTS' FEBRUARY 8, 2023, RESPONSE TO MEMORANDUM AND ORDER ENTERED JANUARY 24, 2023 [DOC. 522]*, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| And all other counsel of record | |

                                             s/ Lisa A. Cook
                                             Lisa A. Cook, #6298233
                                             Assistant Attorney General
                                             Office of the Attorney General
                                             500 South Second Street
                                             Springfield, Illinois   62701
                                             (217) 785-4555 Phone
                                             (217) 524-5091 Fax
                                             Email: lisa.cook@ilag.gov