IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br> Plaintiffs, <br><br> - vs- <br><br> ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br> Defendants. | No. 18-156-NJR |

## NOTICE OF FILING UNDER SEAL

The Defendants, ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), provide notice that they have filed under seal an updated hormone therapy spreadsheet.

This spreadsheet was served upon Plaintiffs' counsel and the co-Monitors in native format today (file named "Transgender Lab Med Tracking Master 1.0.xlsx"). It was noted that abnormal labs are highlighted and the comments column provides additional explanation where abnormalities exist. Medication changes have also been noted in the medication change columns. Additionally, numerous patients with abnormal labs have recently started medications within the past 3-6 months and those labs are being titrated. And, one facility (Centralia) inadvertently included labs for the December - February quarter. Centralia's labs prior to that were in August so those labs were not included here.

Additionally, IDOC plans to do quarterly reviews for labs drawn December – February by April 10, 2023. The quarterly reviews include meeting with the facilities (currently 19 facilities with class member patients) to review the lab results. Dr. Katz from the UIC Endocrinology

clinic will continue to join the meetings as his schedule allows. The individual class members' lab results will be available and distributed in mid-March. An updated spreadsheet will follow after the quarterly reviews.

                Respectfully submitted,

                ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,

                Defendants,

| | |
|---|---|
| Lisa A. Cook, #6298233<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, Illinois 62701<br>(217) 785-4555 Phone<br>(217) 524-5091 Fax<br>Email: lisa.cook@ilag.gov | KWAME RAOUL, Attorney General<br>State of Illinois<br><br>Attorney for Defendants,<br><br>By: s/Lisa A. Cook<br>      Lisa A. Cook |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br> Plaintiffs, <br><br> - vs- <br><br> ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  No. 18-156-NJR |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2023, the foregoing document, ***Notice of Filing Under Seal***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| And all other counsel of record | |

s/ Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov