IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, | ) ) ) ) |
| Plaintiffs, | ) ) |
| - vs- | ) ) |
| ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, | ) ) ) ) |
| Defendants. | ) |

No. 18-156-NJR

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE SEARCH CERTIFICATIONS

The Defendants, ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, move pursuant to Federal Rule 6(b)(1)(A) to provide a response to the portion of this Court's Memorandum and Order entered on January 24, 2023 [Doc. 522], directing Defendants to provide a certification from each facility as to the searches conducted of class members.

In support of this motion requesting a two-week extension, Defendants provide the following:

1. On January 24, 2023, this Court set multiple deadlines and orders for future reporting. [Doc. 522].

2. Defendants have provided responses and responsive materials to the Court, parties, and co-Monitors since the January 24 order, including certifications and written responses today.

3. However, IDOC has been unable to finalize the certifications concerning the search issue. On January 24, 2023, the Court directed Defendants to "file a certification letter from

each IDOC facility housing at least one class member, that such facility will conduct timely searches only by a person of the same gender as the class member or by using a body scanner." [Doc. 522, p. 5, 8(a)]. These certifications are not complete, and Defendants request a two-week extension of time in which to finalize them according to each facility's specific circumstances.

4. This motion is not intended to create undue delay. Defendants have filed multiple items concerning the IDOC searches of class members and wish to ensure that the declarations are given adequate time and attention in light of the recent bargaining unit negotiations, volunteer lists, and scanners used at five facilities. Furthermore, 21 IDOC facilities presently house class members, so 21 certifications will be needed in order to comply with this aspect of the Court's order.

5. It was not raised until late today that an extension would be necessary, so the undersigned has not conferred with opposing counsel as to this request. Originally, it was expected that the search and shower certifications would be combined; yet, that was ultimately not completed and the certifications were only finalized as to each facility's shower accommodations.

WHEREFORE, Defendants respectfully request that this Court grant them an extension of time up to March 14, 2023, to file the certifications concerning each facility's searches.

Respectfully submitted,

ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,

Defendants,

Lisa A. Cook, #6298233  
Assistant Attorney General  
500 South Second Street  
Springfield, Illinois 62701  
(217) 785-4555 Phone  
(217) 524-5091 Fax  
Email: lisa.cook@ilag.gov  

KWAME RAOUL, Attorney General  
State of Illinois  

Attorney for Defendants,  

By: s/Lisa A. Cook  
Lisa A. Cook

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br>Plaintiffs, <br><br>- vs- <br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )     No. 18-156-NJR |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2023, the foregoing document, *DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE SEARCH CERTIFICATIONS,* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| And all other counsel of record | |

                                        s/ Lisa A. Cook
                                        Lisa A. Cook, #6298233
                                        Assistant Attorney General
                                        Office of the Attorney General
                                        500 South Second Street
                                        Springfield, Illinois   62701
                                        (217) 785-4555 Phone
                                        (217) 524-5091 Fax
                                        Email: lisa.cook@ilag.gov