# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br>Plaintiffs, <br><br>- vs- <br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br>Defendants. | No. 18-156-NJR |

## DEFENDANTS' NOTICE OF COMPLIANCE PURSUANT TO THE COURT'S ORDER ENTERED JANUARY 24, 2023 [D/E 522]

NOW COME the Defendants, ROB JEFFREYS, MELVIN HINTON, AND STEVEN BOWMAN (sued in their official capacities as the IDOC administrators), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and provide the following Notice of Compliance in response to this Court's Memorandum and Order entered on January 24, 2023 [d/e 522] with the accompanying certifications, stating as follows:

1. Pursuant to the Court's January 24, 2023 Order, Defendants were to file a certification from each IDOC facility that houses at least one class member that the facility will conduct timely searches only by a person of the same gender as the class member or by using a body scanner on or before February 28, 2023. [d/e 522].

2. Defendants subsequently sought an extension of time to file the search certifications. [d/e 541].

3. The Court granted Defendants' Motion for extension of time and modified the deadlines so that Defendants should file their certifications concerning searches on or before March 14, 2023. [d/e 542].

4. Defendants submit the instant Notice of Compliance, and the declarations certifying searches of class members are filed with this Notice.

WHEREFORE, Defendants respectfully request this Honorable Court accept their Notice of Compliance.

Respectfully submitted,

ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,

Defendants,

| | |
|---|---|
| Kyrstin B. Beasley #6323618<br>Assistant Attorney General<br>201 W. Pointe Drive, Suite 7<br>(618) 236-8781 Phone<br>(618) 236-8620 Fax<br>Email: kyrstin.beasley@ilag.gov | KWAME RAOUL, Attorney General<br>State of Illinois<br>Attorney for Defendants,<br><br>By: s/Kyrstin B. Beasley<br>Kyrstin B. Beasley |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br>Plaintiffs, <br><br>- vs- <br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 18-156-NJR |

### **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2023, the foregoing document, **Defendants' Notice of Compliance pursuant to the Court's Order Entered January 24, 2023 [d/e 522]**, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| And all other counsel of record | |

s/ Kyrstin B. Beasley
Kyrstin B. Beasley #6323618
Assistant Attorney General
Office of the Attorney General
201 W. Pointe Dr., Suite 7
(618) 236-8781 Phone
(618) 236-8620 Fax
Email: kyrstin.beasley@ilag.gov
