**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| JANIAH MONROE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | No. 18-156-NJR |
| | ) | |
| BRUCE RAUNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DECLARATION OF KIMBERLY HVARRE</u>

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am the Day to Day Warden of Big Muddy River Correctional Center.  I have held this position since February 23, 2023.  In my role as Day to Day Warden I oversee the operations of Facility and act as its Chief Administrative Officer.

2.      I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Big Muddy River Correctional Center.

3.      IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card.  This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.      Big Muddy River Correctional Center complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

   a.      By first seeking volunteer staff from the identified gender on the shift in which the search is needed.

   b.      If there are no volunteers on the relevant shift, the facility volunteer list is utilized. If staff on that list are currently not on shift, they will be contacted to see if they will come into the facility for the search,

c.    If there is no one available from the facility list, the regional list will be gone

through and attempts to find a volunteer from that list will be made.

d.    If no one is found from the regional list, then a sergeant, Lt., or shift commander

can be mandated to perform the search.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____13_____ day of _____March_____, 2023.

_____

Name  Kimberly Hvarre
Title    Day To Day Warden; Big Muddy River CC

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

JANIAH MONROE, et al.,      )
      )
      Plaintiffs,      )
      )
    -vs-      )    No. 18-156-NJR
      )
BRUCE RAUNER, et al.,      )
      )
      Defendants.      )

## DECLARATION OF DANIEL MONTI

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.     I am the Warden of Centralia Correctional Center ("Centralia"). I have held this position since May 1, 2022. In my role as Warden, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.     I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Centralia.

3.     IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent be performed by the gender of staff designated on their identification card. This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.     Centralia complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

    a.    As governed through Administrative Directive 05.01.402 Body Scanning Procedures & Institutional Directive, the Centralia Correctional Center utilizes body scanning technology to ensure transgender individuals in custody are searched routinely and randomly, in the most professional, respectful, and least intrusive manner possible. The body scanner operator

shall be of the same gender as the designation of the facility or, for searches of transgender or gender non-conforming individuals in custody, in accordance with the gender identified on the ID card of the individual in custody. If a transgender individual in custody refuses to comply with the use of body scanner technology, an unclothed search is conducted on the individual in custody by staff of the appropriate gender, in accordance with Administrative Directive 05.01.113.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____13th_____ day of ____March____, 2023.

_____
Name
Title

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | )   No. 18-156-NJR |
| | ) |
| BRUCE RAUNER, et al., | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF FELICIA ADKINS

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am the Warden of Danville Correctional Center ("Danville").  I have held this position since 05/01/2022.  In my role as Warden, I oversee the operations of Danville and act as its Chief Administrative Officer.

2.      I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Danville.

3.      IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card.  This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

4.      Danville complies with IDOC's requirement regarding searches for transgender individuals through the following method:

a.  If the offender has been identified as transgender, intersex or gender incongruent in accordance with the procedures established herein, the offender shall be searched by the gender of the staff designated on their offender identification card.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _13th_ day of _March_, 2023.

_Felicia Adkins_
Felicia Adkins
Warden

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

JANIAH MONROE, et al.,                )
                                      )
          Plaintiffs,                 )
                                      )
     -vs-                             )        No. 18-156-NJR
                                      )
BRUCE RAUNER, et al.,                 )
                                      )
          Defendants.                 )

## DECLARATION OF TARRY WILLIAMS

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.     I am the Warden of DIXON CORRECTIONAL CENTER ("DIXON"). I have held this position since 2/1/2022. In my role as Warden, I oversee the operations of DIXON and act as its Chief Administrative Officer.

2.     I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at DIXON.

3.     IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card. This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.     DIXON complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

    A.  Same gender as on the ID completes the search

    B.  If same gender is not available at the facility the shift commander contacts other facilitys for assistance in the search

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __13_____ day of ___March_____, 2023.

_____

TARRY WILLIAMS
Warden

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

JANIAH MONROE, et al.,        )
                            )
        Plaintiffs,         )
                            )
-vs-                    )     No. 18-156-NJR
                            )
BRUCE RAUNER, et al.,       )
                            )
        Defendants.     )

## <u>DECLARATION OF VERNON DEWITT</u>

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.     I am the Warded of Graham Correctional Center ("Graham").  I have held this position since July 01,2022.  In my role as Warden, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.     I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Graham.

3.     IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card.  This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.     Graham complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

     a.     The Assistant Warden of Programs who is a female, and a female Correctional Lieutenant, have been trained to conduct searches of individuals identified as transgender, intersex, or gender incongruent in conformance with the aforementioned administrative directives and will be tasked with performing searches as circumstances warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __13_____ day of _____March_____, 2023.

_____
Vernon DeWitt
Warden

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

JANIAH MONROE, et al.,                )
                                      )
      Plaintiffs,          )
                                      )
  -vs-                              )    No. 18-156-NJR
                                      )
BRUCE RAUNER, et al.,                 )
                                      )
      Defendants.          )

## DECLARATION OF MARK WILLIAMS

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am the Warden of Hill Correctional Center ("Hill CC").  I have held this position since 1/1/2022.  In my role as Warden, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.      I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Hill Correctional Center.

3.      IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card.  This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.      Hill CC complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

      a.      Once it has been determined that a Transgender Individual in Custody is in need of being searched and the back of the ID has been confirmed as to which gender must conduct the search the Shift Supervisor will be notified.

b.    The Shift Supervisor will then consult a list of volunteers that have stated they are willing to conduct the search and notify the staff member of the pending search.

c.    The staff member will then report to the area where the search needs to be conducted and in a private setting conduct the proper search of the Individual in Custody.

d.    If there are no volunteers on the list then the Shift Supervisor will ask if anyone on the shift will volunteer to conduct the search.  If no volunteers, then the facility would consult the regional list to see if a staff member from another facility would be able to report to the facility and conduct the search.

e.    If no volunteers then an Administrator of the required gender would conduct the search.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___13___ day of __March__, 2023.

_____
Name
Title

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

JANIAH MONROE, et al.,                )
                                       )
            Plaintiffs,                )
                                       )
      -vs-                             )        No. 18-156-NJR
                                       )
BRUCE RAUNER, et al.,                  )
                                       )
            Defendants.                )

## DECLARATION OF CHERRYLE HINTHORNE

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.     I, Cherryle Hinthorne am the Warden of Illinois River Correctional Center ("Illinois River"). I have held this position since April 1, 2020. In my role as Warden, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.     I, Cherryle Hinthorne, am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Illinois River Correctional Center.

3.     IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card. This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.     Illinois River Correctional Center complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

   a.     Cross-gender unclothed searches are prohibited.

   b.     Unclothed searches are conducted on the individual in custody by staff of the appropriate gender who shall be of the same gender as the gender identified on the ID card of the individual in custody.

    c.      Cross-gender pat down searches of female individuals in custody are prohibited.

    d.      Pat down searches are conducted on the individual in custody by staff of the appropriate gender who shall be of the same gender as the gender identified on the ID card of the individual in custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___*13*___ day of ___*March*___, 2023.

*Cherryle Hinthorne*
Name
Title *Chief Administrative Officer*
*Warden*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

JANIAH MONROE, et al.,           )
                                 )
      Plaintiffs,          )
                                 )
    -vs-                       )     No. 18-156-NJR
                                 )
BRUCE RAUNER, et al.,            )
                                 )
      Defendants.          )

## DECLARATION OF CHERRYLE HINTHORNE

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.     I, Cherryle Hinthorne am the Day to Day Warden of Jacksonville Correctional Center ("Jacksonville"). I have held this position since May 1, 2021. In my role as Warden, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.     I, Cherryle Hinthorne, am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Jacksonville Correctional Center.

3.     IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card. This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.     Jacksonville Correctional Center complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

      a.     Cross-gender unclothed searches are prohibited.

      b.     Unclothed searches are conducted on the individual in custody by staff of the appropriate gender who shall be of the same gender as the gender identified on the ID card of the individual in custody.

c.      Cross-gender pat down searches of female individuals in custody are prohibited.

d.      Pat down searches are conducted on the individual in custody by staff of the appropriate gender who shall be of the same gender as the gender identified on the ID card of the individual in custody.

--

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___*13*___ day of *March*___, 2023.

*Cheryl Hawthorne*

Name

Title *Chief Administrative Officer*

*Day to Day Warden*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

JANIAH MONROE, et al.,            )
                                  )
          Plaintiffs,             )
                                  )
     -vs-                         )        No. 18-156-NJR
                                  )
BRUCE RAUNER, et al.,             )
                                  )
          Defendants.             )

## DECLARATION OF RYAN WOODS

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am the Assistant Warden of Operations ("AWO") of Joliet Inpatient Treatment

Center and Joliet Treatment Center ("JITC/JTC"). I have held this position since November 15th,

2021. In my role as AWO, I am second in command in overseeing the operations of the facility

and act as a backup Duty Administrative Officer.

2.      I am familiar with the Illinois Department of Corrections' ("IDOC") administrative

directives and how they are applied and implemented at JITC/JTC.

3.      IDOC requires searches of individuals identified as transgender, intersex, or gender

incongruent are performed by the gender of staff designated on their identification card. This

requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional

Management of Transgender Offenders and within administrative directive 05.01.113 Searches of

Individuals in Custody.

3.      JITC/JTC complies with IDOC's requirement regarding searches for transgender

individuals through the following methods:

     a.      Once it has been determined that a Transgender Individual in Custody is in need

             of being searched and the back of the ID has been confirmed as to which gender

             must conduct the search the Shift Supervisor will be notified.

b.    The Shift Supervisor will then consult a list of volunteers that have stated they are

willing to conduct the search and notify the staff member of the pending search.

c.    The staff member will then report to the area where the search needs to be

conducted and in a private setting conduct the proper search of the Individual in

Custody.

d.    If there are no volunteers on the list then the Shift Supervisor will ask if anyone on

the shift will volunteer to conduct the search. If no volunteers, then the facility

would consult the reginal list to see if a staff member from another facility would

be able to report to the facility and conduct the search.

e.    If no volunteers then an Administrator of the required gender would conduct the

search.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___14th___ day of ___March___, 2023.


_____

Name   Ryan Woods
Title    AWO, JITC/JTC

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

JANIAH MONROE, et al.,                )
                                      )
          Plaintiffs,                 )
                                      )
     -vs-                             )          No. 18-156-NJR
                                      )
BRUCE RAUNER, et al.,                 )
                                      )
          Defendants.                 )

**DECLARATION OF DEE DEE BROOKHART**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am the Warden of Lawrence Correctional Center ("Lawrence").  I have held this position since 1-1-19.  In my role as Warden, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.      I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Lawrence Correctional Center.

3.      IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card.  This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.      Lawrence Correctional Center complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

        a. Lawrence utilizes a body scanner for every incoming or outgoing individual in in custody search, which allows for "hands off" searches.  The scanner is also used for visitor searches.

        b. In the event of a scanner malfunction or otherwise unavailability, Lawrence maintains a list of staff who have volunteered to search transgender, intersex, or

gender   incongruent   individuals   in   accordance   with   the   aforementioned

administrative directives

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____19th_____ day of _____March_____, 2023.

Name
Title

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

JANIAH MONROE, et al.,                    )
                                          )
              Plaintiffs,                 )
                                          )
       -vs-                               )          No. 18-156-NJR
                                          )
BRUCE RAUNER, et al.,                     )
                                          )
              Defendants.                 )

**<u>DECLARATION OF JEAN MARIE CASE</u>**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am the Warden of Logan Correctional Center ("Logan").  I have held this position

since July 1, 2021.  In my role as Warden, I oversee the operations of Facility and act as its Chief

Administrative Officer.

2.      I am familiar with the Illinois Department of Corrections' ("IDOC") administrative

directives and how they are applied and implemented at Logan.

3.      IDOC requires searches of individuals identified as transgender, intersex, or gender

incongruent are performed by the gender of staff designated on their identification card.  This

requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional

Management of Transgender Offenders and within administrative directive 05.01.113 Searches of

Individuals in Custody.

4.      Logan complies with IDOC's requirement regarding searches for transgender

individuals through the following methods:

        a.  All searches are based on the Gender Identification Change form the individual

fills out wherein a preference for the gender of the officer conducting any search is chosen.  The

individual can choose female, male, or no preference.  If no preference is chosen, searches will

be performed by an officer of the same gender of the facility.

b. Additionally, Logan has body scanning technology on site that can be used for searching transgender individuals. When this technology is used to conduct searches of transgender or gender non-conforming individuals in custody, the scanner operator shall be of the gender chosen by the Individual or if no preference is chosen, the operator is the same gender of the facility.

c. If a transgender female enters IDOC through Logan's Reception and Classification who has no prior Gender Identification Change form on file or the Transfer Coordinator has no prior gender identity information available concerning her, the individual's searches are stayed until Logan has clarified with the individual her gender identity and search preference and the appropriate gendered staff are available to perform the incoming searches.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of March, 2023.

Jean Marie Case
Warden
Logan Correctional Center

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

JANIAH MONROE, et al.,           )
                                  )
        Plaintiffs,          )
                                  )
   -vs-                   )     No. 18-156-NJR
                                  )
BRUCE RAUNER, et al.,         )
                                  )
        Defendants.      )

## <u>DECLARATION OF ANTHONY WILLS</u>

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.     I am the Warden of Menard Correctional Center ("Menard"). I have held this position first as acting Warden since April 1, 2020 and then as the Official, Full Time Warden since April 1, 2021. In my role as Warden, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.     I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Menard.

3.     IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card. This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.     Menard complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

        a.     Menard utilizes a body scanner for every incoming or outgoing individual in custody search, which allows for "hands off" searches. The scanner is also used for visitor searches.

b.     In the event of a scanner malfunction or otherwise unavailability, Menard maintains a list of female staff who have volunteered to search transgender, intersex, or gender incongruent individuals in accordance with the aforementioned administrative directives.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ____13th____ day of ____March____, 2023.

_____
Anthony Wills
Warden, Menard Correctional Center

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

JANIAH MONROE, et al.,                    )
                                          )
               Plaintiffs,                )
                                          )
     -vs-                                 )         No. 18-156-NJR
                                          )
BRUCE RAUNER, et al.,                     )
                                          )
               Defendants.                )

### DECLARATION OF DAVID MITCHELL

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am the Warden of Pinckneyville Correctional Center.  I have held this position since 2/16/21.  In my role as Warden, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.      I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Pinckneyville.

3.      IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card.  This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.      Pinckneyville complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

   a.      Searches are performed by staff of the same gender in conformance of the above refenced A.D.s

   b.      The facility maintains a list of staff that have volunteered to perform these searches.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____*13*_____ day of _____*MARCH*_____, 2023.

Name   David Mitchell
Title   Warden Pinckneyville Correctional Center

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

JANIAH MONROE, et al.,                          )
                                                )
                    Plaintiffs,                 )
                                                )
        -vs-                                    )        No. 18-156-NJR
                                                )
BRUCE RAUNER, et al.,                           )
                                                )
                    Defendants.                 )

## DECLARATION OF MINDI NURSE

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am the Warden of Pontiac Correctional Center ("Pontiac").  I have held this position since March 1, 2023.  In my role as Warden, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.      I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Pontiac.

3.      IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card.  This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

4.      Pontiac complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

        a.  Cross-gender unclothed searches are prohibited.

        b.  Unclothed searches are conducted on the individual in custody by staff of the appropriate gender who shall be of the same gender as the gender identified on the ID card of the individual in custody.

c. Cross-gender pat down searches of female individuals in custody are prohibited.

d. Pat down searches are conducted on the individual in custody by staff of the appropriate gender who shall be of the same gender as the gender identified on the ID card of the individual in custody.

e. Additionally, Pontiac has body scanning technology on site that can be used for searching transgender individuals. Cross-gender searches utilizing the body scanner are prohibited. When this technology is used to conduct searches of transgender or gender non-conforming individuals in custody, the scanner operator shall be of the same gender as the gender identified on the ID card of the individual in custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____13_____ day of _____March_____, 2023.

_____
Mindi Nurse
Warden
Pontiac Correctional Center

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

JANIAH MONROE, et al.,                    )
                                          )
            Plaintiffs,                   )
                                          )
     -vs-                                 )          No. 18-156-NJR
                                          )
BRUCE RAUNER, et al.,                     )
                                          )
            Defendants.                   )


## DECLARATION OF WILLIAM LOY

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am the Assistant Warden of Robinson Correctional Center ("Robinson").  I have held this position since May 1, 2022.  In my role as Assistant Warden and in the absence of the Warden, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.      I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Robinson.

3.      IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card.  This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.      Robinson complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

      a.      by following the tenets set forth in Administrative Directives 04.03.104 Evaluation, Treatment and Correctional Management of Transgender Offenders and Administrative Direction 05.01.113 Searches of Individuals in Custody; and

      b.      by following the tenets Robinson Correctional Center Warden's Bulletin #195-22 Search of Transgender Individuals in Custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of March 2023.

William Loy
Assistant Warden

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| JANIAH MONROE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | No. 18-156-NJR |
| | ) | |
| BRUCE RAUNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DECLARATION OF DARREN D. GALLOWAY</u>**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am the Warden of Shawnee Correctional Center ("Shawnee Correctional Center"). I have held this position since August 16th, 2022.  In my role as Warden, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.      I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Shawnee Correctional Center.

3.      IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card.  This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.      Shawnee Correctional Center complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

      a.      AFSCME or VR-704 Volunteers at facility

      b.      Non-Union Volunteers at facility

      c.      Volunteers not on shift at facility

      d.      Regional Volunteer List

      e.      On shift employee mandate

      f.      Duty Administrative Officer (Assistant Warden of Programs)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____13_____ day of _____March_____, 2023.

_____
Darren Galloway
Warden

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| JANIAH MONROE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | No. 18-156-NJR |
| | ) | |
| BRUCE RAUNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DECLARATION OF SHERWIN MILES</u>

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am the Warden of SHERIDAN CORRECTIONAL CENTER ("SHERIDAN"). I have held this position since June 16, 2020. In my role as Warden, I oversee the operations of SHERIDAN and act as its Chief Administrative Officer.

2.      I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at SHERIDAN.

3.      IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card. This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.      SHERIDAN complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

a. Transgender individuals are strip searched by the same gender as the gender identified on the ID card of the individual in custody in the Healthcare Unit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of 2023.

SHERWIN MILES
Warden

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

JANIAH MONROE, et al.,                )
                                       )
            Plaintiffs,                )
                                       )
      -vs-                             )        No. 18-156-NJR
                                       )
BRUCE RAUNER, et al.,                  )
                                       )
            Defendants.                )

## DECLARATION OF CHARLES TRUITT

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am the Warden of Stateville Correctional Center.  I was appointed Day to Day Warden February 14, 2022 and was promoted to Warden om June 16, 2022.  In my role as Warden, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.      I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Stateville Correctional Center.

3.      IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card.  This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.      Stateville Correctional Center complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

      a.      Unclothed visual searches of transgender, intersex or gender incongruent offenders shall occur in a manner designed to ensure as much privacy to the offender as practical. All searches shall be conducted in a respectful and professional manner and in the least intrusive manner possible consistent with security needs. If      an

unclothed search or pat search is to be performed, the transgender or gender non-conforming individual in custody shall be searched by the gender of staff designated on their individual in custody identification card. In the event that there is no staff member of the designated gender who is willing and able to perform an unclothed search, the facility Duty Administrative Officer or Back-Up Duty Administrative Officer shall be contacted.

b.   If an individual in custody who reports they are transgender, intersex or gender incongruent, but has not been identified as such by the above procedure and expresses concern for the gender of the staff performing the search, the search shall be conducted in accordance with Administrative Directive 05.01.113.

4.       Stateville Correctional Center complies with IDOC's requirement regarding searches for transgender individuals within administrative directive 05.01.402 Body Scanning Procedures.

a.   Cross-gender searches utilizing the body scanner shall be prohibited.   The scanner operator shall be of the same gender as the designation of the facility or, for searches of transgender or gender non-conforming individuals in custody, in accordance with the gender identified on the ID card of the individual in custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____13_____ day of _____March_____, 2023.

_____

Name Charles Truitt

Title     Warden, Stateville Correctional Center

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| JANIAH MONROE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | No. 18-156-NJR |
| | ) | |
| BRUCE RAUNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF MELINDA J. EDDY

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am the Warden of Taylorville Correctional Center ("Taylorville").  I have held this position since January 16, 2021.  In my role as Warden, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.      I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Taylorville Correctional Center.

3.      IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card.  This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

4.      Taylorville Correctional Center complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

        a.      A list of Transgender offenders in custody shall be established and maintained in order to identify appropriateness of accommodations, planning and monitoring.

        b.      When transgender, intersex or gender incongruent status is established as above, the Mental Health Authority shall ensure Bureau of Identification (B of I) is notified.

        c.      ID Cards for those identified shall note the gender of the employee to conduct searches.

d.   If the individual has been identified as transgender, intersex or gender incongruent, the individual shall be searched by the gender of the staff designated on their identification card.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___/3ᵀᴴ___ day of ___March___, 2023.

Melinda J. Eddy
Warden

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

JANIAH MONROE, et al.,               )
                                     )
        Plaintiffs,                  )
                                     )
    -vs-                             )        No. 18-156-NJR
                                     )
BRUCE RAUNER, et al.,                )
                                     )
        Defendants.                  )

## DECLARATION OF BRITTANY GREENE

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I, Brittany Greene, am the Warden of Western Illinois Correctional Center.  I have held this position since January 16, 2021.  In my role as Warden, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.      I, Brittany Greene, am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Western Illinois Correctional Center.

3.      IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card.  This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.      Western Illinois Correctional Center complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

      a.      Cross-gender unclothed searches are prohibited.

      b.      Unclothed searches are conducted on the individual in custody by staff of the appropriate gender who shall be of the same gender as the gender identified on the ID card of the individual in custody.

c.    Cross-gender pat down searches of female individuals in custody are prohibited.

d.    Pat down searches are conducted on the individual in custody by staff of the appropriate gender who shall be of the same gender as the gender identified on the ID card of the individual in custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____13th_____ day of _____March_____, 2023.

Brittany Greene/
Warden

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

JANIAH MONROE, et al.,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　　)
　　　　　　　　　　　　　　　　)
　　-vs-　　　　　　　　　　　　　)　　　No. 18-156-NJR
　　　　　　　　　　　　　　　　)
BRUCE RAUNER, et al.,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　)

### DECLARATION OF Margarita Mendoza

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.　　I am the Center Supervisor of Fox Valley Adult Transition Center ("Fox Valley ATC"). I have held this position since 2012. In my role as Center Supervisor, I oversee the operations of Facility and act as its Chief Administrative Officer.

2.　　I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at Fox Valley ATC.

3.　　IDOC requires searches of individuals identified as transgender, intersex, or gender incongruent are performed by the gender of staff designated on their identification card. This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 05.01.113 Searches of Individuals in Custody.

3.　　Fox Valley ATC complies with IDOC's requirement regarding searches for transgender individuals through the following methods:

　　　　a.　　If an unclothed search or pat search is to be performed, the transgender or gender non-conforming individual in custody shall be searched by the gender of staff designated on their individual in custody identification card.

b.   In the event that there is no staff member of the designated gender who is willing and able to perform an unclothed search, the facility Duty Administrative Officer or Back-Up Duty Administrative Officer shall be contacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____14_____ day of _____March_____, 2023.

**Margarita Mendoza**  
Digitally signed by Margarita Mendoza  
Date: 2023.03.14 13:22:14 -05'00'

_____  
Name  
Title