# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,<br><br>　　　　Defendants. | Civil No. 3:18-cv-00156-NJR |

## NOTICE OF FILING UNDER SEAL

In accordance with paragraph 7(c) of the order issued by this Court on January 24, 2023 (Dkt. 522), Plaintiffs' counsel hereby advises the Court and Co-Monitor graham of recent reports of noncompliance with the private shower requirement.

Plaintiffs' First Report of Private Shower Noncompliance is filed herewith under seal.

1

Dated: March 15, 2023

**Brent P. Ray**
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
*bray@kslaw.com*

**Abby L. Parsons**
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3294
*aparsons@kslaw.com*

**Thomas E. Kennedy III**
**Sarah Jane Hunt**
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

Respectfully submitted by:

*/s/* Camille E. Bennett
_____
**Camille E. Bennett**
**Michelle T. García**
**Alexis Picard**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*cbennett@aclu-il.org*
*mgarcia@aclu-il.org*
*apicard@aclu-il.org*

**Amelia H. Bailey**
**Sam G. Rose**
**Julia Zasso**
**Ashton Dubey**
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*sam.rose@kirkland.com*
*julia.zasso@kirkland.com*
*ashton.dubey@kirkland.com*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on March 15, 2023, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: */s/* Camille E. Bennett