JANIAH MONROE, et al v. STEVE MEEKS
Case No. 3:18-CV-00156-NJR
United States District Court for the Southern District of Illinois
Minor Update by the second co-monitor pursuant to the 14 day mandate
Submitted by: julie graham, MS (Second Co-Monitor)
March 28, 2023

This document serves as a 14 day notice and also a general update.

**Showers**
Centralia had issues with the shower that Warden Monti immediately addressed when identified. They replaced the shower curtains with ones that are appropriate for tall women and painted a glass area to provide more privacy. Ms. Bennett subsequently spoke to a client who indicated that they were satisfied.

The showers in Western Illinois are reported to be private and safe. One individual reported being attacked in the shower when she first arrived at Western Illinois. Warden Greene reports there is no evidence of this occurring: "that is was not observed or reported." I provided her with the name of the individual so she can follow up on this.

At Pickneyville the women do not feel safe in the showers.. Each woman indicated that there are workers, porters, staff on the decks above and at their level walking back and forth and that it is not private and they do not feel safe. They report that the doors are solid part of the way and then a metal grate above the door. They will use clothes or towels to cover the grate, and other times they are instructed, they cannot do that. The would like to cover the metal grate so that they can not be seen, particularly their breasts and chest area. I provided this information to Warden Mitchell to follow up on.

**Searches**
Centralia
People report that they have been searched by the gender of the person on their ID card.

Western Illinois
In general, women report female staff are searching them, although they hear complaints about this from some staff. However, an individual reported that she was shackled with her arms behind her back for 6 hours, waiting for a female to search her. The individual reports she was without food and stood for those 6 hours. Warden Greene could find no evidence of this occurring. I provided her with the name of the individual so she could follow up on this.

Pickneyville
Searches have improved and incarcerated women report women are searching them. However, when people are out on medical writs, or legal writs, they report they are still being searched by male officers. That is not an exigent circumstance. I've asked Warden Mitchell what the plan is for addressing this. Also, male officers complain about having to get a female officer to search them and the women report they are threatened by those officers.

There continues to be a reported time lag in getting the signifier on ID badges to ensure TNGD people are searched by staff of the appropriate gender. What is described as the policy is not what incarcerated people report. This delay was noted before. It is not supposed to happen this way yet incarcerated people continue to report this issue. At Pickneyville, one woman reported that a staff person asked for her ID and did not return it. She had to buy a new one.

### Commissary

This is mixed. In general, women report there is some positive change. In general, women report it's too expensive. The women in facilities with smaller numbers of women are at least getting asked to choose items, and some get them, however the lag time between asking and receiving items can be over a month. They want to have more choices, likely similar to what is at Logan.

At Centralia, cisgender men purchase items that are for the transgender women and use them as art supplies. Obviously, if they had adequate art supplies they would not do this. Also, in having a universal commissary, there must be enough items purchased for anyone to buy them. People who are exploring their gender need the ability to explore their identity privately.

A woman at Western Illinois reported that Springfield messed up their order, and they had to reorder 4 times.

There is the continuing issue that women in different levels or in segregation cannot access the commissary as much as other people. This is problematic in terms of the treatment of gender dysphoria for some women.

### Non-commissary and medical clothing

Some individuals report they have gotten their clothing at the clothing room, and other still did not know they were permitted to get underwear and bras from clothing rooms. Western reportedly didn't have the appropriate sizes of underwear and lacked bras. There continues to be confusion about how to get gaffs and transgender women are stuck when medical tells them they don't know how it works.

### Confusion

There continues to be confusion at Centralia about how to transfer to Logan and how to access hair removal. Confusion at Pickneyville about what is involved in being able to transfer to a prison that would feel safer to them.

### FAQ

The FAQ, which should address the above confusion, was reviewed and returned to the TAC. I spoke with Dr. Puga who stated they were incorporating suggested changes. It is an important document in that it will decrease the confusion and improve clarity and transparency. There need to be clear steps and timelines so incarcerated people can have hope and agency.

### Staff behavior
There is a clear need for staff training and, staff accountability at all institutions.

At Pickneyville, incarcerated people report that staff still "out" them by announcing it's "tranny shower" time—obviously disrespectful and a slur—but this also puts people at risk for showering at that time. It identifies them as transgender. Individual report being called slurs by staff and that staff incites other incarcerated people to harass or be violent with them.

At Western, a woman reported she is harassed by staff for wearing makeup and doing her hair the way she does. Women reported having their make up treated as contraband.

They report that their makeup is taken as contraband, or when they are shook down, it disappears. One woman reports the staff unlocked her cell and let other incarcerated people come in and take her things, including her makeup.

One woman reported that when staff searched her cell they showed her underwear to other incarcerated people. The disrespect is profound. What that communicates to the population is obvious. Misgendering, which everyone reports, is rampant. Incarcerated people continue to report they are called names by staff. They report they are perceived to be a joke.

### Training
The Moss Group will be on-site at Logan the week of 4/10/23 to continue training for staff. I have not seen this training.

### Accountability and training
Staff issues were identified in previous reports and these issues are continuing. While training is critical, accountability is key. When staff are abusive to transgender people they model that behavior is appropriate for other incarcerated people to follow. It's also reprehensible, if it is occurring, that staff incite harassment or violence towards transgender women.

I will suggest to Chief Hammers that training occurs for administrative staff- wardens and assistant wardens, PREA staff and Internal Affairs staff in holding staff accountable for harassment, misgendering, and other abuses directed at transgender people. There must be some breakdown between policy and behavior that custody staff training does not address.

### Logan and Dwing
There are 46 transgender and gender diverse (TNGD) individuals at Logan, and 12 are on a center wing, and 4 are on D wing. Of the 4 TNGD individuals housed on D-wing, one is a transgender woman and 3 are transgender men. There are 61 individuals on Dwing, including the 4 TNGD people.

All transfers go to D-wing, unless they go to residential. D-wing is functioning as an assessment unit for Logan. There is more security on D-wing because there are more cameras, additional staff observation and assessment, and more ready access to various services, including mental health.

**Miscellaneous**

People continue to feel there is reprisal or retaliation for filing grievances and that grievances are "lost."

I continue to believe that decreasing the number of facilities that house transgender women would be an effective intervention. While I understand that it matters in terms of security level and programs available, there are institutions where women consistently say they feel at risk. "They don't like us here. This place is toxic for LGBT people. This is not where no transgender (sic) should be." There must be a way to consolidate the training, commissary, and treatment needs of transgender people in fewer facilities until all facilities are competent to house transgender individuals.

_julie graham_                                               March 28, 2023