IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br>Plaintiffs, <br><br> - vs- <br><br> ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, <br><br> Defendants. | No. 18-156-NJR |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' REPORT OF PRIVATE SHOWER NONCOMPLIANCE**

The Defendants, ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), provide the following in response to Plaintiffs' first report of shower noncompliance, which was filed under seal [Docs. 543-44]:

1. On March 15, 2023, Plaintiffs filed a short report claiming that IDOC failed to comply with private shower requirements at Centralia Correctional Center and Western Illinois Correctional Center.

2. Plaintiffs' report does not provide dates in which counsel talked with the clients complaining of shower issues; however, it seems settled that the issue at Centralia Correctional Center was resolved before Plaintiffs filed their motion. *See* email correspondence filed separately under seal. To date, Plaintiffs have not corrected the record or withdrawn that part of their report.

3. In any event, the showers at Centralia have a window that has been painted over. In addition, the shower curtain in the shower used for PRISM participants has a shower curtain that

provides privacy. *See* photographs of PRISM unit showers taken from various angles, filed separately under seal.

4. Plaintiffs also raise complaints regarding a class member who is housed at Western Illinois Correctional Center and has reported that "she is frequently forced to shower with male inmates at Western Illinois because staff refuse to arrange a private shower for her."

5. The Western Illinois class member has been assigned to shower in the health care unit based upon a preference expressed to Mental Health Staff. *See* Sept. 26, 2022, Memorandum filed separately under seal. In the event that the class member does not wish to shower in the private health care unit shower provided for her use, then staff members in her housing unit have afforded her the opportunity to shower after her scheduled dayroom hours and before the wing porters are let out to clean, so all other inmates are secured in their cells and she is the only one out on the wing.

6. It is unclear whether the class member identified by Plaintiffs is the same class member who spoke with co-Monitor julie graham and reported an attack in the shower, as outlined in graham's report filed today [Doc. 546]. Yet, julie graham related that: "The showers in Western Illinois are reported to be private and safe." [*Id*. at p. 1].

Respectfully submitted,

ROB JEFFREYS, MELVIN HINTON, and
STEVEN BOWMAN,

Defendants,

| | |
|---|---|
| Lisa A. Cook, #6298233<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, Illinois  62701<br>(217) 785-4555 Phone<br>(217) 524-5091 Fax<br>Email: lisa.cook@ilag.gov | KWAME RAOUL, Attorney General<br>State of Illinois<br><br>Attorney for Defendants,<br><br>By:  s/Lisa A. Cook<br>       Lisa A. Cook |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED,<br><br>Plaintiffs,<br><br>- vs-<br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,<br><br>Defendants. | No. 18-156-NJR |

### CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023, the foregoing document, ***Defendants' Response to Plaintiffs' Report of Private Shower Noncompliance***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |

And all other counsel of record

s/ Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov