# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -vs- | )     No. 18-156-NJR |
| | ) |
| BRUCE RAUNER, et al., | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF DR. CATHERINE LARRY

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am the Warden at the Joliet Treatment Center. I have held this position since February 2020. In my role as Warden, I oversee the operations of both the Joliet Treatment Center and the Joliet Inpatient Treatment Center.

2.      I am familiar with the Illinois Department of Corrections' ("IDOC") administrative directives and how they are applied and implemented at the Joliet Treatment Center.

3.      IDOC requires that facilities provide access to private showers for transgender individuals in custody. This requirement is in both administrative directive 04.03.104 Evaluation, Treatment, and Correctional Management of Transgender Offenders and within administrative directive 04.01.301 Sexual Abuse and Harassment Prevention and Intervention Program.

4.      Identified transgender individuals in custody are provided a shower by having an officer remove them from their cell and escort them to a shower. During this time all other individuals in custody are secured in their cells or have already left the wing to attend programing. No porters or workers are permitted on the wing during these private shower times.

5.      Identified transgender individuals in custody at Joliet Treatment Center are allowed to shower in the shower stall that is single occupancy use and includes a shower curtain and a door. The shower curtain is used during the shower and is position in a manner to prevent the individual's

body from being viewed from outside the shower.  The shower curtain remains closed during the

duration of the shower.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____30_____ day of __March_____, 2023.


DR. CATHERINE LARRY
Warden Joliet Treatment Center and Joliet Inpatient Treatment Center