IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, *et al.*,<br>individually and on behalf of a class of<br>similarly situated individuals,<br><br>      Plaintiffs,<br><br>v.<br><br>STEVEN BOWMAN,<br>MELVIN HINTON, and<br>LATOYA HUGHES,<br><br>      Defendants. | Case No. 3:18-CV-00156-NJR |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court pursuant to 18 U.S.C. § 3626(f)(5) for the second six-month review of the appointment of first Co-Monitor Amanda L. Harris, M.D. (Doc. 418). Harris was charged with monitoring Defendants' compliance with the Court-ordered injunctive relief regarding hormone therapy, regular blood work, and appropriate titration of doses and/or additional testing/treatment; gender affirming surgery evaluation, scheduling, and pre- and post-operative care (including monitoring the CQI[1] program and IDOC medical providers' compliance with WPATH[2] training and continuing education); and transfers of class members to achieve medically necessary social transition. (Doc. 370, pp. 7-11; Doc. 384). This has involved review of voluminous medical records for approximately 195 class members, as well as assisting Defendants to compile an accurate list of inmates who are

---

[1] Continuing Quality Improvement.
[2] World Professional Association for Transgender Health.

in the class, extensive communication with IDOC medical and mental health staff as well as outside providers, and review of records on transfer requests and outcomes. (Doc. 439, pp. 1-2, 12).

Since her appointment on April 5, 2022, Dr. Harris submitted two reports to the Court and parties regarding the above matters (Docs. 439, 502). The parties have responded, and since January 2023, are conducting regular meetings with the Co-Monitors to address ways to bring Defendants into compliance with this Court's Orders. Dr. Harris has reported improvements in the delivery and monitoring of hormone therapy. However, the provision of gender affirming surgery even to Plaintiff class members whose treatment has been approved is moving at a snail's pace. Defendants remain only partially compliant with the Court's directives in this area. Further, questions remain as to the implementation of the mandate to consider and act upon class members' transfer requests to the PRISM program and to Logan Correctional Center.

Based on the above, the Court concludes that the appointment of Dr. Harris as first Co-Monitor shall continue. This matter is still in the remedial phase. Dr. Harris's expertise is still needed to advise and assist the Court in monitoring Defendants' compliance with the Court's directives in this case, as well as to advise the parties on policies and procedures that will achieve compliance with constitutional standards of care and conditions of confinement. This appointment will be reviewed again in another six months.

**IT IS SO ORDERED.**

DATED:  April 12, 2023

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**