**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, | ) | |
| LYDIA HELENA VISION, | ) | |
| SORA KUYKENDALL, and SASHA REED, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| - vs- | ) | No. 18-156-NJR |
| | ) | |
| LATOYA HUGHES, MELVIN HINTON, | ) | |
| and STEVEN BOWMAN, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**DEFENDANTS' RESPONSE TO CO-MONITOR UPDATED REPORT**</u>

The Defendants, LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), provide the following in response to portions of the update filed by co-Monitor julie graham [Doc. 546]. Defendants are responding to the issues presented with respect to Pinckneyville Correctional Center's showers and complaints concerning searches at Pinckneyville and Western Illinois Correctional Center:

### I. Pinckneyville CC Showers

Graham's report relates that women do not feel safe in the showers at Pinckneyville Correctional Center and that there have been complaints that the shower is not private. Pinckneyville CC Warden David Mitchell has responded directly to co-Monitor graham in writing. *See* attached Exhibit 1. The email includes photographs of the showers as well as a March 29, 2023, memorandum reiterating that transgender individuals are to shower privately and that no individuals in custody (no workers/porters) are allowed out of their cells during the private shower period. Ex. 1 at 7-9. This reiterated the prior memorandum that Mitchell issued. Attached as Exhibit 2.

II.     **Pinckneyville CC Searches/Harassment**

Warden Mitchell also included a response to graham's inquiry as to searches and harassment. Mitchell reiterated IDOC's policy on searching transgender, intersex, and gender incongruent individuals in custody. Ex. 1 at 11. He also provided the yearly memo sent to all staff reminding staff of the need for professional communication. Ex. 1 at 10. Any report of staff misconduct is sent directly to Internal Affairs for investigation. Ex. 1 at 6.

III.    **Western Illinois CC Search**

Graham's report included a complaint of an individual being left shackled, standing with her arms behind her back and without any food for six hours while waiting for a female staff member to search her. Warden Greene of Western Illinois CC responded to julie graham's inquiries. Exhibit 3 (filed under seal because it contains class member names). The facility reviewed footage from a Tactical Operation that occurred, during which an individual in custody was placed in a shower pending the arrival of a female staff member to search her. The video footage showed that the cuffs on the individual were removed as soon as she was placed in the shower. Although the footage showed a short delay waiting for a female staff member, it was not longer than the process for other individuals who were removed from their cells for purposes of the search.

The same individual who complained of the search is believed to be the prisoner who reported being harassed by Western Illinois CC staff for wearing makeup and doing her hair in the hairstyle she prefers. [Doc. 546, p. 3]. If it is the same individual as suspected, Warden Greene was informed that other inmates had been making statements about how the individual was applying her makeup and that staff were trying to discuss application techniques with her. This was not an attempt to dissuade the individual from wearing makeup. There were issues with the same individual

regarding her hairstyle, but only because she was using strings from mop heads as well as ripped

up clothing and sheets to add to her hair. The items were confiscated as unauthorized.

                                              Respectfully submitted,

                                              LATOYA HUGHES, MELVIN HINTON, and
STEVEN BOWMAN,

                                                  Defendants,

Lisa A. Cook, #6298233                              KWAME RAOUL, Attorney General
Assistant Attorney General                      State of Illinois
500 South Second Street
Springfield, Illinois   62701
(217) 785-4555 Phone                             Attorney for Defendants,
(217) 524-5091 Fax                             By:   s/Lisa A. Cook
Email: lisa.cook@ilag.gov                                Lisa A. Cook

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

JANIAH MONROE, MARILYN MELENDEZ,        )
LYDIA HELENA VISION,                    )
SORA KUYKENDALL, and SASHA REED,        )
                                        )
            Plaintiffs,                 )
                                        )
      - vs-                             )       No. 18-156-NJR
                                        )
ROB JEFFREYS, MELVIN HINTON,            )
and STEVEN BOWMAN,                      )
                                        )
            Defendants.                 )

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2023, the foregoing document, ***Defendants' Response to Co-Monitor Updated Report***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Abby L. Parsons              aparsons@kslaw.com
Sarah Jane Hunt              sarahjane@tkennedylaw.com
Thomas E. Kennedy, III       tkennedy@tkennedylaw.com
Brent P. Ray                 bray@kslaw.com
Samantha G. Rose             sam.rose@kirkland.com
Amelia Bailey                abailey@kirkland.com
Camille Bennett              cbennett@aclu-il.org
And all other counsel of record

                             s/ Lisa A. Cook
                             Lisa A. Cook, #6298233
                             Assistant Attorney General
                             Office of the Attorney General
                             500 South Second Street
                             Springfield, Illinois 62701
                             (217) 785-4555 Phone
                             (217) 524-5091 Fax
                             Email: lisa.cook@ilag.gov