## Cook, Lisa

| | |
|---|---|
| **From:** | Mitchell, David <David.Mitchell@illinois.gov> |
| **Sent:** | Friday, April 7, 2023 4:04 PM |
| **To:** | j graham |
| **Cc:** | Crow, Christel; Hammers, Justin L.; Fanning, Robert L.; Cook, Lisa; Carlson, Cheryl |
| **Subject:** | RE: [External] Re: Results from interviews for Monroe Case |
| **Attachments:** | IMG_1902.JPG; IMG_1901.JPG; Xerox Scan_03292023110353.pdf; 2022 yearly memo - communication with individuals.doc.docx; Xerox Scan_03292023110920.pdf; HPSCAN_20230329050559118_2023-03-29_050716523.pdf; Response Julie Graham U.S. District Court.docx |

Good evening. Attached are current photos, bulletins, memos, and a response letter. If there is anything else needed, please let me know.

Sincerely,
David Mitchell
Warden
Pinckneyville Correctional Center

---

**From:** j graham <2282union@gmail.com>
**Sent:** Thursday, April 6, 2023 1:47 PM
**To:** Mitchell, David <David.Mitchell@illinois.gov>
**Cc:** Crow, Christel <Christel.Crow@illinois.gov>; Hammers, Justin L. <Justin.Hammers@illinois.gov>
**Subject:** [External] Re: Results from interviews for Monroe Case

Good afternoon Warden Michell,

I am following up on my previous email.
Incarcerated transgender people alleged they were searched by male staff which is a violation of the courts instruction.
They also reported that porters, workers, and staff were able to see them while they showered.
Finally, if people are being outed over the loudspeaker, this is also a serious concern.

I know that sometimes incarcerated people give me incorrect information so I am wondering if you were able to research these concerns and ensure there is a plan in place for medical and legal writs and searches, that no one is on the decks when transgender people are showering and that no one is announcing anything over the loud speaker that "outs" transgender people thus putting them at further risk for violence.

Thank in advance for attending to this matter.

julie graham


julie graham, MS
Special Master
United States District Court for the Southern District of Illinois

415-860-3917
2282union@gmail.com

1

EXHIBIT 1

Please read:  This e-mail is intended for the sole use of the recipient only, including attachments.  If Protected Health Information (PHI) is contained in this email, unauthorized disclosure may subject the discloser to civil or criminal penalties under state and federal privacy laws. If you received this email in error, notify me and destroy the all copies of the email and any attachments immediately. Thank you.

On Mar 28, 2023, at 1:11 PM, j graham <2282union@gmail.com> wrote:

Good afternoon Warden,

I wanted to give you results of the interviews. I realize that I only hear one side of these reports. It's clear some things are improving and other things are continuing to be an issue. Please let me know your thoughts about these issues and how best to address them.

Searches

Searches have improved and incarcerated people report women are searching them
Apparently, when people are out on medical writs, or legal writs, they are still being searched by male officers.
Also, male officers complain about having to get a female officer to search them and they report they are threatened by those officers.

**Medical and legal writs are planned and thus ensuring that there is an available female staff person on site for those writs is critical. How can this be addressed?**

Showers

Generally, the women do not feel safe. Each woman indicated that there are workers, porters, staff on the decks above and at their level walking back and forth and that it is not private and they do not feel safe.
They report that there are doors that are solid part of the way and then a metal grate above the door. They will use clothes or towels to cover the grate and other times they are instructed they cannot do that. The would like to cover the metal grate so that they can not be seen, particularly their breasts and chest area.

**It is important that other people cannot see in-so ensuring that workers, porters and staff are not on the decks when trans women are showering. What can be done regarding the grate and to ensure there are not people out while the transgender women are showering?**

Staff:

Each individual reported staff harassment. The last time I spoke with individuals at Pickneyville, they reported that when it was time for them to shower, officers made inappropriate comments over the loudspeaker. "It's tranny shower time. Lock your doors." "They make a spectacle of us."  I brought this up with chief Hammers after the last interviews and it was in the report. Apparently, that is still continuing. It is obviously not funny and it jeopardizes the safety of transgender people.  One individual no longer showers at that time to protect the privacy of their medical situation of being transgender.

They report being cussed at and yelled at.  The report being called "f*gs, trannies, qu**r, Sissy. "One of *those* things"

You're being a b*tch because you are trying to be a female or even referring to them as "guys" in an attempt to be provocative.

They report that the day room staff do not intervene when they are being harassed by other incarcerated people. Some report overhearing officers incite other inmates to harass or be physically violent with them.
They report not wanting to go out to the yard or the gym as it is not safe and they can't rely of staff to intervene.

**Staff are to behave respectfully and professionally even with people they dislike or disapprove of personally.**
**Whomever is making the announcements over the loudspeaker need to stop doing that and be held accountable for that lack of professionalism.**
**Staff need to be reminded to not swear at or use slurs towards transgender people or to make reference to their genitals or tell them they are men since they are in a men's facility.**

**Training is one issue but holding staff accountable for behavior that runs counter to that training is another component.**

Because of staff related issues and transgender people feeling unsafe as a result-all of these women want to transfer and say that Pickneyville in no place for LGBT people. That it is toxic for them and they are fearful.

Regards,

julie graham


julie graham, MS
Special Master
United States District Court for the Southern District of Illinois

2282union@gmail.com
415-860-3917


Please read:  This e-mail is intended for the sole use of the recipient only, including attachments.  If Protected Health Information (PHI) is contained in this email, unauthorized disclosure may subject the discloser to civil or criminal penalties under state and federal privacy laws. If you received this email in error, notify me and destroy the all copies of the email and any attachments immediately. Thank you.

> On Mar 15, 2023, at 5:58 PM, Mitchell, David <David.Mitchell@illinois.gov> wrote:
>
> Yea please
>
> Get Outlook for iOS

**From:** j graham <2282union@gmail.com>
**Sent:** Wednesday, March 15, 2023 7:12:36 PM
**To:** Mitchell, David <David.Mitchell@illinois.gov>
**Subject:** [External] Follow up interview for the Monroe case

Warden Mitchell,

I am following up on interviews with the incarcerated transgender people at Pickneyville. The previous time, you connected me with Assistant Warden Crow to set up this interviews. I did not know if you wanted me to go through her again. Please let me know. These are phone interviews that will take about 20 minutes with just transgender identified individuals.


Thank you in advance,

julie graham, MS
Special Master
United States District Court for the Southern District of Illinois

415-860-3917
2282union@gmail.com

Please read:  This e-mail is intended for the sole use of the recipient only, including attachments.  If Protected Health Information (PHI) is contained in this email, unauthorized disclosure may subject the discloser to civil or criminal penalties under state and federal privacy laws. If you received this email in error, notify me and destroy the all copies of the email and any attachments immediately. Thank you.


j graham
2282union@gmail.com


Please read:  This e-mail is intended for the sole use of the recipient only, including attachments.  If Protected Health Information (PHI) is contained in this email, unauthorized disclosure may subject the discloser to civil or criminal penalties under state and federal privacy laws. If you received this email in error, notify me and destroy the all copies of the email and any attachments immediately. Thank you.


State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

EXHIBIT 1

JB Pritzker
Governor

EXHIBIT 1

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Pinckneyville Correctional Center
5835 State Route 154 • Pinckneyville, IL  62274-3410 • (618) 357-9722 TDD: (800) 526-0844

April 7, 2023

Julie Graham
Special Master
United States District Court for the Southern District of Illinois

Ms. Graham,

The facility went through a PREA Audit in March of 2023, and the showers comply for PREA.  I have attached the photographs of the shower doors where the women shower.

Warden's Bulletin 23-16 Identified Transgender Individual Showers which was distributed to staff on March 29, 2023, which directing staff at PNKCC to ensure that no Individual in Custody workers/porters are out of their cells during the private shower period where transgender individuals are housed.

Direction has been reiterated to Shift Supervisors at Pinckneyville on the current policy of searching transgender, intersex, and gender incongruent. A reiteration of the policy was sent out to all staff on March 29, 2023, in Warden's Bulletin 23-17 which is also attached.

A yearly memo is sent out to all staff pertaining to communicating with individuals in custody and professionalism.

Any report of staff misconduct is sent directly to Internal Affairs and all reports of misconduct are investigated. If reports of misconducts are substantiated, the staff are referred to the Employee Review Board for discipline.

If you have any further questions, please do not hesitate to contact me.


David Mitchell
Warden, Pinckneyville Correctional Center

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

EXHIBIT 1

29/03/2023 08:36



| PINCKNEYVILLE CORRECTIONAL CENTER | **Warden's Bulletin 23-16** |  |
|---|---|---|
| SUBJECT: | Identified Transgender Individual Showers | |

DATE: March 29, 2023

TO: All Staff

FROM: David Mitchell, Warden

Effective immediately, Identified Transgender Individuals in Custody will be allowed to shower privately prior to the dayroom opening on the 3-11 shift but after the facility count checks.

Please note, these Identified Transgender Individuals in Custody are still allowed to shower during their respective dayrooms but must be offered their private shower prior to dayroom opening on the 3-11 shift. This shall be conducted daily.

The Zone Sgt. and the Wing Officer shall ensure that no Individual in Custody workers/porters are out of their cells during the private shower period where transgender individuals are housed.

cc: A/W Operations    A/W Programs    Shift Commanders    Superintendent
    Department Heads    Roll Call X5    Bulletin board    AFSCME
    file

JB Pritzker  
Governor



EXHIBIT 1  
Rob Jeffreys  
Director

## The Illinois Department of Corrections

Pinckneyville Correctional Center  
5835 State Route 154 • Pinckneyville, IL  62274-3410 • (618) 357-9722 TDD: (800) 526-0844

# M E M O R A N D U M

**DATE:** May 12, 2022

**TO:** All Staff

**FROM:** David Mitchell, Warden

**SUBJECT:** **COMMUNICATION WITH INDIVIDUALS IN CUSTODY**

Please be advised that Pinckneyville Correctional Center's policy shall be to provide continued communication between all levels of staff and individuals in custody.

Interaction and communication with the individual in custody population provides a method of resolving problems and reducing the number of grievances.  Additionally, effective communication is necessary to maintain the efficiency of the facility's operation. Staff shall always remain professional and calm when communicating with Individuals in custody.

Therefore, it is my expectation that questions and concerns are addressed, and appropriate follow-up is provided in order to resolve individual in custody issues in your areas of responsibility.  Please be guided accordingly.

cc:    Roll Call x3  
Bulletin Board

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

| PINCKNEYVILLE CORRECTIONAL CENTER | **Warden's Bulletin 23-17** |  |
|---|---|---|
| **SUBJECT:** | Unclothed Visual Searches and Pat or Body Searches of Transgender Individuals in Custody | |

DATE:     March 29, 2023

TO:       All Security Staff

FROM:     David Mitchell, Warden

In accordance with A.D 04.03.104, Evaluation, Treatment and Correctional Management of Transgender Individuals in Custody unclothed visual searches and pat or body searches shall be conducted as follows:

Unclothed visual searches of transgender, intersex or gender incongruent individuals in custody shall occur in a manner designed to ensure as much privacy to the individuals as practical. All searches shall be conducted in a respectful and professional manner and in the least intrusive manner possible consistent with security needs.

(1) If an individual who reports they are transgender, intersex or gender incongruent, but has not been identified as such by the above procedure and expresses concern for the gender of the staff performing the search, the search shall be conducted in accordance with Administrative Directive 05.01.113. Additionally, an Incident Report, DOC 0434, documenting the expressed concern shall be submitted through the chain of command to the TAC (Transgender Administrative Committee).

   (a) The TAC shall review the incident report and interview the individual for purposes of determining proper procedures for future searches.

   (b) The determination of the TAC shall be documented and provided to the individual in custody and CAO.

   (c) If the TAC concurs with an ongoing modification of searches, they will notify the B of I to indicate the accommodation on the individual's ID card.

(2) If the individual in custody has been identified as transgender, intersex or gender incongruent in accordance with the procedures established herein, the individual shall be searched by the gender of the staff designated on their individual in custody identification card.

**NOTE:** In the event that there is no staff member of the designated gender who is willing and able to perform the search, the facility warden shall be contacted.

Pat or Body Searches

   1. Pat or body searches of individuals in custody identified as transgender, intersex or gender incongruent shall be performed by the gender of staff designated on their individual in custody identification card.

**NOTE:** At no time will two different gendered staff split up body search areas and search a transgender, intersex, or gender incongruent individual.

cc:   A/W Operations      A/W Programs      Shift Commanders      Superintendent
      Department Heads    Roll Call X5      Bulletin board        AFSCME      File

JANIAH MONROE, et al v. STEVE MEEKS
Case No. 3:18-CV-00156-NJR
United States District Court for the Southern District of Illinois
Minor Update by the second co-monitor pursuant to the 14 day mandate
Submitted by: julie graham, MS (Second Co-Monitor)
March 28, 2023

This document serves as a 14 day notice and also a general update.

**Showers**
Centralia had issues with the shower that Warden Monti immediately addressed when identified. They replaced the shower curtains with ones that are appropriate for tall women and painted a glass area to provide more privacy. Ms. Bennett subsequently spoke to a client who indicated that they were satisfied.

The showers in Western Illinois are reported to be private and safe. One individual reported being attacked in the shower when she first arrived at Western Illinois. Warden Greene reports there is no evidence of this occurring: "that is was not observed or reported." I provided her with the name of the individual so she can follow up on this.

At Pickneyville the women do not feel safe in the showers.. Each woman indicated that there are workers, porters, staff on the decks above and at their level walking back and forth and that it is not private and they do not feel safe. They report that the doors are solid part of the way and then a metal grate above the door. They will use clothes or towels to cover the grate, and other times they are instructed, they cannot do that. The would like to cover the metal grate so that they can not be seen, particularly their breasts and chest area. I provided this information to Warden Mitchell to follow up on.

**Searches**
Centralia
People report that they have been searched by the gender of the person on their ID card.

Western Illinois
In general, women report female staff are searching them, although they hear complaints about this from some staff. However, an individual reported that she was shackled with her arms behind her back for 6 hours, waiting for a female to search her. The individual reports she was without food and stood for those 6 hours. Warden Greene could find no evidence of this occurring. I provided her with the name of the individual so she could follow up on this.

Pickneyville
Searches have improved and incarcerated women report women are searching them. However, when people are out on medical writs, or legal writs, they report they are still being searched by male officers. That is not an exigent circumstance. I've asked Warden Mitchell what the plan is for addressing this. Also, male officers complain about having to get a female officer to search them and the women report they are threatened by those officers.

There continues to be a reported time lag in getting the signifier on ID badges to ensure TNGD people are searched by staff of the appropriate gender. What is described as the policy is not what incarcerated people report. This delay was noted before. It is not supposed to happen this way yet incarcerated people continue to report this issue. At Pickneyville, one woman reported that a staff person asked for her ID and did not return it. She had to buy a new one.

### Commissary

This is mixed. In general, women report there is some positive change. In general, women report it's too expensive. The women in facilities with smaller numbers of women are at least getting asked to choose items, and some get them, however the lag time between asking and receiving items can be over a month. They want to have more choices, likely similar to what is at Logan.

At Centralia, cisgender men purchase items that are for the transgender women and use them as art supplies. Obviously, if they had adequate art supplies they would not do this. Also, in having a universal commissary, there must be enough items purchased for anyone to buy them. People who are exploring their gender need the ability to explore their identity privately.

A woman at Western Illinois reported that Springfield messed up their order, and they had to reorder 4 times.

There is the continuing issue that women in different levels or in segregation cannot access the commissary as much as other people. This is problematic in terms of the treatment of gender dysphoria for some women.

### Non-commissary and medical clothing

Some individuals report they have gotten their clothing at the clothing room, and other still did not know they were permitted to get underwear and bras from clothing rooms. Western reportedly didn't have the appropriate sizes of underwear and lacked bras. There continues to be confusion about how to get gaffs and transgender women are stuck when medical tells them they don't know how it works.

### Confusion

There continues to be confusion at Centralia about how to transfer to Logan and how to access hair removal. Confusion at Pickneyville about what is involved in being able to transfer to a prison that would feel safer to them.

### FAQ

The FAQ, which should address the above confusion, was reviewed and returned to the TAC. I spoke with Dr. Puga who stated they were incorporating suggested changes. It is an important document in that it will decrease the confusion and improve clarity and transparency. There need to be clear steps and timelines so incarcerated people can have hope and agency.

Case 3:18-cv-00156-NJR   Document 559-1   Filed 04/12/23   Page 14 of 15   Page ID #13336

EXHIBIT 1
3 of 4


### Staff behavior

There is a clear need for staff training and, staff accountability at all institutions.

At Pickneyville, incarcerated people report that staff still "out" them by announcing it's "tranny shower" time—obviously disrespectful and a slur—but this also puts people at risk for showering at that time. It identifies them as transgender. Individual report being called slurs by staff and that staff incites other incarcerated people to harass or be violent with them.

At Western, a woman reported she is harassed by staff for wearing makeup and doing her hair the way she does. Women reported having their make up treated as contraband.

They report that their makeup is taken as contraband, or when they are shook down, it disappears. One woman reports the staff unlocked her cell and let other incarcerated people come in and take her things, including her makeup.

One woman reported that when staff searched her cell they showed her underwear to other incarcerated people. The disrespect is profound. What that communicates to the population is obvious. Misgendering, which everyone reports, is rampant. Incarcerated people continue to report they are called names by staff. They report they are perceived to be a joke.

### Training

The Moss Group will be on-site at Logan the week of 4/10/23 to continue training for staff. I have not seen this training.

### Accountability and training

Staff issues were identified in previous reports and these issues are continuing. While training is critical, accountability is key. When staff are abusive to transgender people they model that behavior is appropriate for other incarcerated people to follow. It's also reprehensible, if it is occurring, that staff incite harassment or violence towards transgender women.

I will suggest to Chief Hammers that training occurs for administrative staff- wardens and assistant wardens, PREA staff and Internal Affairs staff in holding staff accountable for harassment, misgendering, and other abuses directed at transgender people. There must be some breakdown between policy and behavior that custody staff training does not address.

### Logan and Dwing

There are 46 transgender and gender diverse (TNGD) individuals at Logan, and 12 are on a center wing, and 4 are on D wing. Of the 4 TNGD individuals housed on D-wing, one is a transgender woman and 3 are transgender men. There are 61 individuals on Dwing, including the 4 TNGD people.

All transfers go to D-wing, unless they go to residential. D-wing is functioning as an assessment unit for Logan. There is more security on D-wing because there are more cameras, additional staff observation and assessment, and more ready access to various services, including mental health.

**Miscellaneous**
People continue to feel there is reprisal or retaliation for filing grievances and that grievances are "lost."

I continue to believe that decreasing the number of facilities that house transgender women would be an effective intervention. While I understand that it matters in terms of security level and programs available, there are institutions where women consistently say they feel at risk. "They don't like us here. This place is toxic for LGBT people. This is not where no transgender (sic) should be." There must be a way to consolidate the training, commissary, and treatment needs of transgender people in fewer facilities until all facilities are competent to house transgender individuals.

julie graham

March 28, 2023