EXHIBIT 2

JB Pritzker
Governor

Rob Jeffreys
Director

## The Illinois Department of Corrections

Pinckneyville Correctional Center
5835 State Route 154 • Pinckneyville, IL  62274-3410 • (618) 357-9722 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:

TO:        Shift Supervisors
           R-5 security staff

FROM:      D. Mitchell
           Warden

SUBJECT:   Identified Transgender Individual Showers

Effective immediately identified transgender Individuals in Custody will be allowed to shower privately prior to 3p-11p dayrooms opening after the facility count checks. Please note, these individuals are still allowed to shower during their respective dayrooms but still must be offered their private shower prior to dayrooms opening on 3p-11p daily.

Assigned staff shall ensure no workers are out during this time

cc:        A/W Operations
           A/W Programs
           Shift Supervisors
           Superintendent
           R5 Housing Unit
           AFSCME
           File

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**