IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| - vs- | )  No. 18-156-NJR<br>) |
| LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN, | )<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS' RESPONSE TO COURT ORDER [DOC. 552]**

The Defendants, LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), provide the following response and update directed to the Court's order at Doc. 552:

**Transfers**

This Court ordered Defendants to file an updated transfer chart and to confer on reconsideration of transfer requests. The updated chart is filed under seal simultaneously with this response. The chart updated this month was produced to Plaintiffs' counsel and to the Monitors on April 21, 2023, and is Bates-numbered 408320-408352.

**Training by The Moss Group**

The Moss Group completed an initial employee training on April 12 and 13, 2023. The roster and training materials have been provided to Plaintiffs' counsel and the co-Monitors. Bates-numbered documents 408233-408274. These records will be filed with this response.

In addition, an update has been provided to Plaintiffs' counsel and the co-Monitors regarding the status of the training timeline. The staff training is expected to be completed at the end of July 2023.

The Moss Group anticipates having the inmate training curriculum competed by June 1, 2023. The Moss Group will provide a "Training for the Trainers" in June 2023. The goal is to have The Moss Group's inmate training completed at Logan Correctional Center, which has a population of nearly 950 prisoners, completed by September 30, 2023.

**Training for Administrators**

In its April 4 order, the Court directed IDOC to provide additional training for administrators, based upon a suggestion by co-Monitor julie graham. [Doc. 552, p. 8, ¶ 9.c.]. The Wardens at each facility already receive training on disciplinary hearings, which include discipline for violations of the Standards of Conduct. Even so, IDOC intends to release a roll call memorandum to all facilities to be read at each shift in order to reiterate the Standards of Conduct expected by all staff. In addition, IDOC intends to set aside time at its next Wardens' meeting to address accountability for subordinates.

        Respectfully submitted,

        LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN,

        Defendants,

| | |
|---|---|
| Lisa A. Cook, #6298233 | KWAME RAOUL, Attorney General |
| Assistant Attorney General | State of Illinois |
| 500 South Second Street | |
| Springfield, Illinois  62701 | Attorney for Defendants, |
| (217) 785-4555 Phone | |
| (217) 524-5091 Fax | By:  s/Lisa A. Cook |
| Email: lisa.cook@ilag.gov | Lisa A. Cook |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, | ) ) ) ) |
| Plaintiffs, | ) ) |
| - vs- | ) ) No. 18-156-NJR |
| ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, | ) ) ) ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, the foregoing document, ***DEFENDANTS' RESPONSE TO COURT ORDER [DOC. 552]***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| And all other counsel of record | |

s/ Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov