

**Illinois Department of Corrections**
**Logan Correctional Center**
1096 1350th Street
Lincoln, IL 62656

April 12 - 13, 2023

## Effective Management and Supervision of Transgender Offenders

Training Agenda

| | |
|---|---|
| 12:00 – 12:15pm | Welcome, Opening Remarks, and Introductions |
| 12:15 – 12:40pm | Unit 1: The Basics *An Overview of Transgender Terminology* |
| 12:40 – 1:00pm | Unit 2: The Landscape *An Overview of National Trends, Historical Context, and IDOCs Path Forward* |
| 1:00 – 1:30pm | Unit 3: The Transgender Experience *Data, Trauma, and Pathways of Transgender Offenders* |
| 1:30 – 1:40pm | Break |
| 1:40 – 2:10pm | Unit 4: IDOC Directive 403.104 *Evaluation, Treatment, and Correctional Management of Transgender Offenders* |
| 2:10 - 2:45pm | Unit 5: Policy to Practice *Practical Application of Learned Concepts* |
| 2:45 – 3:00pm | Closing Remarks and Evaluations |

*The Moss Group, Inc.*

4/7/2023

The Moss Group, Inc.

**Effective Management and Supervision of Transgender & Gender-Incongruent Individuals in Custody**

---

WELCOME

---

## Training Objectives

1. Differentiate between key concepts and terminology related to gender identity.

2. Build on historical context, national best practices, and local policy for safely housing transgender and gender incongruent individuals.

3. Review local and national data to support a culture of respect and safety that considers pathways, experiences, and nuances of transgender individuals.

4. Explore operational practices and policies specific to the management and supervision of transgender individuals.

5. Build on professionalism and communication skills to apply learned techniques in scenario-based activities.

Monroe, et al. v. Rauner, et al., (18-156) Document No. 408235

4/7/2023



## AGENDA

What's the plan?

---

### About this Training

This is a required training for all Logan Correctional Center staff to ensure understanding and consistent adherence to agency values, expectations, and practices specific to the effective management and supervision of transgender inmates.

This training does not serve to strengthen or convert political viewpoints, religious beliefs, or personal opinions.

---

THE MOSS GROUP, INC.

### Unit 1: The Basics
*An Overview of Transgender Terminology*

2

Monroe, et al. v. Rauner, et al., (18-156) Document No. 408236

4/7/2023



Monroe, et al. v. Rauner, et al., (18-156) Document No. 408237



Monroe, et al. v. Rauner, et al., (18-156) Document No. 408238

4/7/2023



**TRUE OR FALSE?**

To be considered transgender an individual must have gender-affirming surgery.

---

Social
Emotional
**Transition**    affirming name + pronouns
clothing + finding support +
self-identification

Medical
**Transition**    hormone replacement therapy +
affirming surgeries + hormone
suppressing medication

---

THE MOSS GROUP, INC.

Unit 2: The Landscape
*An Overview of National Trends, Historical Context, and IDOC's Path Forward*

5



Monroe, et al. v. Rauner, et al., (18-156) Document No. 408240

4/7/2023

## Evolving Legal Landscape

| Iglesias v Federal BOP (SD IL 2022) | • BOP ordered to provide gender affirming surgery—facial feminization surgery—to Cristina Iglesias. |
| Chandler v CDCR (ED CA – filed 2021) | • The Women's Liberation Front (WoLF) filed a lawsuit on behalf of five incarcerated women challenging CDCR's placement of men who identify as "transgender, nonbinary, or intersex" into a women's correctional facility. |
| Williams v Kincaid (4th Circ. 2022) | • The Americans with Disabilities Act protects transgender people with gender dysphoria from discrimination on the basis of disability. |

## Historical IDOC Policy Context

In 2003, IDOC developed policy for evaluating transgender offenders as they enter the prison system.

In 2011-12, the department established a Gender Identity Disorder Committee (GIDC), which addresses placement, security concerns and hormone therapy treatment plans, if any, for prisoners.

Following a 2019 injunction, the GIDC divided into the Transgender Administrative Committee and Transgender Health and Wellness Committee.

April 1, 2021, IDOC adopted two new Administrative Directives: 04.03.104, entitled "Evaluation, Treatment and Correctional Management of Transgender Offenders" and 05.01.113 "Searches of Offenders"

An injunction issued by the US District Court for the Southern District of Illinois on August 9, 2021, required that clothed and unclothed searches of transgender or gender non-conforming individuals in custody be conducted by the gender of the staff designated on their identification card.

---

*"IDOC's mission is to serve justice and increase public safety by **promoting positive change** in offender behavior, operating successful reentry programs and reducing victimization. The IDOC population is **too diverse for a one size fits all approach** to change…."*

IDOC PRISM Special Support Program Plan Overview

7

4/7/2023



8

4/7/2023

## Experience—Medical & Mental Health

| | |
|---|---|
| Challenges with access to medical care due to state laws, faith-based organizations, and geographic locations | Higher risk for illness and cancers due to less preventative screenings |
| High rates of suicidal ideation and attempts. Suicide is the leading cause of death | More likely to experience verbal and physical abuse, major depression, and anxiety |
| Higher risk of HIV, other STI, PTSD, intimate partner violence, and eating disorders | Two times more likely to abuse substances |

## Experience—In Public

| | |
|---|---|
| Overall isolation, including being excluded from family functions, public-facing positions, and being largely unaccepted by society | Develop a mistrust for authority figures—including crisis centers and shelters that may have turned them *away* or been unable to provide services |
| Only 11% report all documents match their name and identity; 65% have no correct ID. * | Increased police interactions and arrests |
| Development of anti-social survival skills for meeting basic needs | Anxiety over being outed and misgendered |

## Damage of Being Misgendered

- *Misgendering* refers to using a word, especially a pronoun or form of address, that does not correctly reflect the gender with which the individual identifies.
- *Deadnaming* means referring to someone by a name they used prior to transitioning.

| | | |
|---|---|---|
| Distress | Increased depression and anxiety | Lower self-esteem |
| Social isolation | Can lead to or strengthen stigmatization | Loss of trust |

Monroe, et al. v. Rauner, et al., (18-156) Document No. 408243

4/7/2023

## Experience—While Incarcerated

Transgender individuals are disproportionately over-represented in confinement settings. (BJS, 2014)

Transgender individuals are more likely to receive incident reports and discipline for minor infractions and be placed in restricted housing, compared to the cisgender population. (BJS, 2014)

Often ostracized from the population, which limits healthy interactions, access to programming, and preferred work assignments.



## What does this all mean?

It does not mean that...

- Transgender inmates are always victims.
- Transgender inmates are always aggressors.
- Transgender inmates are dangerous.

It does mean that...

- We need to be aware of the pathways of transgender people.
- We have to be aware of the impact of trauma.
- We have to make respect and good communication core practices.
- We have to consider vulnerability in housing and other operational procedures in the facilities.

10

4/7/2023

THE MOSS GROUP, INC.

## Unit 4: IDOC Directive 403.104
*Evaluation, Treatment, and Correctional Management of Transgender Offenders*

## Medical Evaluation

| Sexual activity, specifically, homosexual, heterosexual, or bisexual | Previous operative procedures related to gender identity | Hormone therapy |
| --- | --- | --- |
| Clarify offender's sense of gender identity | Plans regarding future surgery and lifestyle | If possible, verification of treatment and medical records from community medical provider |
| Physical examination, including a concise description of genitalia. | Preliminary determination of gender status | |

## Mental Health Evaluation

| Gender Dysphoria – using current DSM criteria | Consistency of offender's gender identify other than that assigned at birth | Offender's sexual activity, sexual preference and current gender identification |
| --- | --- | --- |
| Offender's regularity and history of hormone therapy (and if hormones prescribed and monitored by a physician) | Any gender related counseling prior to incarceration | If applicable, mental health symptoms and psychiatric stability for consideration of readiness for any requested hormone therapy |

11

4/7/2023

## Facility Placement

Transgender, intersex and gender incongruent offenders shall not be assigned to gender-specific facilities based solely on their external genital anatomy.

Transgender Administrative Committee (TAC) makes individualized determinations about facility placement to ensure the safety of each offender.

Representative of the TAC interviews the offender, reviews PREA allegations, offender grievances, criminal history, psychiatric and disciplinary records.

## TAC Considerations

Perception of whether male or female facility is safest for him or her, as well as preferred gender of staff to perform searches

Prior institutional history, including incidents and grievances

Prior violent or sexual criminal history

Gender expression, including physical appearance, age, and physical build

Likelihood of perpetrating abuse against other offenders, including allegations of sexual abuse or harassment

Vulnerability to sexual victimization, including prior allegations of sexual abuse or harassment made by the offender

## TAC Considerations, continued

Compliance with medical and mental health treatment plans, including psychopharmacologic and hormone therapy compliance.

Any relevant information obtained about the offender from security staff or medical and mental health staff since arrival.

The ability of security staff to house and supervise the offender to ensure his or her safety and the safety of the population in the current and requested environment.

Services available to meet the needs of the offender in each environment.

Any obstacles identified for the appropriate management of the offender in each facility.

Any other relevant information about the offender's ability to positively or negatively manage himself or herself in each type of environment.

12

4/7/2023

## TAC Placement Decisions

TAC Cases Reviewed for Transfer to Logan



▪ Approved   ▪ Denied

## Identification

| | |
|---|---|
| Bureau of Identification (B of I) shall identify offenders who are transgender, intersex or gender incongruent in Offender 360 | B of I shall add gender identification to the offender's ID unless the offender opts to decline gender identification on their ID card |
| ID cards for those identified shall note gender difference for purposes of special accommodations such as search, commissary, separate showering, etc. | The name entered on the offender's Judgment and Commitment Order shall remain the official committed name for all IDOC records. |

## Unclothed Visual Searches

Conducted to ensure as much privacy as practical and be completed in a respectful and professional manner.

Transgender, intersex or gender incongruent offenders should be searched by the gender of the staff designated on their ID card.

If offender reports they are transgender, intersex, or gender incongruent but has not been identified as such pursuant to the procedures in this policy, they will be searched in accordance with the gender of the facility they are housed.

If this occurs, submit an Incident Report – DOC 0434 – document the concern raised by the offender and forwarded to the TAC.

13

4/7/2023



**Commissary**

| | |
|---|---|
| Permitted to have undergarments of their identified gender. | Access to commissary items consistent with gender identity. |
| Binders, breast pads, etc. Medical Appliances - available by medical prescription only. | Use of make-up shall not prevent accurate identification of the offender. |

THE MOSS GROUP, INC.

Unit 5: Policy to Practice
*Practical Application of Learned Concepts*

**Six Policy to Practice Approaches**

1 Adopt and normalize policy and practice.
2 Consistently use pronouns appropriately.
3 Use effective communication skills.
4 Maintain professional boundaries and rapport.
5 Follow protocols for handling confidentiality and sensitive information.
6 Promote accountability and credibility.

14

Monroe, et al. v. Rauner, et al., (18-156) Document No. 408248

**1** Adopt and Normalize

Familiarize yourself with policy and department expectations.

Respect how people identify.

**2** Use Pronouns Appropriately

Know where to access pronoun preference information.

Don't revert to referring to incarcerated individuals by "inmate" or other terminology to avoid use of pronouns.

Consider using more gender-neutral terms, such as folks, everyone, friend, child, partner or spouse, and sibling.

**3** Use Effective Communication Skills

Ensure tone, body language, and wording are in alignment.

Do not use profanity or derogatory slurs—the population will model how staff treat and refer to the transgender population.

Recognize your role within the department and how your position impacts safety.

15

4/7/2023



Monroe, et al. v. Rauner, et al., (18-156) Document No. 408250

4/7/2023

## 6 Promote Accountability & Credibility

| | |
|---|---|
| If you make a mistake, apologize. | Help your peers— address problematic attitudes and remarks. Focus on the behavior. |
| Create credibility among inmates and staff by being fair and policy driven. | Educate inmates on the impact of false reports to the individuals involved, the system, and efforts to protect their safety. |

## Scenario Activity

1. In small groups, select a recorder, reporter, and facilitator. Others are contributors.
2. Discuss the scenario as a group and answer the questions on the worksheet.
3. Be prepared to share your responses.

## Scenario Debrief

Scenario 1: You overhear another staff member repeatedly use pronouns that are not consistent with the gender identity of the incarcerated individual.

Scenario 2: You overhear a group of cisgender incarcerated individuals discussing their fear and anxiety having a transgender woman in the unit.

Scenario 3: You're a supervisor and a nursing manager has reported to you that a custody staff member in the infirmary has been speaking openly about transgender patient care and treatment with other staff.

Scenario 4: You observe a transgender incarcerated individual with a hickey

Monroe, et al. v. Rauner, et al., (18-156) Document No. 408251



Monroe, et al. v. Rauner, et al., (18-156) Document No. 408252

**Directions:** Match the word to the definition by writing the number of the definition next to the word it defines.



**WORD MATCH**

| Assigned Sex | Gender Identity | THAWC | Sex |
|---|---|---|---|
| Questioning | Transgender Man | Intersex | Transgender Woman |
| TAC | Gender/Dysphoria | Cisgender | Sexual Orientation |
| Gender | Non-Binary | Gender Expression | Gender Incongruent |

| # | Definition |
|---|---|
| 1 | A person born with external genitalia, internal reproductive organs, chromosome patterns, and/or an endocrine system that does not fit typical definitions of male or female. |
| 2 | A socially constructed concept classifying behavior as either "masculine" or "feminine," unrelated to one's external genitalia. |
| 3 | An adjective describing a person who does not identify exclusively as a man or a woman. |
| 4 | A person whose birth sex was male but who understands herself to be, and desires to live her life as, a woman. |
| 5 | A Committee responsible for reviewing medical and mental health care for the transgender, intersex, gender incongruent, or offenders diagnosed with Gender Dysphoria. |
| 6 | Active process in which a person explores their own sexual orientation and/or gender identity and questions the cultural assumptions associated. |
| 7 | A person's expression of their gender identity, including appearance, dress, mannerisms, speech, and social interactions. |
| 8 | A specific mental health disorder that includes a marked incongruence between an individual's experienced or expressed gender and his or her assigned gender. |
| 9 | Romantic and/or physical attraction to members of the same or different sex. |
| 10 | Describes a person whose gender identity or gender expression differs from the gender norms associated with the sex they were assigned at birth. |
| 11 | A Committee responsible for reviewing the safety and security needs of the transgender, intersex and gender incongruent |
| 12 | One's anatomical make-up, including external genitalia, chromosomes, and reproductive system. |
| 13 | A term used to describe a person whose gender identity aligns with the sex assigned to them at birth. |
| 14 | The sex that a medical professional uses to describe a child at birth based on their external anatomy. |
| 15 | Distinct from sexual orientation and refers to a person's internal, deeply felt sense of being male or female. |
| 16 | A person whose birth sex was female but who understands himself to be, and desires to live his life as, a man. |

Monroe, et al. v. Rauner, et al., (18-156) Document No. 408253

# IDOC Effective Management and Supervision of Transgender Offenders

## Scenario Worksheet

In your small group, select a recorder, reporter, and facilitator. The rest will be contributors. The recorder will fill out this worksheet, the facilitator will moderate the discussion, and the reporter will present your team's work to the class.

Discuss the scenario below and answer the following questions.

**Scenario 1:**

You overhear another staff member repeatedly use pronouns that are not consistent with a transgender individual's gender identity and documented preferred pronoun.

1.  Would this support or detract from safety? How?

2.  What, if anything, would you do next?

3.  Who, if anyone, would you say something to?

4.  What would you say?

5.  Why would you take this approach?

# IDOC Effective Management and Supervision of Transgender Offenders

## Scenario Worksheet

In your small group, select a recorder, reporter, and facilitator. The rest will be contributors. The recorder will fill out this worksheet, the facilitator will moderate the discussion, and the reporter will present your team's work to the class.

Discuss the scenario below and answer the following questions.

**Scenario 2:**

You overhear a group of cisgender incarcerated women talking about their fear and anxiety having a transgender woman in their unit.

1. Would this support or detract from safety? How?

2. What, if anything, would you do next?

3. Who, if anyone, would you say something to?

4. What would you say?

5. Why would you take this approach?

# IDOC Effective Management and Supervision of Transgender Offenders

## Scenario Worksheet

In your small group, select a recorder, reporter, and facilitator. The rest will be contributors. The recorder will fill out this worksheet, the facilitator will moderate the discussion, and the reporter will present your team's work to the class.

Discuss the scenario below and answer the following questions.

**Scenario 3:**

> You're a supervisor and a nursing manager has reported to you that a custody staff member in the infirmary has been speaking openly about transgender patients care and treatment with other staff.

1. Would this support or detract from safety? How?

2. What, if anything, would you do next?

3. Who, if anyone, would you say something to?

4. What would you say?

5. Why would you take this approach?

# IDOC Effective Management and Supervision of Transgender Offenders

## Scenario Worksheet

In your small group, select a recorder, reporter, and facilitator. The rest will be contributors. The recorder will fill out this worksheet, the facilitator will moderate the discussion, and the reporter will present your team's work to the class.

Discuss the scenario below and answer the following questions.

**Scenario 4:**



You observe a transgender inmate with a hickey.

1.  Would this support or detract from safety? How?

2.  What, if anything, would you do next?

3.  Who, if anyone, would you say something to?

4.  What would you say?

5.  Why would you take this approach?