**Illinois Department of Corrections**
**Training Academy**

Training Program: Moss Group Training
Date of Program: April 12, 2023
Starting Time: 8AM-11AM

Location: Logan C.C.

| Name | Facility | Job Title | Mon Time / Initials | Tue Time / Initials | Wed Time / Initials | Thur Time / Initials | Fri Time / Initials |
|---|---|---|---|---|---|---|---|
| AGNEW, BRYN | LOGAN CC | | | | X | | |
| DANNER, KARL | LOGAN CC | | | | X | | |
| DIVELEY, VINCENT | LOGAN CC | | | | X | | |
| EASTON, TODD | CONCORDIA | | | | X | | |
| FRANKLIN, GOERGE | CONCORDIA | | | | X | | |
| KENNEDY, SHANNON | LOGAN CC | | | | X | | |
| KILVER, COURTNEY | LOGAN CC | | | | X | | |
| MERREIGHN, JOSH | LOGAN CC | | | | X | | |
| NEISLER, MYRON | LOGAN CC | | | | X | | |
| SMITH, NICHOLAS | LOGAN CC | | | | X | | |
| TAGUE, MICHELLE | CONCORDIA | | | | X | | |
| WHITE, BENNO | LOGAN CC | | | | X | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

DC710-6107
IL426-23896 (eff. 04/00)

Page 1

Monroe, et al. v. Rauner, et al. (18-156) Document No. 408263

**IDOC Effective Management and Supervision of Transgender Offenders**
Training Sign-in Sheet
Wednesday, April 12, 2023
8:00 – 11:00am Session

| # | Staff Printed Name | Staff Signature |
|---|---|---|
| 1 | Karl Danner | [signature] |
| 2 | Casty Milne | [signature] |
| 3 | Vince Dudley | [signature] |
| 4 | Benno White | [signature] |
| 5 | Nicholas Smith | [signature] |
| 6 | Myron Neish | [signature] |
| 7 | George Franklin | [signature] |
| 8 | Michelle Tague | [signature] |
| 9 | Josh Merreighn | [signature] |
| 10 | Todd Easton | [signature] |
| 11 | Bryn Agner | [signature] |
| 12 | Shannon Kennedy | [signature] |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |