Illinois Department
of Corrections
Training Academy

Training Program: Moss Group- Transgender
Date of Program: April 12, 2023
Starting Time: 12pm-3pm
Location: Logan C.C.

| Name | Facility | Job Title | Mon Time/Initials | Tue Time/Initials | Wed Time/Initials | Thur Time/Initials | Fri Time/Initials |
|---|---|---|---|---|---|---|---|
| BERGER, WESLEY | Logan | Locksmith | | | 1200 1238 | | |
| BRUNNER, EVAN | | | | | | | |
| BRUNNER, ROBERT | Logan | C/O | | | 1200 PR 12.00 0423 | | |
| BURGESS, ROBERT | Hill C.C. | SDS | | | 12.00 423 | | |
| CARPENTER, TIM | Taylorville | SDS | | | 1200 | | |
| DAILY, BRIAN | Logan | Sgt | | | 12 | | |
| DILLABOUGH, CARA | Training Academy | SDS | | | 1200 | | |
| HAFERKAMP, VICTORIA | Logan | SDS | | | 12 | | |
| HAWTHORNE, DENNIS (Hawthorne) | Decatur | LT | | | 12p/DH | | |
| HESS, DAVID | | | | | | | |
| HOWARD, JOSHUA | | | | | | | |
| IVERSEN, GREG | Big Muddy River CC | SDS | | | 1200 1K | | |
| KARALES, JAMIE | Logan | Lt. | | | 1200 pm | | |
| KENT, AUSTIN | Logan | C/O | | | 1300 pm | | |
| LIST, DAMON | Logan CC | | | | 12 | | |
| MERRITT, JACOB | Logan CC | Sgt | | | 12 | | |
| MITCHELL, THOMAS | Logan CC | c/o | | | 12.00 | | |

DC710-6107
IL426-23896 (eff. 04/00)

Page 1

Monroe, et al. v. Rauner, et al., (18-156) Document No. 408265

Illinois Department of Corrections
Training Academy

Training Program: Moss Group - Transgender
Date of Program: April 12, 2023
Starting Time: 12pm-3pm
Location: Logan C.C.

| Name | Facility | Job Title | Mon Time/Initials | Tue Time/Initials | Wed Time/Initials | Thur Time/Initials | Fri Time/Initials |
|---|---|---|---|---|---|---|---|
| MONTGOMERY, STERLING | Danville C.C. | SOS | | | 12:00PM | | |
| NERIO, TRINA | Decatur C.C. | Warden | | | | | |
| PARK, DENISE | Training Academy | BSA | | | | | |
| PIPER, BRIAN | IRCC | SDS | | | 12:00 | | |
| RICHARDSON, BRIAN | Logan | Psychologist | | | 12/Apr | | |
| Withers, Christi | Logan | Staff Asst. | | | 1200PM | | |
| Rodenhofer, Landon | Logan | C/O | | | 12:00pm CR | | |
| Smith, Derek | Logan | LT | | | 1200 pl | | |
| Weber, Jeff | Kewanee LSRC | SDS | | | JW 12cc | | |
| Colman, Chance | East Moline CC | LT | | | CC 12:00 | | |
| Hess, David | Pickneyville CC | SDS | | | DH 12:00 | | |
| Price, Heather | Menard C.C. | SOS (TA) | | | 12:00pm HP | | |

Monroe, et al. v. Rauner, et al., (18-156) Document No. 408266