Illinois Department of Corrections
Training Academy

Training Program: Moss Group Training
Date of Program: April 13, 2023
Starting Time: 12PM-3PM

Location: Logan C.C.

| Name | Facility | Job Title | Mon Time / Initials | Tue Time / Initials | Wed Time / Initials | Thur Time / Initials | Fri Time / Initials |
|---|---|---|---|---|---|---|---|
| BAILEY, RYAN | LOGAN CC | | | | x | | |
| BIGGER, DEANNA | LOGAN CC | | | | x | | |
| BRAINARD, DAVID | LOGAN CC | | | | x | | |
| BREESE, TAMMY | SHERIDAN CC | | | | x | | |
| DAMMERMAN, SCOTT | LOGAN CC | | | | x | | |
| DANIEL, HORTON | WESTERN CC | | | | x | | |
| DAVIS, KYLE | LOGAN CC | | | | x | | |
| GEHLE, JENIFER | LOGAN CC | | | | x | | |
| HICKEY, AMBER | LOGAN CC | | | | x | | |
| HOCHBAUM, THOMAS | DIXON CC | | | | x | | |
| HOECHNER, KAYLA | LOGAN CC | | | | x | | |
| HOYT, RYAN | LINCOLN CC | | | | x | | |
| KELLEY, DEVAN | OAKLEY PAROLE | | | | x | | |
| KOONTZ, CLINT | VANDALIA CC | | | | x | | |
| MARSHALL, CURTIS | CONCORDIA | | | | x | | |
| MCGRUDER, LAJUANA | JTC | | | | x | | |
| MEARS, KARYN | LOGAN CC | | | | x | | |

Monroe, et al. v. Rauner, et al., (18-156) Document No. 408267

**Illinois Department of Corrections Training Academy**

Training Program: Moss Group Training  
Date of Program: April 13, 2023  
Starting Time: 12PM-3PM  
Location: Logan C.C.

| Name | Facility | Job Title | Mon Time / Initials | Tue Time / Initials | Wed Time / Initials | Thur Time / Initials | Fri Time / Initials |
|---|---|---|---|---|---|---|---|
| MYERS, LAURA | GRAHAM CC | | | | x | | |
| OSWALD, STEVEN | SWICC | | | | x | | |
| PARKER, CAROL | LOGAN CC | | | | x | | |
| PECK, GREGORY | LOGAN CC | | | | x | | |

DC710-6107  
IL426-23896 (eff. 04/00)

Page 2

IDOC Effective Management and Supervision of Transgender Offenders
Training Sign-in Sheet
~~Wednesday, April 12, 2023~~ Thursday April 13
~~12:00 – 3:00pm Session~~ 8-11

| # | Staff Printed Name | Staff Signature |
|---|---|---|
| 1. | Libby Houston | Libby Houston |
| 2. | Denise Watts | Denise Watts |
| 3. | Nathan Thomas | Nathan Thomas |
| 4. | Justin Russell | Justin Russell |
| 5. | Heath Bremnett | Heath Bremnett |
| 6. | Evan Brunner | Evan Brunner |
| 7. | Shelby Garrett | Shelby Garrett |
| 8. | Romelle Lipscomb | Romelle Lipscomb |
| 9. | Lisa Dial | Lisa Dial |
| 10. | Alex Wiley | Alex Wiley |
| 11. | Melissa Sinshorn | Melissa Sinshorn |
| 12. | Roxanna Rodriguez | Roxanna Rodriguez |
| 13. | Heather VonCleve (Galvin) | Heather VonCleve |
| 14. | Joshua Starks | Joshua Starks |
| 15. | Heather Wyant | Heather Wyant |
| 16. | Denise Lilley | Denise Lilley |
| 17. | Edwin Gailes | Edwin Gailes |
| 18. | | |
| 19. | | |
| 20. | | |
| 21. | | |
| 22. | | |
| 23. | | |
| 24. | | |
| 25. | | |

Monroe, et al. v. Rauner, et al., (18-156) Document No. 408270