Illinois Department
of Corrections
Training Academy

Training Program:   Moss Group Training

Date of Program:   April 13, 2023

Starting Time:   12PM-3PM

Location:   Logan C.C.

| Name | Facility | Job Title | Mon<br>Time / Initials | Tue<br>Time / Initials | Wed<br>Time / Initials | Thur<br>Time / Initials | Fri<br>Time / Initials |
|---|---|---|---|---|---|---|---|
| BRUMMETT, HEATH | LOGAN C.C. | | | | X | | |
| BRUNNER, EVAN | LOGAN C.C. | | | | X | | |
| DIAL, LISA | LOGAN C.C. | | | | X | | |
| GAILES, EDWIN | LOGAN C.C. | | | | X | | |
| GALVIN (VANCLEVE, HEATHER | LOGAN C.C. | | | | X | | |
| GARRETT, SHELBY | LOGAN C.C. | | | | X | | |
| HOUSTON, LIBBY | LOGAN C.C. | | | | X | | |
| LILLEY, DENISE | LOGAN C.C. | | | | X | | |
| LIPSOMB, ROMELLE | LOGAN C.C. | | | | X | | |
| RODRIGUEZ, ROXANNA | LOGAN C.C. | | | | X | | |
| RUSSELL, JUSTIN | LOGAN C.C. | | | | X | | |
| SINKHORN, MELISSA | LOGAN C.C. | | | | X | | |
| STARKS, JOSHUA | LOGAN C.C. | | | | X | | |
| THOMAS, NATHAN | LOGAN C.C. | | | | X | | |
| WATTS, DENISE | LOGAN C.C. | | | | X | | |
| WILEY, ALEX | LOGAN C.C. | | | | X | | |
| WYANT, HEATHER | LOGAN C.C. | | | | X | | |

DC710-6107
IL426-23896 (eff. 04/00)

Page 1

Monroe, et al. v. Rauner, et al., (18-156) Document No. 408271

IDOC Effective Management and Supervision of Transgender Offenders
Training Sign-in Sheet
Thursday, April 13, 2023
8:00 = 11:00am Session     12-3 session

| Staff Printed Name | Staff Signature |
|---|---|
| 1. Amber Hickey | Amber M Hickey |
| 2. Karyn Mears | Karyn Mears |
| 3. Daniel Horton | |
| 4. CLINT KOONTZ | SDS I Clint Kz |
| 5. Laura Myers | SDS Mary |
| 6. Kayla Hoechner | |
| 7. Steven Oswald | |
| 8. Brittany Sanders | Brittany Sun |
| 9. Tammy Breese | Tammy Breese |
| 10. LaJuana McCann | |
| 11. Bewley, Ryen | |
| 12. Gehle, Jenifer | |
| 13. Walton, Mickey M | M. Walton |
| 14. Julia K. Petty | |
| 15. Susan Stencher | |
| 16. Kyle Davis | |
| 17. Dana Peifer | |
| 18. Kraig Sullivan Jr | |
| 19. Thomas Hochbaum | Thomas Hochbaum |
| 20. Deana Vaughn | |
| 21. Jeanna Bigger | |
| 22. Carol Parker | Carol Parker |
| 23. John Tierney | |
| 24. David Brainard | |
| 25. Devan Kelley | |
| CURTIS MARSHALL | Curtis Marshall |
| Simone Thornton | Simone Thornton |
| Gregory Peck | |

Ryan Hoyt

Monroe, et al. v. Rauner, et al., (18-156) Document No. 408274