IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br>Plaintiffs, <br><br>- vs- <br><br>LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN, <br><br>Defendants. | No. 18-156-NJR |

## DEFENDANTS' NOTICE REGARDING SURGICAL CONSULTATIONS

The Defendants, LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, provide the following with respect to surgical consultations for gender-affirming surgeries:

1. As Defendants have noted in prior filings, they wish to continue working with Dr. Schechter, who is a well-established gender-affirming surgeon with whom IDOC has been working for years to provide gender-affirming surgeries for transgender patients.

2. IDOC has been able to work with Dr. Schechter to schedule surgical consultations for patients in June and July 2023. The names and scheduled consultation dates will be filed under seal along with this notice.

3. Please note that the current schedule omits patients who have been released from IDOC custody but includes additional patients who were approved for gender-affirming surgeries in March and April 2023.

4. IDOC has already facilitated gender-affirming surgeries for several patients. These consultations will likely result in the scheduling of additional surgeries in the near future. When those surgeries are scheduled, Defendants will provide additional information concerning the dates.

                                      Respectfully submitted,

                                      LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN,

                                              Defendants,

| | |
|---|---|
| Lisa A. Cook, #6298233 | KWAME RAOUL, Attorney General |
| Assistant Attorney General | State of Illinois |
| 500 South Second Street | |
| Springfield, Illinois  62701 |     Attorney for Defendants, |
| (217) 785-4555 Phone | |
| (217) 524-5091 Fax | By:  s/Lisa A. Cook |
| Email: lisa.cook@ilag.gov |        Lisa A. Cook |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, )<br><br>Plaintiffs, )<br><br>- vs- )<br><br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, )<br><br>Defendants. ) | No. 18-156-NJR |

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, the foregoing document, ***Defendants' Notice Regarding Surgical Consultations***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Abby L. Parsons — aparsons@kslaw.com
Sarah Jane Hunt — sarahjane@tkennedylaw.com
Thomas E. Kennedy, III — tkennedy@tkennedylaw.com
Brent P. Ray — bray@kslaw.com
Samantha G. Rose — sam.rose@kirkland.com
Amelia Bailey — abailey@kirkland.com
Camille Bennett — cbennett@aclu-il.org
And all other counsel of record

s/ Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov