IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, *et al.*, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN BOWMAN, MELVIN HINTON, and LATOYA HUGHES,<br><br>Defendants. | Case No. 3:18-CV-00156-NJR |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court pursuant to 18 U.S.C. § 3626(f)(5) for the second six-month review of the appointment of second Co-Monitor julie graham, MFT. (Docs. 423, 457). Ms. graham was charged with monitoring Defendants' compliance with the Court-ordered injunctive relief regarding gender-affirming prison commissary items, elimination of cross-gender body searches, implementation of an effective transgender identification policy including access to private showers, and training of correctional staff and inmates on transgender issues and awareness. (Doc. 370, pp. 11-13; Doc. 384, pp. 3-5, 8-12). These responsibilities continue to involve extensive communication with IDOC officials and class members to investigate reports of noncompliance with the Court's Orders for injunctive relief and facilitate remedial action; communication with class members regarding commissary needs and working with IDOC staff responsible for

providing commissary items; review of policies and procedures regarding the matters under her oversight; and reporting to the Court. (Docs. 444, 450).

Since her appointment on May 10, 2022, Co-Monitor graham has submitted a number of reports to the Court and parties regarding the above matters and has recommended remedial actions (Docs. 444, 450, 460, 546, 573). Progress has been made in some areas, but class members continue to report noncompliance in some facilities regarding private showers and searches, and concerns over mistreatment by IDOC staff. Training for IDOC staff and for individuals in custody at Logan is still being developed and implemented. Plaintiffs' motion for contempt raising these and other matters is still under advisement (Doc. 455). Since January 2023, the parties and both Co-Monitors have held regular meetings to address ways to bring Defendants into compliance with this Court's Orders. The Court has held several status hearings regarding the matters in the contempt motion to set deadlines for action and report on progress (or the lack thereof) toward compliance. Co-Monitor graham's oversight and input continues to be necessary to move this process forward.

Based on the above, the Court concludes that the appointment of julie graham as second Co-Monitor shall continue. This matter is still in the remedial phase. Ms. graham's expertise is still needed to advise and assist the Court in monitoring Defendants' compliance with the Court's directives in this case, as well as to advise the parties on policies and procedures that will achieve compliance with constitutional standards of care and conditions of confinement for the Plaintiff class. This appointment will be reviewed again in another six months.

As previously noted, the hourly compensation rate for both Co-Monitors (special masters) is the rate established under 18 U.S.C. § 3006A for payment of court appointed counsel. (Doc. 423, pp. 5-6; Doc. 561). This hourly rate has recently increased to $164.00, thus Co-Monitor graham will be compensated from the Court's appropriated funds at this rate plus costs reasonably incurred by the Co-monitor.

**IT IS SO ORDERED.**

DATED: May 10, 2023

*[signature: Nancy J. Rosenstengel]*

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**