IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br> Plaintiffs, <br><br> - vs- <br><br> LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN, <br><br> Defendants. | No. 18-156-NJR |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' SECOND REPORT OF PRIVATE SHOWER NONCOMPLIANCE [DOCS 569 & 570]**

The Defendants, LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), provide the following in response to Plaintiffs' second report of shower noncompliance [Docs. 569-70]:

1. On April 28, 2023, Plaintiffs filed a short report based upon a conversation with a class member at Pinckneyville Correctional Center. [Doc. 569]. According to the report, which was filed under seal, the showers at Pinckneyville lacked privacy and officers would not allow class members to use a sheet to cover cracks in the showers. [Doc. 569, ¶ 3]. The report also asserts that there are safety issues with how staff unlock the cell doors for showers and that one officer called the reporting individual a derogatory name, which she did not report. [*Id*. at ¶¶ 4-5].

2. Before Plaintiffs filed their notice, Pinckneyville's Warden, David Mitchell, had already met with the facility's Chief Engineer to discuss a remedy for the shower complaints forwarded by julie graham. Additional shower curtains were ordered and have been received by the facility; however, the materials needed to hang the shower curtains are on backorder. The facility

anticipates receiving the materials in 2-3 weeks and will install the shower curtains immediately after the materials are received.

   3.   Warden Mitchell also assured co-Monitor graham that harassment is not tolerated by administrative staff at Pinckneyville Correctional Center and would be handled if such harassment were discovered.

                     Respectfully submitted,

                     LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN,

                            Defendants,

Lisa A. Cook, #6298233               KWAME RAOUL, Attorney General
Assistant Attorney General           State of Illinois
500 South Second Street
Springfield, Illinois   62701           Attorney for Defendants,
(217) 785-4555 Phone
(217) 524-5091 Fax                    By:   s/Lisa A. Cook
Email: lisa.cook@ilag.gov                    Lisa A. Cook

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br>Plaintiffs, <br><br>- vs- <br><br>LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN, <br><br>Defendants. | No. 18-156-NJR |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, the foregoing document, ***Defendants' Response to Plaintiffs' Second Report of Private Shower Noncompliance [Docs 569 & 570]***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |

And all other counsel of record

        s/ Lisa A. Cook
        Lisa A. Cook, #6298233
        Assistant Attorney General
        Office of the Attorney General
        500 South Second Street
        Springfield, Illinois   62701
        (217) 785-4555 Phone
        (217) 524-5091 Fax
        Email: lisa.cook@ilag.gov