IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br> Plaintiffs, <br><br> - vs- <br><br> LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN, <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 18-156-NJR ) ) ) ) ) ) |

## DEFENDANTS' MOTION TO STAY COMPLIANCE WITH ORDERS

The Defendants, LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, request that this Court stay their obligation to comply with the Court's recent enforcement orders in light of the motion seeking their vacatur. [Doc. 587].

1. Defendants moved to vacate this Court's recent enforcement orders and request that this Court take evidence prior to determining whether further relief is necessary. [Doc. 587].

2. Defendants rely on the PLRA and interpreting case law to support their arguments that the preliminary injunctions entered into this matter have expired, and that there can be no enforcement of them because they are now nullities.

3. In addition, Defendants request that any further relief entered be done in accordance with the framework set forth in *Westefer v. Neal*, 682 F.3d 679 (7th Cir. 2012). Defendants also take issue with the requirement that the parties and co-Monitors meet to determine what IDOC's course of action should be.

4. Orders entered since January 2023 have required the parties to meet and discuss various aspects of transgender care and accommodations. [Doc. 522, pp. 5-6, ¶ 10]. In its most recent order entered on May 11, 2023, this Court set forth additional meeting and reporting obligations. [Doc. 584].

5. Due to the issues flagged in Defendants' motion and request that this Court allow more deference to IDOC, Defendants request that this Court stay the upcoming deadlines and meeting requirements while Defendants' motion remains pending.

6. The Prison Litigation Reform Act (PLRA) allows for the immediate termination of injunctive relief where entered in the absence of necessary findings. 18 U.S.C. 3626(b)(2). Even so, the PLRA provides for an automatic stay to certain challenges to the entry of prospective relief. *Id*. § 3626(e)(2). Yet, the period contemplated by the PLRA's automatic stay would begin past the deadlines imposed by the Court's most recent order. Even if Defendants had filed their motion to vacate the same day the May 11 order was entered, the automatic stay would not have begun by the deadlines imposed.

7. In order to preserve the resources of the parties and co-Monitors while Defendants' motion is pending, Defendants seek to stay the fulfillment of this Court's orders at issue in the motion.

WHEREFORE, Defendants respectfully request that this Court stay the pending deadlines and obligations contained in its recent enforcement orders until it reaches a determination on the motion to vacate.

Respectfully submitted,

LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN,

    Defendants,

Lisa A. Cook, #6298233  
Assistant Attorney General  
500 South Second Street  
Springfield, Illinois  62701  
(217) 785-4555 Phone  
(217) 524-5091 Fax  
Email: lisa.cook@ilag.gov

KWAME RAOUL, Attorney General  
State of Illinois

    Attorney for Defendants,

By: s/Lisa A. Cook  
    Lisa A. Cook

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, ) ) ) ) | |
| Plaintiffs, ) ) | |
| - vs- ) ) | No. 18-156-NJR |
| ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, ) ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, the foregoing document, ***Defendants' Motion to Stay Compliance With Orders***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| And all other counsel of record | |

                                                                                                 s/ Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov