IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br>Plaintiffs, <br><br>- vs- <br><br>LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN, <br><br>Defendants. | No. 18-156-NJR |

**DEFENDANTS' STATUS RESPORT IN RESPONSE TO MAY 11, 2023, ORDER**

The Defendants, LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, provide this status report in response to the Court's May 11, 2023, order. [Doc. 584].

Although Defendants have filed a motion to vacate the May 11, 2023, order as well as other orders, and filed a corresponding motion to stay, the stay motion remains pending and Defendants are able to respond to the items that were to be submitted today, June 1, 2023:

1. Report whether and when another surgical provider will start accepting patients for surgery. [Doc. 584, p. 10, ¶ 3.b.].

   **Per Dr. Loren Schechter, a urogynecologist is joining his team on July 1. He hopes to be able to accelerate the pace of surgeries subsequent to that date, as the new team is integrated into the program.**

2. Issue written notice to class members as to transfer denials to inform them of the right to request reconsideration. [*Id.*, p. 11, ¶ 5.b.]

   **Dr. Puga issued letters to the class members who are still incarcerated who had been denied transfers to facilities matching their gender and informed them of the right**

**to request reconsideration six months after the original request by making the request through facility mental health staff.**

3. Confer on boilerplate contents of a denial letter with co-Monitors.

   **Dr. Puga drafted a boilerplate letter titled "Transfer denial boilerplate.docx" and submitted it to Dr. Harris via email on May 22, 2023. This remains outstanding.**

4. The Moss Group inmate training program for Logan Correctional Center to be finalized. [*Id.*, p. 13, ¶ 9.b.].

   **This training has been created and is on track to be finalized by the deadlines set forth for completion.**

5. File a copy of the roll call memorandum that reiterates the Standards of Conduct. [*Id.*, p. 15, ¶ 9.d.]

   **That document is attached to this filing. The Warden's meeting has not yet occurred, so there will be no update as to the discussion at the Warden's meeting which is scheduled for later this month.**

6. Tool kit to be finalized and include information to class members on the procedure to request a transfer to a different institution. [*Id.*, p. 15, ¶ 10.e.]

   **This remains outstanding. A tool kit (pamphlet for transgender prisoners) was distributed earlier this year. A revised version has been drafted by Dr. Puga but does not appear it has been submitted to julie graham for review and approval. This will be sent to Plaintiffs' counsel and the co-Monitors.**

                                        Respectfully submitted,

                                        LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN,

                                          Defendants,

| | |
|---|---|
| Lisa A. Cook, #6298233<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, Illinois  62701<br>(217) 785-4555 Phone<br>(217) 524-5091 Fax<br>Email: lisa.cook@ilag.gov | KWAME RAOUL, Attorney General<br>State of Illinois<br><br>Attorney for Defendants,<br><br>By:  s/Lisa A. Cook<br>      Lisa A. Cook |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, ) ) ) ) Plaintiffs, ) ) - vs- ) ) ROB JEFFREYS, MELVIN HINTON, ) and STEVEN BOWMAN, ) ) Defendants. ) | No. 18-156-NJR |

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, the foregoing document, ***DEFENDANTS' STATUS RESPORT IN RESPONSE TO MAY 11, 2023, ORDER***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| And all other counsel of record | |

s/ Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 785-4555 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov