| | | |
|---|---|---|
| JB Pritzker<br>Governor |  | Latoya Hughes<br>Acting Director |

## The Illinois Department of Corrections

1301 Concordia Court • P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

# **M E M O R A N D U M**

DATE:   May 30, 2023

TO:   All Staff

FROM:   Justin Hammers
Chief of Operations

SUBJECT: Standards of Conduct.

---

The Department requires employees to conduct themselves in a professional manner and, whether on duty or off duty, not engage in conduct that is unbecoming of a State employee or that may reflect unfavorably on or impair operations of the Department.

Staff shall refrain from using profane, obscene, derogatory, harassing, or abusive language when communicating with individuals in custody, fellow employees, or others. Staff shall conduct themselves in a manner that is not demeaning to individuals in custody, fellow employees, or others.

Effective communication is necessary to maintain the efficiency of a facility's operation. Staff shall always remain professional and calm when communicating.

Forms of prohibited communications and harassment include, but are not limited to:

- Verbal or physical harassment based on race, ethnicity, color, religion, and/or national origin.  Examples include, but are not limited to:
    - Making derogatory epithets, slurs, remarks, stereotypes, labels, jokes, or innuendos related to a person's race, ethnicity, culture, or national origin
- Harassment based on physical, cognitive, mental disability or "regarded as" having disability.  Examples include, but are not limited to:
    - Making derogatory remarks, stereotypes, labels, jokes, or innuendos related to people with disabilities
    - Mocking someone with a disability related gesture
    - Inappropriate comments about assistive equipment

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

- Sexual harassment or harassment based on sex, gender identity, and sexual orientation. Examples include, but are not limited to:
    - Offensive comments related to sexual history, orientation, and a person's gender identity
    - Intentionally misusing a person's requested pronouns
    - Making inappropriate sexual gestures
    - Making sexual comments about appearance, clothing, or someone's body