# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF
# ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN,<br><br>    Defendants. | Civil No. 3:18-cv-00156-NJR |

## JOINT STATUS REPORT

The parties, by and through their respective attorneys, provide the following report in accordance with paragraphs 7(c) and 8(c) of the Court's order entered May 11, 2023 (Dkt. 584), which required the parties and the Co-Monitors to continue discussions on procedures and deadlines to offer a transfer to any class member away from a facility that fails to provide them with a private shower or fails to comply with search provisions. In support, the parties state the following:

1.      On May 26, 2023, Plaintiffs' counsel emailed Defendants' counsel and the Co-Monitors to schedule a meeting on May 31, 2023, to continue the discussion about transfers including the boilerplate language for TAC transfer request response letters and objective criteria to guide TAC in responding to transfer requests; and to discuss potential compliance deadlines for the gender-affirming commissary kit to be distributed to class members. Plaintiff's counsel asked Defendants' counsel and the Co-Monitors for alternative dates before the scheduled June

1

2, 2023 court status if anyone was unavailable on May 31.

2.Both Co-Monitors agreed to meet with the parties on May 31. On the morning of May 31, Defendants' counsel informed everyone that they would not attend the scheduled meeting but did not offer to meet on any other dates. Because Plaintiffs' counsel are not permitted to meet independently with the Co-Monitors, Plaintiffs' counsel canceled the meeting.

3.Later that day, Defendants filed a Motion to Vacate and a Motion to Stay Compliance with the Court's recent enforcement orders (Dkt. 587, 588).

4.Since then, Defendants' counsel has been unavailable to meet with Plaintiffs.

5.On June 1, 2023, Plaintiffs sent the Co-Monitors and Defendants proposed boilerplate language for TAC transfer request response letters, a copy of which is attached as Exhibit 1, and a list of proposed concrete, objective, and transparent criteria for TAC to apply when considering transfer requests, a copy of which is attached as Exhibit 2. Plaintiff's proposed transfer criteria included whether: (1) the requester's current facility provided private showers and searches by officers of the requester's preferred gender and (2) there are pending notices of non-compliance about showers or searches at the current facility filed by a Monitor or Plaintiff's counsel. *See* Exhibit 2.

6.Defendants did not send to Plaintiffs any proposed boilerplate language or TAC transfer criteria.

7.On June 15, 2023, Plaintiff filed its Third Report of Private Shower Noncompliance (Dkt. 522).

8.To better understand the needs of the class members for private showers and appropriate searches and any implications for transfers, on June 29, 2023, Plaintiffs' counsel sent a survey to all class members identified by Co-Monitor Dr. Harris's census to determine whether

2

they have access to private showers in their facilities and whether they can request an officer of their gender to search them. Plaintiffs plan to share the results of the survey with Defendants, the Court, and the Co-Monitors.

9.   On June 29, 2023, Defendants' counsel communicated that they would need an additional week to respond to Plaintiff's Third Report of Private Shower Noncompliance (Dkt. 522) due to a storm and power loss, and Plaintiffs expressed no objection to the extension.

Dated: June 30, 2023                                        Respectfully submitted by:

| | |
|---|---|
| /s/ Lisa A. Cook (with consent) | /s/ Michelle T. García |
| Lisa A. Cook | Michelle T. García |
| Assistant Attorney General | Counsel for Plaintiffs |
| Attorney for Defendants | ROGER BALDWIN FOUNDATION OF |
| KWAME RAOUL, | ACLU, INC. |
| Attorney General | 150 North Michigan Avenue, Suite 600 |
| State of Illinois | Chicago, IL 60601 |
| 500 South Second Street | Telephone: (312) 201-9740 |
| Springfield, Illinois 62701 | Facsimile: (312) 288-5225 |
| Phone: (217) 785-4555 | Email: mgarcia@aclu-il.org |
| Fax: (217) 524-5091 | |
| Email: lisa.cook@ilag.gov | |

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2023, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: /s/ Michelle T. García