# Exhibit 1

[IDOC LETTERHEAD AND SEAL]

[DATE]

[Individual Name]
[IDOC Identification Number]
[Current Facility Name]
[Current Facility Address]
[City, State, ZIP Code]

**RE: Transfer Request Decision**

Dear [Preferred Name],

I am writing to update you on the status of your recent transfer request to **[Facility Name]**. Your transfer request has been (/is) **[GRANTED/REJECTED/PENDING]**.

The Transgender Administrative Committee (TAC) conducted a thorough review of your transfer request on **[DATE]**. During the review process, we evaluated a number of transfer criteria, including the following relevant criteria: (1) Criterion 1; (2) Criterion 2; (3) Criterion 3, (4) Criterion 4; and (5) Criterion 5.

------

**[Granted Transfer]**

We are pleased to inform you that your transfer request to **[Facility Name]** has been approved. We hope that this transfer to [Facility Name] will facilitate your social transition and self-expression.

Your [MHP? The Warden?] will give you further information about the next steps, including the timeline and any other requirements or details for your transfer.

------

**[Rejected Transfer]**

After a thorough review of your request, we regret to inform you that we are unable to grant your transfer at this time. The reasons for this decision are as follows:

1. [Reason 1]
2. [Reason 2]
3. [Reason 3]

We understand that the decision regarding your transfer request may be disappointing. **However, we would like to remind you that you have the right to submit a request for transfer reconsideration after 180 days (6 months) from the date of this notification letter.**

Please note that any new transfer request will be subject to the same review process and criteria as outlined above. Before submitting your application to the Committee for reconsideration, we encourage you to thoroughly discuss it with your [MHP?] and to address the areas of concern outlined above.

To submit a request for transfer reconsideration, please [explain process for doing that].

If you choose not to submit a new transfer request to the Committee after 180 days, the Committee *may* review your transfer status automatically at a later date. In such cases, if the Committee determines that a transfer can be granted based on changed circumstances, you will receive a separate notification letter. This automatic review does not guarantee or imply that a transfer request will be approved. The decision will still be based on the relevant criteria outlined above and determined by the Committee at the time of the review.

------

**[Pending Further Review]**

We appreciate your patience while we review your transfer request. The reason for the pending status of your request is due to [X].

No further action is required on your part. Your transfer request will be reviewed again on **[DATE]**. We will promptly notify you of the Committee's decision by **[DATE]**, once the review process is complete.

------

If you have any questions or need more information about this decision or about the transfer process, please contact your [MHP?] or any member of the Transgender Administrative Committee by [explain how people can get in touch with TAC]. We are here to help you through this process.

Sincerely,


[TAC Member Name]
[Position/Title]

CC:
[Other TAC Members]
[Individual's MHP]
[Current Facility Warden]
[New Facility Warden if applicable]

# Exhibit 2

Monroe – Plaintiffs' Draft Proposal for Objective Transfer Request Criteria
6/01/23

| No. | Objective Factor[1] | Question(s) | Authority |
|---|---|---|---|
| 1 | Timing of request | What was the date of the transfer request? Or the previous request or denial?<br><br>Has the person waited more than 180 days since the person made a request? Or in other words has the request been pending for more than 180 days?<br><br>Has it been more than 180 days since a transfer request denial? | Court order -"Defendants were ordered in August 2021 to evaluate pending transfer requests from class members seeking to move to a facility matching their gender identity by December 7, 2021, provide the individual with a written explanation of each reason for a denial, and allow the individual to again request a transfer within 180 days." (Doc. 332, pp. 2-3; Doc. 384, pp. 8-9).<br><br>Court order -After 180 days have elapsed since denial, Defendants shall provide notice that the person can request reconsideration of transfer denial. *See* Doc. 584, p. 11. |
| 2 | Health of the Person | Is the person a member of the class? Have they asked for treatment or evaluation for gender dysphoria? | Definition of class member |
|  |  | What is the person's expressed gender? Does it match the housing at the requested facility? | "We recommend institutional administrators, health care professionals, and other officials responsible for making housing decisions for [Transgender and Gender Diverse] residents consider the individual's housing preference, gender identity and expression, and safety considerations rather than solely their anatomy or sex assignment at birth."<br><br>WPATH's Standards of Care for the Health of Transgender and Gender Diverse People,[2] Statement 11.7, p. S108 |

---

[1] The objective factors incorporate the Prison Rape Elimination Act's regulation, "in deciding whether to assign a transgender or intersex inmate to a facility for male or female inmates, and in making other housing and programming assignments, the agency shall consider on a case-by-case basis whether a placement would ensure the inmate's health and safety, and whether the placement would present management or security problems." 24 C.F.R. 115.42(c).

[2] E. Coleman, et al,(2022) Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, International Journal of Transgender Health, 23:sup1, S1-S259, DOI: 10.1080/26895269.2022.2100644, https://www.wpath.org/soc8

1

Monroe – Plaintiffs' Draft Proposal for Objective Transfer Request Criteria
6/01/23

| No. | Objective Factor[1] | Question(s) | Authority |
|---|---|---|---|
| | | Would the person's mental health improve by living in a facility matching their gender identity? | Factor provided by Judge Rosenstengel on May 11, 2023. *See* Doc. 584, p. 12. |
| | | Does the person's current facility provide private showers and searches by officers of preferred gender?<br><br>Is there a pending notice of non-compliance for showers or searches about the current facility by Monitor or Plaintiff? | Factor provided by Judge Rosenstengel on May 11, 2023. *See* Doc. 584, p. 12. |
| 3 | Safety of Person | Does the person believe that they are safe at the current facility? | Under the Prison Rape Elimination Act's implementing regulation: "A transgender or intersex inmate **own's views** with respect to his or her safety ***shall*** be given **serious consideration**."<br>24 C.F.R. 115.42(e). |
| | | Has there been any threats to the person's safety? | "It is well established within carceral settings, transgender individuals are far more likely than other prisoners to be sexually harassed, assaulted, or both (James et al., 2016; Jenness & Fenstermaker, 2016; Malkin & DeJong, 2019)."<br><br>WPATH Standards of Care, Statement 11.8, p. S108. |
| | | Has IDOC reviewed whether the person is safe at their current facility at least twice this year? | "Placement… for each transgender or intersex inmate shall be reassessed at least twice each year to review any threats to safety."<br>24 C.F.R 115.42(d). |
| | | Is the person currently living in isolation or segregation for their protection? | "[I]solating prisoners for safety concerns, if necessary, should be brief, as isolation can cause severe psychological harm and gross disturbances of functioning (Ahalt et al., 2017; Scharff Smith, 2006)."<br><br>WPATH Standards of Care, Statement 11.8., p.108. |

Monroe – Plaintiffs' Draft Proposal for Objective Transfer Request Criteria
6/01/23

| No. | Objective Factor[1] | Question(s) | Authority |
|---|---|---|---|
| 4 | **Management and Security** | Is IDOC placing the person in a dedicated facility, unit, or wing? | "The agency **shall** not place … transgender or intersex inmates in dedicated facilities, units, or wings solely on the basis of such identification, unless placement is in … connection with a consent decree, legal settlement or legal judgment for purposes of protecting such inmates." 24 C.F.R. 115.42(g). |
| | | How can IDOC meet PREA goal of keeping separate inmates with high risk of being sexually victimized from those at high risk of being sexually abusive? | 24 C.F.R. 115.42. |

3