Defendants' Exhibit I

| PINCKNEYVILLE CORRECTIONAL CENTER | **Warden's Bulletin 23-12** |  |
|---|---|---|
| **SUBJECT:** | Search of Transgender Individuals in Custody | |

DATE:   February 28, 2023

TO:   All Staff

FROM:   David Mitchell, Warden

## ** Read at Roll Call for Seven (7) Days **

As reminder, Individuals in custody designated as transgender or gender non-conforming shall be designated as such in O360 and provided an identification card specifying the gender of staff that will perform unclothed searches of that individual as determined by the Transgender Administrative Committee in consultation with the individual in custody. If an unclothed search is to be performed, the transgender or gender non-conforming individual in custody shall be searched by the gender of staff designated on their identification card. Facilities shall maintain a list of volunteers that are willing to conduct the search.

In the event that there is no staff member of the designated gender who is willing and able to perform the search, the facility warden shall be contacted, and a determination shall be made if a shift supervisor or duty warden of the designated gender is readily available to perform the search. If available, the Warden shall instruct the supervising employee of the designated gender to perform the search. If no supervisor is immediately available to perform the search and the search cannot be delayed, the respective Deputy Director (Chief of Women's Division for Logan/Decatur/FVATC) shall be consulted. At NO time shall an individual in custody be asked to forgo their preferred search accommodation.

cc:   A/W Operations         A/W Programs       Shift Commanders     Superintendent
      Department Heads       Roll Call 7x's     Bulletin board       AFSCME
      File

| PINCKNEYVILLE CORRECTIONAL CENTER | **Warden's Bulletin 23-17** |  |
|---|---|---|
| SUBJECT: | Unclothed Visual Searches and Pat or Body Searches of Transgender Individuals in Custody | |

DATE: March 29, 2023

TO: All Security Staff

FROM: David Mitchell, Warden

In accordance with A.D 04.03.104, Evaluation, Treatment and Correctional Management of Transgender Individuals in Custody unclothed visual searches and pat or body searches shall be conducted as follows:

Unclothed visual searches of transgender, intersex or gender incongruent individuals in custody shall occur in a manner designed to ensure as much privacy to the individuals as practical. All searches shall be conducted in a respectful and professional manner and in the least intrusive manner possible consistent with security needs.

(1) If an individual who reports they are transgender, intersex or gender incongruent, but has not been identified as such by the above procedure and expresses concern for the gender of the staff performing the search, the search shall be conducted in accordance with Administrative Directive 05.01.113. Additionally, an Incident Report, DOC 0434, documenting the expressed concern shall be submitted through the chain of command to the TAC (Transgender Administrative Committee).

   (a) The TAC shall review the incident report and interview the individual for purposes of determining proper procedures for future searches.

   (b) The determination of the TAC shall be documented and provided to the individual in custody and CAO.

   (c) If the TAC concurs with an ongoing modification of searches, they will notify the B of I to indicate the accommodation on the individual's ID card.

(2) If the individual in custody has been identified as transgender, intersex or gender incongruent in accordance with the procedures established herein, the individual shall be searched by the gender of the staff designated on their individual in custody identification card.

**NOTE:** In the event that there is no staff member of the designated gender who is willing and able to perform the search, the facility warden shall be contacted.

Pat or Body Searches

   1. Pat or body searches of individuals in custody identified as transgender, intersex or gender incongruent shall be performed by the gender of staff designated on their individual in custody identification card.

**NOTE:** At no time will two different gendered staff split up body search areas and search a transgender, intersex, or gender incongruent individual.

| cc: | A/W Operations | A/W Programs | Shift Commanders | Superintendent | |
|---|---|---|---|---|---|
| | Department Heads | Roll Call X5 | Bulletin board | AFSCME | File |

| PINCKNEYVILLE CORRECTIONAL CENTER | **Warden's Bulletin 23-16** |  |
|---|---|---|
| SUBJECT: | Identified Transgender Individual Showers | |

DATE:     March 29, 2023

TO:       All Staff

FROM:     David Mitchell, Warden

Effective immediately, Identified Transgender Individuals in Custody will be allowed to shower privately prior to the dayroom opening on the 3-11 shift but after the facility count checks.

Please note, these Identified Transgender Individuals in Custody are still allowed to shower during their respective dayrooms but must be offered their private shower prior to dayroom opening on the 3-11 shift. This shall be conducted daily.

The Zone Sgt. and the Wing Officer shall ensure that no Individual in Custody workers/porters are out of their cells during the private shower period where transgender individuals are housed.

cc:  A/W Operations          A/W Programs        Shift Commanders     Superintendent
     Department Heads        Roll Call X5        Bulletin board       AFSCME
     file

| PINCKNEYVILLE CORRECTIONAL CENTER | **Warden's Bulletin 23-18** |  |
|---|---|---|
| SUBJECT: | Identified Transgender Individual Showers | |

DATE: May 3, 2023

TO: All Staff

FROM: David Mitchell, Warden  *Mitchell*

This shall serve as re-iteration that effective immediately, Identified Transgender Individuals in Custody will be allowed to shower privately prior to the dayroom opening on the 3-11 shift but after the facility count checks.

Please note, these Identified Transgender Individuals in Custody are still allowed to shower during their respective dayrooms but must be offered their private shower prior to dayroom opening on the 3-11 shift. This shall be conducted daily.

The Zone Sgt. and the Wing Officer shall ensure that no Individual in Custody workers/porters are out of their cells during the private shower period where transgender individuals are housed.

cc: A/W Operations   A/W Programs   Shift Commanders   Superintendent
    Department Heads Roll Call X5    Bulletin board     AFSCME
    file

## Frank, Mac-Shane

| | |
|---|---|
| **From:** | Mitchell, David |
| **Sent:** | Friday, June 30, 2023 10:20 AM |
| **To:** | Meracle, Seth M.; Smith, Johnnie R.; Frank, Mac-Shane; Lawless, William L.; Donjon, Kyle; Wangler, Eric S. |
| **Cc:** | Karales, Jamie; Crow, Christel |
| **Subject:** | FW: Warden's Bulletin 23-30 - Identified Transgender Showers |
| **Attachments:** | Xerox Scan_06302023093150.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Majors, this goes for wherever this group of Individuals is housed.

-----Original Message-----
From: Patalas, Sue <Sue.Patalas2@illinois.gov>
Sent: Friday, June 30, 2023 9:38 AM
To: DOC.DL-Pinckneyville Group <DOC.DL-PinckneyvilleGroup@Illinois.gov>; DOC.DL-MurphysboroReEntryCenter <DOC.DL-MurphysboroReEntryCenter@Illinois.Gov>; DOC.DL-DuQuoin Work Camp <DOC.DL-DuQuoinWorkCamp@Illinois.gov>
Subject: Warden's Bulletin 23-30 - Identified Transgender Showers


Thanks-
Sue Patalas, Exec. Sec. III
Warden's Office

Pinckneyville Correctional Center
5835 State Rte. 154
Pinckneyville, IL 62274
618-357-9722 X 2002
sue.patalas2@illinois.gov


State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.


-----Original Message-----
From: P4265DA850791@illinois.gov <P4265DA850791@illinois.gov>
Sent: Friday, June 30, 2023 9:32 AM
To: Patalas, Sue <Sue.Patalas2@illinois.gov>
Subject: Xerox Scan

1

Please open the scanned attachment

Number of Images: 1
Attachment File Type: PDF

Device Name: P4265DA850791
Device Location: Warden's Office

2

| PINCKNEYVILLE CORRECTIONAL CENTER | **Warden's Bulletin 23-30** | |
|---|---|---|
| SUBJECT: | Identified Transgender Individual Showers | |

DATE: June 30, 2023

TO: All Staff

FROM: David Mitchell, Warden

This shall serve as re-iteration that effective immediately, Identified Transgender Individuals in Custody will be allowed to shower privately prior to the dayroom opening on the 3-11 shift but after the facility count checks.

Please note, these Identified Transgender Individuals in Custody are still allowed to shower during their respective dayrooms but must be offered their private shower prior to dayroom opening on the 3-11 shift. This shall be conducted daily.

The Zone Sgt. and the Wing Officer shall ensure that no Individual in Custody workers/porters are out of their cells during the private shower period where transgender individuals are housed.

cc: A/W Operations    A/W Programs    Shift Commanders    Superintendent
    Department Heads    Roll Call X5    Bulletin board    AFSCME
    File