Defendants' Exhibit A

**Question 1: Do you want to use a private shower?**

| Facility | Yes | No | Total |
|---|---|---|---|
| Big Muddy | 9 | 0 | 9 |
| Centalia | 10 | 0 | 10 |
| Danville | 3 | 0 | 3 |
| Decatur | 1 | 0 | 1 |
| Dixon | 5 | 1 | 6 |
| Graham | 1 | 0 | 1 |
| Illinois River | 3 | 0 | 3 |
| Jacksonville | 1 | 0 | 1 |
| Joliet | 2 | 0 | 2 |
| Lawrence | 1 | 0 | 1 |
| Logan | 8 | 3 | 11 |
| Menard | 4 | 0 | 4 |
| Pinckneyville | 5 | 0 | 5 |
| Pontiac | 10 | 0 | 10 |
| Shawnee | 1 | 0 | 1 |
| Taylorville | 1 | 0 | 1 |
| Western IL | 2 | 1 | 3 |

Defendants' Exhibit A

**Question 2: Have you asked for a private shower?**

| Facility | Yes | No | Total |
|---|---|---|---|
| Big Muddy | 9 | 0 | 9 |
| Centalia | 8 | 2 | 10 |
| Danville | 3 | 0 | 3 |
| Decatur | 1 | 0 | 1 |
| Dixon | 6 | 0 | 6 |
| Graham | 1 | 0 | 1 |
| Illinois River | 3 | 0 | 3 |
| Jacksonville | 1 | 0 | 1 |
| Joliet | 2 | 0 | 2 |
| Lawrence | 1 | 0 | 1 |
| Logan | 7 | 5 | 11 |
| Menard | 4 | 0 | 4 |
| Pinckneyville | 5 | 0 | 5 |
| Pontiac | 10 | 0 | 10 |
| Shawnee | 1 | 0 | 1 |
| Taylorville | 1 | 0 | 1 |
| Western IL | 3 | 0 | 3 |

**Question 3: If you answered "Yes" to question 1 and 2, do you have access to a private shower?**

| Facility | Yes | No | Total |
| --- | --- | --- | --- |
| Big Muddy | 7 | 2 | 9 |
| Centalia | 9 | 1 | 10 |
| Danville | 3 | 1 | 3 |
| Decatur | 1 | 0 | 1 |
| Dixon | 5 | 1 | 6 |
| Graham | 1 | 0 | 1 |
| Illinois River | 3 | 0 | 3 |
| Jacksonville | 1 | 0 | 1 |
| Joliet | 2 | 0 | 2 |
| Lawrence | 0 | 1 | 1 |
| Logan | 4 | 5 | 9 |
| Menard | 1 | 3 | 4 |
| Pinckneyville | 3 | 2 | 5 |
| Pontiac | 3 | 7 | 10 |
| Shawnee | 1 | 0 | 1 |
| Taylorville | 0 | 1 | 1 |
| Western IL | 2 | 1 | 3 |
| TOTAL: | 46 | 25 | 70 |

Defendants' Exhibit A

**Question 4: For strip searches, does your facility use a scanning machine for searches?**

| Facility | Yes | No | Total |
|---|---|---|---|
| Big Muddy | 0 | 9 | 9 |
| Centalia | 5 | 3 | 8 |
| Danville | 3 | 0 | 3 |
| Decatur | 0 | 1 | 0 |
| Dixon | 1 | 5 | 6 |
| Graham | 0 | 1 | 1 |
| Illinois River | 0 | 3 | 3 |
| Jacksonville | 0 | 1 | 1 |
| Joliet | 0 | 2 | 2 |
| Lawrence | 0 | 1 | 1 |
| Logan | 6 | 4 | 10 |
| Menard | 2 | 2 | 4 |
| Pinckneyville | 0 | 5 | 5 |
| Pontiac | 7 | 3 | 10 |
| Shawnee | 0 | 1 | 1 |
| Taylorville | 0 | 1 | 1 |
| Western IL | 1 | 2 | 3 |

Defendants' Exhibit A

**Question 5: For strip searches, are you able to request an officer of a specific gender to search you?**

| Facility | Yes | No | Total |
|---|---|---|---|
| Big Muddy | 7 | 2 | 9 |
| Centalia | 10 | 0 | 10 |
| Danville | 2 | 1 | 3 |
| Decatur | 1 | 0 | 1 |
| Dixon | 6 | 0 | 6 |
| Graham | 1 | 0 | 1 |
| Illinois River | 3 | 0 | 3 |
| Jacksonville | 0 | 1 | 1 |
| Joliet | 2 | 0 | 2 |
| Lawrence | 1 | 0 | 1 |
| Logan | 7 | 2 | 9 |
| Menard | 0 | 4 | 4 |
| Pinckneyville | 3 | 2 | 5 |
| Pontiac | 9 | 1 | 10 |
| Shawnee | 1 | 0 | 1 |
| Taylorville | 1 | 0 | 1 |
| Western IL | 1 | 2 | 3 |

Defendants' Exhibit A

**Question 6: If you request officer of specific gender, do you have to wait?**

| Facility | Yes | No | Total |
|---|---|---|---|
| Big Muddy | 7 | 1 | 8 |
| Centalia | 7 | 3 | 10 |
| Danville | 3 | 0 | 3 |
| Decatur | 1 | 0 | 1 |
| Dixon | 6 | 0 | 6 |
| Graham | 1 | 0 | 1 |
| Illinois River | 3 | 0 | 3 |
| Jacksonville | 1 | 0 | 1 |
| Joliet | 1 | 1 | 2 |
| Lawrence | 1 | 0 | 1 |
| Logan | 4 | 4 | 8 |
| Menard | 1 | 1 | 2 |
| Pinckneyville | 5 | 0 | 5 |
| Pontiac | 7 | 2 | 9 |
| Shawnee | 1 | 0 | 1 |
| Taylorville | 1 | 0 | 1 |
| Western IL | 3 | 0 | 3 |

Defendants' Exhibit A

## Question 7: If you answered "Yes" to question 6, please state how long you wait?

| Facility | Answer range | Total responses |
|---|---|---|
| Big Muddy | 10 min - 1 hr | 7 |
| Centalia | 15 min - 1 hr | 6 |
| Danville | 5 min - 1hr | 3 |
| Decatur | Submitted request to | 1 |
| Dixon | 1hr - 5hrs | 6 |
| Graham | 15 - 30 min | 1 |
| Illinois River | 1 min - 1 and 1/2 hrs | 3 |
| Jacksonville | Few minutes | 1 |
| Joliet | 30 minutes | 1 |
| Lawrence | Varies | 1 |
| Logan | 15 min - 2 hrs | 4 |
| Menard | N/A | 0 |
| Pinckneyville | 5 - 30 min | 5 |
| Pontiac | 30 min - 5 hrs | 9 |
| Shawnee | Varies | 1 |
| Taylorville | 30 minutes | 1 |
| Western IL | 30 min - 7 hrs | 3 |