Defendants' Exhibit B

**Big Muddy River**

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 10 | 0 | 10 |
| (2) Have you asked for a private shower? | 10 | 0 | 10 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 8 | 2 | 10 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 0 | 10 | 10 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 8 | 2 | 10 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 8 | 1 | 9 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | 5 min - 1 hr | 0 | 8 |
| (8) Do you give permission to the ACLU to share your name | 9 | 1 | 10 |

Defendants' Exhibit B

## Centralia

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 10 | 0 | 10 |
| (2) Have you asked for a private shower? | 8 | 2 | 10 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 9 | 1 | 10 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 5 | 3 | 8 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 10 | 0 | 10 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 7 | 3 | 10 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | 15 min - 1 hr | 0 | 6 |
| (8) Do you give permission to the ACLU to share your name | 10 | 0 | 10 |

Defendants' Exhibit B

## Danville

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 3 | 0 | 3 |
| (2) Have you asked for a private shower? | 3 | 0 | 3 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 2 | 1 | 3 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 3 | 0 | 3 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 2 | 1 | 3 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 3 | 0 | 3 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | 5 min - 1 hr | 0 | 3 |
| (8) Do you give permission to the ACLU to share your name | 3 | 0 | 3 |

Defendants' Exhibit B

## Decatur

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 1 | 0 | 1 |
| (2) Have you asked for a private shower? | 1 | 0 | 1 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 1 | 0 | 1 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 0 | 1 | 1 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 1 | 0 | 1 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 0 | 0 | 0 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | 0 | 0 | 0 |
| (8) Do you give permission to the ACLU to share your name | 1 | 0 | 1 |

Defendants' Exhibit B

## Dixon

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 5 | 1 | 6 |
| (2) Have you asked for a private shower? | 6 | 0 | 6 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 5 | 1 | 6 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 1 | 5 | 6 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 6 | 0 | 6 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 6 | 0 | 6 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | 1 - 5 hrs | 0 | 6 |
| (8) Do you give permission to the ACLU to share your name | 6 | 0 | 6 |

## Graham

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 1 | 0 | 1 |
| (2) Have you asked for a private shower? | 1 | 0 | 1 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 1 | 0 | 1 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 0 | 1 | 1 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 1 | 0 | 1 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 1 | 0 | 1 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | 15 - 30 min | 0 | 1 |
| (8) Do you give permission to the ACLU to share your name | 1 | 0 | 1 |

Defendants' Exhibit B

## Illinois River

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 3 | 0 | 3 |
| (2) Have you asked for a private shower? | 3 | 0 | 3 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 3 | 0 | 3 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 0 | 3 | 3 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 3 | 0 | 3 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 3 | 0 | 3 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | 1 min - 1 1/2 hours | 0 | 3 |
| (8) Do you give permission to the ACLU to share your name | 3 | 0 | 3 |

Defendants' Exhibit B

## Jacksonville

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 1 | 0 | 1 |
| (2) Have you asked for a private shower? | 1 | 0 | 1 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 1 | 0 | 1 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 0 | 1 | 1 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 0 | 1 | 1 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 1 | 0 | 1 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | Few minutes | 0 | 1 |
| (8) Do you give permission to the ACLU to share your name | 1 | 0 | 1 |

Defendants' Exhibit B

## Joliet

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 2 | 0 | 2 |
| (2) Have you asked for a private shower? | 2 | 0 | 2 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 2 | 0 | 2 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 0 | 2 | 2 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 2 | 0 | 2 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 1 | 1 | 2 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | 30 min | 0 | 1 |
| (8) Do you give permission to the ACLU to share your name | 2 | 0 | 2 |

Defendants' Exhibit B

## Lawrence

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 1 | 0 | 1 |
| (2) Have you asked for a private shower? | 1 | 0 | 1 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 0 | 1 | 1 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 0 | 1 | 1 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 1 | 0 | 1 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 1 | 0 | 1 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | Varies | 0 | 1 |
| (8) Do you give permission to the ACLU to share your name | 1 | 0 | 1 |

**Logan**

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 8 | 3 | 11 |
| (2) Have you asked for a private shower? | 7 | 5 | 11 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 4 | 5 | 9 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 6 | 4 | 10 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 7 | 2 | 9 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 4 | 4 | 8 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | 15 min - 2 hrs | 0 | 4 |
| (8) Do you give permission to the ACLU to share your name | 11 | 0 | 11 |

**Menard**

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 4 | 0 | 4 |
| (2) Have you asked for a private shower? | 4 | 0 | 4 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 1 | 3 | 4 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 2 | 2 | 4 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 0 | 4 | 4 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 1 | 1 | 2 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | 0 | 0 | 0 |
| (8) Do you give permission to the ACLU to share your name | 4 | 0 | 4 |

## Pinckneyville

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 5 | 0 | 5 |
| (2) Have you asked for a private shower? | 5 | 0 | 5 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 3 | 2 | 5 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 5 | 0 | 5 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 3 | 2 | 5 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 5 | 0 | 5 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | 5 - 30 min | 0 | 5 |
| (8) Do you give permission to the ACLU to share your name | 5 | 0 | 5 |

Defendants' Exhibit B

**Pontiac**

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 10 | 0 | 10 |
| (2) Have you asked for a private shower? | 10 | 0 | 10 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 3 | 7 | 10 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 7 | 3 | 10 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 9 | 1 | 10 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 7 | 2 | 9 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | 30 min - 5 hrs | 0 | 9 |
| (8) Do you give permission to the ACLU to share your name | 10 | 0 | 10 |

## Shawnee

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 1 | 0 | 1 |
| (2) Have you asked for a private shower? | 1 | 0 | 1 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 1 | 0 | 1 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 0 | 1 | 1 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 1 | 0 | 1 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 1 | 0 | 1 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | Varies | 0 | 1 |
| (8) Do you give permission to the ACLU to share your name | 1 | 0 | 1 |

Defendants' Exhibit B

## Taylorville

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 1 | 0 | 1 |
| (2) Have you asked for a private shower? | 1 | 0 | 1 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 0 | 1 | 1 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 0 | 1 | 1 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 1 | 0 | 1 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 1 | 0 | 1 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | 30 min | 0 | 1 |
| (8) Do you give permission to the ACLU to share your name | 1 | 0 | 1 |

Defendants' Exhibit B

## Western Illinois

| Question | Yes | No | Total |
|---|---|---|---|
| (1) Do you want to use a private shower? | 2 | 1 | 3 |
| (2) Have you asked for a private shower? | 3 | 0 | 3 |
| (3) If you answered "Yes" to question 1 or 2, do you have access to a private shower? | 2 | 1 | 3 |
| (4) For strip searches, does your facility use a scanning machine for searches? | 1 | 2 | 3 |
| (5) For strip searches, are you able to request an officer of a specific gender to search you? | 1 | 2 | 3 |
| (6) If you request an officer of specific gender to search you, do you have to wait? | 3 | 0 | 3 |
| (7) If you answered "Yes" to question 6, please state how long you wait. | 30 min - 7 hrs | 0 | 3 |
| (8) Do you give permission to the ACLU to share your name | 3 | 0 | 3 |