IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, *et al.*, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN BOWMAN, MELVIN HINTON, and LATOYA HUGHES, <br><br> Defendants. | Case No. 3:18-CV-00156-NJR |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court pursuant to 18 U.S.C. § 3626(f)(5) for the third six-month review of the appointment of first Co-Monitor Amanda L. Harris, M.D. (Doc. 418; *see also* Doc. 558). Harris was charged with monitoring Defendants' compliance with the court-ordered injunctive relief regarding hormone therapy, regular blood work, and appropriate titration of doses and/or additional testing/treatment; gender affirming surgery evaluation, scheduling, and pre- and post-operative care (including monitoring the CQI[1] program and IDOC medical providers' compliance with WPATH[2] training and continuing education); and transfers of class members to achieve medically necessary social transition. (Doc. 370, pp. 7-11; Doc. 384). This has involved review of voluminous medical records for approximately 195 class members, as well as assisting Defendants to compile an accurate list of inmates who

---

[1] Continuing Quality Improvement.
[2] World Professional Association for Transgender Health.

are in the class, extensive communication with IDOC medical and mental health staff as well as outside providers, and review of records on transfer requests and outcomes. (Doc. 439, pp. 1-2, 12).

Since her appointment on April 5, 2022, Dr. Harris submitted two reports to the Court and parties regarding the above matters (Docs. 439, 502). The parties responded to those reports. The parties were conducting regular meetings with the Co-Monitors between January – May 2023 to address ways to bring Defendants into compliance with this Court's Orders. However, no such meetings have been conducted since April 19, 2023 (Doc. 584, p. 2; Doc. 601). Dr. Harris submitted another report on June 5, 2023, regarding those joint meetings (Doc. 592).

Dr. Harris has reported improvements in the delivery and monitoring of hormone therapy. On June 5, 2023, she reported that she continues to receive regular updates from Defendants regarding endocrinology consults, PRISM enrollment, census lists, lab values, surgical consults, and transfer decisions, to enable her to continue to monitor these matters (Doc. 592, p. 3). The Court anticipates directing Dr. Harris to submit another update on the status of these matters. Of great concern is Plaintiffs' report that scheduling of gender affirming surgery has slowed or stalled, even for Plaintiff class members whose surgery requests have been approved (*see* Docs. 584, 627, 628). Monitoring of this process continues to be necessary in order to determine whether Defendants are moving toward compliance with the Court's Orders regarding hormone therapy and surgery. Further, monitoring continues to be necessary on Defendants' implementation of the mandate to consider and act upon class members' transfer requests to the PRISM program and to Logan Correctional Center.

Based on the above, the Court concludes that the appointment of Dr. Harris as first Co-Monitor shall continue. This matter is still in the remedial phase. Dr. Harris's expertise continues to be necessary to advise and assist the Court in monitoring Defendants' compliance with the Court's directives in this case, as well as to advise the parties on policies and procedures that will achieve compliance with constitutional standards of care and conditions of confinement. This appointment will be reviewed again in another six months.

**IT IS SO ORDERED.**

DATED: October 13, 2023

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**