**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:18-cv-00156-NJR |
| v. | ) ) | |
| LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' EMERGENCY MOTION FOR DISCOVERY**

A "party who wants to depose a person by oral questions must give reasonable notice to every other party." FED. R. CIV. P. 30(b)(1). Plaintiffs promptly sought—but were denied—the ability to depose Defendants' witnesses before and after the Court's October 12 hearing on Plaintiffs' Motion to Transfer. (Dkt. 607).

Plaintiffs, by their attorneys, hereby move the Court to order Defendants to make their remaining witnesses available for deposition before the continuation of that hearing set for October 23, 2023 (Dkt. 652). In support of their Motion, Plaintiffs state as follows:

Defendants have refused to present their witnesses for deposition despite timely and repeated requests by Plaintiffs' counsel.

- On October 3, 2023, counsel for Plaintiffs (Ms. Parsons) emailed Defendants' counsel (Ms. Cook) requesting the depositions of Lieutenant Frank and any other witnesses Defendants intended to call at the October 12 hearing (10/3/23 email attached as **Exhibit 1**). The email recognized that Defendants were entitled to wait until October 10 to disclose these other names and indicated Plaintiffs' willingness to take these depositions on October 11.

- Defendants' counsel responded that the request was "unreasonable," and refused it. (10/4/23 email attached as **Exhibit 2**.)

- Shortly after the conclusion of the proceedings on October 12, Plaintiffs' counsel (Mr. Ray) again emailed Ms. Cook, now requesting the depositions of Warden Mitchell and Doug Stephens (Defendants' remaining "will call" witnesses) and of Dr. Reister and Justin Hammers if Defendants intended to call them. (10/12/23 email attached as **Exhibit 3**.)

- This request was reiterated on October 13 after the Court had set the continuation of the hearing on Plaintiffs' Motion for October 23. (10/13/23 email attached as **Exhibit 4**.)

- Once again, Defendants' counsel refused to produce their witnesses for deposition. (10/13/23 email attached as **Exhibit 5**.)

Defendants' unreasonable refusals have hamstrung Plaintiffs' ability to put on their case at the October 12 and the upcoming hearing, and to avoid wasting the Court's valuable time.

Defendants have enjoyed ample advance notice of Plaintiffs' positions, while Plaintiffs have been shut out. On or before October 5, Plaintiffs filed declarations from Ms. Akindele along with sworn statements by eighteen other class members, including the five additional witnesses Plaintiffs presented at the October 12 hearing.

By comparison, Defendants have had unfettered access to Plaintiffs' witnesses in their custody. Defendants even sanctioned or condoned so-called "investigational interviews" conducted by Lieutenant Frank after Plaintiffs filed their Motion on July 14.[1] And at the October 12 hearing, Defendants' counsel was using one or more databases of information about Ms. Akindele and the other witnesses to which Plaintiffs' counsel do not have access. Besides the exhibits Defendants filed with their Response to Plaintiffs' Motion, Defendants have provided

---

[1] Plaintiffs continue to protest these contacts by Defendants' agents as violations of Rule 4.2, which prohibits communications by a lawyer, whether directly or through the acts of another, with a represented person concerning the subject of the representation. Lieutenant Frank's testimony on October 12 left no doubt that Defendants were deploying their access to Ms. Akindele and other Pinckneyville class members for purposes of trying to defeat Plaintiffs' Motion.

Plaintiffs' counsel with only one other document in relation to the hearing (a PREA audit of Pinckneyville CC), which was sent on October 10, 2023.

Defendants' witnesses have additional information that Plaintiffs should be permitted to discover. Warden Mitchell has apparently had numerous interactions over time with Co-Monitor julie graham about the conditions at Pinckneyville as to which Ms. Akindele and the other Pinckneyville class members complain. Plaintiffs have little if any information about those interactions. And what Warden Mitchell knew about the problems at the prison under his control, and what he undertook to do about them, is significant here. Plaintiffs should not be relegated to deposing Warden Mitchell on the stand.

Finally, Plaintiffs see no apparent reason from Defendants' Response to its Motion to Transfer (Dkt. 617) that Defendants would call any of Mr. Stephens, Dr. Reister, or Mr. Hammers at the hearing. This lack of notice is reason enough to grant Plaintiffs' motion to permit their depositions.

Plaintiffs would agree to short depositions (i.e., three hours or less of each witness) to prevent unfair surprise and make efficient use of the Court's time on October 23.

Dated: October 17, 2023        Respectfully submitted by:

/s/ Camille E. Bennett

**Brent P. Ray**
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
*bray@kslaw.com*

**Abby L. Parsons**
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3294
*aparsons@kslaw.com*

**Thomas E. Kennedy III**
**Sarah Jane Hunt**
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

**Malita Picasso**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2561
*mpicasso@aclu.org*

**Camille E. Bennett**
**Michelle T. García**
**Alexis Picard**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*cbennett@aclu-il.org*
*mgarcia@aclu-il.org*
*apicard@aclu-il.org*

**Amelia H. Bailey**
**Thomas J. Leahy**
**Ashton Dubey**
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*thomas.leahy@kirkland.com*
*ashton.dubey@kirkland.com*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 17, 2023, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: */s/ Camille E. Bennett*