# Exhibit 1

## Monroe v. IDOC - Depositions before Oct. 12 Hearing

Abby Parsons <AParsons@KSLAW.com>
Tue 10/3/2023 5:10 PM
To:Cook, Lisa <Lisa.Cook@ilag.gov>;Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>;Shultz, Robert <Robert.Shultz@ilag.gov>
Cc:#ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>

Counsel:

Plaintiffs intend to depose any witness IDOC intends to call at the Oct. 12 hearing (remotely). We assume you will bring Lieutenant Frank to the hearing, and if so, we would like his availability between now and the hearing to schedule his deposition. Please plan to make available any other person on IDOC's witness list on Oct. 11.

Best,
Abby

---

**Abby L. Parsons**
(She/her/hers)
*Partner*

T: +1 713 751 3294  |  E: aparsons@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1100 Louisiana
Suite 4100
Houston, TX 77002



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.

# Exhibit 2

## RE: Monroe v. IDOC - Depositions before Oct. 12 Hearing

Cook, Lisa <Lisa.Cook@ilag.gov>
Wed 10/4/2023 8:40 AM

To:Abby Parsons <AParsons@KSLAW.com>;Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>;Shultz, Robert <Robert.Shultz@ilag.gov>
Cc:#ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>

This is an unreasonable request and you should have asked sooner if you were intending to take depositions of any potential witnesses. The Court's order did not contemplate discovery prior to the evidentiary hearing.

---

**From:** Abby Parsons <AParsons@KSLAW.com>
**Sent:** Tuesday, October 3, 2023 5:10 PM
**To:** Cook, Lisa <Lisa.Cook@ilag.gov>; Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>; Shultz, Robert <Robert.Shultz@ilag.gov>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** [EXTERNAL] Monroe v. IDOC - Depositions before Oct. 12 Hearing

Counsel:

Plaintiffs intend to depose any witness IDOC intends to call at the Oct. 12 hearing (remotely). We assume you will bring Lieutenant Frank to the hearing, and if so, we would like his availability between now and the hearing to schedule his deposition. Please plan to make available any other person on IDOC's witness list on Oct. 11.

Best,
Abby

---

**Abby L. Parsons**
(She/her/hers)
*Partner*

T: +1 713 751 3294  |  E: aparsons@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1100 Louisiana
Suite 4100
Houston, TX 77002



kslaw.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.

# Exhibit 3

## RE: Monroe v. IDOC - Depositions before Oct. 12 Hearing

Brent Ray <bray@kslaw.com>
Thu 10/12/2023 4:45 PM
To:Cook, Lisa <Lisa.Cook@ilag.gov>;Abby Parsons <AParsons@KSLAW.com>;Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>; Shultz, Robert <Robert.Shultz@ilag.gov>
Cc:#ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>

Lisa, please let us know deposition availability for Warden Mitchell and Mr. Stephens before the end of the month.  Same request if you intend to put up Dr. Reister or Mr. Hammers.

If you refuse, we will seek relief from the Court.

Thank you.

---

**From:** Cook, Lisa <Lisa.Cook@ilag.gov>
**Sent:** Wednesday, October 4, 2023 8:40 AM
**To:** Abby Parsons <AParsons@KSLAW.com>; Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>; Shultz, Robert <Robert.Shultz@ilag.gov>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** RE: Monroe v. IDOC - Depositions before Oct. 12 Hearing

> **CAUTION:** MAIL FROM OUTSIDE THE FIRM

This is an unreasonable request and you should have asked sooner if you were intending to take depositions of any potential witnesses. The Court's order did not contemplate discovery prior to the evidentiary hearing.

---

**From:** Abby Parsons <AParsons@KSLAW.com>
**Sent:** Tuesday, October 3, 2023 5:10 PM
**To:** Cook, Lisa <Lisa.Cook@ilag.gov>; Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>; Shultz, Robert <Robert.Shultz@ilag.gov>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** [EXTERNAL] Monroe v. IDOC - Depositions before Oct. 12 Hearing

Counsel:

Plaintiffs intend to depose any witness IDOC intends to call at the Oct. 12 hearing (remotely). We assume you will bring Lieutenant Frank to the hearing, and if so, we would like his availability between now and the hearing to schedule his deposition. Please plan to make available any other person on IDOC's witness list on Oct. 11.

Best,
Abby

**Abby L. Parsons**
(She/her/hers)

*Partner*

T: +1 713 751 3294  |  E: aparsons@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1100 Louisiana
Suite 4100
Houston, TX 77002



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.

# Exhibit 4

### RE: Monroe v. IDOC - Depositions before Oct. 12 Hearing

Brent Ray <bray@kslaw.com>
Fri 10/13/2023 11:03 AM

To:Cook, Lisa <Lisa.Cook@ilag.gov>;Abby Parsons <AParsons@KSLAW.com>;Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>; Shultz, Robert <Robert.Shultz@ilag.gov>
Cc:#ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>

Lisa, as the Court scheduled the conclusion of the hearing to occur on October 23, please provide deposition availability next week. If you are not going to provide this availability, let us know by COB today so we can raise with the Court. Thank you.

**From:** Brent Ray
**Sent:** Thursday, October 12, 2023 4:45 PM
**To:** Cook, Lisa <Lisa.Cook@ilag.gov>; Abby Parsons <AParsons@KSLAW.com>; Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>; Shultz, Robert <Robert.Shultz@ilag.gov>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** RE: Monroe v. IDOC - Depositions before Oct. 12 Hearing

Lisa, please let us know deposition availability for Warden Mitchell and Mr. Stephens before the end of the month. Same request if you intend to put up Dr. Reister or Mr. Hammers.

If you refuse, we will seek relief from the Court.

Thank you.

**From:** Cook, Lisa <Lisa.Cook@ilag.gov>
**Sent:** Wednesday, October 4, 2023 8:40 AM
**To:** Abby Parsons <AParsons@KSLAW.com>; Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>; Shultz, Robert <Robert.Shultz@ilag.gov>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** RE: Monroe v. IDOC - Depositions before Oct. 12 Hearing

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

This is an unreasonable request and you should have asked sooner if you were intending to take depositions of any potential witnesses. The Court's order did not contemplate discovery prior to the evidentiary hearing.

**From:** Abby Parsons <AParsons@KSLAW.com>
**Sent:** Tuesday, October 3, 2023 5:10 PM
**To:** Cook, Lisa <Lisa.Cook@ilag.gov>; Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>; Shultz, Robert <Robert.Shultz@ilag.gov>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** [EXTERNAL] Monroe v. IDOC - Depositions before Oct. 12 Hearing

Counsel:

Plaintiffs intend to depose any witness IDOC intends to call at the Oct. 12 hearing (remotely). We assume you will bring Lieutenant Frank to the hearing, and if so, we would like his availability between now and the hearing to schedule his deposition. Please plan to make available any other person on IDOC's witness list on Oct. 11.

Best,
Abby

---

**Abby L. Parsons**
(She/her/hers)
*Partner*

T: +1 713 751 3294  |  E: aparsons@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1100 Louisiana
Suite 4100
Houston, TX 77002



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.

# Exhibit 5

## RE: Monroe v. IDOC - Depositions before Oct. 12 Hearing

Cook, Lisa <Lisa.Cook@ilag.gov>
Fri 10/13/2023 1:35 PM
To: Brent Ray <bray@kslaw.com>; Abby Parsons <AParsons@KSLAW.com>; Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>; Shultz, Robert <Robert.Shultz@ilag.gov>
Cc: #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>

No, we will not consent to depositions being taken at this time.

---

**From:** Brent Ray <bray@kslaw.com>
**Sent:** Friday, October 13, 2023 11:03 AM
**To:** Cook, Lisa <Lisa.Cook@ilag.gov>; Abby Parsons <AParsons@KSLAW.com>; Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>; Shultz, Robert <Robert.Shultz@ilag.gov>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** [EXTERNAL] RE: Monroe v. IDOC - Depositions before Oct. 12 Hearing

Lisa, as the Court scheduled the conclusion of the hearing to occur on October 23, please provide deposition availability next week. If you are not going to provide this availability, let us know by COB today so we can raise with the Court. Thank you.

---

**From:** Brent Ray
**Sent:** Thursday, October 12, 2023 4:45 PM
**To:** Cook, Lisa <Lisa.Cook@ilag.gov>; Abby Parsons <AParsons@KSLAW.com>; Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>; Shultz, Robert <Robert.Shultz@ilag.gov>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** RE: Monroe v. IDOC - Depositions before Oct. 12 Hearing

Lisa, please let us know deposition availability for Warden Mitchell and Mr. Stephens before the end of the month. Same request if you intend to put up Dr. Reister or Mr. Hammers.

If you refuse, we will seek relief from the Court.

Thank you.

---

**From:** Cook, Lisa <Lisa.Cook@ilag.gov>
**Sent:** Wednesday, October 4, 2023 8:40 AM
**To:** Abby Parsons <AParsons@KSLAW.com>; Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>; Shultz, Robert <Robert.Shultz@ilag.gov>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** RE: Monroe v. IDOC - Depositions before Oct. 12 Hearing

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

This is an unreasonable request and you should have asked sooner if you were intending to take depositions of any potential witnesses. The Court's order did not contemplate discovery prior to the evidentiary hearing.

**From:** Abby Parsons <AParsons@KSLAW.com>
**Sent:** Tuesday, October 3, 2023 5:10 PM
**To:** Cook, Lisa <Lisa.Cook@ilag.gov>; Beasley, Kyrstin <Kyrstin.Beasley@ilag.gov>; Shultz, Robert <Robert.Shultz@ilag.gov>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** [EXTERNAL] Monroe v. IDOC - Depositions before Oct. 12 Hearing

Counsel:

Plaintiffs intend to depose any witness IDOC intends to call at the Oct. 12 hearing (remotely). We assume you will bring Lieutenant Frank to the hearing, and if so, we would like his availability between now and the hearing to schedule his deposition. Please plan to make available any other person on IDOC's witness list on Oct. 11.

Best,
Abby

---

**Abby L. Parsons**
(She/her/hers)
*Partner*

T: +1 713 751 3294  |  E: aparsons@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
1100 Louisiana
Suite 4100
Houston, TX 77002



kslaw.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.