IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, *et al.*,<br>individually and on behalf of a class of<br>similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>STEVEN BOWMAN,<br>MELVIN HINTON, and<br>LATOYA HUGHES,<br><br>    Defendants. | Case No. 3:18-CV-00156-NJR |

## ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court on Plaintiffs' Emergency Motion for Discovery (Doc. 657), which seeks an order requiring Defendants to make their witnesses available for deposition before next week's continuation of the hearing on Plaintiffs' Motion to Transfer (Doc. 607). Defendants oppose the motion (Doc. 659).

The discovery motion is **GRANTED IN PART** as follows: prior to 1:00 p.m. (Central Time) on Monday, October 23, 2023, Defendants shall produce for deposition Warden Mitchell and Doug Stephens (the witnesses Defendants plan to call). Defendants also shall produce for deposition Dr. Reister and Justin Hammers in this timeframe, unless Defendants notify Plaintiffs that they will not call these individuals as witnesses.

However, each deposition shall be **LIMITED IN SCOPE** to focus only on the matters raised in Plaintiffs' Motion to Transfer, *i.e.*, the alleged violations of the Court's Orders concerning the provision of private showers to class members; avoidance of cross-gender

body searches of class members (including ID matters for individuals in custody); misgendering, "outing," and other harassment; physical attacks/physical safety of class members; interference with class members' ability to file grievances or access legal paperwork; access to gender affirming commissary items; and status of class members' transfer requests (including vulnerable or predator designations).

 Each deposition is **FURTHER LIMITED** to a duration of no longer than three hours.

**IT IS SO ORDERED.**

DATED: October 18, 2023

                *Nancy J. Rosenstengel*
                _____
                **NANCY J. ROSENSTENGEL**
                **Chief U.S. District Judge**