## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:18-cv-00156-NJR |
| v. | ) ) | |
| LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN, | ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFFS' THIRD SUBMISSION OF EVIDENCE

Plaintiffs hereby submit the following three (3) additional declarations of class members housed at Pinckneyville Correctional Center (under seal), to further substantiate the concerns raised by Plaintiffs in their Motion for Transfer of Class Member O.A. and Other Class Members Out of Pinckneyville Correctional Center (Dkts. 606, 607), Reply in Support (Dkt. 627), Declaration of O.A. (Dkts. 635, 636), and declarations of eighteen additional class members (Dkts. 639, 640); the declarations also support Plaintiffs' Oppositions to Defendants' Motion to Vacate and Motion to Stay (Dkts. 597, 598). The declarations are attached hereto as Exhibits 23 through 25 (under seal) and Plaintiffs' counsel will file the hand-signed versions once they are returned by US Mail from the declarants.

Dated: October 20, 2023

Respectfully submitted by:

*/s/* Camille E. Bennett

**Brent P. Ray**
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
*bray@kslaw.com*

**Camille E. Bennett**
**Michelle T. García**
**Alexis Picard**
**Mason Strand**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*cbennett@aclu-il.org*
*mgarcia@aclu-il.org*
*apicard@aclu-il.org*
*mstrand@aclu-il.org*

**Abby L. Parsons**
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3294
*aparsons@kslaw.com*

**Thomas E. Kennedy III**
**Sarah Jane Hunt**
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

**Amelia H. Bailey**
**Thomas J. Leahy**
**Ashton Dubey**
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*thomas.leahy@kirkland.com*
*ashton.dubey@kirkland.com*

**Malita Picasso**
American Civil Liberties Union
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2561
*mpicasso@aclu.org*

*Attorneys for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 20, 2023, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: */s/* Camille E. Bennett