*JANIAH MONROE, et. al. v. STEVE MEEKS, et. al.*

*Case No. 3:18-CV-00156-NJR*

*United States District Court for the Southern District of Illinois*

Third report of the first Co-Monitor

November 13, 2023

Submitted by: Amanda L. Harris, MD, MPH (First Co-Monitor)

**Section 1: Introduction**

This report is respectfully submitted to the Court and the involved parties. Since the filing of the second report by this co-monitor, the progress made with respect to access and monitoring of gender-affirming hormones for identified class members has been sustained. In addition, IDOC has been working out the logistical concerns with regard to offering gender-affirming surgeries and has made modest progress toward scheduling and completing surgeries, the details of which will be provided below. There is new evidence, based upon internal notes and endocrinology clinic notes, that new class members have emerged from the background and are now seeking gender-affirming care within the prison environment. While this may suggest that access to and knowledge of the existence of transgender care is improving, it is tempered by reports of others who have chosen to retreat from care due to concerns about their ability to safely transition while incarcerated. This underscores the importance of fostering a supportive

environment while simultaneously expanding access to gender-affirming care; without a coupling of these goals, progress in one area will be eroded by regression in the other.

Information and data sharing has continued to be a challenge. The promise of monthly census lists and quarterly lab data is sporadic and typically requires a pro-active request to obtain. When requested, information is provided in a timely fashion. The exception to this has been the compilation of clinic notes from the UIC Endocrinology televisits with class members. These are thorough and complete and provided without reminders. The CQI tracker that showed some promise has, to my knowledge, not been kept up and was never designed to be a comprehensive monitoring tool, but rather a statistical tool based on a sample of the patient population.

In order to manage the data that comes from various sources and in various states of completeness, I have created a database of my own. Accompanying this summary report is a 319 page document that represents a selection of pertinent information as provided to me (First Co-Monitor) gleaned from spreadsheets, clinic notes, emails, IDOC forms and other miscellany since the time of my appointment. I have already shared some reports from this database with IDOC medical staff when I have questions or concerns. The accompanying document provides a "face sheet" for each individual mentioned in connection with this case in any form of information I have previously received. They are grouped according to the facility where they were most recently housed and sorted by IIC number. The sheet contains the individual's IIC number, given name, preferred name (if any), DOB if known, gender identity (if known), information about approximate release date (if known), if they are followed by the endocrine clinic and dates of appointments, if they are on gender-affirming medications, list of medications (if known), recent pertinent lab results, if they have been discussed at a recent committee

meeting, if they have submitted or are being tracked for gender-affirming surgery, and any pertinent notes as it may affect their care as a member of the class.  It is my hope that having all this information in one place will make it easier for everyone involved to quickly identify any potential problems with compliance and to see any shortcomings.

I cannot say with certainty that all the information contained is complete or accurate; it is only as good as the information I have received, which is sometimes conflicting or incomplete. When information appears to be in conflict, I do my best to judge which information is most trustworthy and include only that information. My advice to anyone reviewing the "face sheets" would be to concentrate on those individuals with little or no information, as those are likely to be the class members who are not being adequately served.

**Section 2: Update on the Class Population**

The total number of class members currently in custody has grown to 243 by my count (from 175 in 2022). This is drawn from census and lab lists provided by IDOC. A person is only removed from the class when there is clear documentation that they have been released from custody or there is credible evidence that they do not carry a gender dysphoria diagnosis. It is very likely that some people are counted here but are no longer in custody. If a person is on a list one month and then simply disappears from the list, I do not assume that they have been released from custody.  My hope is that the complete list of individual "face sheets" can be reviewed for accuracy by IDOC and updated accordingly.

Below is a breakdown of class members by gender identity. The category of "unknown" continues to be an issue; most have no documentation associated with them while some are truly

questioning their identity. In future, I will adapt the category to include "questioning" when appropriate.

**Chart of population at various points in time**

|  | 8/2/2022 | 1/3/2023 | 4/7/2023 | 11/13/2023 |
|---|---|---|---|---|
| Total class members attributed ever | 195 | 238 | 251 | 320 |
| Total in custody (and in class) | 175 | 177 | 186 | 243 |
| Trans Women | 126 (72%) | 105 (59%) | 118 (63%) | 162 (66%) |
| Trans Men | 24 (14%) | 22 (12%) | 30 (16%) | 44 (27%) |
| Non-binary | 1 (<1%) | 3 (2%) | 4 (2%) | 6 (2%) |
| Cis man | 2 (1%) | 0 | 0 | 0 |
| Unknown | 22 (13%) | 47 (27%) | 34 (18%) | 31 (13%) |
| **Total on GAH** | **114 (65%)** | **123 (69%)** | **124 (67%)** | **146 (60%)** |
| Trans Women | 101 (89%) | 92 (75%) | 96 (77%) | 111 (76%) |
| Trans Men | 12 (50%) | 20 (90%) | 27 (90%) | 32 (72%) |
| Non-binary | 0 | 0 | 1 | 1 |
| Unknown |  |  |  | 2 |

**Section 3: Treatment for Gender Dysphoria – Hormone Therapy**

*Transwomen*

About 76% of Trans Women are on gender-affirming hormone treatment. This is not appreciably greater than previously, but the absolute number of individuals being treated has grown and the number of individuals who are under the care of the endocrinology clinic has also grown. Eighty two of the 111 (74%) of the transwomen are seen by the endocrinology specialists and have their medications actively titrated to meet their gender goals. The clinic logged 88 visits in the first 6 months of 2023, compared to 59 in the same period in 2022, representing nearly a 50% increase in utilization. At least 70 of the 82 transwomen managed by the clinic (85%) are achieving goal levels of estrogen (evidenced by any lab value >100), comparing favorably to the

4

45% noted in the second report of January 2023. [Note that supratherapeutic levels are included in this assessment as these are sometimes due to mis-timed blood draws (not mid-way between doses); it does not include accidental trough labs, however, so the true number of transwomen reaching goal is likely slightly higher.]

A vast majority of transwomen are offered a choice in hormone therapy, which is a great improvement over 1 year ago. Most transwomen are now on a combination of injectable estrogen and injectable androgen blockers. This is most likely contributing to the greater number of transwomen achieving hormone goals.

*Transmen*

There appears to be an up-tick in the total number of identified transmen. I cannot account for the reasons for this at this time, but as a percentage of the total, they have gone from about 15% to 27%. Fewer of those identified are on testosterone, however, so I suspect that some of those who are not taking testosterone are simply mis-identified as transmen, perhaps because they are "masculine" or "butch". Most are not followed by the endocrine clinic, possibly because it is relatively simpler to provide testosterone than estrogen. All except one is housed at Logan; this may also mean that staff at that facility have greater experience and comfort with managing testosterone injections in-house.

*Note on IDOC workflow:* This is an example of an area where the IDOC forms 0700, 0701, and 0655, which document evidence of gender dysphoria and explore gender identity and placement and programming needs, would be very useful to review. It is my understanding that these are not kept in one place and have not been completed on all class members (some are newer additions to the workflow). I am requesting that a copy of all available IDOC forms related to gender dysphoria / identity be made available to me for review. I think it would

behoove IDOC to collect this information into a central area and have them reviewed for accuracy and updated regularly for planning purposes; it also seems that this information would form a natural means to develop a needs assessment for the population. It also makes sense that if the workflow is in place, it should be fully evaluated and utilized. As previously suggested, this is also a natural place for a transgender care coordinator or navigator to be inserted into the existing system. Such a person could oversee ensuring that this process works as designed and feeds valuable information back to decision-makers to ensure compliance with the Court's orders to improve the lives of class members.

**Section 4: Treatment for Gender Dysphoria – Gender Affirming Surgery**

The rate at which surgical evaluations and surgeries are occurring has increased. In 2023, a total of six surgeries have been completed – 4 vaginoplasties and 2 chest reconstructions. There were post-operative complications with at least one of the vaginoplasties related to access to dilation equipment. According to a recent clinic note, however, that situation appears to have been resolved and the patient is doing well, with no loss of depth and no longer requiring to dilate as frequently. It is worth exploring the barriers to allowing patients to keep dilators in their cells to alleviate this problem. The barrier appears to be a concern about safety, but I am not aware of the exact concerns that security staff has about dilators.

Individuals who are under the care of the endocrine clinic appear to be aware of the process for obtaining desired surgeries, as they will alert the physician that they have started the "pathway to informed consent" which is the IDOC program of education and evaluation pre-operatively. The final step in that process is referral for consultation at the RUSH Affirm program.

There are 17 additional individuals identified as able to progress to surgical consultation at the RUSH Affirm program and 15 of those now have appointments listed (some of which have passed the date as of this writing and updates are pending). Some of the appointments are scheduled for April of 2024, which is still a considerable time off. In documents I reviewed, most of the original approvals/requests are from 2021, making this process 2-3 years long. Newer requests from 2023 appear to be moving more quickly, with 1 year wait times. There are many more individuals who have voiced a desire for gender-affirming surgery, but they do not appear to be tracked in any formal way. If a person expresses that desire to the specialty clinic or via any other means made available to me, I have added it in the note section of their "face sheet".

One barrier to surgical consultation that may not be at all necessary or could be streamlined is the THAW committee meeting. It seems much more straightforward for an individual to get the required letters of support from their medical and mental health providers, as is commonly done in the community. It is unclear if THAW adds additional hurdles to the process or takes into account things that should have no bearing on the decision to proceed. It is notable that on all THAW committee minutes, the crime the individual has been convicted of is included. In addition, it appears that there are a lot of opportunities to defer and postpone over simple questions. The committee recently decided, for example, that a person's motivation is questionable because they did not attend electrolysis sessions and then deferred for 2 months to find out the answer why. Rather than meet and then defer action, it might be more helpful to begin their assessment with a face-to-face interview and then follow up if they have concerns or questions.

**Section 5: Transfers / PRISM**

It appears that IDOC is attempting to voluntarily consolidate willing members of the class into certain prisons in addition to the PRISM program at Centralia. The Co-Monitors have been suggesting that consolidation would be beneficial both the class members who would be more likely to have a supportive peer group and to IDOC who could then concentrate on training staff more thoroughly in fewer prisons. As a culture of acceptance hopefully takes hold, the prisons where that culture exists can serve as training grounds for others. The Co-Monitors have not been informed of any official plans in that regard, but it appears to be the case as the number of individuals has shifted. As of October 1, 2023, Logan houses the most class members at 57, followed by Centralia, at 28. Thirteen of the 33 facilities have no class members. Recent hearings conducted by the Court revealed that transfer requests between prisons appear to be very much under the control of the warden. If an individual seeks a transfer, it is up to the warden to decide whether to pass that request on or not.  How, or indeed, if this consolidation is taking place, it is unclear how it being done. It would be helpful, again, if identified individuals can be offered transfer if it would benefit them, rather than relying on the wardens to serve as gatekeepers to this process.

Below is a breakdown of facilities with confirmed class members present as compared to approximately 1 year ago:

**Change in number of class members housed in different facilities:**

| Facility | Oct 2023 | July 2022 |
|---|---|---|
| Logan | 57 | 30 |
| Centralia | 28 | 20 |
| Pontiac | 18 | 22 |
| Pinckneyville | 17 | 8 |
| Big Muddy | 12 | 9 |
| Menard | 12 | 5 |
| Dixon | 9 | 3 |
| Illinois River | 9 | 0 |
| Western Illinois | 7 | 3 |
| JTC | 6 | 6 |
| Danville | 4 | 3 |
| Decatur | 4 | 0 |
| Graham | 4 | 0 |
| Lawrence | 4 | 5 |
| Stateville NRC | 4 | 0 |
| Jacksonville | 3 | 0 |
| Shawnee | 3 | 11 |
| Taylorville | 2 | 2 |
| Vandalia | 1 | 0 |
| Fox Valley ATC | 1 | 0 |

Of note, the Logan population has nearly doubled as more transwomen are granted transfers. Centralia's population has not grown as much as would be expected with both the PRISM program, the PRISM, modified (no programming) and the "waitlist" population, but perhaps that is not yet reflected in the data. Pinckneyville and Menard, the subjects of recent controversy regarding safety concerns are showing modest population growth. I will note two facilities that concern me: Pontiac, where there is scant information about members housed there and reports of individuals voluntarily leaving care due to safety concerns, and Dixon, where a class member recently reported being sexually harassed.

**Trainings**

No updates on medical staff training are available at this time. IDOC reports that training is included in the on-boarding process for new hires. Anecdotally, it appears that some class members do receive access to gender-affirming hormones at the facility level prior to referral to UIC Endocrinology, so this reflects a greater willingness on the part of primary care to initiate or continue treatment.

**Action items**

I request that both parties kindly review the accompanying "face sheets" for accuracy and any concerns and alert me in writing regarding any needed adjustments. I ask that IDOC provide me with monthly census lists (including drops/adds), quarterly labs, and gender-affirming medication lists without needing to request them. I would like to continue to receive the endocrinology clinic notes. I would also like to review the IDOC documents included in their workflow as referenced previously. I invite any feedback regarding this methodology or process that may be helpful in improving the care of the affected class members.