# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN,<br><br>    Defendants. | Civil No. 3:18-cv-00156-NJR |

## PLAINTIFFS' SUBMISSION OF PREVIOUSLY FILED DECLARATIONS WITH SIGNATURE PAGES

Plaintiffs hereby submit, with handwritten signatures, the following three additional declarations (under seal) of class members housed at Pinckneyville Correctional Center; these declarations were previously filed with class members' verbal consent (*see* Dkt. nos. 661 and 662, Exhibits 23-25) and were submitted as further support to substantiate the concerns raised by Plaintiffs in their Motion for Transfer of Class Member O.A. and Other Class Members Out of Pinckneyville Correctional Center (Dkts. 606, 607), Reply in Support (Dkt. 627), Declaration of O.A. (Dkts. 635, 636), and declarations of eighteen additional class members (Dkts. 639, 640); the declarations also support Plaintiffs' Oppositions to Defendants' Motion to Vacate and Motion to Stay (Dkts. 597, 598).

1

Dated: November 14, 2023

Respectfully submitted by:

*/s/* Camille E. Bennett

| | |
|---|---|
| **Brent P. Ray**<br>KING & SPALDING LLP<br>110 N. Wacker Drive, Suite 3800<br>Chicago, IL 60606<br>Telephone: (312) 995-6333<br>Facsimile: (312) 995-6330<br>*bray@kslaw.com* | **Camille E. Bennett**<br>**Michelle T. García**<br>**Alexis Picard**<br>**Mason Strand**<br>ROGER BALDWIN FOUNDATION OF ACLU, INC.<br>150 North Michigan Avenue, Suite 600<br>Chicago, IL 60601<br>Telephone: (312) 201-9740<br>Facsimile: (312) 288-5225<br>*cbennett@aclu-il.org*<br>*mgarcia@aclu-il.org*<br>*apicard@aclu-il.org*<br>*mstrand@aclu-il.org* |

**Abby L. Parsons**
KING & SPALDING LLP
1100 Louisiana Street, Suite 4100
Houston, TX 77002
Telephone: (713) 751-3294
*aparsons@kslaw.com*

**Thomas E. Kennedy III**
**Sarah Jane Hunt**
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

**Amelia H. Bailey**
**Thomas J. Leahy**
**Ashton Dubey**
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*thomas.leahy@kirkland.com*
*ashton.dubey@kirkland.com*

*Attorneys for Plaintiffs*

**Malita Picasso**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New, NY 10004
Telephone: (212) 549-2561
*mpicasso@aclu-il.org*

## **CERTIFICATE OF SERVICE**

I certify that on November 14, 2023, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: */s/* Camille E. Bennett