IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br> Plaintiffs, <br><br> - vs- <br><br> LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN, <br><br> Defendants. | No. 18-156-NJR |

**DEFENDANTS' RESPONSE TO THE THIRD REPORT SUBMITTED
BY DR. AMANDA L. HARRIS**

The Defendants, LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, provide the following brief response to sections of the Third Report submitted by co-Monitor Dr. Harris. [Doc. 674].

I. **CQI**

Dr. Harris briefly discusses the CQI tool created by IDOC. [Doc. 674, p. 2]. This tool was created as an audit tool, **not** a comprehensive monitoring tool for all class members. It originated as a tool to audit certain individuals at various facilities, *see* Doc. 369-4, and was later modified as needed after IDOC began using it, *see* Doc. 462, pp. 7-10, citing Puga declaration at 462-5.

IDOC has continued to audit class member care at several facilities, including Decatur Correctional Center, Big Muddy River Correctional Center, Centralia Correctional Center, Hill Correctional Center, Lawrence Correctional Center, Logan Correctional Center, Menard Correctional Center, Pinckneyville Correctional Center, Pontiac Correctional Center, and

individuals at other facilities. These records were provided to Dr. Harris, co-Monitor julie graham, and Plaintiffs' counsel on November 17, 2023.

## II. Gender-Affirming Surgery (Dilators)

As Dr. Harris notes, there have been a number of gender-affirming surgeries completed throughout 2023. Dr. Harris writes that she does not understand the exact safety concerns that security staff has concerning dilators. [Doc. 674, p. 6]. The reasoning for dilation in the healthcare unit was provided to Dr. Harris. *See* attached Exhibit 1, redacted to protect patient names.

The intent of having individuals go to the health care unit is to allow the patient to be safe, monitored, and to provide for a routine within the facility. Ex. 1, p. 1. They also have access to a private space with other medical equipment, as needed, and accessible healthcare staff. *Id.*, p. 2. Further, security staff has deemed the dilators as contraband that could be diverted for other uses or suspected use of self-harm or harm to others. *Id*.

## III. Transfers

Dr. Harris writes of transfers that she believes the transfers "to be very much under the control of the warden." [Doc. 674, p. 8]. This is a point that may have been confused during the October 2023 hearings regarding Pinckneyville. While the warden may recommend transfers, there are other methods allowing for transfers in the ordinary course. Importantly, recommendations to the TAC (the committee that oversees transfers and other security-related issues for class members) do not need to go through the facility warden. The class member may request transfer, be referred by treating medical or mental health providers, or be referred by the facility warden. Still, all transfers must pass through the Transfer Coordinator's Office, as there are other items that must be considered for an official transfer.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN, |
|  | Defendants, |
| Lisa A. Cook, #6298233<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, Illinois   62701<br>(217) 785-4555 Phone<br>(217) 524-5091 Fax<br>Email: lisa.cook@ilag.gov | KWAME RAOUL, Attorney General<br>State of Illinois<br><br>Attorney for Defendants,<br><br>By:   s/Lisa A. Cook<br>        Lisa A. Cook |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, </br></br>Plaintiffs,</br></br>- vs-</br></br>ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN,</br></br>Defendants. | No. 18-156-NJR |

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, the foregoing document, ***Defendants' Response to the Third Report Submitted By Dr. Amanda L. Harris***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |

And all other counsel of record

> s/ Lisa A. Cook
> Lisa A. Cook, #6298233
> Assistant Attorney General
> Office of the Attorney General
> 500 South Second Street
> Springfield, Illinois   62701
> (217) 785-4555 Phone
> (217) 524-5091 Fax
> Email: lisa.cook@ilag.gov