IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br>  Plaintiffs, <br><br> - vs- <br><br> LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN, <br><br>  Defendants. | No. 18-156-NJR |

**DEFENDANTS' RESPONSE TO THE REPORT FROM CO-MONITOR
julie graham DATED NOVEMBER 15, 2023**

The Defendants, LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN (sued in their official capacities as IDOC administrators), by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, provide the following brief response to a section of the Monitor Report submitted by co-Monitor julie graham, which was dated November 15 and filed on November 17, 2023 [Doc. 682].

Co-Monitor julie graham includes a section in the report dated November 15, 2023, concerning nonbinary and/or gender diverse prisoners and a desire to include them in the Administrative Directive. [Doc. 682]. Defendants wish to clarify that non-binary prisoners are, in general, not part of this class. Julie notes that "[n]on-binary people are a distinct group within the population." [*Id*. at p. 1]. While it is admirable to promote the interests of the prisoners who do not have gender dysphoria diagnoses, the class here is defined as "all prisoners in the custody of IDOC who have requested evaluation or treatment for gender dysphoria." [Doc. 213, p. 11]. "Non-

binary" is an umbrella term that may encompass several identities. *See* [Transgender and Non-Binary People FAQ - Human Rights Campaign (hrc.org)](.).

Defendants have already expressed concerns over the expansion of the class definition. *See* Doc. 346, pp. 8-10. Plaintiffs previously proposed expanding the Administrative Directive to grant specific relief to all gender-nonconforming individuals; yet, as noted by Defendants, there are differences in gender identity and gender expression. For these reasons, attempts to expand the class and relief provided to the class should not be included in the context of this suit.

Respectfully submitted,

LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN,

Defendants,

| | |
|---|---|
| Lisa A. Cook, #6298233 | KWAME RAOUL, Attorney General |
| Assistant Attorney General | State of Illinois |
| 500 South Second Street | |
| Springfield, Illinois   62701 | Attorney for Defendants, |
| (217) 782-5819 Phone | |
| (217) 524-5091 Fax | By:  s/Lisa A. Cook |
| Email: lisa.cook@ilag.gov | Lisa A. Cook |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, ) ) ) ) | |
| Plaintiffs, ) ) | |
| - vs- ) ) | No. 18-156-NJR |
| ROB JEFFREYS, MELVIN HINTON, and STEVEN BOWMAN, ) ) ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2023, the foregoing document, ***DEFENDANTS' RESPONSE TO THE REPORT FROM CO-MONITOR julie graham DATED NOVEMBER 15, 2023***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Abby L. Parsons | aparsons@kslaw.com |
| Sarah Jane Hunt | sarahjane@tkennedylaw.com |
| Thomas E. Kennedy, III | tkennedy@tkennedylaw.com |
| Brent P. Ray | bray@kslaw.com |
| Samantha G. Rose | sam.rose@kirkland.com |
| Amelia Bailey | abailey@kirkland.com |
| Camille Bennett | cbennett@aclu-il.org |
| And all other counsel of record | |

s/ Lisa A. Cook
Lisa A. Cook, #6298233
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 782-5819 Phone
(217) 524-5091 Fax
Email: lisa.cook@ilag.gov