*JANIAH MONROE, et. al. v. STEVEN MEEKS, et. al. Case No. 3:18-CV-00156-NJR*
*United States District Court for the Southern District of Illinois*
*Menard Update Report from the Second Co-monitor*
*Julie graham, MS submitted 6/21/24*

This is a follow up to the report I provided the court in April. That report was also provided to Warden Wills. This one will be as well.

### Shower violations and assaults

I requested to speak to seven individuals and spoke to five over the past week. I was told two others declined because they wanted to go to the yard. I reached out to Warden Wills multiple times the past week after speaking with incarcerated people and getting an email from the ACLU. He responded to the earlier emails and said he would look into the concerns I raised. I have not yet heard back about the issues I raised today or the outcomes of the earlier requests.

**Safety issues**
Menard has a unit, West House, with no cameras and there are transgender women placed there. Transgender people are a vulnerable population who are targeted by others and cameras provide some measure of safety and accountability. Transgender people should be placed in areas that are safer rather than less safe.

**Culture**
Overall, transgender individuals at Menard do not feel safe and express higher degrees of fear than other individuals I have interviewed.  Even in protective custody, women report they do not feel safe.  Multiple individuals stay that the culture at Menard is particularly brutal towards transgender women.  An incarcerated person stated that there is a "culture that transgenders (sic) and PCs are not allowed in the general population. When they figure out you are transgender they push you out of their area." An inmate threatened her that he would have a CO write her tickets to get her out of their area. She didn't believe that and then she got two tickets.

I have spoken with the Warden and still transgender people consistently report that they are harassed by other incarcerated people and by staff. They report a culture of retaliation. I worry about retaliation for these women in writing this report.

Women who leave their cell report they are not protected by staff. "When I walk down the gallery people try to grab my butt." This also means that they potentially "could reach out and smack you or stab you." These women are terrified.

While I was writing this report, I got an email from the ACLU about a transgender woman who has been vomiting up blood and allegedly she was on the floor and other incarcerated people had officers come by but the officers did not intervene.  (I reached out to the warden about this and assume the IDOC staff who also received the email reached out to the medical providers.) Apparently she was to have a colonoscopy in March that was cancelled because there was not a female staff member to search her. There are supposed to be mechanisms in place to ensure that medical writs are appropriately staffed.

Even PC is not safe. "The most messed up part is that PC is the most violent area in Menard." They "Throw feces and pee at each other." "They let people come around who can harass you." "In other places when they put you in pc it's actual protective custody."

In the April report, an individual stated that staff incite incarcerated people to throw urine or feces at transgender women. A different individual brought that issue up this week. She states that staff encourage or direct incarcerated people to be abusive of transgender people.

The staff who set up or attend to my phone interviews consistently misgender the individuals. They know they are talking to a monitor for the Monroe case. I assume they know the individuals are transgender. Misgendering individuals after several years of cycle trainings and warden's interventions demonstrates that staff are not following policies.

One individual reported that the choices at Menard were "Get jumped or go to a place where people throw feces and piss at you." (PC)

**Assaults**
Previously, in the April report there were other women who reported being sexually assaulted at Menard.

This time that was true as well. **One individual was allegedly sexually assaulted by a custody officer.** She had the foresight to gather up the semen and send it to attorneys as well as file an IA grievance. She states the state police lab is dealing with the sample. By her report, it took several days for the officer who allegedly assaulted her to be removed from her unit. He then later replaced by the officer's brother. While the second officer may be completely honest and upstanding, it has the appearance of retaliation and the impact of retaliation. She is very fearful and having him serve her food trays means she doesn't eat because she is afraid he will tamper with her food. She does not come out of her cell. Regardless of the intention, the impact of having the brother of the accused rapist now working on her unit is chilling.

Another individual has only recently come out as transgender. It wasn't safe to disclose her gender identity. This was what I head heard in 2022 at Menard. She reports that before she was known to be transgender, she was doing fine at Menard—no one was picking on her, she had the ability to use the law library, to use the yard. Once she saw a gender mental health specialist, staff behavior towards her changed. Custody staff accompanied her to see the MH gender specialist and staff know what the gender specialist does. The incarcerated person heard from cellies that custody staff told them she was transgender. **She reports that she was sexually assaulted in the showers in March.** She has not yet seen an MHP for treatment. (I contacted Dr. Puga today who said he would ensure she saw a MHP.)

If it's true that custody staff is outing transgender women, they are intentionally placing them in harm's way. Given that the culture at Menard is reported to be very highly anti trans, outing people is very serious. Further, the fact of an individual's transgender identity should be protected health information. No one should out transgender women because of safety issues, but also it is health information and a HIIPAA violation. "Guards are tight with inmates, here."

That individual states she has requested PC multiple times and has been turned down for it and returned to GP. She reports the culture in GP is such that people in PC and transgender people are disliked or hated. Individuals in GP tell them they need to be PC and they are not wanted in GP. She reports that one incarcerated individual told her that he would have a custody staff write her up if she didn't go to PC, that she didn't belong in GP. She subsequently was written up shortly thereafter. She filed a grievance about feces being thrown at her and according to her the grievance made it into the hands of the individual who she implicated in

the grievance. Several people reported they had seen the grievance. She had multiple people let her know that she was a snitch for filing the grievance against that specific individual. If this is true, filing grievances is not only useless but harmful. The only recourse that individuals have, filing grievances, is not available.

**Showers**
Individuals report washing up in their cell. They report that the officers remove the shower curtains and if they, the incarcerated people, request them, they are told they cannot shower. The staff allegedly do not come by to get them out of their cell for showers. One individual had not had an officer come by to let her out for a shower for months until the other day. As I stated earlier, one individual was allegedly assaulted in the showers. The staff are apparently not following the policies around showering and shower curtains.

One of the women wasn't offered showers and didn't have a working sink. She informed staff and it took over a week for someone to come and look at her sink. She had toilet water only.

**Grievances**
People report not being able to get the forms from staff. Reportedly, it's been going on for a month. Several of the women report when they raise concerns abut mistreatment, they are infracted.  Given that grievances don't help, and get you targeted as a snitch, individuals are reluctant to file them.   If the grievance involves staff, individuals report retaliation.

**Retaliation**
The woman who filed the rape complaint alleges the CO who assaulted her provides tobacco to incarcerated people. "Inmates tell me to leave the situation alone.  Ones (who) that particular CO who brings in tobacco for are threatening me."  She reports  "I just was threatened—someone was trying to squirt feces from a lotion bottle on me."

When transgender people file grievances they report that custody staff disclose the contents of the grievance to the individuals the grievance named. "Officers tell the people I was threatened by" and then "I was jumped by them.  Stay quiet or you will get jumped."

One individual asked to have their name removed from the transgender list, stating he was no longer female and that he did not trust the system.  He was afraid that the Monroe suit would be used against him to interfere with his release date. Again, fear of retaliation.

**Cells**
The women are placed in cells with incarcerated men with whom they feel unsafe.  This is one of the experiences of retaliation. One individual I contacted the warden about in April reported this and  the warden informed me she was in a cell by herself. Right after that contact, another inmate was placed in her cell. She is terrified of the cisgender men at Menard. One woman stated that they placed a man she has a keep separate from several cells away from her and it very much felt like retaliation for filing a PREA allegation.

People are in segregation with the people they are are frightened of.

**Pre release planning**
One woman states she was told that she was being denied release because she did not have a place to stay. She reacted inappropriately to that news and was placed in seg as a result. She states she was told that no where in Illinois was willing to take her.  She stated that no one did planning with her other than to tell her that she couldn't be released to another state. She reports she was served violation papers for failure to

reside in an IDOC assigned residence.  She believes she is past her MRD and being kept at a maximum facility. Needless to say she is frustrated.

I raised the issue of pre release planning with Warden Wills after speaking with two women in April. He agreed to address this. It's very hard to find appropriate halfway houses for transgender women. Re-entry is a critical time and it's easy to slip back into old patterns. Many trans women find prison to be a revolving door.

**Searches**
No one complained about searches and I wonder if that is largely due to the fact that many of them are not leaving their cells. As mentioned earlier, there are supposed to be mechanisms in place to ensure appropriate staffing for medical and legal writs.

**MH Groups**
Apparently, these aren't happening according to some of the women. Another stated she had to choose between the group and going for medical care.

—————-

As a monitor, I report the facts as I know them. I speak with incarcerated people to discover what their experiences are and then report these to the wardens and other IDOC staff in order to have them intervene or investigate.  I've had very positive conversations and exchanges with the Warden, and in April, I even heard from one of the women that the Warden apologized to her.

I do not believe everything that I hear from incarcerated people. However, when there are consistent reports across time and I've provided information to the IDOC about the concerns and they persist, I am alarmed. I contact the incarcerated people to ensure that the changes that are to be made actually are manifested. The culture seems intractable. The situation for transgender women at Menard continues to be distressing. The fear of retaliation remains. There was a new reported staff sexual assault, and reported indifference on the part of custody staff to an individual vomiting blood.  Whether intentional or not, placing the brother of an alleged rapist who is being investigated in the same unit with the victim appears retaliatory. Reports that showers are not being appropriately provided or curtains are taken down should not be occurring. Assaults in showers should not occur. One individual reports they make incarcerated people go without food or water. I am deeply concerned about the safety of transgender women at Menard.

While I believe that both the Warden and Dr. Puga responds to my requests, it is ineffective in protecting or caring for individuals.  There is no self monitoring for accountability in the system. The process of monitors and attorneys reporting these violations Is not effective in making the changes that the court has indicated.