IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANIAH MONROE, *et al.*,

Plaintiffs,

v.

Case No. 3:18-CV-00156-NJR

STEVE MEEKS, *et al.*,

Defendants.

## AFFIDAVIT OF SOO CHUN, M.D.

I, Dr. Soo Chun, file this Affidavit in accordance with the Order of June 25, 2024, appointing me as Co-Monitor in this case. (Doc. 790). I hereby state:

1.     I have examined the grounds for disqualification set forth in 28 U.S.C. § 455 and declare that no grounds exist that would disqualify me from serving as an impartial monitor in this matter.

2.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON THIS DATE: ___6-26-2024___

___[signature]___

Soo Chun, M.D.
1322 Peralta Avenue
Berkeley, CA 94702