# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals, <br><br>  Plaintiffs, <br><br> v. <br><br> LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN, <br><br>  Defendants. | Civil No. 3:18-cv-00156-NJR |

## PLAINTIFFS' SIXTH SUBMISSION OF EVIDENCE

Plaintiffs hereby submit the following declaration (under seal) of one additional class member housed at Menard Correctional Center—to substantiate the concerns raised by Plaintiffs in their Motion for Transfer of Class Members Out of Menard Correctional Center (Dkts. 705, 715) and Reply (Dkt. 748).

1

Dated: June 28, 2024

Respectfully submitted by:

*/s/* Michelle T. García

| | |
|---|---|
| **Brent P. Ray**<br>KING & SPALDING LLP<br>110 N. Wacker Drive, Suite 3800<br>Chicago, IL 60606<br>Telephone: (312) 995-6333<br>Facsimile: (312) 995-6330<br>*bray@kslaw.com* | **Camille E. Bennett**<br>**Michelle T. García**<br>**Alexis Picard**<br>**Mason Strand**<br>ROGER BALDWIN FOUNDATION OF ACLU, INC.<br>150 North Michigan Avenue, Suite 600<br>Chicago, IL 60601<br>Telephone: (312) 201-9740<br>Facsimile: (312) 288-5225<br>*cbennett@aclu-il.org*<br>*mgarcia@aclu-il.org*<br>*apicard@aclu-il.org*<br>*mstrand@aclu-il.org* |
| **Abby L. Parsons**<br>KING & SPALDING LLP<br>1100 Louisiana Street, Suite 4100<br>Houston, TX 77002<br>Telephone: (713) 751-3294<br>*aparsons@kslaw.com* | |
| **Thomas E. Kennedy III**<br>**Sarah Jane Hunt**<br>KENNEDY HUNT P.C.<br>906 Olive Street, Suite 200<br>Saint Louis, MO 63101<br>Telephone: (314) 872-9041<br>*tkennedy@KennedyHuntLaw.com*<br>*sarahjane@KennedyHuntLaw.com* | **Amelia H. Bailey**<br>**Thomas J. Leahy**<br>**Ashton Dubey**<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>*amelia.bailey@kirkland.com*<br>*thomas.leahy@kirkland.com*<br>*ashton.dubey@kirkland.com*<br><br>*Attorneys for Plaintiffs* |
| **Malita Picasso**<br>AMERICAN CIVIL LIBERTIES UNION<br>125 Broad Street<br>New, NY 10004<br>Telephone: (212) 549-2561<br>*mpicasso@aclu-il.org* | |

## **CERTIFICATE OF SERVICE**

I certify that on June 28, 2024, I electronically filed the foregoing document and any exhibits with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: */s/* Michelle T. García