(In the United States District Court for the Southern District of Illinois)

Janiah Monroe, et al ) Declaration to Injunctive
) Relief.
-v.- )
) Case No: 3:18-cv-00156 NJR
Melvin Hinton, et, Al )

① Now comes the plaintiff to this honorable court to Amend in part Injunctive Relief in Above case by ordering the Relief requested by plaintiff under the Similarly Situated Act.

② Exhibit A is plaintiff statement/Declaration to Injunctive Relief granted in above case. Exhibit B filed a report with State police to press charges

③ Plaintiff at this time continues to be Targeted as well as I.D.O.C. put Transgenders in extreme Isolation in such ways as forcing them in cells with violent sex offenders, or to not deal with them, put Transgenders on single man/women Status, causing severe isolation spiking mental health Issues and Systems.

④ Therefore the plaintiff Request to be giving Treatment by Right, Transferred to Logan or another facility that matches my gender, sent to PRISM program Centralia Transferred out of Pontaic A.S.A.P. due to being sexually Assaulted by officers and still have to be around them constantly.

Respectfully Submitted
9-3-24
Jarvis Postlewaike R25441
P.O Box 99 Pontiac, IL 61764

SCANNED AT PON CC
EMAILED  9-4-24  (date)
BY  AW  (intials)
11  (# of pages)

Exhibit A

Date(s) of the occurrence  2-9-24

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

(1) On 2-9-24, I inmate Jarvis L. Postlewaite, who is a Transgender female inmate at Pontiac, was housed at Pontiac C.C. Southhouse, Cell Assignment was #825 on 8 gallery.

(2) On 2-9-24, Defendants; Lt. Davis, Sgt. Matsko, and Correctional officer J. Nelson was Assigned to Southhouse Living area, where I plaintiff was housed. (Lt. Davis and Sgt. Matsko oversee's the whole Southhouse Living Quarters for inmates) (Correctional officer J. Nelson was officer Assigned to 8 gallery, where plaintiff Lived)

(3) On 2-9-24, Defendant c/o Nelson was walking the gallery, and was constantly walking in the general area, I plaintiff Lived in on 8 gallery Southhouse Protective custody.

(B) C/o Nelson, Stop at Plaintiff door and ask what I plaintiff in there was smoking something or trying to smoke something. I plaintiff informed Defendant Nelson I wasn't smoking or burning anything, and I continued to do my daily tasks. C/o Nelson proceeded to walk away from my cell front, and head down the gallery.

(4) Several minutes Later Defendant Nelson returned with both Defendants Lt. Davis and Sgt. Matsko at my cell front, asking me was I in my cell burning and or smoking something. I plaintiff was in the process of using the bathroom and inform them, I wasn't or never have been smoking or burning anything.

(B) Defendants Lt. Davis, Sgt. Matsko started Looking in cells in the

5

general area of plaintiffs cell, but Returned to the cell front of plaintiffs Defendant's Lt. Davis, Sgt. Matsko, and C/o Nelson, told plaintiff to come to cell front and cuff up for a shakedown.

5) I plaintiff, approached the front of my cell door, and handed the Defendant Sgt. Matsko my I.D.O.C. I.D. card, and informed the defendant, "I plaintiff is a Transgender female and you see on the back of my I.D. states," "Search-F", which means Search by females only".

B) Defendant Sgt. Matsko and Lt. Davis, as well as Defendant C/o Nelson viewed plaintiff I.D., and Told plaintiff," we dont give a Fuck about that, your here at a male prison, you got a dick and balls, not a pussy".

C) I plaintiff was Shocked and told Defendants," I'm not refusing a Shakedown or disobeying security, I just dont want to be touched by a individual outside my gender, regarding a pat down / Shakedown.

D) Defendant Sgt. Matsko, and defendant Lt. Davis, reach on there person and produced can's of mase, pointing and yelling," If you dont cuff up your Fag ass is going to get sprayed and your ass beat!!

E) I plaintiff put my hands up to block my eye's from the pointed can's of mase at me by defendants, stating," I just want to be Search by a female". making sure not to make any sudden movements to provoke the defendants, I turn around and place my hands behind my back at my cell door.

6) I plaintiff, felt someone place handcuffs on me why I had my back to all defendants and open my cell door, pulling me back and out my cell. upon me Turning around I Noticed Defendant Sgt. Matsko hands on the cuffs I had on, directing me out the cell, and position me between Defendant J. Nelson and himself.

B) I plaintiff Trembled and requested a female to conduct the search, becoming aware of the intent actions of the defendants. In front of me Defendant J. Nelson reach out and aggressively grab, Twisted, and pinched plaintiff breast

6

Exhibit A

while saying," Stop Shaking you dick sucker you know you like it Rough". As I plaintiff Started to pull Away, while cuffed up, I plaintiff wasnt able to get Away due to defendant Sgt. Matsko was hold plaintiff in place by the cuffs that contained plaintiff, as well as Defendant Lt. Davis behind Sgt. Matsko.

(C) I, plaintiff yelled to Defendant Lt. Davis to have Defendant to Stop the Shakedown. Lt. Davis Laughed and continue to Laugh as Defendant Matsko kick my leg's Apart, tighten his gribs on my handcuffed hands, and reached and aggressively grab my private area squeezing, causing me to scream and Start begging for A Criss Team. (grab plaintiff male sex organ)

⑦ Inmates that was in Living area of plaintiff Started yelling towards the defendants, as well as plaintiff crying, Trembling, and yelling for them to Stop and was in need of a Criss Team member.

⑧ Defendant Lt. Davis directed Sgt. Matsko and c/o J. Nelson to put me plaintiff into the Shower, Defendants walked plaintiff to the Shower, Locking me in it and Leaving plaintiff there for around 10-20 mintues.

⑧ After being in the Shower for sometime, Defendant Sgt. Matsko Approached plaintiff, opening Shower door on 8 gallery Stating; "Your bitch ass is going to Segregation". Walking me off the gallery, out the building, to the Segregation building in N-2 housing for inmates.

⑤ upon Arriving at Segregation on 2-9-24, while I plaintiff was in holding cage I plaintiff asked Several officers for a Criss Team. Officals informed me I would be issued a phone to file a PREA or A Criss Team member to speak with, and escorted me to my Cell 315 on 3 gallery, where I Awaited to receive A phone or Criss Team member. I never received a phone or A criss Team member on 2-9-24, as well (7) as any medical Treatment.

Exhibit A

⑨ On 2-10-24, I plaintiff woke up in very serious pain. Plaintiff penis and gentilias was swollen and causing sharp pain and discomfert. I plaintiff inform A officer I needed medical treatment, as well as a Criss Team member on 1st shift 7-3 p.m. And was denied by officers stating, "I will be find a big guy like you will be just fine".

Ⓑ I plaintiff lay there in pain for several hours, until the count light pop on, which is a sign that its shift exchange, and new officers would be coming by, so I plaintiff stop the 3-11 p.m shift officer informed him I need a criss team and medical attention. He handcuff me and put me in a cage to wait on mental health to see me.

Ⓒ Waiting in the cage for a hour or so handcuff to a seat, mental Health finally came and interviewed me. I informed her of the sexual assault / sexual abuse by the 3 male officers and I was Transgender. I also informed her that even when I showed them my I.D. which states (Search-F) Search by female, cause I am Transgender, only ected as fuel to there cruel intention to tourment me for that sole purpose. Mental Health inform me she would file A PREA on my behalf and also be placing me on Suicide watch due to the emotional and mental drama + Trama caused by defendants, and request medical treatment.

⑩ 2-10-24 - 2-26-24, I plaintiff stayed on criss watch talking to mental Health due to fear of my life + safety and becoming a target for having A PREA put on the 3 defendants for sexual assault and sexual abuse., denial of medical treatment.

Ⓑ on 2-26-24, I plaintiff got out of Segregation/ Criss watch. On or around 2-28-24, I was pulled out my cell to Talk to Jane and John Doe of Pontiac Internal affairs, and was asked what happen on 2-9-24 and the PREA that was filed on 2-10-24 by mental Health. I informed both of them of the events

(8)

Exhibit A

on 2-9-24 and the Actions of defendants. Jane and John Doe was writing and asking Question for several mintues.

(E) Jane and John Doe, ask to see my I.D. to verify that I had Search-F (Search female) on the back of my I.D. I told Jane and John Doe I wanted to press charges on defendants for Sexual Abuse + Assault For grabing my private (Penis and balls) and Aggressively pinching, Twisting, and groping my breast, Along with the Verbal Abuse, causing swelling to my private Area.

(F) Jane and John doe Stated," They wasnt going to persue anything pass them talking to me due to I seem to be unhurt, Also Stated, "I plaintff cannot put a K.S.F. (Keep Seperate from) on correctional officers or T.R.O. (Tempoary Restraining order) on the defendants.

(G) I plaintiff informed (@) Jane and John doe, that I receive Alot of this Type of harassment due to I'm Transgender, as well as c/o's being from the Town pontiac, have and continue to Retaliate Against me for having my criminal case happening in there Town of pontiac, Illinois.

(H) Jane and John Doe informed me that I Shouldn't even be at Pontiac due to my criminal case happen in the town of pontiac to Aviod this type of situation of a Target for the Locals. Jane and John doe went on to Stay that its A board in side the Cage, that shows every Transgender inmate in Southhouse, so it is no issues as to why the defendants didnt uptain a female to Search my person.

(I) I plaintiff was Returned to my cell and was told I would hear Something in the mail.

(J) Several days Later, I got A Reply from the prison signed off on by the defendant Mindi Nurse, that my claims wasnt substoniated case closed. I went on and appeal this decision to the defendant Rob Jefferys in Springfield

(9)

Exhibit A

who deem the plaintiff claims as moot and unsubstantiated. denying plaintiff was sexual abused by defendants.

⑪ Shortly after my interview with Jane and John doe of internal affairs, I plaintiff was moved to Easthouse protective custody, cell # 406.

Ⓑ upon arriving in Easthouse, I noticed the harsh living conditions I was being force to live in, such as mold in shower, holes in the Roof, debrie falling off building Roof, black material floating in water, wild animals in the night Roaming around. windows that cant close, Leaks in the cieling causing dangerous collection of water for A.D.A. Inmates to be Subjected to slipping and falling. No Heat (The heat was to be cut off April 5, its April 10, 2024, and its overly cold in the cells)

Ⓒ It is well documented that the Easthouse in pontiac was court ordered to be closed ( governer Inspector investigation report (Public Redaction) Supreme court 23 19-01177) (Shutdown Pontiac # 19-01232) ( App. decision Livingston County IL 20-CF-260) but officals are hausing inmates in it still for a collective Reason or another.

Ⓓ I, plaintiff is being housed in this condeem building due to Filing a PREA on defendants, as a Foem of Retaliation Forced to be housed in these harsh conditions for exercising my 1st Amendment Right to challenge and file grievances or PREA on officers who violate there duty of care and or misconduct that Amount's to Sexual Abuse, etc.

⑫ while I plaintiff lived in these conditions, I've been receiving sexual harassment threats from c/o Shepeard who is a c/o who is 5 day officer on plaintiff living Area/gallery I'm housed on. I plaintiff mostly ignored it due to it wasnt no physical Advances.

Ⓑ on 4-10-24, I plaintiff was still housed in Easthouse, cell # 406 where the

(10)

Exhibit A

defendant was Assigned to work. defendant Shepeard was making his Rounds passing out diner meals. defendant passed plaintiff cell, not providing a meal to plaintiff (This has happen several times by defendant since I plaintiff have been housed in EAsthouse). I plaintiff yelled for defendant to stop and give plaintiff a Tray (meal). Also plaintiff Question defendant about previously Tampering with plaintiff mail.

⑥ Defendant begin yelling Racial Slurs, Sexual Slurs, and went on to say," You think you got anything coming, you big black fag, You filed a PREA on Sgt. Mastko and Nelson you nigger, and refuse to feed plaintiff Leaving the gallery. To only return and Aggressively Kick, yell, and beat on the cell bars door, causing plaintiff to feel physically Threaten and cause a Trigger to be Sexually Assaulted Again.

Ⓓ on 4-10-24, plaintiff filed a emergency grievance on defendant giving details to the situation, but counselor Kuttl and Chief Administrator Claim they never got it (Defendant Shepeard is 5 day gallery officer Assigned to plaintiff gallery, and is the individual() who collects grievance in a Sliver box thats very unsecure.)

⑫ To even go above and beyond defendants on 3-29-24 refuse to Let plaintiff engage in a video confrence, that was being held for a Interview with the THAW committee (monroe-v- Jefferys case for Transgender inmates to be Seen or interviewed for PRISM program At Centrilia to be in a healthy Safe Secure enviornment to Transition.) to be approved or denied to be relocated to a prison that is better to meet the needs of Transgender inmates.

Ⓑ when I plaintiff submitted for Transfer to the PRIsm program, I was informed by my counselor that mental Health informed() him I was Seen and interviewed by THAW committee and is waiting on Approval, etc which is a flase statemunt.           (11)

Exhibit A

"Statement of claim"

Defendant #1: Mindi Nurse violated plaintiff 8th Amendment Rights by subjecting plaintiff to amounts of calculated harassment unrelated to prison needs, by denying to take actions and deeming plaintiff being sexually assaulted not an Emergency, amounting to cruel and unusual puinshment, and Retaliation from defendants.

(B) Defendant Mindi Nurse violated plaintiff 1st and 14th Amendment by failure to protect plaintiff, who filed grievances and/or P.R.E.A (Prisoner RAPE Elimination Act) from retaliation by prison officals.

Defendant #2 Lt. Davis violated plaintiff 8th Amendment Rights by engaging in Sexual assault and/or Sexual abuse Against plaintiff, establishing cruel and unusual puinshment. Also violated plaintiff 14th Amendment Rights due process to be subjected to a Search by female staff only due to being Transgender female

Defendant #3 officer Nelson violated plaintiff 8th Amendment Right by sexually Assaulting and sexual abusing plaintiff, establishing cruel and unusual puinshment. Also violated plaintiff 14th Amendment Right due process by failing to commit a Search by female due to plaintiff is a Transgender female.

Defendant #4 Sgt. Matsko violated plaintiff Rights 8th Amendment by sexually assaulting and sexually abusing plaintiff, establishing cruel and unusual puinshment and 14th Amendment Rights due process for failure to provide a female search to a Transgender female inmate.

Defendant #5 Rob Jefferys violated plaintiff 8th Amendment Rights failure to protect plaintiff from sexual assault and sexual abuse, 14th Amendment

(12)

Exhibit A

violation due process providing a search by female to Transgender Female inmates.

Defendant #6 And #7: Jane and John Doe violated plaintiff 8th Amendment Right(s) failure to protect from sexual Abuse.

Defendant #8 C/o Shepeard violated plaintiff 8th Amendment Rights by Sexually Abusing plaintiff, sexual harassment, cruel and unusual punishment.

All Defendants violated plaintiffs 1st and 14th Amendment Rights by Retaliation Against plaintiff for filing a PREA, grievances, etc in the forms of Targeting plaintiff for defendants who sexually Assaulted and sexually Abuse the Plaintiff, Also forcing plaintiff to be subjected to harsh Living conditions

Respectfully submitted
9-3-24
Jarvis Postlewaite
R 25461
P.O Box 99
Pontiac, IL 61764

(13)

Exhibit B



# ILLINOIS STATE POLICE
*Division of Internal Investigation*

JB Pritzker
*Governor*

Brendan F. Kelly
*Director*

May 2, 2024

IIC Jarvis Postlewaite #R25461
Pontiac C.C.
700 W. Lincoln Street
Pontiac, Illinois 61764

Dear IIC Postlewaite:

    Re:  Your Correspondence dated April 14, 2024

    On April 22, 2024, the Illinois State Police (ISP) Division of Internal Investigation (DII) received your letter regarding your allegation against Pontiac Correctional Center (PCC) officers Mastko, Nelson, and Davis. DII conducted a preliminary inquiry into your allegations, which included a review of your complaint letter and consultation with IDOC investigations.

    This letter is to inform you the preliminary inquiry has been completed, and it was determined DII will not investigate this matter criminally, and considers your issues closed. Thank you for bringing this matter to the attention of the ISP.

Sincerely,

*Natasha Lawson #5868*

Captain Natasha Lawson
DII Southern Commander

NL:bjw
cc:  Digital Intel File