Date: 10/31/24

Dear Judge

Greetings once again. I am also informing you & co-monitor that I have wrote the TAC committee William Puga (co-chairman) and other Board members requesting that they should kindly schedule me a video conference hearing in front of TAC committee members to be giving opportunity to speak for myself before them in their official capacity so I may present my own personal testimony on why I should be accepted for transfer to Logan c.c. (female facility)

I explain that I truly believe my personal testimony will be of a great benefit in any decision they make in transferring me. I also inform them that been given an opportunity to be present during that video conference hearing that I could better communicate with the Board members on my substantial risk of harm b-een housed in

I Turn-over

a male facility. And any questions they have for me, I could communicate and respond directly that might make them have a sound judgment as to placement.

I informed them that "While I could write out some of my issues has a Transgender woman in a male facility, it would be better to directly hear from me, which is why I respectfully ask the TAC committee (William Puga - Co-Chairman, IDOC Chief of Operation, IDOC Agency Medical Director, IDOC Chief of Psychiatry & IDOC TCO.

IDOC Chief of Psychiatry
William Puga (TAC committee)
Co-Chairman
2848 W. McDonough St.
Joliet, Ill 60438
(815) 730-4400

Your honor, I am truly fearing for my safety. I will really appreciate it if you/co-monitor can contact TAC committee to strongly scheduling a video conference hearing having me present to speak to them on my Transgender safety concern in a male facility.

Ms Oluwole Olivia Akindele
#B59215
Dixon C.C. prison
2600 N. Brinton AVE.
Dixon, Illinois 61021

To: Clerk Of Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, Illinois 62201

Confidential Legal mail

THIS CORRESPONDENCE IS FROM AN
INDIVIDUAL IN CUSTODY OF THE
ILLINOIS DEPT OF CORRECTIONS

STREAM IL 601
4 NOV 2024 PM 3 L

