# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN BOWMAN, MELVIN HINTON, and LATONYA HUGHES,<br><br>Defendants. | Civil No. 3:18-cv-00156-NJR |

## PLAINTIFFS' TENTH SUBMISSION OF EVIDENCE

Plaintiffs hereby submit the following declaration (under seal) of a class member housed at Menard Correctional Center to substantiate the concerns raised by Plaintiffs in their Motion for Transfer of Class Members Out of Menard Correctional Center (Dkts. 705, 715) and Reply (Dkt. 748).

Dated: November 25, 2024							Respectfully submitted by:

											/s/ Michelle T. García

**Brent P. Ray**  
KING & SPALDING LLP  
110 N. Wacker Drive, Suite 3800  
Chicago, IL 60606  
Telephone: (312) 995-6333  
Facsimile: (312) 995-6330  
*bray@kslaw.com*

**Abby L. Parsons**  
KING & SPALDING LLP  
1100 Louisiana Street, Suite 4100  
Houston, TX 77002  
Telephone: (713) 751-3294  
*aparsons@kslaw.com*

**Thomas E. Kennedy III**  
**Sarah Jane Hunt**  
KENNEDY HUNT P.C.  
906 Olive Street, Suite 200  
Saint Louis, MO 63101  
Telephone: (314) 872-9041  
*tkennedy@KennedyHuntLaw.com*  
*sarahjane@KennedyHuntLaw.com*

**Malita Picasso**  
AMERICAN CIVIL LIBERTIES UNION  
125 Broad Street  
New, NY 10004  
Telephone: (212) 549-2561  
*mpicasso@aclu-il.org*

**Camille E. Bennett**  
**Michelle T. García**  
**Alexis Picard**  
**Mason Strand**  
ROGER BALDWIN FOUNDATION OF ACLU, INC.  
150 North Michigan Avenue, Suite 600  
Chicago, IL 60601  
Telephone: (312) 201-9740  
Facsimile: (312) 288-5225  
*cbennett@aclu-il.org*  
*mgarcia@aclu-il.org*  
*apicard@aclu-il.org*  
*mstrand@aclu-il.org*

**Amelia H. Bailey**  
**Thomas J. Leahy**  
**Anne J. Hudson**  
**Ashton Dubey**  
KIRKLAND & ELLIS LLP  
333 West Wolf Point Plaza  
Chicago, IL 60654  
Telephone: (312) 862-2000  
Facsimile: (312) 862-2200  
*amelia.bailey@kirkland.com*  
*thomas.leahy@kirkland.com*  
*anne.hudson@kirkland.com*  
*ashton.dubey@kirkland.com*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify on November 25, 2024, I electronically filed the foregoing document and any attachments with the Clerk of Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

/s/ Michelle T. García
Michelle T. García