DISTRICT OF ILLINOIS

Monroe, et al
_____ Plaintiff

v.

Lotova Hughes, et al
_____ Defendent

Civil NO: 3:18-CV-00156
NJR

SCANNED at MENARD and E-mailed
12/12/24 by JA 31 pages
Date    initials    No.

## NOTICE OF FILING

To Clerk office for the Southern District
Court, 750 Missouri Ave.
East St. Louis, Il. 62201

Please Take Notice that on Dec. 8, 2024 I have provided
service to the person listed above by the following Means
Electronically filed through Menard C.C. Law Library 31 pages
of A T.R.O and Preliminary injunction.

DECLARATION UNDER PENALTY OF PERJURY
Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of
perjury that I am a name party in the above action, that I have read
the above documents and that the information contained therein is true
and correct to the best of my knowledge      Date 12/8/24
                                              /s/ Ms. Kloen
                                              James Dorn #N-90855
                                              711 Kaskaski St.
                                              Menard, Ill 62259

UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF ILLINOIS

Monroe, et al
          Plaintiff

          V.                          Civil No. 3:18-CV-00156
Latoya Hughes, et al                          NJR
          Defendant

ORDER TO SHOW CAUSE AND TEMPORARY RESTRAING ORDER

Upon the supporting declaration of the plaintiff and the accom
panying Memorandum of law it is ORDERED that defendant
Mrs. Hughes show cause in room of the United State Courtroom
Southern District Court 750 Missouri Ave. East St Louis Il.
62201 on the day of _____ 202 at      o'clock
why a preliminary injunction should not issue pursuant to Rule
65 (a), Fed. R. Civ. P. enjoining the said defendants, their successors
in office, agents, and employees and all other persons acting in
concern and participation with them. for Ms. Dorn to be transfer
to PRISM program at Centralia C.C. until she receive her gender
affirming Surgery and/or logan because all of her hormones levels
consider her to be a female.

   IT IS FURTHER ORDERED that effective immediately
and pending the hear and determination of this matter, That Ms.
Dorn be seen by Dr. and/or Mr. Phifer to be interview and/or
examined if she is able to have her gender affirming Surgery

                    1 of 3

Cont. page 2

IT IS FURTHER ODERED) that this order to show cause and all other papers attached to this application, shall be served on defendant Warden Wills at Menard C.C., and the United Marshal Service is hereby directed to effectuate such service ~~by hereby direct~~

_____
United States District Judge

UN I T E D S T A T E S D I S T R I C T C O U R T
DISTRICT OF ILLINOIS

Monroe, et al
                Plaintiff                    Civil NO 3:18-CV-00156
                                                     NJR
        V.
Latoya Hughes, et al
                Defendant

## DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Ms. Dorn States

1) I am the plaintiff in this case. I make this declaration in support of my motion for a temporary restraining order and a preliminary injunction to ensure that her constitional rights be met by being a transgender female in I.D.O.C.

2) On or about 11:30 Am (12/8/24) She was told by officer John Doe to come to the door and be cuff up to be shake down (5 gallery 517) My 5 day officer open the door and John Doe that cuff me walk me out of the cell.

3) I am approve p.c. transgender person in custody. Even though all the staff in WEST p.c. know I have been approve p.c. for almost 2 years they still put my person in the ballpen with unapprove people in custody from cell 511 to 520

4) About 30 Mins later 3 toll shift Sgt. McDonald, John Doe both of them was on the tact team. I told both of these staff Member

3 of 31

Cont. page 2

that I am a transgender (female) I repeated this many time and only told by Sgt. Mc.Donald "as long I have a dick and balls I am a man. I told Sgt. Mc Donald you know me, you is the west p.c. five day Sgt. on the 3 to 11 shift. I was told by him to don't say shit just open your ass for this shake down.

5.) I then ask for a Lt. I was told by Mc.Donald that there is no Lt. in the builden

6.) As I was being strip by John Doe and Sgt. Mc Donald officer John Doe said look at them boy panty with the shit stains in them he want get them No more

7) I was then put back in hand cuff by Sgt. Mc Donald as he was taken me to the bull pen on the West cell house pop. Side Sgt. Mc Donald stated how many times do I have to tell u transgenders don't have rights in Menard

8.) After about 15 Mins in pop.bullpen I was walk back to p.c. bullpen and I saw Lt. Sadler and I tryed to tell him the above he stated Nobody in p.c. have rights. I don't care about you being transgender "Mr. Dorn. I then told this Lt. that I am filen a PRLA on him and his staff he stated "Sure heard that before make sure you spell My name right.

9) There was one female officer that goes by Ms. "k" (Jane Doe)

4 of 31

Cont. page 3
I heard Lt. Sadler tell her it ask tell them that you strip search both transgender.

10). Even though Menord have a X-ray Machine. I was personally pointed out to be harass by Menord Staff. This is a on going problem in Menord p.c. (See ex(E))

11) John Doe and Sgt. Mc.Donald who said to tact team member John Doe look he have big patches on him do you think he Might be a transgender? (Said as a joke) Tact team Member John Doe Stated who care

12) I receive a disciplinary report Clearly Stated I was strip search by a different male officer. Menord Staff will admit to there wrong, because there is nothing being done to them as far as dis-ciplined for there action see ex(E).

FOR the fore going reason, the court should grant the Motion in it's entirely, is true and Correct.

Pursuant to 28 U.S.C § 1746. I declare under penalty of perjury that the foregoing is true and correct      Date Dec. 8, 2024

/S/ Ms. Dorn

James Dorn #N-90855

711 Kaskaskia St.

5 of 31      Menord, Il. 62259

UNITED STATES DISTRICT COURT

DISTRICT of ILLINOIS

Monroe, et al
    plaintiff

    V.                                     Civil No: 3:18-CV-00156

Latoya Hughes et al                        NJ R
    Defendant

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

This is a civil rights actions brought under 42 U.S.C § 1983 by a State person in custody who is a transgender (female) who is being denied her constitutional rights that have already been agreed by this Court against I.D.O.C. The plaintiff seek a temporary restraining order and a preliminary injunction to ensure that she receive the Standard that have already set by this court for transgenders in I.D.O.C.

As Stated in the Exhibits with then this Motion
1.) On 9/8/22 Ms. Dorn was showed the affirming surgery being done. at Galesburg, A.K.A Hill C.C. And sign a consent patient consent form for Gender affirming Surgery Consultation form see Exp (A)

2.) On ____ or about the year of 2022 Ms Dorn was put on Hormones.

3.) On 3/13/23 a Mental health Master treatment Plan was done.
   SEE EX B                    6 of 31

Cont, page 2

4) On 8/9/23 Ms. Dorn was Evaluate for Gender Dysphoria see ex &

5) On July 22, 2024 She receit a letter sayen that her Transgender Journal have reach the right people see ex. D

6) As of 12/8/24 Ms. Dorn meets all the standard as shown on the above to receive her gender affirming Surgery.

# ARGUMENT

A. The Plaintiff is Threatened with irreparable Harm

The Plaintiff alleges that she has been denied her gender affirming surgery she further to say that sense the program 'No' transgender from Menard have been interview or approved for the operation Such conduct have already been establish by this court is a violation of her constitutional right, "intentionally interfering with the standards that is already set by this court is a form of unlawful deliberate indifference.

B. The Balance Of Hardships favors the Plaintiff

In deciding whether to grant TROs and preliminary injunctions court ask whether the suffering of moving party if the Motion is denied will outweigh the suffering of the non-Moving party if the Motion is granted see e.g Mitchell V. Cuomo 748 F.2d 804, 808 (2d Cir 1984) (holding that danger posed by prison crowding outweigh State's financial and administrative concern): Duran V. Anaya 642 F.Supp. 510, 527 (D.N.M. 1986) (holding that prisoners interest in safety and Medical care outweigh State's interest in saving money by cutting staff).

C. The Plaintiff law suit has pass Merits, Which court have set Standard for I.D.O.C to follow for Transgender (female) Even they have set there standard I.D.O.C and/or Menard feel they don't have to follow them.

8 of 31

Cont. page 2

D. The Relief Sought Will Serve the Public Interest

In this case, the grant of relief will serve the public interest because it is always in the public interest for prison officials to obey the law, especially the constitution. Phelps- Roper V. Nixon, 545 F.3d 685, 690 (8th Cir. 2008) Duran v. Anaya, 642 F.Supp 510, 527 (D. N.M.) 1986 ( Respect for law, particularly by officials responsible for the administration of the state correctional system, is in itself a matter of the highest public interest"), Llewelyn V. Oakland County prosecutor's office, 402 F.Supp. 1379, 2393 (E.D. Mich. 1975) ("stating the constitution is the ultimate expression of the public interest").

E. The Plaintiff SHOULD NOT BE REQUIRED TO POST SECURITY

The plaintiff is a indigent person in custody. The court have the discretion to excuse an impoverished litigant from posting security Elliott V. Kiesewetter, 98 F.3d 47, 60 (3d cir. 1996)

CONCLUSION

for the foregoing reason, the court should grant Motion in it entirely

Date 12/8/24

/S/ Abs Dorn

James Dorn #N-90853
711 Kaskaskia St.
Menard, Ill. 62259

2 of 3



EX (A)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Pathway to Informed Consent**
**Patient Consent Form for Gender Affirming Surgery Consultation**

_Ni/ICC_
Facility

Patient Legal Name: _James Dorn_ Patient Chosen Name: _Morqus_ ID#: _N-908.55_

Pronouns: (Please indicate all that apply) _Ms, Dorn_      If No Preference Check here: ☐

IDOC is currently making available 3 Gender Affirming Surgery Options for our Transgender Health patients.

Please mark the **ONE** option that you are requesting. Choosing more than one option will invalidate this request.

|  | **Transgender Females** |  | **Transgender Males** |  |
|---|---|---|---|---|
| Orchiectomy |  | ☐ | Top Surgery | ☐ |
| Vaginoplasty |  | ☑ |  |  |

**I REQUEST referral for consultation for Gender Affirming Surgery.**

_(initials)_ I have fully reviewed educational videos/brochures regarding my surgery of interest and am comfortable providing consent for referral for formal consultation for Gender Affirming Surgery

_(initials)_ I agree that if Gender Affirming surgery is pursued, I will be compliant with all pre and post-operative surgical care plans.

_(initials)_ I agree to remain compliant with my medical and mental healthcare treatment including any feminizing or masculinizing hormone therapy that is a part of my care plan.

_(initials)_ I am aware that I must meet the requirements of the Gender Affirming Surgeon and that the final decision will rest with the surgeon and will be based on the patient's medical or mental health suitability for the requested procedure as determined by the surgeon.

_(initials)_ I am aware that my eligibility for surgery could change if there is any serious or concerning change relative to mental or medical health that might render me unsuitable for surgery at that time.

_(initials)_ I am aware that I am not obligated to proceed with surgery by signing this form. I understand that this form represents my consent to proceed with a formal surgical consultation.

_(initials)_ I further understand that at NO time am I obligated to proceed with gender affirming surgery if I decide for any reason at any time to not proceed.

_(initials)_ I believe my requested gender affirming procedure is medically necessary for meaningful transition in the treatment of my Gender Dysphoria

I have been on hormone therapy for (please check the one that applies)

☐ 0-6 months
☐ 6-12 months
☐ 12+ months
☑ I am not on hormone replacement therapy

Please Explain: _Because the Doctor at Pinckneyville and at the Hill which I been here for two more month refuse to start my hormone therapy, from my understand I am suppose to be put in for H.T.C._

Distribution: Medical File      _11 of 31_      Printed on Recycled Paper      DOC 0660 (Eff. 11/2021)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Pathway to Informed Consent**
**Patient Consent Form for Gender Affirming Surgery Consultation**

_James Dorn_
_____
Patient Signature

_9/28/22_
_____
Date

_Cathy Howell LSW_
_____
Mental Health Provider Signature (Witness)

_9/28/22_
_____
Date

☐     **I DECLINE referral for consultation for Gender Affirming Surgery at this time.**

☐     I am no longer interested in gender affirming surgery and want to be removed from consideration.  If I change my mind in the future, I will inform the THAWC in writing for reconsideration

_____
Patient Signature

_____
Date

_____
Mental Health Provider Signature (Witness)

_____
Date

Distribution:  Medical File          12 of 31          *Printed on Recycled Paper*          DOC 0680 (Eff. 11/2021)

Dorn v. Jeffreys, et al. (22-2378) Document No.:     000698

EXHIBIT (B)

13 of 3(

EX (B)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Mental Health Master Treatment Plan

Facility | Menard CC

**Name of Individual in Custody:** Dorn James  **ID#:** N96855  **DOB:** 6/3/71

**Treatment Plan Date:** 3/13/23

**Treatment Type:** ☐ Crisis Watch Entry/7 days RH/ERH Entry  ☐ Routine Crisis Watch  ☐ Crisis Watch upon discharge

**Next Treatment Plan Due:** ☐ Annually (OP)  ☐ Every 6 months (SDP/mRTU)  ☐ Every 2 months (RTU)
☒ Monthly (RH/ERH)  ☐ Weekly (Input, Crisis)  **Next Treatment Plan Due:** 4/13/23

| | |
|---|---|
| **TREATMENT ISSUE(S):** What are the patient's current mental health issues? | Client recently transferred from to Menard. She has been recieving MH treatment throughout her incarceration. |
| **PATIENT HISTORY:** Record relevant biological, psychological and social history including any family history of mental disorders and any relevant substance abuse or physical health problems. | |

**DIAGNOSIS:**

**Psychiatric:**

Gender Dysphoria } Per Psych in 03/00
Bepolar (PTSD) }

**Medical:**

| **Current MGAF:** | 60 | to | 62 |
|---|---|---|---|

| Medication(s): | Dose: | Frequency: | Indication: |
|---|---|---|---|
| Celexa | | | |
| Prazosin | 17 of 31 | | |

Dorn v. Jeffreys, et al. (22-2378) Document No.:  000755
DOC 0284 (Rev. 2/2023)

Ex B

ILLINOIS DEPARTMENT OF CORRECTIONS

## Mental Health Master Treatment Plan

Facility [Menard CC]

Name of Individual in Custody: [Dom James]    ID#: [N90855]    DOB: [4/3/71]

| Medication(s): | Dose: | Frequency: | Indication: |
|---|---|---|---|
|  |  |  |  |

**Add Medication**

Response to medication and other concurrent treatment: (Comment on enforced meds, compliance issues, lab follow-ups, etc.)

"Beautiful"

"Get put back on Bipolar medication"

Client long-term goals: (use client direct quote)

Work on gender journey

Short-term Objectives: (Must be specific, measurable, attainable within review period, realistic and time-bound)

16 of 31

Ex(B)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Mental Health Master Treatment Plan

Facility _Menard CC_

Name of Individual in Custody: _Dorn, James_    ID#: _N90855_    DOB: _6/2/71_

| Objective number: | Objective (Linked to documented functional impairment, symptoms & diagnosis): |
|---|---|
| 1 | Ms Dorn is currently transitiong to a female. She has been on her journey for about 3 years. She will continue working on gender journey. |
| Client initials: X | **Clinical Interventions (Description, frequency, duration and staff responsible):** QMHP Wilkes or Backup Transgender Coordinator will meet w/Client, 1x every 30 days for 20 minutes, and use a combination of CBT, MI, and client centered therapeutic techniques to assist Client w/ her gender journey. |
| | **Involvement (Client agrees to participate by):** Ms Dorn agrees to attend, participate and try skills discussed / complete homework as assigned. |

**Short-term Objectives: (Must be specific, measurable, attainable within review period, realistic and time-bound)**

| Objective number: | Objective (Linked to documented functional impairment, symptoms & diagnosis): |
|---|---|
| 2 | Ms Dorn is currently prescribed psychiatric medications |
| Client initials: X | **Clinical Interventions (Description, frequency, duration and staff responsible):** Dr Patel or other assigned Psychiatric provider will meet w/Client, 1x every 90 days, or as scheduled and will evaluate for changes in side effects, symptoms and medication efficacy. |
| | **Involvement (Client agrees to participate by):** Ms Dorn agrees to attend, participate and talk w/ 90 days. |

15 of 31

EX (B)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Mental Health Master Treatment Plan

Facility  Menard CC

**Name of Individual in Custody:**  Dorn, James       **ID#:** N90855       **DOB:** 4/3/71

| Objective number: | Objective (Linked to documented functional impairment, symptoms & diagnosis): |
|---|---|
| | |
| | Clinical Interventions (Description, frequency, duration and staff responsible): |
| **Client initials:** | |
| | Involvement (Client agrees to participate by): |
| | |

**Short-term Objectives: (Must be specific, measurable, attainable within review period, realistic and time-bound)**

| Objective number: | Objective (Linked to documented functional impairment, symptoms & diagnosis): |
|---|---|
| | |
| | Clinical Interventions (Description, frequency, duration and staff responsible): |
| **Client initials:** | |
| | Involvement (Client agrees to participate by): |
| | 14 of 35 |



18 of 31

Ex (C)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Psychiatric Provider, Gender Dysphoria Evaluation**

*Menard*
Facility

Name: Dorn, James          ID#: N90855   Date: 8/9/23

**I. Diagnosis:**

DSM 5 TR Characteristics:

| Check One | Diagnosis |
|-----------|-----------|
| ☑Yes ☐No | A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics) |
| ☑Yes ☐No | A strong desire to be rid on one's primary and/or secondary sex characteristics because of a marked incongruence with one's experiences/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated) |
| ☑Yes ☐No | A strong desire for the primary and/or secondary sex characteristics of the other gender. |
| ☑Yes ☐No | A strong desire to be of the other gender (or some alternative gender different from one's assigned gender) |
| ☑Yes ☐No | A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender) |
| ☑Yes ☐No | A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender |

Does the Individual have at least 2 of the above characteristics?                    ☑Yes ☐ No
Has the Individual had the characteristics for at least 6 months?                     ☑Yes ☐ No
Significant distress or impairment in social, occupational, or other important areas of functioning    ☑Yes ☐ No
Gender Dysphoria diagnosis is confirmed?                                             ☑Yes ☐ No

Other Comments:

**II. Capacity:**

Would any current cognitive or psychiatric issue negatively impact this individual's ability to participate in an informed
consent discussion with medical regarding treatment options for Gender Dysphoria?          ☐ Yes ☑No

Explain:

**III. Mental Health Symptoms or diagnosis:**

Major Depressive D/o - partial remission
PTSD
Substance Use D/o - etoh, cannabis, stimulant

Psychiatric symptoms are reasonable well controlled?          ☑Yes ☐ No

Referral to: ☐ Mental Health staff assistant for Identification ☐ Medical ☐ Requesting Hormones ☐ Requesting Surgery

Leigh Fromm                                           PMHNP-BC
Physician Name (Printed)                               Title

Leigh Fromm PMHNP-BC                                  8/9/23
Physician Signature                                    Date

19 of 31

Distribution: Medical File, Master File          Printed on Recycled Paper          DOC 0701 (Eff. 08/2022)

Dorn v. Jeffreys, et al. (22-2378) Document No.:          000850

ILLINOIS DEPARTMENT OF CORRECTIONS

# Psychotropic Medication Consent

**Offender Name:** Dorn, James          **ID Number:** N90855

I am providing consent to receive treatment with the following Psychotropic Medication(s):

| Medication | Intended Purpose |
|---|---|
| DepaKote | Mood Swings |
|  |  |
|  |  |
|  |  |

The Physician has discussed and given written information to me regarding:

1. **What** medication(s) I will be taking;
2. What the medication(s) is/are **intended** to do for me;
3. Whether the medication requires periodic **testing**/procedures to ensure safety/efficacy;
4. The possible **side effects** of the recommended medication(s) including:   IDOC psychotropic med sheet
5. **Other** treatments and their effectiveness, availability and risks;
6. My right to **refuse** and what could happen if I refuse medication(s).

☒ Based upon the discussion with my Physician and the written materials given to me regarding my medication(s), **I agree to take** the medication(s) described above.

☐ Based upon the discussion with my Physician and the written materials given to me regarding my medication(s), **I do not agree to take** the medication(s) described above. If my refusal to take medication(s) results in my being a danger to myself or others, I understand that I may be given medication(s) under emergency conditions. I also understand that an Enforced Medication order may be sought for giving me this/these medication(s). If there is Enforced Medication approved by a Treatment Review Committee (TRC), I understand that this/these medication(s) will be given against my consent.

☒ I have been given the opportunity to ask questions.

☒ I understand that I can revoke this consent at any time.

**Comments:**

**Individual Signature:** x James Dorn          **Date:** 8/9/23

☒ The patient has the capacity to make reasoned decision to consent for the medication(s) listed above.

**Provider Signature:** Fromm RN MHNP-BC          **Date:** 8/9/23

☐ Check if individual gives consent to take medication(s), but refuses/is unable to sign this form.

**Witness Signature:** _____          **Date:** _____

Witness signature required for verbal consent

**Distribution: Offender Medical File**          20 of 31          DOC 0541 (Eff. 1/2019)

Dorn v. Jeffreys, et al. (22-2378) Document No.:    000849



21 of 31

JB Pritzker
Governor



*Ex (D)*

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:     July 22, 2024

TO:        Dorn, James N90855 WCH 3:15

FROM:    Dr. Wilson, MH Unit Director

SUBJECT: Transgender journey and update

I received your kite requesting an update on the gender reassignment surgery. I have reached out to those above me for an update. As soon as I hear something I will write you. I have your journey paperwork. If you like I can send it back to you or keep it until we hear something back from those that I have contacted.

Dr. Wilson, Mental Health Unit Director

*22 of 31*

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**



24 of 31

---



**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: W-PC    Bed #: 517

| Date: 12/8/24 | Individual (please print): James Dorn | ID #: N-90855 | Race (optional): N/A |

Current Facility: Menard

Facility where grievance issue occurred: Menard

**Nature of Grievance:**
☐ Staff Conduct  ☐ ADA Disability Accommodation  ☐ Personal Property  ☒ PREA
☐ Medical Treatment  ☐ Restoration of Sentence Credit  ☐ Mail Handling  ☐ HIPAA
☐ Disciplinary Report:  ☐ Dietary  ☐ Other (specify): _____

Date of Report _____ Facility where issued _____

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
- Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Date & Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

On or about 11:30 A.M (12/8/24) I was told by officer John Doe to come to the door and get cuff to be shake down (5 gallery 517) My 8 day officer open the door and John Doe that cuff Me, walk Me out of the cell. I am a approve Transgender person in custody. Even though all the staff in West Pc. know I have been approve P.C for 2 yrs, unapprove people in custody was in the bull pen with My (trash from 512 to 520 cell), About 30 Min later 3 to 11 shift Sgt Mc Donald, John Doe both of them was on the tact team, I told both of them the staff from a Transgender (female). I repeated this many time and was only told by Sgt Mc Donald as long I have a Dick and balls

☐ EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☐ Continued on Reverse

**Relief Requested:** Lt. Todd Sadler, Sgt. Mc Donald, officer Jane Doe A.K.A Mrs "k" and tact team member John Doe to be fired as Staff Member at Menard C.C. for violation against My first Amendment Right and/or Ms. Dorn Eight Amendment right was violated. Also Transgender female I She should be protected against unconstitutional strip Searches. Also see Monroe V. Latoya Hughes et al 3:18-cv-00156 NJR. This is why Menard have a V-tay machine for search all transgender female, but Menard staff refuse to use the rt (2) for Ms. Dorn to be transfer to PRISM at Central,ie C.C. until she receive her gender affirming surgery and/or logan because all her burnent level are consider her to be a female P.

| James Dorn | N-90855 | 12/8/24 |
| Individual in Custody Signature | ID # | Date |

**Counselor Response (if applicable):**    Date Received: _____
☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

25 of 31

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance.
☐ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

_____    _____
Chief Administrative Officer Signature    Date

Assigned Grievance #/Institution: _____
First Level Received: _____
Second Level Received: _____

___ Please check if using if utilizing follow up DOC 0743p

Pilot Program Only

Illinois Department of Corrections
Individual in Custody Grievance

I am a man. I told Sgt. Mc Donald you know Me you is the W-pc five day Sat on the 3 to 11 shift. I was told by him to don't say shit and just open your Ass for this shake Down. I then ask for a lit. I was told by Mc. Donald that if i no lit in the building. As I was force to strip search by John Doe and Sgt Mc. Donald officer John Doe said look at them boy panty with the shirt staring in them, he won't get them no more. I was then put back in hand cuff by Sgt. Mc. Donald as he was taken me to the bullpen west cell house pop. 3/ the Sgt. Mc. Donald state how many times do I have to tell u Transgender don't have rights in Menard. After about 17 min. in pop bullpen I was walk back to P.C. bullpen and I saw Lt. Sadler and tryed to tell him the above. He stated nobody in P.C. have rights I don't care about you being a transgender "Mr." born I then told this Lt. that I am filen a PREA on him and his staff he stated sure heard that before make sure you spell my name right. There was one female officer that goes by the name Mrs. K (Jane Doe) I heard Lt. Sadler tell her + ask tell them that you strip search both transgender, even though Menard have a V-ray Machine. I was personally pointed out to be harass by Menard staff. This is a on going problem in Menard P.C. I was also told by John Doe and Sgt. Mc. Donald who said to Tact team member John Doe look he have big patches on him do you think he might be transgender? Tact team member John Doe state who care.

Relift Request conf. from W-pc cell 512 to 520 who was in the bullpen at this time witness the shake down. 3) To interview each person in custody to see if those was approve and unaprove in the same bullpen, Also to be interview as to secureity the shake down that was done by Sgt. Mc Donald and John Doe

26 of 31

STATUS OF JUDGES

COUNTY OF RANDOLPH

EX.E

AFFIDAVIT

I _Roberto Vargas_ being first duly sworn upon my oath depose state that the following matter are both true and correct made personal knowledge and belief, and if called as a witness, I am competent to testify thereto.

1) On Oct. 30, 2023 on the 3 to 11 shift
I Seen through the Reflection of the window the events that transpired. Marcus was watching t.v Resided In the Cell next door 3-12 in the west House. The c/o Retaliated against marcus and Just decided to pepper Spray him. Afterwards while marcus got apprehended and Remove from the Cell I Seen the c/o that sprayed him Jank the t.V From the Back and messed up the Cable Cord and afterwards he grabbed the t.v and Broke it down the middle against the edge of the bunk then left and came back and grab the t.V again and ~~feed~~ Knee the t.V down the middle to break it more to make it Seem like marcus threw it to Cover themselves from any kickback

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and the information contained therm is true and correct to the best of my knowledge

/S/ Roberto Vargas
Roberto Vargas
Menard C.C.
P.O. Box 1000
Menard, Il. 62259-0711

27 of 31

Tr(E)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

JANIAH MONROE, MARILYN )
MELENDEZ, LYDIA HELÉNA VISION, )
SORA KUYKENDALL, and SASHA )
REED, individually and on behalf of a class )
of similarly situated individuals, )
)
          Plaintiffs, )    Civil No. 3:18-cv-00156-NJR
)
v. )
)
LATOYA HUGHES, MELVIN HINTON, )
and STEVEN BOWMAN, )
)
          Defendants.

### DECLARATION OF MS. DORN #N90855

I, Ms. Dorn, hereby state:

1.     I am a class member in the above-captioned matter.

2.     I am a transgender woman who is currently housed at the Menard Correctional Center. I have been at Menard since approximately March 2023.

3.     The Menard correctional officers intimidate and harass class members. In or about November 2023, one male officer took me to the area where they keep inmates during transportation; it is called the bullpen. I asked the officer to take me back to my cell because it was cold near the bullpen. His response was, "I'm tired of you fag sissys." Later that day, the same male officer came to my cell, and even though I had my back turned to him, he sprayed Mace at me. He falsely claimed I tried to throw my TV at him.

4.     On the same day as the incident above, another officer took me to the showers when the sergeant showed up and sprayed Mace at me. He then said, "one down, four to go," talking about transgender inmates.

28 of 31

1

Ex (E)

5.    Other people are around when I shower, and it makes me feel unsafe. I prefer washing up in my cell.

6.    I have been trying to update my class member ID card to show my preferred gender for searches as female officers. However, I am still being searched by male officers, which makes me feel disrespected and violated. There is a body scanner at Menard, but the male officers rarely use it on me.

7.    Correctional officers use disrespectful language like "gay sissy" when referring to class members. They do not address me as "Ms. Dorn" or use my preferred pronouns.

8.    I have not had my hormone treatment in about a month. I used to take hormone pills, but the nurses switched me to patches over two months ago. I am supposed to get a patch twice a week. Dr. Katz said to stay on the pills until my patches arrived, but my pills ran out a month ago, and I still do not have the patches. This means I am not getting my regular hormone treatment right now. My emotions are all over the place, and I am having hot flashes. I filed an emergency grievance about a week ago, but there has been no response. One nurse checks in on me, but I still have not received my patches.

9.    I have been trying to transfer to PRISM and get gender-affirming surgery for over 2 years, but IDOC is taking a long time with the process.

10.    I do not feel safe at Menard.

11.    I am very interested in transferring out of Menard. I want to leave Menard and join the PRISM program at Centralia Correctional Center. Eventually, I hope to be transferred to Logan Correctional Center.

12.    Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

29 of 31

Ex (A)

Dated: December 11, 2023                    /s/ Ms. Dorn
                                           Ms. Dorn, N90855[1]


Dated: _____                    _____


30 of 31

_____
[1] Plaintiffs' counsel spoke with Ms. Dorn on November 9, 2023 and December 11, 2023, by telephone. During these
conversations, Ms. Dorn authorized Plaintiffs' counsel to file this declaration on her behalf. Plaintiffs' counsel will
supplement this declaration with a signed copy from Ms. Dorn once it is returned to them by U.S. Mail.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Disciplinary Report

**Type of Report:**
☑ Disciplinary    ☐ Investigative

Facility: Menard Correctional Center                Date: 12-8-2024

Name of Individual in Custody: Dorn, James    ID #: N90855    SMI: ☑ yes ☐ no    Race: BLK

Observation Date: 12-8-2024    Approximate Time: 12:12 ☐ a.m. ☑ p.m.    Location: WCH Shower

**Offense(s): DR 504:** 202-Damage Or Misuse Of Property    313- Disobeying A Direct Order

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On Sunday December 8, 2024, I C/O Krause 7118 was assigned to WCH Door officer. At approximately 12:12 pm I was conducting an unclothed search on individual in custody Dorn, James N90855 due to Dorn identifying as transgender. I then observed Dorn wearing what appeared to be white pants that were made out of bedsheets. I then gave Dorn a direct order to give me his altered clothes which he refused. I then gave multiple direct orders for Dorn to take off his altered clothes which he continued to be non-compliant. Dorn then finally complied. Dorn was ID by state issue ID and O360. Proper chain of command notified. EOR.

**Witness(es):**

☐ Check if Disciplinary Report Continuation Page, DOC 0316, is attached to describe additional facts, observations or witnesses.

| C/O Krause | 7118 | C/O Krause (signature) | 12-8-2024 | 1:00 | ☐ a.m. ☑ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

### Disciplinary Action:

**Shift Review:** ☑ Temporary Confinement    ☐ Investigative Status    Reasons: _Nature of Offense_

Maj N Bishoe 380    Maj N B (signature)    12-8-24

Printed Name and Badge #    Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer)    Date

**Reviewing Officer's Decision:** ☑ Confinement reviewed by Reviewing Officer    Comment: _I Concur_

☐ **Major Infraction**, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ **Minor Infraction**, submitted to Program Unit

N/A Bishoe 1 #5    N/A (signature)    11-8-14

Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    Date

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if individual in custody refused to sign

Individual in Custody's Signature    ID#

Serving Employee (Print Name)    Badge #    Signature
☐ a.m. ☐ p.m.

Date Served    Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Individual in Custody's Signature    ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

Date of Disciplinary Report    Print individual in custody's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to: _____

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to: _____

Distribution:    Master File
Individual in Custody

Page 1 of 1
*Printed on Recycled Paper*

DOC 0317 (Rev. 7/2021)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: Dorn, James          ID Number: N90855

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?          Yes or **No**

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?          Yes or **No**

   If yes, please list case number:

   If yes, but you do not know the case number mark here:

3. Should this document be filed in a pending case?          **Yes** or No

   If yes, please list case number:   3:18-CV-00156-NJR

   If yes, but you do not know the case number mark here:

4. Please list the total number of pages being transmitted:          31

5. If multiple documents, please identify each document and the number of pages for each document. For example:  Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Notice of Filing | 1 |
| Order | 3 |
| Exhibits | 27 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.