In The United States District Court
Southern District of Illinois

Monroe et.al.,
Plaintiff(s)         → Case No. 18-CV-00156-NJR
    v.              Declaration of Skylar Cornille
Bowman et.al.,      — Emergency —

I, Skylar Cornille, under penalty of perjury do hereby declare & state as follows: Under extreme duress couple w/ the overwhelming fear for my well being I AM UNABLE (despite many attempts) to reach our Class Action monitor or Class Counsel. I've tried as have my family w/o success. As a transgender female here at Dixon I've been subjected to verbal harassment by staff & IIc w/o recourse on those at fault. I've had property destroyed, stolen, & been stabbed in the face that has cost me vision in my left eye. The more I write grievances/letters pleading for help the more I am retaliated on by staff. There is zero transgender mental health advocates that truly stand w/ for us. Warden lift no fingers to assist. Federal Court Consent Decrees are considered jokes here at Dixon as is state & federal laws, rights & protection. Hinton, Puga, Conway, Reister, Director, ISI, IA, ISP & more will do zero for us! I am currently in seg for a trumped up 215 charge over fact I was denied a transgender shower despite the C/o at fault on video breaching the safety & security, AD's, law, etc. I greatly fear the end result will be them getting me further hurt &/or killed. I am certain I will be further retaliated on for this Declaration but at least I can honestly say I've tried & fought excessively hard for all transgender rights. Everything written is just a fraction of what has occurred to me since arriving at Dixon CC in

Emergency 1

Per IsI of IDOC in October of 2023 after I testified herein as class action (IsI interviewed me) who has not bullied, abused, threatened, attacked me in any manner ect.; that is IIC Yost B24270 yet mental health conspired w/ Warden Andrea Tack to place me in harms way today by placing me in the cell w/ an IIC who wants nothing to do w/ transgenders, I was never asked my thoughts, concerns, or feelings nor was I given the option per AD 04.03.104 "Evaluation, Treatment, and Correctional Management of Transgender Offenders" Section b "Double Celling" which was clearly violated placing my health & safety at risk & it did present management & security concerns due to fact other IIC declared crisis all of which under Section K "Appeals" I should have been afforded the right to appeal this horrible injustice & I wasn't given the chance, I had to put my safety/well being at risk or face further disciplinary action. I have no other place to turn to & I beg this court if any way at all to give any assistance to prevent further harm to me I am simply trying to be who I am on the inside & I'm persecuted for it because my exterior don't match who I am on the inside. I am a wheel chair bound handicap vulnerable IIC who is transgender & IDOC could care a less how bad the harm me directly or indirectly. I have zero issues being celled w/ Yost but I am currently still seg stat & Yost is not so until I am set free from this fabricated 215 charge I plead to be left single then return back to cell w/ Yost.

I declare under penalty of perjury this is true & correct. Executed at Dixon CC in Dixon IL 12-16-24.

Skyler [signature]

*Emergency!*