# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 27, 2024

To:  Monica A. Stump
     UNITED STATES DISTRICT COURT
     Southern District of Illinois
     East St. Louis, IL 62201-0000

| No. 23-3371 | JANIAH MONROE, et al., individually and on behalf of a class of similarly situated individuals, <br> Plaintiffs - Appellees <br><br> v. <br><br> STEVEN BOWMAN, et al., <br> Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:18-cv-00156-NJR <br> Southern District of Illinois <br> District Judge Nancy J. Rosenstengel ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                          No record to be returned

form name: **c7_Mandate**   (form ID: **135**)