# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

December 5, 2024

Before

ILANA DIAMOND ROVNER, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 23-3371 | JANIAH MONROE, et al., individually and on behalf of a class of similarly situated individuals,<br>   Plaintiffs - Appellees<br><br>v.<br><br>STEVEN BOWMAN, et al.,<br>   Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 3:18-cv-00156-NJR<br>Southern District of Illinois<br>District Judge Nancy J. Rosenstengel ||

We appreciate the district court's and the parties' efforts in this challenging case. We also recognize that our decision today does not resolve anything about the merits of the parties' claims and defenses. Nevertheless, for the reasons we have explained, we must **VACATE** all existing injunctions and **REMAND** this action for further proceedings consistent with this opinion. We must also **DISMISS** the portion of the appeal challenging the district court's interlocutory finding of contempt, without having imposed sanctions. The above is in accordance with the decision of this court entered on this date. Costs on appeal to defendants.

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)