<em>JANIAH MONROE, et. al. v. STEVE MEEKS, et. al.</em>

<em>Case No. 3:18-CV-00156-NJR</em>

<em>United States District Court for the Southern District of Illinois</em>

Final Report of First Co-Monitor

January 21, 2025

Submitted by: Amanda L. Harris, MD, MPH (First Co-Monitor)

To all interested parties in this case,

Thank you for offering me the opportunity to assist with this case. I am hopeful that a path forward has been better marked out and that the new trial will build upon this progress and provide a smoother road ahead.

First, a correction to my previous report regarding surgeries: the total number of completed surgeries in 2024 was 3, bringing the grand total to 8 surgeries completed. IDOC anticipates an additional 6 to be performed in 2025. For details, please see the attached spreadsheets – the IDOC surgery tracker and my ongoing compilation.

Secondly, please also find attached, by way of a final report, an export of the summary face sheets of all class members known to me who are currently in custody. This is based upon a compilation of notes from various sources shared with me that I have continued to compile in one dataset. It may be incomplete or have some errors, but it is my best knowledge of the status of individuals to date. I hope it is helpful.

--Amanda Harris, MD, MPH