IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Case No: 3:18-cv-00156

Dear Honorable Judge,

Greetings to you. I pray that my letter gets to you in good health & spirit.

Well, my name is Ms. Olivia Akindele (B59215). I am a Transgender woman and one of the Individuals of a class members of case 3:18-cv-00156 ms

I am writing you your Honor regarding Hearing for my Safety has a Transgender woman at Dixon C.C. prison. I am currently on 5 day Hunger & Water Strike due to Discrimination/Retaliation by Dixon's Administration Staffs.

I was just recently Sexual abuse & Harassed on 1/30/25 by Sgt. Coffey (male) that puts me in a frame of mind of mentally Traumatized, Stress Degraded, Humiliated and mostly put to Shame. I was threatoning if I tell by making

my life miserable, you will be missing.

However upon talking to my Family's & attorney's (l King & Spalding LLP) I was advise to file my grievances, PREA complaint and inform Dixon's Administration.

Since alerting them, I have been physically assaulted, false Disciplinary ticket, legal Documents Destroyed.

I am currently in court now (Western Division Failure to Protect, Emergency preliminary Injunction Relief asking court to Order my Transfer to Logan C.C. prison (Female facility) 3:24-cv-50404.

I truly fear for my safety has a Transgender women in male facility.

On 1/29/25, 3/5/25 Internal Affairs Dept threating me during Interrogation on writing grievances reporting Dixon's Administration to Uptown peoples Law Center, John Howard Association, Deputy Director-Region I, Director of IDOC, ACLU etc

2

Since I came to Dixon's C.C. prison (12/20/23) I have been sexually abuse/Harassed 5 times.

→ I filed PREA complain on all incident, by IDOC Dixon staff (1/30/25)

→ I was also physically assaulted by c/o Miller/K Huse on 9/20/24.

On 9/18/24, I was also physically assaulted by c/o Dohl & Groosman. I filed grievances on all incident, and every PREA complain, grievances, etc. was given to King & Spalding LLP (attorney) Mr. Brent Ray.

→ They constantly refuse to give me my shower, telling me "Take it in your sink you faggot, saying "if you go on Facebook" "Behind the wall website" Science tell us its only 2 Genders Male/Female!".

Please Honorable Judge, I truly need you. I have wrote ACLU (Ms. Camille Bennett) regarding numerous sexual abuse & Harassment that I have been subjected to constantly.

3. Turn over

my mails are regularly destroyed, and sometimes legal mail open, read, torn before given to me.

→ I cried every night hoping that my situation gets to someone that will seriously get to the bottom of it.

I am getting target by my assailant (staffs/inmates) that sexually abuse/harassed me, verbally/physically threatening me, bullied etc.

Please, I look forward in your intervention. I am terrify/fear for my safety in a male facility. I truly look forward to your reply.

Yours Truly,
Ms. Olivia Akindele
#B59215

P.S. I fear for my safety at Dixon C.C. especially male facility.

Please Help Me !!

Reason: TAC committee

Dear Honorable Judge

Greetings to you again. I truly want to bring to your attention that I have been requesting for safety concern to be transfer to Logan C.C. through TAC committee (Dr. William Puga) but constantly they always have different excuses.

→ On 1/02/25, Director Hudges and Dr. Winton came to Dixon. I show them numerous substantiated PREA complain of been sexually abuse/harassed by inmates/staffs.

I was informed that they will talk to TAC committee (Dr. William Puga) in granting me video conference hearing bringing to them the abuse that I have gone through in a male facility and needing to be transfer to Logan C.C. (female facility)

→ On 2/7/25, I was given opportunity to speak to TAC committee (Dr. Puga, Dr. Reister and Women's Division

1

Representative.
Upon finishing (1hr/30min) they informed me "They truly want to send me that they will give Dixon's Transgender Coordinator their answer."

On 2/24/25, I was given a memo from TAC Committee stating "We Denied your Transfer at this time. Saying "you have shown great improvement, however we need you to go through Sex offender Treatment program for your committed offense before Transfer to women's facility.

I simply don't know why they constantly procrastinate, continue subjecting me to Sexual abuse/Harassment in a male facility, when several Transgenders at logan with similar/worst charges wasn't denied base on their charges.

I am bringing it up to you your honor. I started my transition 5 years ago, currently on Hormone Injection and my hormone level is at female by Endocrinologist.

I Don't feel safe in male facility (Dixon) Any

From: Mrs. Oluwole Oluite Akinyooye
#B59215
Dixon C.C. Prison
2600 N. Brinton Ave.
Dixon, Illinois 61021

To: United States District Court
Southern District of Illinois
c/o Clerk of Court
(Honorable Judge Nancy Rosenstengel)
750 Missouri Ave.
East St. Louis, Illinois 62201
Confidential Legal Mail

Legal mail

THIS CORRESPONDENCE IS FROM AN INDIVIDUAL IN CUSTODY OF THE ILLINOIS DEPT OF CORRECTIONS

MAIL CLEARED US MARSHALS

RECEIVED

MAR 21 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE