# EXHIBIT D

**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF ILLINOIS EAST ST. LOUIS DIVISION**

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, <br><br> Plaintiffs, <br><br> -vs- <br><br> LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN, <br><br> Defendants. | No. 18-156-NJR |

## DECLARATION OF WARDEN ANTHONY WILLS

I, ANTHONY WILLS, do hereby declare and state, under penalty of perjury, that I have personal knowledge of the facts and matters discussed in this declaration, and, if called as a witness, that I am competent to testify and would state as follows:

1. I currently work at Menard Correctional Center (hereinafter "Menard") as Warden, and I have been in this role since approximately April 2020.

2. In my role as Warden at Menard, my job responsibilities include, but are not limited to, the overall day-to-day administration of the correctional facility.

3. As Warden, my signatories or I may review emergency grievances or Grievance Officer reports concerning issues and complaints raised by individuals in custody through the grievance process at Menard. If a grievance is deemed as emergent, it is expedited and forwarded to the appropriate Department within the facility to provide a response and follow up.

4. If my office receives allegations concerning staff or staff conduct, those

complaints are forwarded to Internal Affairs for investigations.

5. Reports of feeling of unsafe and a report of sexual harassment are of concern to me as Warden. It is the policy of Menard to provide a safe and secure environment for all individuals in custody and to maintain a program for the prevention of sexual assaults. Menard has zero tolerance for sexual abuse or sexual harassment of any person or sexual relationships between staff and individual in custody.

6. When issues concerning private showers are raised by individuals, I advise the relevant cell house Major of the issue to be looked into and addressed and also send out a memorandum or bulletin that reiterates the appropriate procedures for staff, which allows transgender individuals private showers with curtains.

7. When issues concerning search violations are raised by individuals, I advise the relevant cell house Major of the issue to be looked into and addressed and also send out a memorandum or bulletin that reiterates the appropriate procedures for staff, which allows transgender individuals to be searched by a female officer when their identification card indicates transgender status (or the scanner is used).

8. During large shakedowns, female TACT members are available. When instances of alleged violations occur during these large shakedowns, I along with the administration respond accordingly, reiterating policies and procedures where necessary and looking into allegations of alleged violations. This is done through inquiries with Internal Affairs, Wardens' memorandums, cycle training, and the Department's planned trainings.

9. When issues concerning commissary or clothing are raised, I contact my business administrator to follow up on the reports. In the event there is a shortage or lack of items, the business administrator goes through the relevant process to procure those items.

The individual would be notified in the event there is a shortage and placed on a list that allows the facility to provide that item once it is received.

10. When issues arise concerning access to medical care or hormone treatment, the Health Care Unit is contacted to review the medical chart and follow up.

11. When issues arise concerning access to grievances forms, the law library and phone calls with counsel, I advise the relevant cell house Major of the issue to be looked into and addressed and also send out a memorandum or bulletin that reiterates the appropriate procedures for staff, which allows access to grievance forms, the law library and phone calls with counsel.

12. When issues concerning double-cells are raised by individuals, I advise the relevant cell house Major of the issue to be looked into and addressed and also send out a memorandum or bulletin that reiterates the appropriate procedures for staff.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

FURTHER DECLARANT SAYETH NOT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Anthony ~~Wells~~ Wills

3.17.25
Date