# Exhibit 1

**Michelle Garcia**

**From:** Camille Bennett <CBennett@aclu-il.org>
**Sent:** Wednesday, March 5, 2025 10:26 AM
**To:** Cook, Lisa; kyrstin.beasley@ilag.gov; Rizzo, Vincent M.
**Cc:** #ACLU Transgender Prisoner Rights External; Ray, Brent; Parsons, Abby
**Subject:** Monroe/request for documents re: Menard class members

Lisa, Kyrstin, Vincent – another document request:  to prepare for the hearing which starts April 1, we need files for the following individuals, who are the class members we are currently aware of at Menard or who appear on the department's January class member list we received this morning (I will use their IDOC names for ease of reference for the department/facility):

1. 
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.

The files we need for these individuals, from Dec. 30, 2023 (the date of our original motion) to present, are: (1) any grievances and responses to same; (2) any records of PREA complaints and responses to same; (3) any records of discipline and/or investigative files relating to the class member, and any incident reports; (4) any records of requests made to TAC, THAW or any other committee or individual with responsibility for dealing with requests relating to individuals with gender dysphoria in custody, and responses to same; (5) mental health records; (6) medical records; (7) all transfer requests and denials; and (8) all requests to be placed in protective custody and denials at Menard.

As you will recognize, this request is time-sensitive, so we would suggest providing us with these records on a rolling basis as they are copied/transmitted to you. Also, if IDOC is now aware of a class member who is not on this list who is at Menard (since the IDOC February class list is apparently not yet available), we request the same records for that person also. Thank you, and let us know if we need to discuss – Camille

**Camille E. Bennett** *(she/her)*
Director, Corrections Reform
ACLU of Illinois
150 N. Michigan Ave., Ste. 600, Chicago, IL 60601
■ 312.201.9740 x336 ■ cbennett@aclu-il.org