# Exhibit 5

# Michelle Garcia

| | |
|---|---|
| **From:** | Rizzo, Vincent M. <vrizzo@hinshawlaw.com> |
| **Sent:** | Wednesday, March 12, 2025 9:48 AM |
| **To:** | Camille Bennett |
| **Cc:** | #ACLU Transgender Prisoner Rights External; Ray, Brent; Parsons, Abby; Michelle Garcia; Brodzik, James M.; Penn, Justin M.; Cook, Lisa; kyrstin.beasley@ilag.gov |
| **Subject:** | RE: Monroe/request for documents re: Menard class members |

Camille, in preparation for our call, we note the following:

We have the following additional, unconfirmed individuals (also using their IDOC names for ease of reference):

1. ███
2. ███
3. ███
4. ███
5. ███
6. ███

For the documents, the time-period proposed is Dec. 30, 2023 (the date of our original motion) to the present. This is overly broad and seeks information that is not related to Plaintiffs' Motion for a Preliminary Injunction. Current conditions are what is relevant. Let's discuss on our call.

As to the categories of documents, we are discussing with client and will get back to you ASAP.

We object to a deposition of Director Hughes on a number of grounds including the Apex doctrine. We will provide availability for Drs. Puga, Reister, and Conway. What is your availability for these depositions?

Vincent

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234 | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com |





---

**From:** Rizzo, Vincent M.
**Sent:** Wednesday, March 12, 2025 9:33 AM
**To:** Camille Bennett <CBennett@aclu-il.org>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Ray, Brent <brent.ray@arnoldporter.com>; Parsons, Abby <abby.parsons@arnoldporter.com>; Michelle Garcia <MGarcia@aclu-il.org>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Penn, Justin M. <jpenn@hinshawlaw.com>
**Subject:** RE: Monroe/request for documents re: Menard class members

Camille, do you have availability today to discuss your document and deposition requests?

Vincent

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234 | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com | 



---

**From:** Rizzo, Vincent M.
**Sent:** Tuesday, March 11, 2025 10:08 AM
**To:** Camille Bennett <CBennett@aclu-il.org>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Ray, Brent <brent.ray@arnoldporter.com>; Parsons, Abby <abby.parsons@arnoldporter.com>
**Subject:** RE: Monroe/request for documents re: Menard class members

Camille, can you give me a call when you get a chance? Cell is 815-690-4056.

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234 | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com | 



---

**From:** Rizzo, Vincent M.
**Sent:** Sunday, March 9, 2025 6:12 PM
**To:** Camille Bennett <CBennett@aclu-il.org>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Ray, Brent <brent.ray@arnoldporter.com>; Parsons, Abby <abby.parsons@arnoldporter.com>
**Subject:** RE: Monroe/request for documents re: Menard class members

Hi Camille, apologies for the delay. We will get back to you tomorrow.

Vincent

**Vincent M. Rizzo**
Partner
**Hinshaw & Culbertson LLP**

**O:** 312-704-3234 | **F:** 312-704-3001
VRizzo@hinshawlaw.com
My Bio | hinshawlaw.com

*Chicago Office*
151 North Franklin Street, Suite 2500, Chicago, IL 60606

*Los Angeles Office*
350 South Grand Avenue, Suite 3600, Los Angeles, CA 90071

**Follow us on**   

---

**From:** Camille Bennett <CBennett@aclu-il.org>
**Sent:** Friday, March 7, 2025 6:38 AM
**To:** Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Ray, Brent <brent.ray@arnoldporter.com>; Parsons, Abby <abby.parsons@arnoldporter.com>
**Subject:** RE: Monroe/request for documents re: Menard class members

Good morning Lisa, Vincent, Kyrstin – given the limited time between now and the April hearing, we are concerned that there has not been any response to this request. If we need to discuss, please let us know, and if defendants are going to insist on formal requests with a caption on them and a motion, please let us know that immediately.

Also, we would like to take the depositions of Director Hughes and Drs. Puga, Reister, and Conway in preparation for the hearing. Since time is limited, we would appreciate availability as soon as possible – thank you, Camille

---

**From:** Camille Bennett
**Sent:** Wednesday, March 5, 2025 10:26 AM
**To:** Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Ray, Brent <brent.ray@arnoldporter.com>; Parsons, Abby <abby.parsons@arnoldporter.com>
**Subject:** Monroe/request for documents re: Menard class members

Lisa, Kyrstin, Vincent – another document request: to prepare for the hearing which starts April 1, we need files for the following individuals, who are the class members we are currently aware of at Menard or who appear on the department's January class member list we received this morning (I will use their IDOC names for ease of reference for the department/facility):



3



13.

The files we need for these individuals, from Dec. 30, 2023 (the date of our original motion) to present, are: (1) any grievances and responses to same; (2) any records of PREA complaints and responses to same; (3) any records of discipline and/or investigative files relating to the class member, and any incident reports; (4) any records of requests made to TAC, THAW or any other committee or individual with responsibility for dealing with requests relating to individuals with gender dysphoria in custody, and responses to same; (5) mental health records; (6) medical records; (7) all transfer requests and denials; and (8) all requests to be placed in protective custody and denials at Menard.

As you will recognize, this request is time-sensitive, so we would suggest providing us with these records on a rolling basis as they are copied/transmitted to you. Also, if IDOC is now aware of a class member who is not on this list who is at Menard (since the IDOC February class list is apparently not yet available), we request the same records for that person also. Thank you, and let us know if we need to discuss – Camille

**Camille E. Bennett** *(she/her)*
Director, Corrections Reform
ACLU of Illinois
150 N. Michigan Ave., Ste. 600, Chicago, IL 60601
■ 312.201.9740 x336 ■ [cbennett@aclu-il.org](mailto:cbennett@aclu-il.org)

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.