# Exhibit 6

# Michelle Garcia

| | |
|---|---|
| **From:** | Michelle Garcia |
| **Sent:** | Monday, March 17, 2025 2:08 PM |
| **To:** | Rizzo, Vincent M.; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov |
| **Cc:** | #ACLU Transgender Prisoner Rights External; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com |
| **Subject:** | Monroe: Requests for Documents and Depositions on March 24-28 |
| **Importance:** | High |

Dear Vincent,

I am following up on our requests for documents for Menard Class Members (made on March 5) and to take depositions of Director Hughes, Drs. Puga, Reister, and Conway (made on March 7). During our call on March 13, you said that you would speak to your client about producing documents from December 30, 2023. We also discussed that Plaintiffs' counsel would like to take the deposition of the Menard Warden, too, and you agreed to let us know the availability of Director Hughes, Drs. Puga, Reister, and Conway, and the Menard Warden for depositions the week of March 24-28. We anticipate these depositions to be virtual and short (three hours or less) to accommodate scheduling.

Please let us know when we will receive the requested documents and deposition availability of the above witnesses for March 24-28 by tomorrow, so that we do not have to file a motion for expedited discovery.

Thank you,
Michelle


Michelle Teresa García
Deputy Legal Director
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan Ave., Suite 600
Chicago, IL 60601
T: (312) 201-9740 ext. 319
F: (312) 201-9760
mgarcia@aclu-il.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by replying to the email that this message has been inadvertently transmitted to you and delete this email from your system.*