# Exhibit 8

# Michelle Garcia

| | |
|---|---|
| **From:** | Camille Bennett |
| **Sent:** | Thursday, March 20, 2025 11:38 AM |
| **To:** | Brodzik, James M.; Michelle Garcia; Rizzo, Vincent M.; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov |
| **Cc:** | #ACLU Transgender Prisoner Rights External; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Penn, Justin M. |
| **Subject:** | RE: Monroe: Requests for Documents and Depositions on March 24-28 |

Justin, Vincent – we just wanted to confirm our understanding of the result of our meet and confer this morning about our document and deposition requests related to the Menard preliminary injunction hearing set to start on April 1. You committed to confer with your client and let us know by COB tomorrow:

- What documents defendants can and will produce immediately; and
- When (or if) the depositions of Drs. Puga and Reister and Warden Wills can be scheduled next week. (You explained that Dr. Conway has had surgery and would not be available next week.)

Also, it is our understanding that you will also be providing your position as to the remainder of the document requests once you have conferred with your client as to the availability of those records and timing of production, as well as any objections as to burden, relevance, and anything else. We also anticipate that you will further explain any objection to producing Director Hughes for deposition, although this was not explicitly discussed.

Without waiving our requests for other documents, we prioritized the TAC and THAW records for all Class Members at Menard. Defendants have routinely produced these records to us in the past. We also explained that depositions would be short (no more than three hours) and virtual.

We look forward to receiving deposition dates, responsive documents, and related information tomorrow.

Best, Camille

**Camille E. Bennett** *(she/her)*
Director, Corrections Reform
ACLU of Illinois
150 N. Michigan Ave., Ste. 600, Chicago, IL 60601
■ 312.201.9740 x336 ■ cbennett@aclu-il.org

---

**From:** Brodzik, James M. <JBrodzik@hinshawlaw.com>
**Sent:** Wednesday, March 19, 2025 5:24 PM
**To:** Michelle Garcia <MGarcia@aclu-il.org>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Penn, Justin M. <jpenn@hinshawlaw.com>
**Subject:** Re: Monroe: Requests for Documents and Depositions on March 24-28

Vincent, Justin, and myself are available at 9. Thanks. Jim.

Get Outlook for iOS

**From:** Michelle Garcia <MGarcia@aclu-il.org>
**Sent:** Wednesday, March 19, 2025 3:52:03 PM
**To:** Brodzik, James M. <JBrodzik@hinshawlaw.com>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; lisa.cook@ilag.gov <Lisa.Cook@ilag.gov>; Kyrstin.beasley@ilag.gov <Kyrstin.Beasley@ilag.gov>; robert.shultz@ilag.gov <Robert.Shultz@ilag.gov>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com>; brent.ray@arnoldporter.com <brent.ray@arnoldporter.com>; Penn, Justin M. <jpenn@hinshawlaw.com>
**Subject:** RE: Monroe: Requests for Documents and Depositions on March 24-28

Hi Jim,

Over a week ago, Vincent agreed to provide Drs. Puga, Reister, Conway and the Menard Warden for depositions. Please tell us by email when they are available on March 24-28, and we will accommodate them.

We are available from 9-9:30, 12-1, and 3-4 tomorrow CST. Please tell me your availability and I'll send a Zoom link to accommodate everyone.

Thanks,
Michelle


Michelle García
Deputy Legal Director
Roger Baldwin Foundation of ACLU, Inc.
Pronouns: she/her
150 N Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740 ext. 319
mgarcia@aclu-il.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by replying to the email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Brodzik, James M. <JBrodzik@hinshawlaw.com>
**Sent:** Tuesday, March 18, 2025 4:58 PM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Michelle Garcia <MGarcia@aclu-il.org>; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Penn, Justin M. <jpenn@hinshawlaw.com>
**Subject:** RE: Monroe: Requests for Documents and Depositions on March 24-28

Hi Michelle. Do you have time for a call with Justin, Vincent, and me on Thursday? Thanks. Jim.

**James M. Brodzik**
Partner-In-Charge St. Louis Office
**Hinshaw & Culbertson LLP**

JBrodzik@hinshawlaw.com
My Bio | hinshawlaw.com

*St. Louis Office* | 701 Market Street, Suite 260, St. Louis, MO 63101
**O:** 618-310-2325 | **F:** 314-241-7428

*Belleville Office* | 521 West Main Street, Suite 300, Belleville, IL 62220
**O:** 618-310-2325 | **F:** 314-241-7428

Follow us on   



---

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Monday, March 17, 2025 3:52 PM
**To:** Michelle Garcia <MGarcia@aclu-il.org>; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>
**Subject:** RE: Monroe: Requests for Documents and Depositions on March 24-28

Hi Michelle, adding Justin and James. We will get back to you.

Vincent

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234 | **F:** 312-704-3001
vrizzo@hinshawlaw.com
My Bio | hinshawlaw.com |   

 

---

**From:** Michelle Garcia <MGarcia@aclu-il.org>
**Sent:** Monday, March 17, 2025 2:08 PM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com

**Subject:** Monroe: Requests for Documents and Depositions on March 24-28
**Importance:** High

Dear Vincent,

I am following up on our requests for documents for Menard Class Members (made on March 5) and to take depositions of Director Hughes, Drs. Puga, Reister, and Conway (made on March 7). During our call on March 13, you said that you would speak to your client about producing documents from December 30, 2023. We also discussed that Plaintiffs' counsel would like to take the deposition of the Menard Warden, too, and you agreed to let us know the availability of Director Hughes, Drs. Puga, Reister, and Conway, and the Menard Warden for depositions the week of March 24-28. We anticipate these depositions to be virtual and short (three hours or less) to accommodate scheduling.

Please let us know when we will receive the requested documents and deposition availability of the above witnesses for March 24-28 by tomorrow, so that we do not have to file a motion for expedited discovery.

Thank you,
Michelle


Michelle Teresa García
Deputy Legal Director
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan Ave., Suite 600
Chicago, IL 60601
T: (312) 201-9740 ext. 319
F: (312) 201-9760
mgarcia@aclu-il.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by replying to the email that this message has been inadvertently transmitted to you and delete this email from your system.*
Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.