# EXHIBIT 2

# Rizzo, Vincent M.

| | |
|---|---|
| **From:** | Penn, Justin M. |
| **Sent:** | Tuesday, March 25, 2025 11:26 AM |
| **To:** | Parsons, Abby; Ray, Brent; Rizzo, Vincent M.; Camille Bennett; Michelle Garcia |
| **Cc:** | #ACLU Transgender Prisoner Rights External; Brodzik, James M.; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov |
| **Subject:** | RE: Monroe: Requests for Documents and Depositions on March 24-28 |

Ok. I understand your position. As you know from our prior meet and confer, we anticipated you would need to reschedule. We will await the Court's availability and we can coordinate that in conjunction with the issues you raise in your motion to compel. We will review it once filed, and we can set a time to discuss next steps that will hopefully be productive and narrow the issues.

**Justin M. Penn**
Partner
**Hinshaw & Culbertson LLP**

jpenn@hinshawlaw.com
My Bio | hinshawlaw.com
**O:** 312-704-3157 | **F:** 312-704-3001

*Chicago office*
151 North Franklin Street, Suite 2500, Chicago, IL 60606

*Los Angeles office*
350 South Grand Avenue, Suite 3600, Los Angeles, CA 90071

*Peoria office*
**PLEASE NOTE OUR NEW FLOOR LOCATION:**
416 Main Street, Suite 529, Peoria, IL 61602

Follow us on   



 

---

**From:** Parsons, Abby <Abby.Parsons@arnoldporter.com>
**Sent:** Tuesday, March 25, 2025 11:09 AM
**To:** Penn, Justin M. <jpenn@hinshawlaw.com>; Ray, Brent <Brent.Ray@arnoldporter.com>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Camille Bennett <CBennett@aclu-il.org>; Michelle Garcia <MGarcia@aclu-il.org>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov
**Subject:** RE: Monroe: Requests for Documents and Depositions on March 24-28

**\*\*\*External email\*\*\***
This message came from outside your organization.

Justin,

Our position has been the same for weeks now. Given your still lack of production of any documents and no information about depositions, we will file our motion shortly. We also will respond to the clerk informing them of our motion. As Brent stated, we are seeking a brief continuance of the April 1 hearing and will inform the clerk of the same so they can avoid urgent scheduling of class members today.

We are free to discuss this afternoon if you want to provide an update or give us more information and agree that we should continue to narrow our disputes as much as possible to reduce or avoid burdening the Court.

Best,
Abby

_____

Abby Parsons
Partner | Bio

**Arnold & Porter**

700 Louisiana Street | Suite 4000
Houston, TX 77002-2755
T: +1 713.576.2442
Abby.Parsons@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Penn, Justin M. <jpenn@hinshawlaw.com>
**Sent:** Tuesday, March 25, 2025 9:44 AM
**To:** Ray, Brent <Brent.Ray@arnoldporter.com>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Camille Bennett <CBennett@aclu-il.org>; Michelle Garcia <MGarcia@aclu-il.org>; Parsons, Abby <Abby.Parsons@arnoldporter.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov
**Subject:** RE: Monroe: Requests for Documents and Depositions on March 24-28

External E-mail

Ray and all-

In light of our prior discussion, the email is only a surprise in its tone, but I am newer to the case, so perhaps it is more surprising to me than others. Putting aside the accusations, while we remain willing to meet and confer, we cannot this morning. We can meet this afternoon or tomorrow morning if you would like/think it would be productive, but given your statements below, it appears you have determined a motion to compel is necessary. To the extent you file one, we will still try to work to narrow the issues so that the Court does not spend its resources on things we can accommodate given the change in hearings that you said you are seeking.

**Justin M. Penn**
Partner
**Hinshaw & Culbertson LLP**

jpenn@hinshawlaw.com
My Bio | hinshawlaw.com
**O:** 312-704-3157 | **F:** 312-704-3001

*Chicago office*
151 North Franklin Street, Suite 2500, Chicago, IL 60606

*Los Angeles office*
350 South Grand Avenue, Suite 3600, Los Angeles, CA 90071

*Peoria office*
PLEASE NOTE OUR NEW FLOOR LOCATION:
416 Main Street, Suite 529, Peoria, IL 61602

Follow us on   





---

**From:** Ray, Brent <Brent.Ray@arnoldporter.com>
**Sent:** Monday, March 24, 2025 9:09 PM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Camille Bennett <CBennett@aclu-il.org>; Michelle Garcia <MGarcia@aclu-il.org>; Parsons, Abby <Abby.Parsons@arnoldporter.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov
**Subject:** Re: Monroe: Requests for Documents and Depositions on March 24-28


Counsel, thank you for your email from Friday near close of business. Your proposal is, in several ways, unacceptable and deficient.

We will be filing a motion to compel tomorrow seeking an order from the Court compelling (i) all documents requested in Ms. Bennett's March 5 email, and (ii) depositions of all individuals listed on your witness list (including the individuals raised in our March 7 correspondence).

We will also be seeking a continuance of next week's hearing, as your continued obfuscation has made the timing impossible. Of course, you already know this — but we will make sure the Court understands how your calculated delay and feigned ignorance is the cause of the extension.

We are available to meet and confer tomorrow AM if productive, but we've made our position on these issues already clear, and we doubt this email comes as any surprise.

---

Brent Ray
Partner | Bio

**Arnold & Porter**

70 West Madison Street | Suite 4200
Chicago, Illinois 60602-4321
T: +1 312.583.2325
Brent.Ray@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Friday, March 21, 2025 4:56 PM
**To:** Camille Bennett <CBennett@aclu-il.org>; Michelle Garcia <MGarcia@aclu-il.org>; Parsons, Abby <Abby.Parsons@arnoldporter.com>; Ray, Brent <Brent.Ray@arnoldporter.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; lisa.cook@ilag.gov <Lisa.Cook@ilag.gov>; Kyrstin.beasley@ilag.gov <Kyrstin.Beasley@ilag.gov>; robert.shultz@ilag.gov <Robert.Shultz@ilag.gov>
**Subject:** RE: Monroe: Requests for Documents and Depositions on March 24-28

External E-mail

Counsel,

In the spirit of meeting and conferring, and to avoid a motion to compel and court intervention, we agree as follows:

**Depositions**

We agree to produce Drs. Puga, Wills, and Reister for depositions, limited to a maximum of three (3) hours and via remote means, so long as you withdraw your deposition requests for Dr. Conway and Hughes. As noted, Dr. Conway is unavailable due to a medical issue. Hughes, we object, *inter alia*, based on the Apex doctrine. Please let us know if you agree and we can provide availability for the depositions of Drs. Puga, Wills, and Reister.

**Document Requests**

For the below listed individuals in custody, we agree to produce, the following specific documents in the possession of MEN CC so long as you agree to not file a motion to compel as to other documents. Please let us know if you agree.

1. Medical records from last 6 months (we need additional time to confirm production date as this requires significant work)
2. Mental health records from last 6 months (we need additional time to confirm production date as this requires significant work)
3. Written, official grievances and responses while housed at MEN CC and in the possession of MEN CC from 6/2024 to present (we expect to produce by Monday, 3/24)
4. Disciplinary card (we expect to produce by Monday, 3/24)
5. Written, official PREA complaints and responses while housed at MEN CC and in the possession of MEN CC from 12/2023 to present (we need additional time to confirm production date)

4

6. CHAMP (aka cumulative counseling summary) from 12/2023 to present (marked attorneys-eyes only due to it containing victim information, phone numbers and addresses of private individuals) (we expect to produce by Monday, 3/24)
7. Written, official requests to be placed in protective custody and responses while housed at MEN CC and in the possession of MEN CC (produced with redacted STG information and marked attorneys-eyes only)  (we expect to produce by Monday, 3/24)
8. Investigation files related to incidents while housed at MEN CC and in the possession of MEN CC from last 6 months to present  (with any appropriate redactions for STG information and marked attorneys-eyes only) (we need additional time to confirm production date)
9. Official documentation/referrals to and from TAC/THAW from December 2023 to present (we need additional time to confirm production date)

List of Individuals in Custody:*



* are no longer housed at Menard, and we therefore no longer include in the above list. I emailed Camille prior that they were currently housed at Menard so just clarifying.

To be clear, production of these documents will be extremely burdensome.  As for 434 incident reports, we cannot agree to produce blanket 6 months' worth of incident reports given it is unduly burdensome.  If there are specific dates for an individual in custody you are interested in, please provide so we can assess.

Vincent

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234 | **F:** 312-704-3001
vrizzo@hinshawlaw.com
My Bio | hinshawlaw.com |

 

**From:** Camille Bennett <CBennett@aclu-il.org>
**Sent:** Thursday, March 20, 2025 11:38 AM
**To:** Brodzik, James M. <JBrodzik@hinshawlaw.com>; Michelle Garcia <MGarcia@aclu-il.org>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Penn, Justin M. <jpenn@hinshawlaw.com>
**Subject:** RE: Monroe: Requests for Documents and Depositions on March 24-28

Justin, Vincent – we just wanted to confirm our understanding of the result of our meet and confer this morning about our document and deposition requests related to the Menard preliminary injunction hearing set to start on April 1. You committed to confer with your client and let us know by COB tomorrow:

- What documents defendants can and will produce immediately; and
- When (or if) the depositions of Drs. Puga and Reister and Warden Wills can be scheduled next week. (You explained that Dr. Conway has had surgery and would not be available next week.)

Also, it is our understanding that you will also be providing your position as to the remainder of the document requests once you have conferred with your client as to the availability of those records and timing of production, as well as any objections as to burden, relevance, and anything else. We also anticipate that you will further explain any objection to producing Director Hughes for deposition, although this was not explicitly discussed.

Without waiving our requests for other documents, we prioritized the TAC and THAW records for all Class Members at Menard. Defendants have routinely produced these records to us in the past. We also explained that depositions would be short (no more than three hours) and virtual.

We look forward to receiving deposition dates, responsive documents, and related information tomorrow.

Best, Camille

**Camille E. Bennett** *(she/her)*
Director, Corrections Reform
ACLU of Illinois
150 N. Michigan Ave., Ste. 600, Chicago, IL 60601
■ 312.201.9740 x336 ■ cbennett@aclu-il.org

**From:** Brodzik, James M. <JBrodzik@hinshawlaw.com>
**Sent:** Wednesday, March 19, 2025 5:24 PM
**To:** Michelle Garcia <MGarcia@aclu-il.org>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Penn, Justin M. <jpenn@hinshawlaw.com>
**Subject:** Re: Monroe: Requests for Documents and Depositions on March 24-28

Vincent, Justin, and myself are available at 9. Thanks. Jim.

Get Outlook for iOS

**From:** Michelle Garcia <MGarcia@aclu-il.org>
**Sent:** Wednesday, March 19, 2025 3:52:03 PM
**To:** Brodzik, James M. <JBrodzik@hinshawlaw.com>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; lisa.cook@ilag.gov <Lisa.Cook@ilag.gov>; Kyrstin.beasley@ilag.gov <Kyrstin.Beasley@ilag.gov>; robert.shultz@ilag.gov <Robert.Shultz@ilag.gov>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com>; brent.ray@arnoldporter.com <brent.ray@arnoldporter.com>; Penn, Justin M. <jpenn@hinshawlaw.com>
**Subject:** RE: Monroe: Requests for Documents and Depositions on March 24-28

Hi Jim,

Over a week ago, Vincent agreed to provide Drs. Puga, Reister, Conway and the Menard Warden for depositions. Please tell us by email when they are available on March 24-28, and we will accommodate them.

We are available from 9-9:30, 12-1, and 3-4 tomorrow CST. Please tell me your availability and I'll send a Zoom link to accommodate everyone.

Thanks,
Michelle


Michelle García
Deputy Legal Director
Roger Baldwin Foundation of ACLU, Inc.
Pronouns: she/her
150 N Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740 ext. 319
mgarcia@aclu-il.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by replying to the email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Brodzik, James M. <JBrodzik@hinshawlaw.com>
**Sent:** Tuesday, March 18, 2025 4:58 PM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Michelle Garcia <MGarcia@aclu-il.org>; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Penn, Justin M. <jpenn@hinshawlaw.com>
**Subject:** RE: Monroe: Requests for Documents and Depositions on March 24-28

Hi Michelle. Do you have time for a call with Justin, Vincent, and me on Thursday? Thanks. Jim.

**James M. Brodzik**
Partner-In-Charge St. Louis Office
**Hinshaw & Culbertson LLP**

JBrodzik@hinshawlaw.com
My Bio | hinshawlaw.com

*St. Louis Office* | 701 Market Street, Suite 260, St. Louis, MO 63101
**O:** 618-310-2325 | **F:** 314-241-7428

*Belleville Office* | 521 West Main Street, Suite 300, Belleville, IL 62220
**O:** 618-310-2325 | **F:** 314-241-7428

Follow us on 





---

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Monday, March 17, 2025 3:52 PM
**To:** Michelle Garcia <MGarcia@aclu-il.org>; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>
**Subject:** RE: Monroe: Requests for Documents and Depositions on March 24-28

Hi Michelle, adding Justin and James. We will get back to you.

Vincent

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234 | **F:** 312-704-3001
vrizzo@hinshawlaw.com
My Bio | hinshawlaw.com |   

 

---

**From:** Michelle Garcia <MGarcia@aclu-il.org>
**Sent:** Monday, March 17, 2025 2:08 PM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; lisa.cook@ilag.gov; Kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com

8

**Subject:** Monroe: Requests for Documents and Depositions on March 24-28
**Importance:** High

Dear Vincent,

I am following up on our requests for documents for Menard Class Members (made on March 5) and to take depositions of Director Hughes, Drs. Puga, Reister, and Conway (made on March 7). During our call on March 13, you said that you would speak to your client about producing documents from December 30, 2023. We also discussed that Plaintiffs' counsel would like to take the deposition of the Menard Warden, too, and you agreed to let us know the availability of Director Hughes, Drs. Puga, Reister, and Conway, and the Menard Warden for depositions the week of March 24-28. We anticipate these depositions to be virtual and short (three hours or less) to accommodate scheduling.

Please let us know when we will receive the requested documents and deposition availability of the above witnesses for March 24-28 by tomorrow, so that we do not have to file a motion for expedited discovery.

Thank you,
Michelle


Michelle Teresa García
Deputy Legal Director
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan Ave., Suite 600
Chicago, IL 60601
T: (312) 201-9740 ext. 319
F: (312) 201-9760
mgarcia@aclu-il.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by replying to the email that this message has been inadvertently transmitted to you and delete this email from your system.*

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com