UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN,<br><br>　　　　　Defendants. | Civil No. 3:18-cv-00156-NJR |

**PLAINTIFFS' THIRD SUBMISSION OF EVIDENCE**

Plaintiffs hereby submit the following declarations (under seal) of class members housed at the Menard Correctional Center. Two of these declarations, previously filed with the class members' verbal consent (Dkts. 874, 880, 881-2), are attached as Exhibits B and E. The additional declarations, attached hereto as Exhibits H through O, provide further support for the concerns raised in Plaintiffs' Motion for Preliminary Injunction Prohibiting Class Members from Living at Menard Correctional Center (Dkts. 873, 874).

Dated: May 23, 2025

**Brent P. Ray**
**Stephen Ferro**
ARNOLD & PORTER
KAYE SCHOLER LLP
70 West Madison Street Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2325
*brent.ray@arnoldporter.com*
*stephen.ferro@arnoldporter.com*

**Abby L. Parsons**
ARNOLD & PORTER
KAYE SCHOLER LLP
700 Louisiana Street Suite 4000
Houston, TX 77002-2755
Telephone: (713) 576-2442
*abby.parsons@arnoldporter.com*

**Erica McCabe**
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Ave NW, Washington, DC 20001
Telephone: (202) 942-6821
*erica.mccabe@arnoldporter.com*

**Thomas E. Kennedy III Sarah Jane Hunt** KENNEDY HUNT P.C.
906 Olive Street, Suite 200 Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

**Malita Picasso**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street New York, NY 10004
Telephone: (212) 549-2561
*mpicasso@aclu.org*

Respectfully submitted by:

*/s/ Michelle García*
**Camille E. Bennett**
**Michelle Teresa García**
**Alexis Picard**
**Mason Strand**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*cbennett@aclu-il.org*
*mgarcia@aclu-il.org*
*apicard@aclu-il.org*
*mstrand@aclu-il.org*

**Amelia H. Bailey**
**Thomas J. Leahy**
**Anne J. Hudson**
**Ashton Dubey**
**Nicole R. Marcotte**
**Sarah Legault**
KIRKLAND & ELLIS LLP
333 Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*thomas.leahy@kirkland.com*
*anne.hudson@kirkland.com*
*ashton.dubey@kirkland.com*
*nikki.marcotte@kirkland.com*
*sarah.legault@kirkland.com*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify on May 23, 2025, I electronically filed the foregoing document and any attachments with the Clerk of Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.


/s/ *Michelle García*
Michelle García