# Exhibit 2

**Prather, Sarah**

---

| | |
|---|---|
| **From:** | Rizzo, Vincent M. <vrizzo@hinshawlaw.com> |
| **Sent:** | Thursday, May 22, 2025 7:22 PM |
| **To:** | Marcotte, Nikki |
| **Cc:** | #ACLU Transgender Prisoner Rights External; Cook, Lisa; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M.; Brodzik, James M.; Vaidya, Anshuman A.; Edwards Jr., Calvin R. |
| **Subject:** | RE: Monroe/documents in 3/28 order/Phase 1 |

External E-mail

Nikki, as noted below, the attorney that normally handles these types of requests had a death in the family which has caused delay. We are not necessarily refusing to produce any non-privileged documents in Warden Wills' possession that he testified to reviewing in preparation for his deposition but just need more time. Further, many of the Warden bulletins and memos have already been produced in this case in response to Plaintiffs' Motion or in response to Plaintiffs' notices of non-compliance regarding showers and searches.

We respectfully request that you hold off on filing any motion and avoid burdening the court as no motion is needed at this time.

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234 | **F:** 312-704-3001
vrizzo@hinshawlaw.com
My Bio | hinshawlaw.com |

 

**From:** Marcotte, Nikki <nikki.marcotte@kirkland.com>
**Sent:** Thursday, May 22, 2025 11:25 AM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Vincent,

Saying for the first time yesterday—the day we asked those documents to be produced—that you were following up with client and would get back to me at some undetermined date/time is not a valid response or a valid attempt to meet and confer. The hearing begins on Tuesday, and these documents are central to the claims in our pending motion.

Furthermore, just because this revised narrow subset of documents I requested is not per se responsive to the Menard-specific requests, they are responsive to our prior written requests for production under which you have a continuing

obligation under FRCP 26(e) to produce supplemental documents as new information comes available. Next, Warden Wills testified under oath that he reviewed and relied on these documents in preparing for his testimony—documents that are, again, highly relevant and central to the current claims pending before the court. FRE 612 independently entitles us to receive documents that adverse witnesses review and rely on in preparation for their testimony if the court deems it's in the interests of justice to do so. *See also C&F Packing Co. v. IBP, Inc.*, No. 93 C 1601, 1997 WL 619848, at *6 (N.D. Ill. Sept. 30, 1997) (finding that certain documents adverse witness reviewed and relied upon in preparing for testimony should be produced as they were not privileged and were clearly relevant). Given that Warden Wills drafted these documents and disseminated them to his staff, the subject matter of each is directly relevant to the claims in our PI motion for the upcoming hearing, and they are not privileged, we are certainly entitled to them as I think the Court will agree.

You have also not challenged the responsiveness of any of the documents Sarah requested following Lt. Dallas's hearing, nor have you indicated if/when you will produce any of those items before the hearing next week.

Given this, we will be moving forward with our motion to compel.

Best,

**Nikki Marcotte**
(they/them/their)

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 1259  **M** +1 708 553 8427
**F** +1 312 862 2200

Nikki.Marcotte@kirkland.com

**\*\*PLEASE NOTE: I will be OOO traveling overseas from Thursday, May 22, through Tuesday, June 2. While I will be online/available for parts of my trip, there may be times I will be unable to return an email or call right away. I will be sure to make appropriate arrangements as necessary before that time.\*\***

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Thursday, May 22, 2025 10:49 AM
**To:** Marcotte, Nikki <nikki.marcotte@kirkland.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

I responded yesterday at 12:23 PM.  See below.  We have asked our client and will get back to you.  No need to burden court at this time. I should note that none of these documents were responsive to your informal discovery requests nor ordered by the court previously.

Vincent

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234 | **F:** 312-704-3001
vrizzo@hinshawlaw.com
My Bio | hinshawlaw.com | 

 

**From:** Marcotte, Nikki <nikki.marcotte@kirkland.com>
**Sent:** Thursday, May 22, 2025 10:46 AM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Vincent,

As I have not heard from you regarding whether you will be producing the handful of documents Warden Wills testified that he reviewed and relied on in preparing for his deposition and as you have not acknowledged or entertained any of my repeated requests to meet and confer on this issue, I can only assume from your silence that you will not be doing so. As such, I will be filing an emergency motion to compel these documents this afternoon unless you can confirm **by noon today** whether you intend to and will produce those documents to us today.

Best,

**Nikki Marcotte**
(they/them/their)
----------------------------------------
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 1259  **M** +1 708 553 8427
**F** +1 312 862 2200
----------------------------------------
Nikki.Marcotte@kirkland.com

**\*\*PLEASE NOTE: I will be OOO traveling overseas from Thursday, May 22, through Tuesday, June 2. While I will be online/available for parts of my trip, there may be times I will be unable to return an email or call right away. I will be sure to make appropriate arrangements as necessary before that time.\*\***

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Wednesday, May 21, 2025 12:23 PM
**To:** Marcotte, Nikki <nikki.marcotte@kirkland.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Will f/u with client now re: WIlls.

As to agreed-upon ESI search, FYI, the handling attorney had a death in her family and is out of office. These searches take a while regardless as noted below.

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**

3

151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234 | **F:** 312-704-3001
vrizzo@hinshawlaw.com
My Bio | hinshawlaw.com | in f X

 

Proudly
**MANSFIELD RULE
CERTIFIED**

---

**From:** Marcotte, Nikki <nikki.marcotte@kirkland.com>
**Sent:** Wednesday, May 21, 2025 9:47 AM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Vincent,

I am writing to follow up with you on the below request. By the end of today, are you willing and able to produce the documents Warden Wills stated he reviewed and relied on to prepare for his testimony? Furthermore, it appears we are still awaiting your response to Sarah and Brent's production requests from the Dallas and Resiter depositions, respectively. Are you willing and able to produces these responsive documents by the end of today as well? Please let us know by noon what your position is on these requests.

If you would prefer to meet and confer regarding these requests, Sarah and I can make ourselves available at 1pm CT for a call to resolve this matter. Just let us know.

Best,

**Nikki Marcotte**
(they/them/their)

---

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 1259  **M** +1 708 553 8427
**F** +1 312 862 2200

---

Nikki.Marcotte@kirkland.com

**\*\*PLEASE NOTE: I will be OOO traveling overseas from Thursday, May 22, through Tuesday, June 2. While I will be online/available for parts of my trip, there may be times I will be unable to return an email or call right away. I will be sure to make appropriate arrangements as necessary before that time.\*\***

---

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Tuesday, May 20, 2025 10:40 AM
**To:** Marcotte, Nikki <nikki.marcotte@kirkland.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

We will touch base with client and get back to you.

Also, please find attached supplemental production.

Vincent

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234 | **F:** 312-704-3001
vrizzo@hinshawlaw.com
My Bio | hinshawlaw.com | in f X ⊙

 
Proudly
**MANSFIELD RULE
CERTIFIED**

**From:** Marcotte, Nikki <nikki.marcotte@kirkland.com>
**Sent:** Monday, May 19, 2025 9:20 PM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Vincent,

In an attempt to reach a compromise ahead of next week's hearing, would you be willing to produce (by ==EOD Wednesday==) the documents in Warden Wills' possession that he testified to reviewing in preparation for his deposition? Not only are these highly relevant to the issues being presented at the hearing, but Warden Wills' admission under oath that he specifically reviewed these to prepare for his testimony makes those documents fair game. It also should not be a burden to produce these documents as they would be readily available. Specifically, we would request the following: (1) the "training memo" he presented to his staff at Menard regarding the care and treatment of trans prisoners at the facility (likely the memo he testified that he sent to his staff in 2023 or 2024 regarding single-celling trans class members at Menard), and (2) the Warden's Bulletins he stated he drafted and disseminated to his staff at Menard regarding the care and treatment of trans prisoners at the facility.

As for the other documents I requested, we can meet and confer at some point soon after the hearing to discuss any possible supplemental productions of those. As you know, FRCP 26(e) (as noted in our initial RFPs) imposes a continuing obligation on the defendants to supplement their productions as new responsive information becomes available. So, it is our position that all the records referenced in my below email should have been turned over as a part of those obligations since they are responsive to the requests I mentioned. But again, we can address that later.

Best,

**Nikki Marcotte**
(they/them/their)

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 1259  **M** +1 708 553 8427
**F** +1 312 862 2200

Nikki.Marcotte@kirkland.com

**\*\*PLEASE NOTE:** I will be OOO traveling overseas from Thursday, May 22, through Tuesday, June 2. While I will be online/available for parts of my trip, there may be times I will be unable to return an email or call right away. I will be sure to make appropriate arrangements as necessary before that time.\*\*

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Monday, May 19, 2025 3:55 PM
**To:** Marcotte, Nikki <nikki.marcotte@kirkland.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Nikki, you refer to initial RFPs and specific requests #s? There was no formal RFPs issued as it relates to Plaintiffs' document requests for Menard hearing so could you please clarify? The below documents are not responsive to any of Plaintiff's informal document requests.

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234 | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com | 🔗 📘 ✖ 📷

 

**From:** Marcotte, Nikki <nikki.marcotte@kirkland.com>
**Sent:** Friday, May 16, 2025 12:37 PM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Vincent,

In addition to Sarah's production requests from Lt. Dallas's deposition, I am also following up with you/James regarding several additional documents referenced in Warden Wills' deposition yesterday that we have confirmed were never turned over to us despite being responsive to our prior document requests (see attached rough transcript for all my on-the-record production demands). These documents include the following:

- Documents that Warden Wills indicated he reviewed to prepare for his deposition, which comprise (1) a "training memo" he presented to his staff at Menard regarding the care and treatment of trans prisoners at the

facility, and (2) several Warden's Bulletins he drafted and disseminated to his staff at Menard regarding same. *See* Wills Rough Tr. at 8-9, 57-58. These are of course responsive to our initial RFPs requests 6, 11, 14, and 20.

- o Warden Wills further indicated that he would email the above documents out to certain members of his staff and to officials at IDOC, so any of those emails should also be included with the above demand pursuant to the same RFP requests. *See id.* at 55 ("It gets disseminated to all staff here at the facility through—it's drafted in hard copy as well as email form . . . the email copy is sent to the department heads to be read at their department head meetings.").

- Warden Wills also testified that he had several email communications with the former co-monitor julie graham regarding julie's reports/concerns about Menard class members' claims (many of which are highly relevant to the pending Menard PI motions). *See id.* at 23. These are absolutely responsive to our initial RFPs requests 6 and 20.
  - o He then stated that he has never been asked or required to search his emails for communications that would be responsive to any of our discovery requests. *See id.* at 23-24. Given that the Warden testified he has clearly emailed individuals regarding the treatment of class members at Menard, we further request that any other such responsive emails be turned over immediately as they also fall under requests 6 and 20.

- Finally, Warden Wills testified that he sent around a memo to his staff in 2023 or 2024 regarding a policy he implemented at Menard to single-cell trans class members housed there—this was in response to concerns julie graham raised with him about unsafe double-celling issues. *See id.* at 116-17. This is highly relevant to the pending motions and is responsive to our initial RFPs requests 6, 11, and 20.

Please produce the above documents and ESI no later than **end of day Wednesday, May 21**, as we need to review them ahead of the hearing beginning on May 27. Sarah and I are available to meet and confer at any point before next Wednesday to discuss these requests. Again, the court ordered that all documents were to be produced a month ago. If you do not produce the materials by the requested time, we will file an emergency motion to compel.

Best,

Nikki Marcotte
(they/them/their)

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 1259  **M** +1 708 553 8427
**F** +1 312 862 2200

Nikki.Marcotte@kirkland.com

**\*\*PLEASE NOTE: I will be OOO traveling overseas from Thursday, May 22, through Tuesday, June 2. While I will be online/available for parts of my trip, there may be times I will be unable to return an email or call right away. I will be sure to make appropriate arrangements as necessary before that time.\*\***

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Thursday, May 15, 2025 3:03 PM
**To:** *Sarah.Prather@arnoldporter.com <Sarah.Prather@arnoldporter.com>; *MGarcia@aclu-il.org <MGarcia@aclu-il.org>; *McCabe,Erica <Erica.McCabe@arnoldporter.com>; *cbennett@aclu-il.org <cbennett@aclu-il.org>; *abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Hi Sarah,  I've been in depositions all day.

We can conduct an ESI search but not sure if we can get you the documents in time for hearing as client is indicating this takes them quite a while.  The reportables which are contained in the investigatory files are emails that are sent out to DOC admin outlining the incident including the individuals involved, etc.

For the case summaries, these are contained in the investigations.  To the extent they are not, please let me know which investigation.

**Vincent M. Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234 | **F:** 312-704-3001
VRizzo@hinshawlaw.com
My Bio | hinshawlaw.com

**Follow us on**  



 

---

**From:** Prather, Sarah <Sarah.Prather@arnoldporter.com>
**Sent:** Wednesday, May 14, 2025 4:39 PM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; MGarcia@aclu-il.org; McCabe, Erica <Erica.McCabe@arnoldporter.com>; Camille Bennett <CBennett@aclu-il.org>; Parsons, Abby <Abby.Parsons@arnoldporter.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Vincent,

We are following up on the below.  Please provide an update on the status of producing (1) emails related to any investigations of class members, including PREA investigations and grievance investigations; and (2) case summaries documenting the results of the investigations into class members' grievances and PREA complaints.  We again request immediate production of these materials and your availability to meet and confer on Thursday, May 15, as required by Local Rule 26.1(c)(2)-(3), before we seek relief from the court.  Thanks in advance.

Regards,
Sarah

_____
Sarah Prather
Senior Associate | Bio

**Arnold & Porter**

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7816
Sarah.Prather@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Monday, May 12, 2025 1:57 PM
**To:** Prather, Sarah <Sarah.Prather@arnoldporter.com>; zzz.External.MGarcia@aclu-il.org <MGarcia@aclu-il.org>; McCabe, Erica <Erica.McCabe@arnoldporter.com>; Camille Bennett <CBennett@aclu-il.org>; Parsons, Abby <Abby.Parsons@arnoldporter.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

External E-mail

Sarah, we are reviewing your email and conferring with client.  We will get back to you.

Vincent

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234 | **F:** 312-704-3001
vrizzo@hinshawlaw.com
My Bio | hinshawlaw.com

 

---

**From:** Prather, Sarah <Sarah.Prather@arnoldporter.com>
**Sent:** Saturday, May 10, 2025 8:38 AM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; MGarcia@aclu-il.org; McCabe, Erica <Erica.McCabe@arnoldporter.com>; Camille Bennett <CBennett@aclu-il.org>; Parsons, Abby <Abby.Parsons@arnoldporter.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** Re: Monroe/documents in 3/28 order/Phase 1

Mr. Brodzik and Mr. Edwards,

We are following up on Lieutenant Dallas' deposition yesterday morning to request that defendants immediately produce the following materials that were the subject of our prior requests for production: (1) emails related to any investigations of class members, including PREA investigations and grievance investigations; and (2) case summaries documenting the results of the investigations into class members' grievances and PREA complaints.  Lieutenant Dallas testified that he receives emails related to PREA and grievance investigations, *see* Dep. Tr. Rough at 73-76, and he also testified that he uses case summaries to record the results of every type of investigation conducted by internal affairs.  *Id.* at 72.  As I explained on the record, the emails that Lieutenant Dallas testified about fall squarely within plaintiffs' requests for production and have not yet been produced.  We also confirmed that case summaries documenting investigations into class members' grievances and PREA investigations have not been produced.  Please produce the emails and case summary documents no later than **Tuesday, May 13, 2025**.

We are generally available to meet and confer on May 12, if needed.  Given that the court previously ordered that all documents must be produced by April 18, should defendants not produce these materials immediately, we will have no choice but to move to compel.

Regards,
Sarah

_____

Sarah Prather
Senior Associate | Bio

## Arnold & Porter

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.7816
Sarah.Prather@arnoldporter.com
www.arnoldporter.com | LinkedIn

---

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Wednesday, May 7, 2025 5:06 PM
**To:** zzz.External.MGarcia@aclu-il.org <MGarcia@aclu-il.org>; McCabe, Erica <Erica.McCabe@arnoldporter.com>; Camille Bennett <CBennett@aclu-il.org>; Parsons, Abby <Abby.Parsons@arnoldporter.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov <Kyrstin.Beasley@ilag.gov>; robert.shultz@ilag.gov <Robert.Shultz@ilag.gov>; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

External E-mail

Thanks, Michelle.  Sorry for confusion re: Washington. We will take your position into consideration re: Finlaw when assessing a motion to bar.

Vincent

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234    | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com | 

 

---

**From:** Michelle Garcia <MGarcia@aclu-il.org>
**Sent:** Wednesday, May 7, 2025 4:02 PM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; McCabe, Erica <Erica.McCabe@arnoldporter.com>; Camille Bennett <CBennett@aclu-il.org>; *abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Hi Vincent,

We did not identify Darnay Washington as a witness, you identified him as a class member to us on April 9. That said, we have confirmed with Darnay that he is not a class member.
At this time, we would not agree to withdraw Dustin Finlaw as a witness. In general, refusing hormone therapy and surgery does not mean that an individual is not a class member because there are many ways to treat gender dysphoria.

Michelle

---

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Wednesday, May 7, 2025 1:07 PM
**To:** McCabe, Erica <Erica.McCabe@arnoldporter.com>; Camille Bennett <CBennett@aclu-il.org>; *abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Counsel,

See attached additional supplemental production, 0426087-0426088.  Both Finlaw and Washington refused hormone treatment and surgery. It also appears Washington is a gay man, not transgender, and

therefore, not a class member. With that said, will you agree to withdraw them as hearing witnesses so we can avoid their depositions and a motion to bar?

Vincent

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234    | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com | 



**From:** Rizzo, Vincent M.
**Sent:** Wednesday, May 7, 2025 11:03 AM
**To:** McCabe, Erica <Erica.McCabe@arnoldporter.com>; Camille Bennett <CBennett@aclu-il.org>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>; *abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

All, because of size, I received a bounce back email from a lot of your accounts so resent supplemental production (0425922-0426086) via Litera.

Vincent

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234    | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com | 



**From:** Rizzo, Vincent M.
**Sent:** Wednesday, May 7, 2025 10:56 AM
**To:** McCabe, Erica <Erica.McCabe@arnoldporter.com>; Camille Bennett <CBennett@aclu-il.org>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>;

Brodzik, James M. <JBrodzik@hinshawlaw.com>; Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>; *abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Counsel, please find attached supplemental production.

Vincent

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234    | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com | 



---

**From:** Rizzo, Vincent M.
**Sent:** Friday, May 2, 2025 11:21 AM
**To:** McCabe, Erica <Erica.McCabe@arnoldporter.com>; Camille Bennett <CBennett@aclu-il.org>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Also, see attached supplemental production including transfer documents for Washington and Sharkey (marked confidential) as well as updated transfer document for Robinson (marked confidential).

Confirmed that Perry and Montrise only have one PC request each and we've produced them both.

Vincent

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234    | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com | 



**From:** Rizzo, Vincent M.
**Sent:** Friday, May 2, 2025 10:31 AM
**To:** McCabe, Erica <Erica.McCabe@arnoldporter.com>; Camille Bennett <CBennett@aclu-il.org>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Counsel, see our responses below in red. Also, find attached supplemental production.

Vincent

**Vincent Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234    | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com | in f X O

 

**From:** McCabe, Erica <Erica.McCabe@arnoldporter.com>
**Sent:** Monday, April 28, 2025 4:39 PM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Camille Bennett <CBennett@aclu-il.org>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Justin, Vincent:

I'm writing in response to defendants' recent productions.  After a review of the documents, we've identified several deficiencies that require your attention. Those deficiencies are outlined below.

- Defendants have not produced CHAMPS reports for Aleah Billips (Joe Billips, Y28011) or Londale Madison (Y26390).

Billips' CHAMPS was produced AEO as 0413993-0413998, and Madison's CHAMPS was produced AEO as 0414046-0414051.

- Defendants have not produced incident reports for Aleah Billips (Joe Billips, Y28011), Colby Aiknes (M49791), Treyante Maxwell (Y66908), Markess Sharkey (Y28201), Darnay Washington (M46125), or LB Joseph (Y22154).

We produced any 434s for the specific dates that were referenced in declarations cited in Plaintiffs' Menard Motion, and also any 434s that were included in investigations. FYI, Aiknes, Maxwell, Sharkey, and Washington just arrived at MEN within the last month or so and therefore, it makes sense why there would not be any 434s.

- Defendants have not produced grievances for Destiny (Derek) Larbie (Y49616), Colby Aiknes (M49791), Treyante Maxwell (Y66908), Markees Sharkey (Y28201), or Darnay Washington (M46125).

There are none.

- Defendants have not produced PC request documents for Tee (Jimmy) Smith (B76691), Markees Sharkey (Y28201), or Darnay Washington (M46125).
  - ***Please confirm*** that there was only one PC request for Plaintiff Andreya Montrise (M42534) and one PC request for Plaintiff Ms. Cindy Perry (N52687).

There are no PC requests for these individuals for the relevant time frame.  We will confirm about Montrise and Perry.

- Defendants have not produced any disciplinary cards for Tiawan Parker (K72065), Markees Sharkey (Y28201), or Darnay Washington (M46125).
  - ***Please confirm*** that there are no disciplinary cards for the above listed Plaintiffs.

They don't have any discipline so any "card" would be empty.

- Defendants have not produced disciplinary records for Colby Aikens (M49791), Tee Smith (B76691), Markees Sharkey (Y28201), or Darnay Washington (M46125).

They don't have any discipline so none.

- Defendants have not produced investigation documents for, Colby Aikens (M49791), Martin Barrientos (Y26679), Aleah Billips (Y28011), Ms. Dustin Finlaw (Y52218), Toby Godfrey (K55828), LB Joseph (Y22154), Destiny Larbie (Y49616), Michael Manual (R26263), Treyante Maxwell (Y66908), Billy Miles (B75226), Tiawan Parker (K72065), Amani Robinson (M34062), Tee Smith (B76691), Markees Sharkey (Y28201), or Darnay Washington (M46125).

There are no closed investigations for Aiknes, Barrientros, Billips, Joseph, Manuel, Maxwell, Parker, Robison, Sharkey, Smith, or Washington. We will confirm there are no closed investigations involving Finlaw, Godfrey, Larbie, and Miles. FYI, we object to the production of *active* investigations.

- Defendants have not produced transfer request documents for Markees Sharkey (Y28201) or Darnay Washington (M46125).

Looks like we missed these two. I'll get these from MEN.

With regard to the transfer request documents, we have also noticed that many documents use undefined acronyms and do not provide a reason for denying the transfer request. Please produce all documents that explain defendants' reasons for denying these transfer requests and provide definitions for the acronyms included in those reports.

No further documents available.  If you have questions about the documents, feel free to ask during the numerous depositions scheduled. We have no duty to explain the meaning of our documents or to translate them for them.

We have further noticed that many of the documents contain unexplained, inappropriate, and/or inconsistent redactions.  For example, in Document No. 0424838, the names and signatures of the chief administrator and counselor have been redacted. The "offender" ID has also been redacted.  In other documents (e.g., No. 0424788), the IDOC administrative review board and acting director and reviewing officer names have been redacted.  And in some documents, it is wholly unclear what information has been redacted (e.g., Nos. 0424797, 0424798, 0424802, 0424804, 0424812, 0424822, 0424834).  These redactions are improper under the existing protective order. Please produce all documents in their original, unredacted format.  To the extent defendants are asserting some sort of privilege, defendants must produce a redaction log identifying the basis for each redaction.

We stand by our redactions but will review one more time.

With depositions fast approaching, it is imperative that defendants produce all outstanding discovery by no later than Wednesday, April 30. If you have any questions, or if you would like to further discuss these issues, please let me know.

Best regards,
Erica

_____

Erica McCabe* (she/her)

**Arnold&Porter**

70 West Madison Street | Suite 4200
Chicago, Illinois 60602-4321
T: +1 202.942.6821
Erica.McCabe@arnoldporter.com
www.arnoldporter.com | LinkedIn

*Admitted only in Missouri and Washington D.C.; not admitted to the practice of law in Illinois.

---

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Friday, April 25, 2025 6:13 AM
**To:** Camille Bennett <CBennett@aclu-il.org>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

External E-mail

Counsel, also see attached updated report.

Vincent

**Vincent Rizzo**

Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234     | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com 



---

**From:** Rizzo, Vincent M.
**Sent:** Friday, April 25, 2025 5:56 AM
**To:** Camille Bennett <CBennett@aclu-il.org>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

All, as discussed below, please find updated CHAMPS with Attorneys Eyes Only designation.  Please discard the prior production without said designation.

Vincent

**Vincent Rizzo**

Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234     | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com 



---

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Friday, April 18, 2025 8:11 PM
**To:** Camille Bennett <CBennett@aclu-il.org>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>
**Subject:** Re: Monroe/documents in 3/28 order/Phase 1

All:

Please see second and final round of production at below link:

Bates Range: Monroe (18-156) Document No._ 0423342-0425853
Box Link: https://hinshaw.box.com/s/m0xj529jcea2zoculxtjzjc40lbg0qxy
Password: TQrm4P25wLRyj

The link will expire May 10, 2025, and the data will deleted.

Note that these documents and the first set of documents are marked confidential pursuant to the confidentiality order. Additionally note that the documents in folders "Investigations" and "PC Requests and Responses" are marked Attorneys Eyes Only.

Also, the CHAMPS produced yesterday were produced Attorneys Eyes Only and we will be re-producing shortly with that designation.

Finally, for records of requests made to TAC/THAW and responses to same, none of the individuals were presented to the TAC or THAW during the timeframe.

Vincent

**Vincent Rizzo**

Partner

**Hinshaw & Culbertson LLP**

151 North Franklin Street, Suite 2500 , Chicago , IL  60606

**O:** 312-704-3234    |  **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio  |  hinshawlaw.com  |  



---

**From:** Rizzo, Vincent M.
**Sent:** Friday, April 18, 2025 7:44:46 AM
**To:** Camille Bennett <CBennett@aclu-il.org>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov <Kyrstin.Beasley@ilag.gov>; robert.shultz@ilag.gov <Robert.Shultz@ilag.gov>; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

All,

Please find first round of production at below link:

> Bates Range: Monroe (18-156) Document No._ 0413898-0423341
> Box Link: https://hinshaw.box.com/s/tdzbe651gzydebg0mas4z0ejttluni9g
> Password: MmcPfTaUGj5yk

The link will expire May 15, 2025, and the data will be deleted.

Vincent

**Vincent Rizzo**

Partner

**Hinshaw & Culbertson LLP**

151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234    | **F:** 312-704-3001

vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com | 🅻 🅵 ✖ 🅸

 

---

**From:** Camille Bennett <CBennett@aclu-il.org>
**Sent:** Wednesday, April 16, 2025 3:47 PM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Cc:** #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>
**Subject:** Re: Monroe/documents in 3/28 order/Phase 1

Thank you for the update (and cc'ing others again so they are apprised of what is going on).  As to meeting about the redactions, can you (or someone on your team) please first explain what it is that defendants are redacting, and why?  While we are always happy to talk, it's difficult to confer about something we don't understand at all.

Thanks, Camille

---

**From:** Rizzo, Vincent M.
**Sent:** Wednesday, April 16, 2025 3:39 PM
**To:** Camille Bennett
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Medical records are ready.  Working on getting those to you later today.  Happy to meet and confer with you re: redactions.

Vincent

**Vincent   Rizzo**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500          , Chicago   , IL  60606

**O:** 312-704-3234   | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio   | hinshawlaw.com   | 



---

**From:** Camille Bennett <CBennett@aclu-il.org>
**Sent:** Tuesday, April 15, 2025 5:56 PM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Penn, Justin M. <jpenn@hinshawlaw.com>; Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov
**Cc:** abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Leahy, TJ <thomas.leahy@kirkland.com>; Michelle Garcia <MGarcia@aclu-il.org>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** Re: Monroe/documents in 3/28 order/Phase 1

Vincent (and adding your co-counsel as you are out of the country) — we're struggling to understand why redactions are needed when (as Lisa and Kyrstin know) there is a protective order in place which would enable defendants to mark anything they regard as sensitive as either confidential or, in the extreme case, AEO.  (I attach the order.)  Surely this just slows down the process, and we would urge defendants to abandon redaction at this time, since we are only three days away from the date on which ALL of the documents the court ordered to be produced in Dkt. 906 at 2 are due, not just the "Phase 1" documents defendants said they could produce in 3 days back in March.

If redactions are needed for filings or the hearing, they can be done later.  We would certainly appreciate receiving some "batches" of documents before Friday, and it would be a sign of good faith on defendants' part to make some production before then.

Please let us know if we can expect to receive anything before Friday.  We are becoming very concerned about the fact that we have seen no documents at all, given the substantial volume that is due April 18.  Thanks, Camille

**Camille E. Bennett** *(she/her)*

Director, Corrections Reform

ACLU of Illinois

150 N. Michigan Ave., Ste. 600, Chicago, IL 60601

■ 312.201.9740 x336 ■ [cbennett@aclu-il.org](mailto:cbennett@aclu-il.org)

---

**From:** Rizzo, Vincent M.
**Sent:** Monday, April 14, 2025 7:54 PM
**To:** Camille Bennett
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

We are just working on redactions but have most of the documents.  I'm out of the country on vacation so taking a little longer than usual but hoping to get you some docs ASAP.  We don't mind producing in batches and sending as soon as we get each category of docs completed.

Vincent

**Vincent   Rizzo**

Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500          , Chicago   , IL  60606

**O:** 312-704-3234    | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio   | hinshawlaw.com   |   





---

**From:** Camille Bennett <CBennett@aclu-il.org>
**Sent:** Monday, April 14, 2025 10:19 AM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Subject:** Re: Monroe/documents in 3/28 order/Phase 1

Vincent — any word?

---

**From:** Camille Bennett
**Sent:** Thursday, April 10, 2025 2:45 PM
**To:** Rizzo, Vincent M.
**Subject:** Re: Monroe/documents in 3/28 order/Phase 1

An email update would be very helpful (although some actual documents in addition would be even better).  I'll let my folks know.

---

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Thursday, April 10, 2025 2:41 PM
**To:** Camille Bennett <CBennett@aclu-il.org>
**Subject:** Re: Monroe/documents in 3/28 order/Phase 1

Hi Camille - meant to email you. I touched base with Justin and Jim and they are not available. I can likely though give you an update on document production via email tomorrow, if that works? We should touch base next week though to discuss deposition availability.


Vincent


**Vincent Rizzo**

Partner

**Hinshaw & Culbertson LLP**

151 North Franklin Street, Suite 2500 , Chicago , IL 60606


**O:** 312-704-3234    | **F:** 312-704-3001

vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com |   




---

**From:** Camille Bennett <CBennett@aclu-il.org>
**Sent:** Friday, April 11, 2025 4:31:19 AM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Subject:** Re: Monroe/documents in 3/28 order/Phase 1


Hi Vincent — I don't think we've seen the time for a call tomorrow yet -- Camille

---

**From:** Rizzo, Vincent M.
**Sent:** Wednesday, April 9, 2025 3:13 PM

**To:** Camille Bennett; Penn, Justin M.
**Cc:** Cook, Lisa; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Brodzik, James M.; Michelle Garcia; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Leahy, TJ; #ACLU Transgender Prisoner Rights External
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Hi Camille,  please note the following are now at MEN CC:

1. Parker, Tiawan -- K72065
2. Barrientos, Martin - Y26679
3. Aiknes, Colby - M49791
4. Maxwell, Treyante - Y66908
5. Sharkey, Markees - Y28201
6. Washington, Darnay - M46125

We will get back to you ASAP re: time for Friday's call.

Vincent

**Vincent Rizzo**

Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234    | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com



---

**From:** Camille Bennett <CBennett@aclu-il.org>
**Sent:** Wednesday, April 9, 2025 11:20 AM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Penn, Justin M. <jpenn@hinshawlaw.com>
**Cc:** Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Brodzik, James M.

<JBrodzik@hinshawlaw.com>; Michelle Garcia <MGarcia@aclu-il.org>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Leahy, TJ <thomas.leahy@kirkland.com>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Thanks, Vincent, we will be on the lookout for that information.  Our best availability on Friday is between 11-1; is there a time in there that works for you?

It would be good to know when we might expect some documents, as well -- Camille

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Wednesday, April 9, 2025 10:55 AM
**To:** Camille Bennett <CBennett@aclu-il.org>; Penn, Justin M. <jpenn@hinshawlaw.com>
**Cc:** Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Michelle Garcia <MGarcia@aclu-il.org>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Leahy, TJ <thomas.leahy@kirkland.com>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Camille, you can expect an email in next hour or so with that update.

Vincent

**Vincent Rizzo**

Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234    | **F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com | 🔗 📘 ✖ 📷



---

**From:** Camille Bennett <CBennett@aclu-il.org>
**Sent:** Wednesday, April 9, 2025 10:54 AM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Penn, Justin M. <jpenn@hinshawlaw.com>
**Cc:** Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Michelle Garcia <MGarcia@aclu-il.org>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Leahy, TJ <thomas.leahy@kirkland.com>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Vincent – I will get back to you with available times on Friday.  In the meantime, however:  the judge's order was very clear that defendants are supposed to update us "promptly" on Menard class members and there has been no update since March 12.  Please let them know **they need to provide this information immediately** (and regularly, going forward).  Thanks, Camille

---

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Wednesday, April 9, 2025 7:50 AM
**To:** Camille Bennett <CBennett@aclu-il.org>; Penn, Justin M. <jpenn@hinshawlaw.com>
**Cc:** Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Michelle Garcia <MGarcia@aclu-il.org>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Leahy, TJ <thomas.leahy@kirkland.com>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

A call might be helpful.  What time are you available on Friday? We are trying to get you some documents ASAP.

Vincent

**Vincent Rizzo**

Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234   **| F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com |   



---

**From:** Camille Bennett <CBennett@aclu-il.org>
**Sent:** Tuesday, April 8, 2025 11:46 AM
**To:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Penn, Justin M. <jpenn@hinshawlaw.com>
**Cc:** Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Michelle Garcia <MGarcia@aclu-il.org>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Leahy, TJ <thomas.leahy@kirkland.com>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1

Vincent – it has now been almost a week since I emailed about these documents that defendants had said, back on March 21, they could produce within days (3 days, to be exact). And so far, we haven't received anything whatsoever in response to the document requests sent over a month ago, on March 5. As a reminder, these are no longer requests—they've been ordered. We need a response, please. We also need to know the status of class members at Menard.

We have good availability on Friday if the parties need to talk.

Camille

---

**From:** Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Sent:** Thursday, April 3, 2025 11:15 AM
**To:** Camille Bennett <CBennett@aclu-il.org>; Penn, Justin M. <jpenn@hinshawlaw.com>
**Cc:** Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Michelle Garcia <MGarcia@aclu-il.org>; abby.parsons@arnoldporter.com;

brent.ray@arnoldporter.com; Leahy, TJ <thomas.leahy@kirkland.com>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1


Hi Camille, you just emailed us on 4/1 at 4 PM.  Give us a reasonable amount of time to review and respond.  Thanks, and we will be in touch.


Vincent


**Vincent Rizzo**

Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3234    **| F:** 312-704-3001
vrizzo@hinshawlaw.com

My Bio | hinshawlaw.com



---

**From:** Camille Bennett <CBennett@aclu-il.org>
**Sent:** Thursday, April 3, 2025 11:08 AM
**To:** Penn, Justin M. <jpenn@hinshawlaw.com>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Cc:** Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Michelle Garcia <MGarcia@aclu-il.org>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Leahy, TJ <thomas.leahy@kirkland.com>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** RE: Monroe/documents in 3/28 order/Phase 1



Justin, Vincent – given that there has been no response to this, we are expecting to see the documents listed below by Friday (which I now see is 4/4 not 4/5, sorry for the mistake. But if Saturday is better, we will look forward to them on 4/5.)  Thank you, Camille

**From:** Camille Bennett
**Sent:** Tuesday, April 1, 2025 4:06 PM
**To:** Penn, Justin M. <jpenn@hinshawlaw.com>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>
**Cc:** Cook, Lisa <Lisa.Cook@ilag.gov>; kyrstin.beasley@ilag.gov; robert.shultz@ilag.gov; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Michelle Garcia <MGarcia@aclu-il.org>; abby.parsons@arnoldporter.com; brent.ray@arnoldporter.com; Leahy, TJ <thomas.leahy@kirkland.com>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>
**Subject:** Monroe/documents in 3/28 order/Phase 1

Justin, Vincent – I'm writing to follow up on what I am going to call "Phase 1" of the documents the court directed defendants to produce in its 3/28 order (p. 2).  The order provides an end date for all production of April 18, but also says that the documents "shall" be produced "**as soon as possible**."

On March 21 (a Friday), Justin said by email that defendants were in a position to produce the following by the following Monday (March 24):

> "3.   Written, official grievances and responses while housed at MEN CC and in the possession of MEN CC from 6/2024 to present (we expect to produce by Monday, 3/24)"

> "4.   Disciplinary card  (we expect to produce by Monday, 3/24)"

> "6.   CHAMP (aka cumulative counseling summary) from 12/2023 to present (marked attorneys-eyes only due to it containing victim information, phone numbers and addresses of private individuals) (we expect to produce by Monday, 3/24)"

> "7.   Written, official requests to be placed in protective custody and responses while housed at MEN CC and in the possession of MEN CC (produced with redacted STG information and marked attorneys-eyes only)  (we expect to produce by Monday, 3/24)"

Accordingly, it seems that defendants should be able to produce these documents promptly, and all of these are subsets of the categories the court's 3/28 order directed to be produced (see items 1, 3, 8, and 9 in the 3/28 order). **Is there any reason why defendants cannot provide these by Friday, 4/5?**

Also: as Abby has mentioned more than once, the TAC and THAW committee minutes (which fall within 4, "any records…") should be readily available based on our previous experience. Again, **is there any reason why they cannot be provided by 4/5?**

Please let us know as soon as possible the status on these documents (and any others that may be "ready to hand" for production).  We'd like to keep this process moving smoothly from now on and are sure you feel the same.  Finally: (1) if there are **any class members who have arrived at or left Menard since Vincent updated the Menard class members for us (on March 12)** we need to know that as soon as possible, and on an ongoing basis (see item 10 in the court's order re: this); and (2) if there is someone in IDOC legal who should be cc'd on these messages going forward, please let us know that as well – that sometimes expedites communication.

Thank you and we look forward to hearing back soon – Camille

**Camille E. Bennett** *(she/her)*

Director, Corrections Reform

ACLU of Illinois

150 N. Michigan Ave., Ste. 600, Chicago, IL 60601

■ 312.201.9740 x336 ■ cbennett@aclu-il.org

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure

or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.