# Vaidya, Anshuman A.

| | |
|---|---|
| **From:** | Camille Bennett <CBennett@aclu-il.org> |
| **Sent:** | Monday, May 26, 2025 12:54 PM |
| **To:** | Rizzo, Vincent M.; Penn, Justin M.; Brodzik, James M.; Vaidya, Anshuman A.; Edwards Jr., Calvin R. |
| **Cc:** | Michelle Garcia; Alexis Picard; Mason Strand |
| **Subject:** | Sealed exhibits/Plaintiffs' Third Submission of Evidence (dkt. 960) |

**\*\*\*External email\*\*\***
This message came from outside your organization.

Counsel — over the weekend, we attempted to send the sealed exhibits to this filing to defendants' counsel, including you. We got a message indicating that the email might not have gone through to you, perhaps due to your server rejecting the number of attachments. I am about to send the same documents in three tranches (three emails) to you now. If you do not receive them, please let us know — Camille

1