IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>v.<br><br>LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN,<br><br>        Defendants. | Civil No. 3:18-cv-00156-NJR |

**BUSINESS RECORD DECLARATION: LIVING UNIT HISTORY OF DECLARANTS**

I, **Shelley Shevlin**, being first duly sworn under oath, depose and state I can testify to and that if I were called to testify my testimony would be:

    1.    My name is Shelley Shevlin, I am over the age of 18 and fully competent to make this declaration.

    2.    I have been employed with the Illinois Department of Corrections ("IDOC") since October 16, 2014. My current role is Early Case Intervention Coordinator at Menard Correctional Center.

    3.    In my current role, my duties and responsibilities include but are not limited to: gathering and responding to record requests, responding to subpoenas, and facilitating communication between staff and their attorneys.

    4.    Attached as Exhibits A through J are the living unit histories of several declarants that are no longer housed at Menard Correctional Center.

5. Declarants, R.C., T.F., P.M. M.L., A.M., S.M., A.M., K.M., J.P. and G.R. are no longer housed at Menard Correctional Center.[1]

6. These said records are kept by IDOC in the regular course of business within our O360 database.

7. It is the regular practice of IDOC to make record of the living histories of individuals in custody.

8. These living histories of the declarants were recorded and preserved in according with IDOC policies and procedures.

9. The records attached as Exhibits A through J are true and accurate depictions of the living unit histories of declarants R.C., T.F., P.M. M.L., A.M., S.M., A.M., K.M., J.P. and G.R.

**I, Shelley Shevlin, pursuant to 28 U.S.C. §1746, state under penalty of perjury, that the foregoing is true and correct to the best of my diligent inquiry, knowledge and belief.**

DATED: June 16, 2025

*Shelley A. Shevlin*
Shelley Shevlin
Early Case Intervention Coordinator
Menard Correctional Center
Illinois Department of Corrections

---

[1] The declarants are listed by their initials in this declaration; however, their names as documented in IDOC will be provided in the accompanying exhibits.