# EXHIBITS A-J FILED UNDER SEAL