# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN,<br><br>    Defendants. | Civil No. 3:18-cv-00156-NJR |

## PLAINTIFF'S FIFTH SUBMISSION OF EVIDENCE

Plaintiffs submit the following hand-signed declarations (under seal) of class members housed at Menard Correctional Center, to substantiate the concerns raised by Plaintiffs in their Motion for Preliminary Injunction Prohibiting Class Members from Living at Menard Correctional Center (Dkts. 873, 874). All five exhibits, attached here as Exhibits H, I, K, N and O (under seal), were previously filed with the class members' verbal consent (940, 941-3, 941-4, 941-10).

July 14, 2025

**Brent P. Ray**
ARNOLD & PORTER
KAYE SCHOLER LLP
70 West Madison Street Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2325
*brent.ray@arnoldporter.com*

**Abby L. Parsons**
ARNOLD & PORTER
KAYE SCHOLER LLP
700 Louisiana Street Suite 4000
Houston, TX 77002-2755
Telephone: (713) 576-2442
*abby.parsons@arnoldporter.com*

**Thomas E. Kennedy III**
**Sarah Jane Hunt**
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

**Malita Picasso**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
Telephone: (212) 549-2561
*mpicasso@aclu.org*

*/s Mason Strand*
**Camille E. Bennett**
**Michelle Teresa García**
**Alexis Picard**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*cbennett@aclu-il.org*
*mgarcia@aclu-il.org*
*apicard@aclu-il.org*

**Amelia H. Bailey**
**Thomas J. Leahy**
**Sam G. Rose**
**Ashton Dubey**
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*thomas.leahy@kirkland.com*
*sam.rose@kirkland.com*
*ashton.dubey@kirkland.com*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 14, 2025, I electronically filed the foregoing document and exhibits with the Clerk of Court by using CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By:     /s/ Mason Strand