# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED,<br><br>Plaintiffs,<br><br>- vs-<br><br>LATOYA HUGHES, MELVIN HINTON, and STEVEN BOWMAN,<br><br>Defendants. | No. 18-156-NJR |

## DECLARATION OF CORRECTIONAL OFFICER KEVIN BUETTNER

I, KEVIN BUETTNER, do hereby declare and state, under penalty of perjury, that I have personal knowledge of the facts and matters discussed in this declaration, and, if called as a witness, that I am competent to testify and would state as follows:

1. I am employed by the Illinois Department of Corrections at Menard Correctional Center.

2. I have been employed at Menard Correctional Center since April 8, 2019.

3. I am a correctional officer, and as part of my duties, I frequently search and transport individuals in custody to and from various court appearances.

4. During the week of May 26, 2025, in accordance with my duties as a correctional officer, I conducted the physical searches of multiple transgender individuals in custody in preparation for their transport to and from court in the Federal Courthouse in East St. Louis.

5. I also escorted these individuals in custody to court and remained in the courtroom during their testimony.

6. I similarly escorted these individuals back to Menard Correctional Center, where I again performed the necessary physical search of their bodies in order to ensure the safety and security of the institution.

7. I am a transgender female.

8. My pronouns are she/her.

9. My Illinois State Driver's License indicates my gender as female in accordance with my gender identity.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

FURTHER DECLARANT SAYETH NOT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Officer Kevin Buettner

_____
6.11.25
DATE

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF ILLINOIS EAST ST. LOUIS DIVISION

JANIAH MONROE, MARILYN MELENDEZ, )
LYDIA HELENA VISION, )
SORA KUYKENDALL, and SASHA REED, )
)
)
Plaintiffs, )
)
- vs- )   No. 18-156-NJR
)
LATOYA HUGHES, MELVIN HINTON, )
and STEVEN BOWMAN, )
)
Defendants. )

## DECLARATION OF MEGAN DITZLER

I, MEGAN DITZLER, do hereby declare and state, under penalty of perjury, that I have personal knowledge of the facts and matters discussed in this declaration, and, if called as a witness, that I am competent to testify and would state as follows:

1. I currently work for the Illinois Department of Corrections as Legal Counsel, a position and title I have held since approximately June 2024.

2. I am the Department attorney assigned to handle transgender issues and this class action matter.

3. In that capacity, I personally attended the hearing and trial on the preliminary injunction on May 27, 2025, May 28, 2025, and May 29, 2025.

4. I attended, was present for, and observed the majority of the testimony from the class members who testified. The only day I was not present was May 30, 2025, the final day.

5. I had planned on being present for the entirety of the hearing, but I am the employee tasked with reviewing the emails that were at issue in the motion to compel and

motion for sanctions filed by plaintiffs.

6. As such, the limited time that I was not present at the preliminary injunction was spent reviewing the document production that Defendants were producing on a rolling basis.

7. In addition, R. Brandon Schultz, Assistant Attorney General at Illinois Attorney General's Office, also attended on May 27, 2025 and a portion of May 29, 2025.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

FURTHER DECLARANT SAYETH NOT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Megan Ditzler

7/11/2025
Date