# EXHIBIT 3

**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF ILLINOIS EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, | ) | |
| LYDIA HELENA VISION, | ) | |
| SORA KUYKENDALL, and SASHA REED, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| - vs- | ) | No. 18-156-NJR |
| | ) | |
| LATOYA HUGHES, MELVIN HINTON, | ) | |
| and STEVEN BOWMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DECLARATION OF MEGAN DITZLER</u>**

I, MEGAN DITZLER, do hereby declare and state, under penalty of perjury, that I have personal knowledge of the facts and matters discussed in this declaration, and, if called as a witness, that I am competent to testify and would state as follows:

1. I currently work for the Illinois Department of Corrections as Legal Counsel, a position and title I have held since approximately June 2024.

2. I am the Department attorney assigned to handle transgender issues and this class action matter.

3. In that capacity, I personally attended the hearing and trial on the preliminary injunction on May 27, 2025, May 28, 2025, and May 29, 2025.

4. I attended, was present for, and observed the majority of the testimony from the class members who testified. The only day I was not present was May 30, 2025, the final day.

5. I had planned on being present for the entirety of the hearing, but I am the employee tasked with reviewing the emails that were at issue in the motion to compel and

motion for sanctions filed by plaintiffs.

6.      As such, the limited time that I was not present at the preliminary injunction was spent reviewing the document production that Defendants were producing on a rolling basis.

7.      In addition, R. Brandon Schultz, Assistant Attorney General at Illinois Attorney General's Office, also attended on May 27, 2025 and a portion of May 29, 2025.

I have read the foregoing paragraphs and they are true and correct to the best of my knowledge and belief.

FURTHER DECLARANT SAYETH NOT.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Megan Ditzler

7/11/2025
_____
Date