IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN BOWMAN, MELVIN HINTON, and LATOYA HUGHES<br><br>Defendants. | Civil No. 3:18-cv-00156-NJR |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO CLARIFY AND REOPEN PROOFS**

Pursuant to S.D. Ill. L.R. 7.1(a)(5), Plaintiffs hereby submit a general denial to the relief sought by Defendants to "clarify" the evidentiary record and reopen proofs to submit two additional declarations. Dkt. 985.

As Defendants' own motion attests, the Court has discretion regarding admission of additional evidence and none is needed here. And Defendants' accusation of misgendering by Plaintiffs' counsel is both inaccurate and unprofessional.

Regarding consideration of whether a party (or its representative) is present at trial, Defendants cite an out-of-circuit case to ask this Court to ignore corporate absence. *See* Dkt. 985 at 18 (citing *Ray v. Ford Motor Co.*, 2011

1

WL 6183099, at *17 (M.D. Ala. 2011)). But in this District, "if no corporate representative is present at counsel table, said absence is fodder for comment by plaintiff since it is customary for such a person to be present. Certainly, if plaintiff was never present in the court room [Defendant] would feel compelled to comment." *In re Yasmin*, 2011 WL 6740391, at *11 (S.D. Ill. 2011) (Herndon, C.J.). Substance aside, both cases involved juries and this case did not, so Defendants' request is—at best—inapposite.

This Court should summarily deny Defendants' Motion.

Dated: July 25, 2025

Respectfully Submitted:

*/s/ Abby L. Parsons*

**Brent P. Ray**
**Erica McCabe**
**Stephen Ferro**
ARNOLD & PORTER
KAYE SCHOLER LLP
70 West Madison Street Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2325
*brent.ray@arnoldporter.com*
*erica.mccabe@arnoldporter.com*
*stephen.ferro@arnoldporter.com*

**Abby L. Parsons**
ARNOLD & PORTER
KAYE SCHOLER LLP
700 Louisiana Street Suite 4000
Houston, TX 77002-2755
Telephone: (713) 576-2442
*abby.parsons@arnoldporter.com*

**Sarah E. Prather**
ARNOLD & PORTER
KAYE SCHOLER LLP
250 West 55th St.
New York, NY 10019
Telephone: (212) 836-7816
*sarah.prather@arnoldporter.com*

**Thomas E. Kennedy III**
**Sarah Jane Hunt**
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

**Malita Picasso**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street  New

**Camille E. Bennett**
**Michelle Teresa García**
**Alexis Picard**
**Mason Strand**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*cbennett@aclu-il.org*
*mgarcia@aclu-il.org*
*apicard@aclu-il.org*
*mstrand@aclu-il.org*

**Amelia H. Bailey**
**Thomas J. Leahy**
**Anne J. Hudson**
**Ashton Dubey**
**Nicole R. Marcotte**
KIRKLAND & ELLIS LLP
333 Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*thomas.leahy@kirkland.com*
*anne.hudson@kirkland.com*
*ashton.dubey@kirkland.com*
*nikki.marcotte@kirkland.com*

*Attorneys for Plaintiffs*

York, NY 10004
Telephone: (212) 549-2561
*mpicasso@aclu.org*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, the foregoing document was filed via CM/ECF and all counsel of record received a copy.

*/s/ Abby L. Parsons*
Abby L. Parsons
Counsel for Plaintiffs

4