In The United States District Court
Southern District Of Illinois

Monroe et. al.,
Plaintiff's

       vs.      Case No. 18-CV-00156-NJR

Bowman et.al.,
Defendant's

(Permitted's allowed to be filed's, heard Pursuant to Fed. R. Civ. P.)
Motion To Intervene

Now comes Pro. se., Class Action Complaint Plaintiff Skyler Sky aka Bradley Cornille currently held at Big Muddy River Of IDoc, a transgender IIC whom is disabled, wheel chair dependant, 's with special medical equipment calls into question Defendant's actions 's reactions to orders of this Court concerning the location Defendant's (espically Shane Reister) Chose for the PRISM Program 's the body scanners all due to the fact both the location of the PRISM Program 's model of body scanners <u>violate Federal Law</u> for discrimination on handicap IIC's; like Complaint Plaintiff.

               Jurisdiction

This Court has the jurisdiction first, because this case begun here, Second Court has jurisdiction over this Complaint titled "Motion To Intervene" Pursuant to Federal Rules Of Civil Procedure. Additionally as a Class member Compliant Plaintiff exercises their United States Constitutional Rights under first amendment <u>access</u> to this Court, 's Fourteenth amendment equal Protection. This Court has established two (2) Monitor's (Special Master category)

yet none have spoke with or visted complaint Plaintiff within at least (18) months, & worse yet there is no information on how to contact them. This Court has the ability to assure the Court's "monitor's" visits complaint Plaintiff or at a bare minimum a legal call in an effort to end Defendant's willful, blatant, & careless violation of Federal laws & Rights.

### ISSUE

IDoc/Defendant's as a whole allow Shane Reister to have entirely to much power that Reister makes choices like the location of the PRISM Program at Centralia CC a NON ADA Facility, therefore discrimination & violation of Federal laws occur. Or how a company was allowed to install body scanners at facilities that require the person to be scanned to step up onto a platform 20" to 24" +/- off the floor all NON ADA; discrimination & violation of Federal laws Occur. All Reister & the Defendant's had to do was communicate with class members & all of this could of had better success.

### CONCLUSION

Relocate the PRISM Program to an ADA Compliant facility like Big Muddy where there is currently a good number of transgender IIc's with a great Mental Health Leader named R. Stutz, give the PRISM Program two wings of an X house here for example one house (like the actual unit one house B & D wing) & let the Program run so transgenders both ADA & non ADA can be. Fix, rehab, or replace the body scanners to be ADA compliant. Ensure Court monitor's make

Page 2 of 3

contact in some manner with the Complaint Plaintiff. Lastly ensure IDOC pushes for State's Federal Prosecution when us transgender's are targeted, assaulted. Complaint Plaintiff was stabbed above their left eye & beat June of 2024 for being transgender & prison staff placed a keep seperate from back in the cell with me despite Plaintiffs protest's fear. IDOC/Defendant's did nothing to right this wrong; I'm now legally blind in my left eye An I was transfered to Big Muddy.

I declare under penalty of perjury the foregoing is true & correct. Executed at BMRCC in Ina, IL on: 08/18/2025.

## Certificate Of Service

Plaintiff hereby declares under penalty of perjury that on 08/18/25 she E-Filed this Motion To Intervene at BMRCC via mail to law Library to all members, attorneys, & monitors via E-file.

Skyler Sky

Skyler Sky aka Bradley, Cornille B88091
251 N. IL Hwy 37
Ina, IL 62846

Page 3 of 3



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

### ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: Skyler Sky aka Bradley Cornille

ID Number: B89097

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or **No**

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   **Yes** or No

   Class Action: Class member
   If yes, please list case number: 18-CV-00156-NJR

   Pro se Filing
   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:   4

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Pro se. Motion to intervene | 3 |
| | |
| | |
| | |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned unfiled.