# EXHIBIT M

| | |
|---|---|
| **From:** | Camille Bennett |
| **To:** | Edwards Jr., Calvin R.; Penn, Justin M.; Rizzo, Vincent M.; Brodzik, James M.; Cook, Lisa; Beasley, Kyrstin; Shultz, Robert |
| **Cc:** | #ACLU Transgender Prisoner Rights External |
| **Subject:** | Monroe/para. 4 of 9/12 order/Menard class member ▓▓▓ |
| **Date:** | Wednesday, October 8, 2025 2:57:08 PM |

Counsel --

The court's Sept. 12, 2025 injunction requires, as to any Menard class member (Dkt. 1009 at 2):

> 4. Defendants shall notify each individual class member of their new placement in writing, at least seven days in advance of the physical transfer, stating where the individual will be moved. The notice shall explain the reason(s) for the placement/transfer decision and the consideration of each of the above criteria. A copy of each decision shall be simultaneously forwarded to class counsel.

During a call today with Menard class member ▓▓▓▓▓▓ (▓▓▓▓▓▓▓▓▓), Ms. ▓▓▓▓ reported that she had today received a notice of transfer (to Pontiac CC). This is a reminder that pursuant to the court's order, a copy of any such transfer notice must be forwarded "simultaneously" to us.

Thank you, Camille Bennett

**Camille E. Bennett** *(she/her)*
Director, Corrections Reform
ACLU of Illinois
150 N. Michigan Ave., Ste. 600, Chicago, IL 60601
■ 312.201.9740 x336 ■ cbennett@aclu-il.org