IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELÉNA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>LAMENTA CONWAY, MELVIN HINTON, and LATOYA HUGHES,<br><br>    Defendants. | Case No. 3:18-CV-00156-NJR |

## PRELIMINARY INJUNCTION

**ROSENSTENGEL, Chief Judge:**

Pursuant to Rule 65(d)(1)(C) of the Federal Rules of Civil Procedure and *MillerCoors LLC v. Anheuser-Busch Companies, LLC*, 940 F.3d 922 (7th Cir. 2019), the Court issues the following preliminary injunctive relief. The Court **ORDERS** as follows:

1. (former paragraph 2)[1] Defendants shall transfer any class member housed at Menard to another facility in accordance with the provisions below. Defendants shall take into consideration the individual's preference(s) as to the location of the transfer, but Defendants will make the final decision. Given the Court's previous Order transferring class members out of Pinckneyville Correctional Center (Doc. 680), the Court cautions that class members not be transferred to Pinckneyville, to avoid recurrence of the issues that came to light there.

2. (former paragraph 3) In determining where each class member will be transferred, Defendants shall consider the individual's gender dysphoria condition (including related mental health considerations), gender identity, related safety issues, and

---

[1] See Preliminary Injunction dated September 12, 2025 (Doc. 1009) for each reference to "former paragraph".

Page **1** of **3**

whether a transfer to a facility matching the individual's gender identity is appropriate. Defendants shall also consider the transfer criteria they previously described to this Court (*See* Doc. 680, p. 31; Doc. 668, pp. 23-24) including: the length of time before the individual is eligible for release on MSR; their security level; any medical/mental health issues; any substance abuse issues; any security threat group issues; any enemy/KSF issues; any protective custody needs; the individual's previous adjustment at other facilities; the nature of the individual's commitment; the individual's vulnerable status; and whether the individual meets the criteria for the requested facility.

3. (former paragraph 4) Defendants shall notify each individual class member of their new placement in writing, at least **seven days** in advance of the physical transfer, stating where the individual will be moved. The notice shall explain the reason(s) for the placement/transfer decision *and the consideration of each of the above criteria*. A copy of each decision shall be simultaneously forwarded to class counsel.

4. (former paragraph 5) Going forward, no individual already identified as a member of the Plaintiff class shall be transferred to Menard. If a person arrives at Menard through the reception and classification process (intake) and is recognized by IDOC as a class member as part of IDOC's standard evaluation process, that class member shall not be assigned to Menard as their permanent institution. If an individual already housed at Menard requests an evaluation for gender dysphoria, IDOC shall conduct the requested evaluation within **seven working days**[2] and confirm such diagnosis in its sole discretion within **14 days** of the evaluation. Each person who is confirmed with a gender dysphoria diagnosis shall be transferred to a different facility within **21 days** of such confirmation. (See IDOC Administrative Directive No. 04.03.104, eff. 4/1/2021).

5. (former paragraph 6) Any class member transferred from Menard who is not moved to Logan or another facility matching their gender identity shall be allowed to submit a transfer request to Logan or another facility matching their gender identity within **60 days** of their initial transfer.

6. (former paragraph 7) Defendants shall provide to the Court and to Plaintiffs' counsel a monthly report, **by the last day of each month**, of the status of any known class member currently housed at Menard, including the timing and result of any pending, upcoming, or concluded transfer decisions. Defendants also shall produce to Plaintiffs' counsel each month, **by the last day of the month**, all documentation related to class members at Menard including transfer requests,

---

[2] The seven "working days" deadline is IDOC's policy as provided in A.D. No. 04.03.104, "Evaluation, Treatment, and Correctional Management of Transgender Offenders." All other deadlines in this Order refer to calendar days.

grievances, PREA complaints and investigations, TAC notes, and medical and mental health records including documentation of hormone levels for those on such therapy.

**IT IS SO ORDERED.**

**DATED: December 11, 2025**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**