IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) ) ) | |
| Plaintiffs-Appellees, | ) | No. 3:18-cv-00156-NJR |
| | ) | |
| v. | ) | |
| | ) | |
| LATOYA HUGHES, MELVIN HINTON, and LAMENTA CONWAY, | ) ) | |
| | ) | The Honorable |
| Defendants-Appellants. | ) | NANCY J. ROSENSTENGEL, |
| | ) | Chief Judge Presiding. |

**NOTICE OF APPEAL**

Defendants Latoya Hughes, Melvin Hinton, and LaMenta Conway, officials of the

Illinois Department of Corrections, in their official capacities, hereby appeal to the United

States Court of Appeals for the Seventh Circuit from this court's interlocutory injunction

orders entered on December 11, 2025, whereby this court ordered continued prospective

injunctive relief that requires defendants to transfer any class member housed at Menard

to another facility in accordance with the order's requirements.  Docs. 1070-71.

By this appeal, defendants request that the district court's orders be reversed and vacated, and that any other appropriate relief be awarded.

December 15, 2025

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By:     /s/ Lisa A. Cook
Lisa A. Cook #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-5819 Phone
(217) 524-5091 Fax
lisa.cook@ilag.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JANIAH MONROE, MARILYN MELENDEZ, LYDIA HELENA VISION, SORA KUYKENDALL, and SASHA REED, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) ) ) | |
| Plaintiffs-Appellees, | ) | No. 3:18-cv-00156-NJR |
| v. | ) ) ) | |
| LATOYA HUGHES, MELVIN HINTON, and LAMENTA CONWAY, | ) ) | |
| Defendants-Appellants. | ) ) ) ) | The Honorable NANCY J. ROSENSTENGEL, Chief Judge Presiding. |

### CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, the foregoing document, **Notice of Appeal**, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By:    s/ Lisa A. Cook
Lisa A. Cook #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-5819 Phone
lisa.cook@ilag.gov