**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**

JANIAH MONROE, MARILYN
MELENDEZ, LYDIA HELÉNA VISION,
SORA KUYKENDALL, and SASHA
REED, individually and on behalf of a class
of similarly situated individuals,

            Plaintiffs,

v.

LATOYA HUGES, MELVIN HINTON, and
LAMENTA CONWAY,

            Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No. 3:18-cv-00156-NJR

**PLAINTIFFS' SUBMISSION OF EVIDENCE**

Plaintiffs hereby submit the following declarations (under seal) of class members

previously housed at Menard Correctional Center to substantiate the concerns raised by Plaintiffs

in their Motion to Reissue Preliminary Injunction (Dkt. 1028).

Dated: January 28, 2026

Respectfully Submitted:

/s/ Mason Strand

**Brent P. Ray**
**Stephen Ferro**
ARNOLD & PORTER
KAYE SCHOLER LLP
70 West Madison Street Suite 4200
Chicago, IL  60602-4231
Telephone: (312) 583-2325
*brent.ray@arnoldporter.com*
*erica.mccabe@arnoldporter.com*
*stephen.ferro@arnoldporter.com*

**Abby L. Parsons**
ARNOLD & PORTER
KAYE SCHOLER LLP
700 Louisiana Street Suite 4000
Houston, TX  77002-2755
Telephone: (713) 576-2442
*abby.parsons@arnoldporter.com*

**Thomas E. Kennedy III**
**Sarah Jane Hunt**
KENNEDY HUNT P.C.
906 Olive Street, Suite 200
Saint Louis, MO 63101
Telephone: (314) 872-9041
*tkennedy@KennedyHuntLaw.com*
*sarahjane@KennedyHuntLaw.com*

**Malita Picasso**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street  New
York, NY 10004
Telephone: (212) 549-2561
*mpicasso@aclu.org*

**Camille E. Bennett**
**Michelle Teresa García**
**Mason Strand**
**Rachel Caldwell**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Telephone: (312) 201-9740
Facsimile: (312) 288-5225
*cbennett@aclu-il.org*
*mgarcia@aclu-il.org*
*mstrand@aclu-il.org*
*rcaldwell@aclu-il.org*

**Amelia H. Bailey**
**Thomas J. Leahy**
**Anne J. Hudson**
**Ashton Dubey**
**Sarah Legault**
KIRKLAND & ELLIS LLP
333 Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
*amelia.bailey@kirkland.com*
*thomas.leahy@kirkland.com*
*anne.hudson@kirkland.com*
*ashton.dubey@kirkland.com*
*nikki.marcotte@kirkland.com*
*sarah.legault@kirkland.com*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on January 28, 2026, I electronically filed the foregoing document and exhibits with the Clerk of Court by using CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

By: /s/ *Mason Strand*