Privileged Legal Correspondence
1-28-2026

Page 1 of 2

Nicholas Johnson M08698
Joliet Treatment Center
2848 W. McDonough St.
Joliet, Il 60436


Chief U.S. District Judge
Honorable Nancy J. Rosenstengel
U.S. Courthouse
750 Missouri Avenue
East St. Louis, Il 62201


Dear Honorable Judge Rosenstengel,

I know you are busy, thank you for your time and help. This letter is regarding case # 3:18-CV-156-NJR Monroe v. Conway. The litigation was brought in January 2018 on behalf of a class of plaintiffs certified as "all prisoners in the custody of I.D.O.C. who have requested evaluation or treatment for Gender Dysphoria." The named plaintiffs are Transgender women currently incarcerated in the Illinois Dept. of Corrections. I believe you are the Judge who is presiding over this case. I am not one of the named plaintiffs in the court documents but I am a prisoner in the custody of the Illinois Department of Corrections who is a Transgender female and I was diagnosed with Gender Dysphoria twice but I am being denied things that are supposed to be provided for me. The name I was given at birth is Nicholas but my name is Lucy Marie Johnson and I am a Transgender female who is incarcerated in the Joliet Treatment center, a male facility in the Illinois Dept. of Corrections. The purpose of this letter is to report to you that I am experiencing exactly what the named plaintiffs in the court documents describe that they experienced or are experiencing. I reported to the Joliet Treatment staff that I was a Transgender female in July 2025. Shortly thereafter I was evaluated by a psychiatrist for Gender Dysphoria and I was Diagnosed with Gender Dysphoria in July and again in August 2025. Since being diagnosed I have been denied

Page 2

gender affirming items and care that is being provided for free to other Transgender women whos Diagnoses have been confirmed by the I.D.O.C. Transgender Health And wellness Committee. Some of the women's Diagnoses have not been confirmed by the THAW committee but they are still being provided with gender Affirming care and items. I have been told by the mental Health staff here that I cannot receive the gender Affirming items or care and I have to be strip searched by male officers until the Transgender Health And wellness Committee confirms my Gender Dysphoria diagnosis in April of 2026, and there is no guarantee that they will confirm my diagnosis even though I was already diagnosed twice in 2025. I am being denied gaffs, make up, hormone treatment, gender affirming surgery, and strip searches that are conducted by female staff members all because I have to wait all the way to April for the THAW committee to confirm my diagnosis of Gender Dysphoria. I have been waiting since July 2025. The THAW committee is comprised of unqualified individuals who are causing Transgender women like me to experience extra distress due to their delays and denials. I was diagnosed with Gender Dysphoria 2 times last year, that should be enough for the I.D.O.C. officials to start affirming my Transgender status. And whats more, there are countless Transgender women here who were not forced to wait for the THAW committee to confirm their diagnoses, they informed the I.D.O.C. staff that they were Transgender, and the I.D.O.C. affirmed their Transgender status and started providing them with everything they need, but they are forcing me to wait for the THAW committee to maybe confirm my diagnosis. I am being denied virtually everything even though I was diagnosed twice in 2025. Please look into these matters and assist me in any way that you can, ~~again~~ Again, thank you for your time and help.

Sincerely,

*Nicholas Johnson*
Nicholas Johnson

Nicholas Johnson M08698
Joliet Treatment Center
2848 W. McDonough St.
Joliet, Il 60436

This Correspondence
is from an Individual in Custody
of the Illinois Department
of Corrections

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 60436    $ 001.63
02 7W
0008032869 JAN 22 2025

Privileged Legal Correspondence

Chief U.S. District Judge
Honorable Nancy J. Rosenstengel
U.S. Courthouse
750 Missouri Avenue
East St. Louis, Il 62201

Privileged Legal Correspondence

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

RECEIVED
JAN 28 2026