# EXHIBIT 2

 Outlook

---

**RE: 3:18-cv-00156 Monroe v. Hughes - Plaintiffs' 4th Set of Requests for Production to Defendants**

---

**From** Vaidya, Anshuman A. <avaidya@hinshawlaw.com>

**Date** Thu 2025-10-23 1:35 PM

**To** Sabrina Kimble <SKimble@aclu-il.org>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>; kyrstin.beasley@ilag.gov <kyrstin.beasley@ilag.gov>; lisa.cook@ilag.gov <lisa.cook@ilag.gov>; robert.shultz@ilag.gov <robert.shultz@ilag.gov>

**Cc** Camille Bennett <CBennett@aclu-il.org>; Michelle Garcia <MGarcia@aclu-il.org>; Mason Strand <MStrand@aclu-il.org>; brent.ray@arnoldporter.com <brent.ray@arnoldporter.com>; erica.mccabe@arnoldporter.com <erica.mccabe@arnoldporter.com>; Lauren Winder <LWinder@aclu-il.org>; stephen.ferro@arnoldporter.com <stephen.ferro@arnoldporter.com>; abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com>; sarah.prather@arnoldporter.com <sarah.prather@arnoldporter.com>; Malita Picasso <mpicasso@aclu.org>; amelia.bailey@kirkland.com thomas.leahy@kirkland.com <anne.hudson@kirkland.com>; ashton.dubey@kirkland.com <ashton.dubey@kirkland.com>; nikki.marcotte@kirkland.com <nikki.marcotte@kirkland.com>; sarah.legault@kirkland.com <sarah.legault@kirkland.com>; tkennedy@KennedyHuntLaw.com <tkennedy@KennedyHuntLaw.com>; sarahjane@KennedyHuntLaw.com <sarahjane@KennedyHuntLaw.com>

Counsel for Plaintiffs,

Defendants would like to request a short one-week extension with respect to Plaintiff's 4th Set of RTPs (currently due on Monday). I believe some of what is being requested has been produced prior to the last evidentiary hearing, and we are working with the client to complete our production and responses and should be able to start producing materials in short order and will keep you posted on our progress. To that end, please let us know if you are agreeable to the extension.

Thank you,
Anshuman

**Anshuman Vaidya**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3439 | **F:** 312-704-3001
avaidya@hinshawlaw.com
My Bio | hinshawlaw.com | in f X ⊚



Proudly
**MANSFIELD RULE CERTIFIED** *PLUS*

---

**From:** Sabrina Kimble <SKimble@aclu-il.org>
**Sent:** Friday, September 26, 2025 5:00 PM
**To:** Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>; kyrstin.beasley@ilag.gov; lisa.cook@ilag.gov; robert.shultz@ilag.gov
**Cc:** Camille Bennett <CBennett@aclu-il.org>; Michelle Garcia <MGarcia@aclu-il.org>; Mason Strand

<MStrand@aclu-il.org>; brent.ray@arnoldporter.com; erica.mccabe@arnoldporter.com; Lauren Winder
<LWinder@aclu-il.org>; stephen.ferro@arnoldporter.com; abby.parsons@arnoldporter.com;
sarah.prather@arnoldporter.com; Malita Picasso <mpicasso@aclu.org>; amelia.bailey@kirkland.com
thomas.leahy@kirkland.com <anne.hudson@kirkland.com>; ashton.dubey@kirkland.com;
nikki.marcotte@kirkland.com; sarah.legault@kirkland.com; tkennedy@KennedyHuntLaw.com;
sarahjane@KennedyHuntLaw.com
**Subject:** 3:18-cv-00156 Monroe v. Hughes - Plaintiffs' 4th Set of Requests for Production to Defendants

Hello,

Please see the attached sent on behalf of Counsel for Plaintiffs in the above-referenced matter.

Best,
Sabrina Kimble

*She, Her, Hers*

Paralegal

Roger Baldwin Foundation of ACLU, Inc.

150 N. Michigan Ave., Suite 600

Chicago, IL 60601

T: (312) 201-9740 ext. 357

F: (312) 201-9760

skimble@aclu-il.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by replying to the email that this message has been inadvertently transmitted to you and delete this email from your system.*

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.