# EXHIBIT 3

Outlook

**Monroe v. Hughes - Defendant Discovery Response Update / ROG Extension Request**

From  Vaidya, Anshuman A. <avaidya@hinshawlaw.com>
Date  Thu 2025-10-30 3:47 PM
To    Ray, Brent <Brent.Ray@arnoldporter.com>; Parsons, Abby <abby.parsons@arnoldporter.com>; Camille Bennett <CBennett@aclu-il.org>; Michelle Garcia <MGarcia@aclu-il.org>
Cc    #ACLU Transgender Prisoner Rights External <aclu_transgender_prisoner_rights_external@kirkland.com>; Rizzo, Vincent M. <vrizzo@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>; Penn, Justin M. <jpenn@hinshawlaw.com>

Counsel for Plaintiffs,

Defendants intend to begin a rolling production on Monday with respect to Plaintiffs' Fourth Request to Produce. With an eye towards completing production, I wanted to check your availability to meet and confer on the scope of the production and to agree to a new set of search terms (I believe the prior agreed search terms may not appropriately encompass our current relevant timeframe). Is there a time early next week we can set some time to meet to discuss?

In addition, I would like to respectfully request a two-week extension to respond to Plaintiff's Fourth Set of Interrogatories. Please let us know if there are any questions or concerns.

Thank you,
Anshuman

**Anshuman Vaidya**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3439 | **F:** 312-704-3001
avaidya@hinshawlaw.com
My Bio | hinshawlaw.com |



Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.