# EXHIBIT 11

 Outlook

## Monroe ESI Discovery - Hit Counts

| | |
|---|---|
| From | Vaidya, Anshuman A. <avaidya@hinshawlaw.com> |
| Date | Mon 2026-01-05 12:06 PM |
| To | Camille Bennett <CBennett@aclu-il.org>; #ACLU Transgender Prisoner Rights External <aclu_transgender_prisoner_rights_external@kirkland.com>; Leahy, TJ <thomas.leahy@kirkland.com>; Ray, Brent <brent.ray@arnoldporter.com>; Michelle Garcia <MGarcia@aclu-il.org>; Parsons, Abby <abby.parsons@arnoldporter.com> |
| Cc | Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>; Schroetter, Sarah E. <sschroetter@hinshawlaw.com> |

📎 1 attachment (12 KB)
ESI17207-HitCount.xlsx;


Counsel for the Plaintiffs,

As requested, attached please find the ESI term and custodian hit counts. Please review and let us know your thoughts on how to proceed.

Best,
Anshuman

**Anshuman Vaidya**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3439 | **F:** 312-704-3001
avaidya@hinshawlaw.com

My Bio | hinshawlaw.com | in f x 📷



Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do

not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

|  | Total Count |
|---|---:|
| Transgender | 35,782 |
| Injunct | 0 |
| Hormone | 6,783 |
| transfer | 232,966 |
| PRISM NEAR/5 transfer | 2,020 |
| gender | 43,537 |
| surgery | 91,016 |
| Trans | 41,562 |
| logan | 200,967 |
| PRISM | 8,307 |
| gender dysphoria | 7,971 |
| WPATH | 3,414 |

| | William Puga | Shane Reister | Lamenta Conwa | Justin Hammer | LaToya Hughes | Melvin Hinton | Steven Bowman | Michelle Malone | Brittney Schroede | Alyssa Williams | Melinda Eddy | Curtis Dallas | Curtis Bailey |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transgender | 11,932 | 10,476 | 12,469 | 4,273 | 1,927 | 5,029 | 4,817 | 1,216 | 195 | 2,254 | 2,358 | 407 | 68 |
| Injunct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hormone | 4,398 | 2,864 | 5,257 | 340 | 205 | 1,876 | 0 | 169 | 0 | 197 | 604 | 31 | 58 |
| transfer | 16,971 | 26,462 | 82,444 | 32,078 | 15,225 | 22,801 | 0 | 48,170 | 5 | 26,720 | 14,802 | 8,576 | 1,811 |
| PRISM NEAR/5 transfer | 522 | 1,366 | 315 | 143 | 10 | 79 | 0 | 46 | 0 | 18 | 22 | 1 | 6 |
| gender | 11,332 | 8,251 | 11,640 | 5,292 | 5,493 | 6,580 | 0 | 5,254 | 1 | 5,511 | 5,260 | 2,315 | 142 |
| surgery | 6,966 | 4,934 | 78,357 | 2,368 | 2,204 | 4,181 | 0 | 1,637 | 0 | 2,571 | 1,803 | 244 | 714 |
| Trans | 2,358 | 2,178 | 35,074 | 2,816 | 839 | 3,657 | 0 | 720 | 0 | 1,719 | 1,450 | 190 | 335 |
| logan | 22,632 | 16,898 | 72,243 | 35,011 | 20,393 | 21,910 | 0 | 9,433 | 4 | 32,485 | 52,224 | 800 | 422 |
| PRISM | 2,032 | 4,239 | 1,682 | 1,696 | 410 | 754 | 0 | 499 | 0 | 691 | 503 | 6 | 7 |
| gender dysphoria | 5,218 | 3,738 | 4,739 | 369 | 237 | 2,560 | 0 | 238 | 0 | 325 | 642 | 36 | 17 |
| WPATH | 1,727 | 1,352 | 1,715 | 119 | 75 | 562 | 0 | 8 | 0 | 149 | 116 | 2 | 2 |