# EXHIBIT 12

Outlook

## RE: Monroe ESI Discovery - Hit Counts

| | |
|---|---|
| From | Hudson, Anne J. <anne.hudson@kirkland.com> |
| Date | Tue 2026-01-06 3:05 PM |
| To | Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Camille Bennett <CBennett@aclu-il.org>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Leahy, TJ <thomas.leahy@kirkland.com>; *Brent.ray@arnoldporter.com <Brent.ray@arnoldporter.com>; Michelle Garcia <MGarcia@aclu-il.org>; *abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com> |
| Cc | Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>; Schroetter, Sarah E. <sschroetter@hinshawlaw.com> |

Thank you, Anshuman.

We will review and get back to you with a proposal for revisions/next steps. A few clarifying questions that will help as we review:

- Can you confirm that the total hit counts on the first sheet are not de-duped in anyway? I.e. a document that hit on "hormone" and "transgender" would be counted in both rows.

- For the "Injunct" term, can you confirm whether you used any type of wildcard search term, such that it would hit on variants of the word like injunction and injunctive? It appears for example that the "trans" search term is not picking up all of the hits on "transfer"

Thanks,
Anne

**Anne J. Hudson**
She/Her/Hers
------------------------------------
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
T +1 312 862 4111  M +1 312 208 0051
F +1 312 862 2200
------------------------------------
anne.hudson@kirkland.com

---

**From:** Vaidya, Anshuman A. <avaidya@hinshawlaw.com>
**Sent:** Monday, January 5, 2026 12:06 PM
**To:** *cbennett@aclu-il.org <cbennett@aclu-il.org>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Leahy, TJ <thomas.leahy@kirkland.com>; *Brent.ray@arnoldporter.com <Brent.ray@arnoldporter.com>; *MGarcia@aclu-il.org <MGarcia@aclu-il.org>; *abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com>
**Cc:** Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>; Schroetter, Sarah E. <sschroetter@hinshawlaw.com>
**Subject:** Monroe ESI Discovery - Hit Counts

Counsel for the Plaintiffs,

As requested, attached please find the ESI term and custodian hit counts. Please review and let us know your thoughts on how to proceed.

Best,
Anshuman

**Anshuman Vaidya**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3439 | **F:** 312-704-3001
avaidya@hinshawlaw.com
My Bio | hinshawlaw.com |



Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.