# EXHIBIT 13

 Outlook

### RE: Monroe ESI Discovery - Hit Counts

| | |
|---|---|
| From | Hudson, Anne J. <anne.hudson@kirkland.com> |
| Date | Mon 2026-01-12 3:00 PM |
| To | Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; Camille Bennett <CBennett@aclu-il.org>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Leahy, TJ <thomas.leahy@kirkland.com>; *Brent.ray@arnoldporter.com <Brent.ray@arnoldporter.com>; Michelle Garcia <MGarcia@aclu-il.org>; *abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com> |
| Cc | Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>; Schroetter, Sarah E. <sschroetter@hinshawlaw.com> |

📎 1 attachment (16 KB)
ESI17207-HitCount (Pl Proposed Revisions)(133471945.1).xlsx;

Anshuman,

Thank you for sending your ESI terms and hit counts. In the attached, we added a column to the 'By Custodian' sheet with our proposed revisions to the search terms, highlighted in yellow. As outlined in the first sheet of the attached, we believe these revisions reduce the existing hit count from 674,325 to 132,403, with the total unique documents likely being lower as documents are likely to hit on multiple search terms. Let us know what the hit counts are for the revised search terms, and whether you agree to proceed with these terms or if you have further revisions.

Additionally, Plaintiffs are concerned about the hit counts for Dr. Bowman, who until recently was the agency medical director for IDOC, and yet has no hits for any search term except "transgender," including no hits for medical terms like "surgery" or "hormone." As such, in addition to the questions below, please confirm that you ran the full list of search terms on Dr. Bowman's email, and over what time period.

Finally, Plaintiffs request that you produce responsive emails in their native form with metadata, rather than as images or PDFs. Please confirm you agree.

Thanks,
Anne

**Anne J. Hudson**
She/Her/Hers
-----------------------------------
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
T +1 312 862 4111  M +1 312 208 0051
F +1 312 862 2200
-----------------------------------
anne.hudson@kirkland.com

**From:** Hudson, Anne J. <anne.hudson@kirkland.com>
**Sent:** Tuesday, January 6, 2026 3:05 PM

**To:** Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; *cbennett@aclu-il.org <cbennett@aclu-il.org>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Leahy, TJ <thomas.leahy@kirkland.com>; *Brent.ray@arnoldporter.com <Brent.ray@arnoldporter.com>; *MGarcia@aclu-il.org <MGarcia@aclu-il.org>; *abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com>
**Cc:** Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>; Schroetter, Sarah E. <sschroetter@hinshawlaw.com>
**Subject:** RE: Monroe ESI Discovery - Hit Counts

Thank you, Anshuman.

We will review and get back to you with a proposal for revisions/next steps. A few clarifying questions that will help as we review:
- Can you confirm that the total hit counts on the first sheet are not de-duped in anyway? I.e. a document that hit on "hormone" and "transgender" would be counted in both rows.

- For the "Injunct" term, can you confirm whether you used any type of wildcard search term, such that it would hit on variants of the word like injunction and injunctive? It appears for example that the "trans" search term is not picking up all of the hits on "transfer"

Thanks,
Anne

**Anne J. Hudson**
She/Her/Hers
------------------------------------
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 4111  **M** +1 312 208 0051
**F** +1 312 862 2200
------------------------------------
anne.hudson@kirkland.com

---

**From:** Vaidya, Anshuman A. <avaidya@hinshawlaw.com>
**Sent:** Monday, January 5, 2026 12:06 PM
**To:** *cbennett@aclu-il.org <cbennett@aclu-il.org>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Leahy, TJ <thomas.leahy@kirkland.com>; *Brent.ray@arnoldporter.com <Brent.ray@arnoldporter.com>; *MGarcia@aclu-il.org <MGarcia@aclu-il.org>; *abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com>
**Cc:** Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>; Schroetter, Sarah E. <sschroetter@hinshawlaw.com>
**Subject:** Monroe ESI Discovery - Hit Counts

Counsel for the Plaintiffs,

As requested, attached please find the ESI term and custodian hit counts.  Please review and let us know your thoughts on how to proceed.

Best,
Anshuman

**Anshuman Vaidya**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3439 | **F:** 312-704-3001

avaidya@hinshawlaw.com

My Bio | hinshawlaw.com |



Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

| Column1 | Total Count | Revised | Notes |
|---|---|---|---|
| Transgender | 35,782 | 35,782 | |
| Injunct | 0 | 0 | Additional terms proposed |
| Hormone | 6,783 | 6,783 | |
| transfer | 232,966 | | Proposed limiters for all custodians |
| PRISM NEAR/5 transfer | 2,020 | | Included in the "PRISM" total below |
| gender | 43,537 | 43,537 | |
| surgery | 91,016 | 18,659 | Conway hits removed, limiters proposed |
| Trans | 41,562 | 6,488 | Conway hits removed, limiters proposed |
| logan | 200,967 | 9,433 | Dropped except for Michelle Malone |
| PRISM | 8,307 | 8,307 | |
| gender dysphoria | 7,971 | | Included in the "gender" total above |
| WPATH | 3,414 | 3,414 | |
| **Total** | **674,325** | **132,403** | |

| Column1 | William Puga | Shane Reister | Lamenta Conway | Justin Hammers | LaToya Hughes | Melvin Hinton | Steven Bowman | Michelle Malone | Brittney Schroeder | Alyssa Williams | Melinda Eddy | Curtis Dallas | Curtis Bailey | Proposed Revisions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transgender | 11,932 | 10,476 | 12,469 | 4,273 | 1,927 | 5,029 | 4,817 | 1,216 | 195 | 2,254 | 2,358 | 407 | 68 | |
| Injunct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Add: injunction; injunctive; court NEAR /5 order; Monroe |
| Hormone | 4,398 | 2,864 | 5,257 | 340 | 205 | 1,876 | 0 | 169 | 0 | 197 | 604 | 31 | 58 | |
| transfer | 16,971 | 26,462 | 82,444 | 32,078 | 15,225 | 22,801 | 0 | 48,170 | 5 | 26,720 | 14,802 | 8,576 | 1,811 | replace with: transfer NEAR /5 menard; transfer NEAR/5 logan; transfer NEAR /5 centralia; transfer NEAR /5 women; transfer NEAR /5 woman; transfer NEAR/5 female |
| PRISM NEAR/5 transfer | 522 | 1,366 | 315 | 143 | 10 | 79 | 0 | 46 | 0 | 18 | 22 | 1 | 6 | |
| gender | 11,332 | 8,251 | 11,640 | 5,292 | 5,493 | 6,580 | 0 | 5,254 | 1 | 5,511 | 5,260 | 2,315 | 142 | |
| surgery | 6,966 | 4,934 | 78,357 | 2,368 | 2,204 | 4,181 | 0 | 1,637 | 0 | 2,571 | 1,803 | 244 | 714 | For Conway only, replace with: surgery AND trans; surgery AND gender; surgery AND sex; surgery AND TAC; |
| Trans | 2,358 | 2,178 | 35,074 | 2,816 | 839 | 3,657 | 0 | 720 | 0 | 1,719 | 1,450 | 190 | 335 | Drop for Conway only |
| logan | 22,632 | 16,898 | 72,243 | 35,011 | 20,393 | 21,910 | 0 | 9,433 | 4 | 32,485 | 52,224 | 800 | 422 | Drop except for all custodians except Malone |
| PRISM | 2,032 | 4,239 | 1,682 | 1,696 | 410 | 754 | 0 | 499 | 0 | 691 | 503 | 6 | 7 | |
| gender dysphoria | 5,218 | 3,738 | 4,739 | 369 | 237 | 2,560 | 0 | 238 | 0 | 325 | 642 | 36 | 17 | |
| WPATH | 1,727 | 1,352 | 1,715 | 119 | 75 | 562 | 0 | 8 | 0 | 149 | 116 | 2 | 2 | |