# EXHIBIT 14

Outlook

**RE: Monroe ESI Discovery - Hit Counts**

| | |
|---|---|
| From | Vaidya, Anshuman A. <avaidya@hinshawlaw.com> |
| Date | Wed 2026-01-14 4:10 PM |
| To | Hudson, Anne J. <anne.hudson@kirkland.com>; Camille Bennett <CBennett@aclu-il.org>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Leahy, TJ <thomas.leahy@kirkland.com>; *Brent.ray@arnoldporter.com <Brent.ray@arnoldporter.com>; Michelle Garcia <MGarcia@aclu-il.org>; *abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com> |
| Cc | Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>; Schroetter, Sarah E. <sschroetter@hinshawlaw.com> |

Anne, thank you for your proposal. Here are our initial thoughts, but we are happy to discuss further:

- 100,000+ emails would still be substantial. Paragraph 8 of the ESI order states that if there are more than 7500 documents, Defendants are to review a subset of documents to determine the percentage of relevant documents found by the search terms, and then meet and confer within 5 days.  Defendants therefore propose starting with 100 documents for the random sampling and we can review those for a meet and confer.
- We confirmed that the searches were not deduped.
- Wildcard searches were not used, but we are open to suggestions.
- We confirmed that the Bowman search was based on the terms and dates provided by Plaintiffs
- Paragraph 12 of the ESI order allows the parties to produce in either PDF or native format.  It appears the government has been consistently producing emails in PDF format, but we can discuss further when we meet and confer.

Best regards,
Anshuman

**Anshuman Vaidya**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3439 | **F:** 312-704-3001
avaidya@hinshawlaw.com
My Bio | hinshawlaw.com |



---

**From:** Hudson, Anne J. <anne.hudson@kirkland.com>
**Sent:** Monday, January 12, 2026 3:00 PM
**To:** Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; *cbennett@aclu-il.org <cbennett@aclu-il.org>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Leahy, TJ <thomas.leahy@kirkland.com>; *Brent.ray@arnoldporter.com <Brent.ray@arnoldporter.com>; *MGarcia@aclu-il.org <MGarcia@aclu-il.org>; *abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com>
**Cc:** Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Edwards Jr.,

Calvin R. <cedwards@hinshawlaw.com>; Schroetter, Sarah E. <sschroetter@hinshawlaw.com>
**Subject:** RE: Monroe ESI Discovery - Hit Counts

Anshuman,

Thank you for sending your ESI terms and hit counts. In the attached, we added a column to the 'By Custodian' sheet with our proposed revisions to the search terms, highlighted in yellow. As outlined in the first sheet of the attached, we believe these revisions reduce the existing hit count from 674,325 to 132,403, with the total unique documents likely being lower as documents are likely to hit on multiple search terms. Let us know what the hit counts are for the revised search terms, and whether you agree to proceed with these terms or if you have further revisions.

Additionally, Plaintiffs are concerned about the hit counts for Dr. Bowman, who until recently was the agency medical director for IDOC, and yet has no hits for any search term except "transgender," including no hits for medical terms like "surgery" or "hormone." As such, in addition to the questions below, please confirm that you ran the full list of search terms on Dr. Bowman's email, and over what time period.

Finally, Plaintiffs request that you produce responsive emails in their native form with metadata, rather than as images or PDFs. Please confirm you agree.

Thanks,
Anne


**Anne J. Hudson**
She/Her/Hers
------------------------------------
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 4111  **M** +1 312 208 0051
**F** +1 312 862 2200
------------------------------------
anne.hudson@kirkland.com


**From:** Hudson, Anne J. <anne.hudson@kirkland.com>
**Sent:** Tuesday, January 6, 2026 3:05 PM
**To:** Vaidya, Anshuman A. <avaidya@hinshawlaw.com>; *cbennett@aclu-il.org <cbennett@aclu-il.org>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Leahy, TJ <thomas.leahy@kirkland.com>; *Brent.ray@arnoldporter.com <Brent.ray@arnoldporter.com>; *MGarcia@aclu-il.org <MGarcia@aclu-il.org>; *abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com>
**Cc:** Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>; Schroetter, Sarah E. <sschroetter@hinshawlaw.com>
**Subject:** RE: Monroe ESI Discovery - Hit Counts

Thank you, Anshuman.

We will review and get back to you with a proposal for revisions/next steps. A few clarifying questions that will help as we review:
- Can you confirm that the total hit counts on the first sheet are not de-duped in anyway? I.e. a document that hit on "hormone" and "transgender" would be counted in both rows.

- For the "Injunct" term, can you confirm whether you used any type of wildcard search term, such that it would hit on variants of the word like injunction and injunctive? It appears for example that the "trans" search term is not picking up all of the hits on "transfer"

Thanks,

Anne

**Anne J. Hudson**
She/Her/Hers

------------------------------------

**KIRKLAND & ELLIS LLP**

333 West Wolf Point Plaza, Chicago, IL 60654

T +1 312 862 4111  M +1 312 208 0051

F +1 312 862 2200

------------------------------------

anne.hudson@kirkland.com

---

**From:** Vaidya, Anshuman A. <avaidya@hinshawlaw.com>
**Sent:** Monday, January 5, 2026 12:06 PM
**To:** *cbennett@aclu-il.org <cbennett@aclu-il.org>; #ACLU Transgender Prisoner Rights External <ACLU_Transgender_Prisoner_Rights_External@kirkland.com>; Leahy, TJ <thomas.leahy@kirkland.com>; *Brent.ray@arnoldporter.com <Brent.ray@arnoldporter.com>; *MGarcia@aclu-il.org <MGarcia@aclu-il.org>; *abby.parsons@arnoldporter.com <abby.parsons@arnoldporter.com>
**Cc:** Penn, Justin M. <jpenn@hinshawlaw.com>; Brodzik, James M. <JBrodzik@hinshawlaw.com>; Edwards Jr., Calvin R. <cedwards@hinshawlaw.com>; Schroetter, Sarah E. <sschroetter@hinshawlaw.com>
**Subject:** Monroe ESI Discovery - Hit Counts

Counsel for the Plaintiffs,

As requested, attached please find the ESI term and custodian hit counts.  Please review and let us know your thoughts on how to proceed.

Best,
Anshuman

**Anshuman Vaidya**
Partner
**Hinshaw & Culbertson LLP**
151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-704-3439 | **F:** 312-704-3001
avaidya@hinshawlaw.com

My Bio | hinshawlaw.com |



Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and

if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.